Case: 1:21-cv-02674 Document #: 1-3 Filed: 05/18/21 Page 1 of 269 PageID #:108

**SUPPLEMENT REVISION NOTICE**



| | | | |
|---|---|---|---|
| **To holders of:** | Supplement for the R3001 Agreement | **Date:** | May 1, 2020 |
| | | **No:** | 77 |

**From:**  360° Finance and Distribution Strategy & Program Development

This is a complete revision of the Supplement for the R3001 Agreement. This version of the Supplement replaces the previous version of the Supplement, and each page of this has a date of May 1, 2020. If you have a previous version of the Supplement, please replace it with this version. The following highlights some of the changes that have been made to the Supplement:

| Chapter / Section Number | Chapter / Section Name | Explanation of Change |
|---|---|---|
| **Chapter 2** | **Commission Schedule** | |
| Section 1a | Auto | • **Subsection 1.2** – clarified the commission amount paid for added coverages on policies in Direct Transition status<br>• **Subsection 4.3** – clarified the commission amount paid on add cars for business bound through an agent's home page on the internet or by the CCC via an agent forwarded phone |
| Section 1b | Personal Property | • **Subsection 1.2** - clarified the commission amount paid for added coverages on in Direct Transition status |
| **Chapter 3** | **Commission Interest** | |
| Section 4h | Allstate Life & Retirement Bonus | • Noted that the bonus was sunset effective December 31, 2019 |
| **Glossary** | | • Updated the definitions of Established Agency, Start-up Agency, Enhanced Satellite Agency (ESA), and Satellite Agent for agents with affiliation dates of 5/1/2020 and later<br>• Added definitions for<br>  o Scratch<br>  o Cash Flow Market |

Revision Notice
© 2020 Allstate Insurance Company

Pls. Exhibit 3



# Supplement for the R3001 Agreement

© Allstate Insurance Company, 2020

**REVISION DATE: May 1, 2020**

The following material is confidential and proprietary information which is the exclusive property of Allstate Insurance Company and may not be disclosed to third parties, other than outside advisors or as required by law, without first having obtained written permission from the Company.

# Table of Content

**CHAPTER 1 :  R3001 AGENTS** ................................................................................ **6**

Section 1 :  R3001 Agents ............................................................................................. 7

Section 2 :  Subsidiaries, Affiliates, Company Business ............................................. 9

Section 3 :  Compensation .......................................................................................... 12

Section 4 :  Transfer of Interest.................................................................................. 16

Section 5 :  Final Commission Computation .............................................................. 18

Section 6 :  Termination Payment .............................................................................. 19

Section 7 :  Conversion Allowance ............................................................................ 29

Section 8 :  Operating Procedures for Agency Technology......................................... 32

**CHAPTER 2 :  SCHEDULE OF COMMISSIONS**........................................... **35**

Section 1 :  Introduction ............................................................................................. 36

Section 1a : Auto......................................................................................................... 37

Section 1b : Personal Property .................................................................................... 44

Section 1c : Commercial.............................................................................................. 50

Section 1d : Allstate Financial .................................................................................... 55

Section 1e : Motor Club............................................................................................... 71

Section 1f : Emerging Businesses Pilot (applies to Texas, Florida, Pennsylvania and Colorado) 72

**CHAPTER 3 :  COMMISSION INTEREST** ....................................................... **73**

Section 1 :  Introduction ............................................................................................. 74

Section 2 :  Auto.......................................................................................................... 78

Section 3 :  Personal Property ..................................................................................... 86

Section 3a : Homeowners ............................................................................................ 89

Section 3b : Mobilehome ............................................................................................. 98

Section 3c : Boatowners – Recreational Package Policy........................................... 100

Section 3d : Residential Fire (Including CPL Added Coverages) .............................. 102

Section 3e : Landlords Package Policy ..................................................................... 104

Section 3f : Workers' Compensation – Residence Employees .............................. 106

Section 3g : Personal Umbrella Policy ...................................................................... 107

Section 4 :  Allstate Financial ................................................................................... 108

Section 4a : Allstate Financial – Policy Replacements............................................. 112

Section 4b : Allstate Financial – Term Conversions ................................................................. 115

Section 4c : Allstate Financial – Whole Life Policy Issued Through Exercising FPP Option 119

Section 4d : Allstate Financial – Add-Ons and Increases ........................................................ 120

Section 4e : Allstate Financial – Allstate Financial Services, LLC ........................................ 122

Section 4f : Allstate Financial – Allstate Benefits (American Heritage Life Insurance Company) (excludes New York) ................................................................................................ 123

Section 4g : Partnerships ............................................................................................................ 128

Section 4h : Allstate Financial - Allstate Life & Retirement Bonus – Sunset effective December 31, 2019    130

Section 4i : Allstate Financial – Allstate Life Insurance Company of New York Allstate Benefits Business .......................................................................................................... 136

Section 5 : Commercial ................................................................................................................ 140

Section 5a : Businessowners Policy (BOP) ............................................................................... 145

Section 5b : Commercial Package Policy (CPP) ........................................................................ 147

Section 5c : Commercial Casualty ............................................................................................. 149

**CHAPTER 4 : UNREPRESENTED POLICIES AND CUSTOMER CONTACT CENTER (CCC)/INTERNET POLICIES ........................................................................ 151**

Section 1 : Capturing ................................................................................................................... 152

Section 2 : Special Capturing Rules .......................................................................................... 155

Section 3 : Assigned Commission Interest ............................................................................... 159

Section 4 : Service Fees and Relationship Fees ....................................................................... 161

Section 5 : Customer Contact Center (CCC)/Internet Bound Policies ................................. 163

Section 6 : Unlocking Renewal Commissions on Agency Routed Policies ......................... 166

**CHAPTER 5 : EXPANDED MARKET PROGRAMS ................................................... 168**

Section 1 : Ivantage Select Agency, Inc. .................................................................................. 169

Section 2 : Expanded Market Programs .................................................................................... 171

Section 3 : Allstate Administered Expanded Market Programs ............................................ 198

Section 4 : Allstate Financial - Expanded Market Programs ................................................ 201

Section 5 : Commercial ............................................................................................................... 207

**GLOSSARY  209**

## ALLSTATE FINANCIAL EXHIBITS

| | |
|---|---|
| Exhibit A | Allstate Financial - Basis of Commission (excludes New York) |
| Exhibit B | Allstate Financial - Production Credit (excludes New York) |
| Exhibit C | Allstate Financial Commission Schedule (excludes New York) |
| Exhibit D | Allstate Financial - Commission Schedules for Discontinued Products (excludes New York) |
| Exhibit E | Allstate Financial - Allstate Benefits Commission Schedule (excludes New York) |
| NY Exhibit A | Allstate Financial - Basis of Commission (New York other than Workplace) |
| NY Exhibit B | Allstate Financial - Production Credit (New York only) |
| NY Exhibit C | Allstate Financial – Commission Schedule (New York only) |
| NY Exhibit D | Allstate Financial - Commission Schedules for Discontinued Products (New York only) |
| NY Exhibit E | Allstate Financial - Allstate Life Insurance Company of New York Workplace Division Commission Schedules |

# Chapter 1:    R3001 Agents

Case: 1:21-cv-02674 Document #: 1-3 Filed: 05/18/21 Page 8 of 269 PageID #:115

# Section 1: R3001 Agents

## 1.0 Preface

The **Supplement for the R3001 Agreement** is intended to explain and expand upon the provisions of the R3001 Agreement, which directly refer to the Supplement. The Supplement, the Exclusive Agency Independent Contractor Manual, and the Allstate Agency Standards manual, as they may be amended from time to time, are incorporated as part of the Agreement between the R3001 Agent and the Company. The sections referencing the Supplement include the following:

- **Authority** - The R3001 Agent's role is to sell, solicit, and service insurance and "Company Business" - referred to in Chapter 1, Section 2, subsection 2.0 – as an independent contractor on behalf of Allstate Insurance Company and its subsidiaries and affiliates referred to in Chapter 1, Section 2, subsection 1.0.

- **Commissions** - Chapter 1, Section 3 of the Supplement details how new and renewal commission will be recorded and paid to R3001 Agents. Recovery of unearned commission is also discussed in this section of the Supplement. The final pay computation for terminated R3001 Agents is found in Chapter 1, Section 5. Calculations to determine conversion allowances for certain new R3001 Agents are set forth in Chapter 1, Section 7. Chapter 2 of the Supplement sets forth the commission amounts applicable to R3001 Agents. Chapter 3 contains the rules governing special situations relating to commission interest. Chapter 4 describes the rules applicable to unrepresented business and policies bound by the Customer Contact Center (CCC)/Internet.

- **Transfer of Interest** - The transfer of interest provision of the R3001 Agreement is explained in Chapter 1, Section 4 of the Supplement. A transfer of interest requires written consent by the Company in its sole discretion.

- **Termination Payment** - R3001 Agents may be authorized a special payment subject to certain conditions once they terminate their agreement. Chapter 1, Section 6 of the Supplement describes the basis for this payment.

- **Computer Systems** - The Company is reliant upon computer technology to process Company Business. The Company's standard operating procedures provide efficient, accurate and uniform methods for processing such business.

- **Allstate Financial/Allstate Life and Retirement** – Effective June 9, 2017, agency owners, exclusive financial specialists, and respective staffs (collectively "Agents") must be fully FINRA registered (at minimum Series 6 and Series 63) and affiliated with AFS, LLC ("Full Affiliation") to write or partner on Fixed Indexed Annuities, Equity Indexed Annuities, Equity Index Annuities, or Fixed Annuities (collectively, "Annuities"). To continue engaging in the sale of Annuities, writing agents must, by September 1, 2017, meet Full Affiliation requirements and partnering agents must meet Full Affiliation requirements by January 1, 2018. Non-Full Affiliation Agents will continue to receive credit for periodic premium payments on in-force Annuities. Additional premium payments or changes to Annuities sold in connection with IRAs or qualified plans are subject to the DOL Best Interest Review ("BI") and non-Fully Affiliated Agents will be removed and replaced from such BI Annuities with Fully Affiliated Agents.

Case: 1:21-cv-02674 Document #: 1-3 Filed: 05/18/21 Page 9 of 269 PageID #:116

The individual referred to as "you" in the R3001 Agreement, the R3001S Agreement or the R3001 Transitional Service Agreement, and the entity referred to as the "Agency" in the R3001A Agreement or R3001C Agreement will be referred to in the Supplement as the "R3001 Agent." Any references to the R3001 Agreement in the Supplement shall include the R3001 Agreement, the R3001S Agreement, the R3001 Transitional Service Agreement, the R3001A Agreement and the R3001C Agreement, except as otherwise noted.  Any reference to agent in the Supplement shall include, but not be limited to, R3001 Agents.

# Section 2:    Subsidiaries, Affiliates, Company Business

## 1.0   Parties to the R3001 Agreement

The R3001 Agreement is an agreement between the Allstate Insurance Company and the agent.  In addition, the following subsidiaries and affiliates are also parties to the agreement:

Allstate Indemnity Company
Allstate Property and Casualty Insurance Company
Allstate Life Insurance Company (all agents except New York)
Allstate Life Insurance Company of New York (New York agents only)
Allstate County Mutual Insurance Company (Texas)
Allstate Texas Lloyd's, Inc. (Texas)
Allstate Fire and Casualty Insurance Company
Allstate Vehicle and Property Insurance Company
Allstate Motor Club, Inc.
Castle Key Insurance Company
Castle Key Indemnity Company
Ivantage Select Agency, Inc.
American Heritage Life Insurance Company (Allstate Benefits as stated in this Supplement is the marketing name used by American Heritage Life Insurance Company)

## 2.0   Company Business

In addition to the various insurance lines the agent is permitted to solicit, sell and service while representing the Allstate Insurance Company, the agent is also permitted to sell other products specified by the Company and referred to in the R3001 Agreement as "Company Business". Company Business will include all business written by R3001 Agents through the following companies:

**Allstate Indemnity Company**
An alternate company to Allstate Insurance Company into which the Risk Management department may place business.

**Allstate Property and Casualty Insurance Company**
An alternate company to Allstate Insurance Company into which the Risk Management department may place business.

**Allstate Assurance Company (AAC)**
Life business written by all agents, except those in New York, will be underwritten by this company.

**Allstate Life Insurance Company (ALIC)**
Life and annuity business written by all agents, except those in New York, will be underwritten by this company.

**Allstate Life Insurance Company of New York**
Life and Workplace business written by New York agents will be underwritten by this company.

**Allstate County Mutual Insurance Company**
Substandard automobile business coded to Texas may be underwritten by this company. Allstate County Mutual may also underwrite other personal lines and commercial business.

**Allstate Texas Lloyd's, Inc.**
An alternate company to Allstate Insurance Company and Allstate Indemnity Company into which the Risk Management department may place property lines and commercial lines business.

**Allstate Fire and Casualty Insurance Company**
An alternate company to Allstate Insurance Company, Allstate Indemnity Company and Allstate Property and Casualty Company into which the Risk Management department may place auto lines of business.

**Allstate Vehicle and Property Insurance Company (AVPIC)**
An alternate company to Allstate Insurance Company into which the Risk Management department may place property lines of business.

**Allstate Motor Club, Inc.**
Agents soliciting and selling Allstate Motor Club memberships represent Allstate Motor Club, Inc.

**Lincoln Benefit Life Insurance Company (LBL)[1]**
An alternate company to Allstate Life Insurance Company into which Lincoln Benefit Life Insurance Company appointed agents can submit specified life and annuity business.

**Castle Key Insurance Company**
Personal Property business written by Florida licensed agents may be placed in this company.

---

[1] Effective April 1, 2014, Lincoln Benefit Life Company (LBL) was purchased by Resolution Corporation. For purposes of this Supplement, rules that apply to LBL business written before and after the sale will continue to apply.

Case: 1:21-cv-02674 Document #: 1-3 Filed: 05/18/21 Page 12 of 269 PageID #:119

**Castle Key Indemnity Company**
An alternate company to Castle Key Insurance Company in which the Risk Management department may place Florida personal property business.

**Allstate New Jersey Insurance Company**
Allstate New Jersey Property and Casualty business written by New Jersey licensed agents will be underwritten by this company.

**Allstate Financial Services, LLC[2] (AFS)**
An alternate company to Allstate Life Insurance Company into which FINRA licensed agents who have signed the Registered Representatives Agreement can submit specified variable life, variable annuity, fixed indexed annuity and mutual fund business.

**American Heritage Life Insurance Company (AHL)** (Allstate Benefits as stated in this Supplement is the marketing name used by American Heritage Life Insurance Company) A company into which American Heritage Life Insurance Company appointed agents can submit individual life and health insurance business.

**Ivantage Select Agency**
Eligible agents may refer certain personal lines business not currently underwritten by Allstate or not acceptable to Allstate based on its current underwriting or administrative guidelines to the Ivantage Select Agency to secure insurance coverage for these risks.

---

[2] Allstate Financial Services, LLC is referred to as LSA Securities in the states of PA and LA.

# Section 3:    Compensation

## 1.0    Basis of Commission

### 1.1    General

R3001 Agents are independent contractors.

Commission for performing duties for the Company will be paid in accordance with the procedures set forth in the R3001 Agreement and this Supplement in Chapters 2 and 3, except as noted below. Any money owed to the Company or any indebtedness incurred by the agency for which the Company pays may be deducted from agency compensation at the Company's discretion.

Allstate agents are not authorized to charge customers any fees or accept any compensation beyond that provided for in the agent's agency agreement, except as authorized by the Company and permitted by law.

### 1.2    New Business Production

R3001 Agents receive the new business component of their commission for a particular month based on the prior month's recorded net written new premium. Included in this component is new business coded to R3001 Agents as "Acy", "Designated Agency", "Direct Transition", "Agency Direct", and "Agency Routed"[1] on Customer Contact Center (CCC)/Internet bound policies and any applicable new net written premium on "Plus Policies[2]". Commissions on CCC/Internet bound policies will appear separately on the agent's monthly production and commission statements, unless identified as resulting from an agent forwarded phone or the agent's home page beginning October 4, 2004 and subsequent (agent type 41).

### 1.3    Renewal Production

Renewal business will be recorded in an R3001 Agent's account as the policies are taken (renewed). Commission for renewal business will be based on net written renewal premium recorded in the agent's account in the prior month. Included in this component is renewal business coded to R3001 Agents as "Assigned Agency", "Designated Agency", "Direct Transition", "Agency Direct" , and "Agency Routed" on Customer Contact Center (CCC)/Internet bound policies and any applicable new net written premium on "Plus Policies". Commissions on CCC/Internet bound policies will appear separately on the agent's monthly production and commission statements, unless identified as resulting from an agent forwarded phone or the agent's home page beginning October 4, 2004 and subsequent (agent type 41).

---

[1] The new business commission rate for Direct Transition and Agency Routed policies is zero (0%).

[2] Effective August 1, 2019, the Plus Policy program will be sunset and no new Plus Policies will be assigned. Policies currently in Plus Policy status will remain in Plus Policy status until the five full annual renewal periods have been completed.

Case: 1:21-cv-02674 Document #: 1-3 Filed: 05/18/21 Page 14 of 269 PageID #:121

### 1.3.1    Service Fees and Relationship Fees

Service fees and relationship fees will be included with renewal commission in the calculation of monthly commission.

### 1.3.2    Countersigning Fees

Fees for countersigning (in states where required) will be calculated in accordance with state laws and regulations.  Any resulting fee will be included with renewal commission in the calculation of monthly commission.

# 2.0    Bonuses and Programs

The Company may provide R3001 Agents with such bonuses, awards, prizes, and other remuneration based on performance ("Bonus Compensation"), if any, as it may prescribe in its sole discretion.  The Company reserves the right to change or eliminate any such Bonus Compensation. Any money owed to the Company or any indebtedness incurred by the agent for which the Company pays may be deducted from the agent's Bonus Compensation at the Company's discretion. Documentation on Bonus Compensation programs can be found on Gateway using the following link:  https://agencygateway.allstate.com/wps/myportal/id/165059

## 2.1    Month of Affiliation

Month of affiliation is used in the calculation of eligibility for various bonus programs.  The month of affiliation is determined using only full calendar months.  If the R3001 agent converted from the R830, R1500, or R3000 agreement the consecutive full calendar months spent under those agreements will also be used to determine the number of months of affiliation. If an R3001 Agent opens a Satellite Agency on 1/1/2008 or later or an Enhanced Satellite Agency (ESA), the Satellite Agency and/or ESA will have an affiliation date separate from the R3001 Agent's primary location.  The first month of affiliation for the Satellite or ESA will be based on the effective date of the Satellite Agency or ESA agency agreement.

**Example 1:   Became agent on 10/01/2000, started under the R3001**

The number of months of affiliation in the first year (2000)      =  3  (Oct, Nov, Dec)
The number of months of affiliation in the second year (2001)  = 12  (Jan – Dec)
The number of months of affiliation in the third year (2002)     = 12  (Jan – Dec)
The number of months of affiliation in the fourth year (2003)    = 12  (Jan – Dec)

   The agent started affiliation month 37 on October 1, 2003.

**Example 2:  Became agent on 10/15/2000\*\*, started under the R3000**

The number of months of affiliation in the first year (2000)      =  2  (Nov, Dec)
The number of months of affiliation in the second year (2001)  = 12  (Jan – Dec)
The number of months of affiliation in the third year (2002)     = 12  (Jan – Dec)
The number of months of affiliation in the fourth year (2003)    = 12  (Jan – Dec)

\*\*agents who became agents on any day other than the first

© 2020 Allstate Insurance Company

Pls. Exhibit 3

Case: 1:21-cv-02674 Document #: 1-3 Filed: 05/18/21 Page 15 of 269 PageID #:122

The agent started affiliation month 19 on May 1, 2002 and started affiliation month 37 on November 1, 2003.

**Example 3:   Became agent on 09/01/2005, started under the R3001; opened an ESA on 8/1/2007**

**Agent's primary location:**
The number of months of affiliation in the first year (2005)     = 4   (Sep, Oct, Nov, Dec)
The number of months of affiliation in the second year (2006)  = 12  (Jan – Dec)
The number of months of affiliation in the third year (2007)     = 12  (Jan – Dec)
The number of months of affiliation in the fourth year (2008)   = 12  (Jan – Dec)

The agent starts affiliation month 37 on September 1, 2008.

**Agent's Enhanced Satellite Agency:**
The number of months of affiliation in the first year (2007)     = 5   (Aug, Sep, Oct, Nov, Dec)
The number of months of affiliation in the second year (2008)  = 12  (Jan – Dec)
The number of months of affiliation in the third year (2009)     = 12  (Jan – Dec)
The number of months of affiliation in the fourth year (2010)   = 12  (Jan – Dec)

The Enhanced Satellite Agency starts affiliation month 37 on August 1, 2010.

# 3.0   Payment of MVRs Over the Threshold Determined by Region

The agent who exceeds the threshold determined by the region for ordering MVRs may be restricted from ordering MVRs before submitting applications until results improve.  As an alternative, an agent may choose to pay for the MVRs over a level established by the Company via a deduction from monies owed the agent for that month.  If the amount cannot be recovered that month, then the amount due will be recovered from monies owed in subsequent months, until the full amount is recovered.

# 4.0   Payment of Monthly Maintenance Fees for Agents Participating in Allstate at Work

R3001 Agents who participate in the Allstate at Work program will have a monthly maintenance fee in the amount of $32 deducted from monies owed to the agent for that month based on the number of payroll interfaces for each active account in the program. If the amount cannot be recovered that month, then the amount due will be recovered from monies owed in subsequent months, until the full amount is recovered.

# 5.0   Recovery of Unearned Commission

If the net of all transactions processed in a month is negative, the negative amount will be considered unearned.

When commission is calculated in each subsequent month, total commissions, awards, and bonuses, will be reduced until the full unearned commission amount is recovered.  Allstate may reduce the amount we pay you by any amount you owe us, or any of our affiliate(s), regardless of the contract under which you are indebted to us.

# 6.0   Eligibility and Recovery of Bonus Compensation Upon Termination for Cause

Beginning with the 2019 bonus program year[3], if the Company has terminated the R3001 Agreement immediately for cause, an Agent shall not be eligible for Bonus Compensation starting with the year in which the incident occurred that led to the termination through the year in which the Company has terminated the R3001 Agreement immediately for cause.  Such Agent shall be obligated to repay to the Company the amount or value of any and all Bonus Compensation (i.e. bonuses, incentives, awards, prizes and other remuneration based on performance), paid or awarded to the Agent.  The Company may offset the amount of Bonus Compensation from any payment due to the Agent from the Company including, without limitation, the Termination Payment provided for in this Supplement.

---

[3] Bonus payable in 2020.

# Section 4:    Transfer of Interest

## 1.0   Approval of a Transfer of Interest

A transfer of interest in the R3001 Agreement requires prior written consent of the Company.  Such consent may be given in the Company's sole discretion and the Company's decision as to whether or not to render such consent will be final.  The Company's consent may also be conditioned on the satisfaction of any obligation or payment owed by the transferring R3001 Agent to the Company.

The Company shall have a lien on the R3001 Agent's economic interest prior to its transfer for any payment or obligation owed by the transferring R3001 Agent to the Company (including, without limitation, the obligation to return Bonus Compensation as provided in this Supplement), which lien shall be satisfied prior to the transfer of interest.

## 2.0   Business Included in Transfer of Entire Interest

Upon approval of an R3001 Agent's request for a transfer of the agent's entire interest in the R3001 Agreement, the Company will transfer the policies in the terminating/selling agent's account - excluding any business retained by the Company specifically identified in subsection 2.1 below[1] - to the account of the transferee.

Note:    Policies that are identified in Assigned Agency status (agent type 11), Designated Agency status (agent type 22), and policies coded 01XXXXX will be transferred to the buying agency at 3.5%.[2]

Policies written through the Ivantage Select Agency will be assigned at the discretion of the Ivantage Select Agency to the buying agency in sale of agency situations.  The policies will be assigned to the buying agency at the current applicable commission amount.

## 2.1   Excluded Business

The following business is excluded from a transfer of interest:

- Business not receiving renewal commission
- Business on which the agent receives a service fee, relationship fee or countersigning fee
- Business in lines which the Company no longer sells in the state(s) in which the agent is appointed to represent the Company
- Expanded Market business

---

[1]  The exclusion does not apply where a new agreement is executed by the same person to replace an existing R3001 Agreement in order to change to another form of legal entity, e.g. sole proprietorship to corporation or vice versa.

[2]  Policies in Assigned Agency status (agent type 11) will begin renewing at 3.5% based on effective and process dates on or after October 1, 2004.  Any policies in Assigned Agency status transferred prior to that time will be transferred at 2% until they renew.

- Voluntary property and casualty and Allstate Financial lines of business written under any prior Allstate agent agreement, other than the R3000 Agreement, unless the R3001 Agent has completed one full year in EA independent contractor status or the R3001 Agent has died or become permanently incapacitated. An R3001 Agent shall be considered permanently incapacitated if the incapacity causes him to be unable to remain actively involved in the insurance business as determined by the Company at its sole discretion.

  Note: Policies that are identified in Assigned Agency status (agent type 11), Designated Agency status (agent type 22), and policies coded 01XXXXX will be transferred to the buying agency at 3.5%.[3]

  Policies written through the Ivantage Select Agency will be assigned at the discretion of the Ivantage Select Agency to the buying agency in sale of agency situations. The policies will be assigned to the buying agency at the current applicable commission amount.

# 3.0 Commission Amounts Applicable to Transferred Business

The same commission rules and amounts applicable, except as noted in this Supplement, to a transferring agent at the time of the transfer will apply to the transferee when a transfer of interest has been approved. This includes both positive and negative premium transactions on policies that were active or terminated at the time of the transfer.

## 3.1 Requested Agency Policies

Policies that have a requested agency will be transferred to the buying agent in an agency sale situation. These policies are ones where a customer has requested another agent, however, the selling agent was still receiving commissions on the policy.

# 4.0 Allstate Flood Insurance, Assigned Risk, Underwriting Association

Sale of the referenced business, which is at the sole discretion of the agent, is not considered a transfer of interest under the R3001 Agreement.

---

[3] Policies in Assigned Agency status (agent type 11) will begin renewing at 3.5% based on effective and process dates on or after October 1, 2004. Any policies in Assigned Agency status transferred prior to that time will be transferred at 2% until they renew.

Case: 1:21-cv-02674 Document #: 1-3 Filed: 05/18/21 Page 19 of 269 PageID #:126

# Section 5:    Final Commission Computation

## 1.0   Computation of Commission

Calculations to determine final commission (not to be confused with the Termination Payment as referenced in Section 6) will be made on commissions recorded in the R3001 Agent's account through the last day the R3001 Agreement is in effect.

Commissions recorded will be based on all new business, renewal business, service fee, relationship fee and countersigning fee amounts issued and recorded on the R3001 Agent's Commission Statement as of the last day the R3001 Agreement is in effect.

The agent will not receive these commissions, if prohibited by state law, due to loss of any required agent license.

## 2.0   Recovery of Unearned Commission

Recovery of any and all unearned commission shall take place at the time of final commission calculations.   Final commission, in addition to Agency Development Bonus, Enhanced Compensation Plan (ECP) bonus, Allstate Life & Retirement Quarterly Incentive (excludes NY), New York Bundling Quarterly Incentive (NY only), Establishment Bonus, Agency Bonus, Allstate Life & Retirement Bonus, business written by the Ivantage Select Agency and any other discretionary compensation, will be reduced by the amount of any unearned commission.

If final commission is reduced to a zero amount after deducting unearned commission amounts and any unearned commission amount still remains, this amount becomes due and payable to the Company which reserves the right to collect such amount.  The Company may exercise this right by withholding any remaining unearned commission from the Termination Payment described in Section 6 or by receiving payments for such unearned commission directly from the agent.

Case: 1:21-cv-02674 Document #: 1-3 Filed: 05/18/21 Page 20 of 269 PageID #:127

# Section 6:    Termination Payment

## 1.0   R3001 and R3001A Agreement Specifications

The R3001 and R3001A Agreements describe the Termination Payment options available to agents[1]. This section elaborates on these provisions.

## 2.0   R3001S and R3001C Agreement Specifications

Currently, the Termination Payment option available to agents under the R3001S and R3001C Agreements is the same as the Termination Payment option available to agents under the R3001 and R3001A Agreements, subject to the terms and conditions described in subsections 3.0, 4.0, and 5.0 of this section.

If an R3001 Agent under the R3001S or R3001C Agreement purchases the economic interest in another R3001 Agency, the Termination Payment on eligible accounts acquired from the selling R3001 Agent will be calculated based on the terms of the R3001S or R3001C Agreement. Similarly, if an agent converted from the R3001 or R3001A Agreement to the R3001S or R3001C Agreement, the Termination Payment on accounts developed under the R3001 or R3001A Agreement will be calculated based on the terms of the R3001S or R3001C Agreement.

If an agent who is currently on the R3001 or R3001A Agreement purchases the economic interest in a book of business of an agent who is on the R3001S or R3001C Agreement, the Termination Payment provision in the purchasing agent's agreement will apply.

The payment of the Termination Payment will be made in 24 monthly installments, subject to appropriate adjustments, beginning no later than the end of the month after the month in which all property, confidential information, and trade secrets belonging to the Company have been returned or made available for return to the Company.  Payments are subject to compliance with the terms of the confidentiality and non-competition provisions of the R3001 Agreement, which survive termination of the agreement.  Any unremitted payments received by the agency on behalf of the Company and any debts incurred by the agency for which the Company pays may be deducted from the agency's Termination payment at the Company's discretion.

## 3.0   Eligible Business

Production compensation for the month in which the R3001 Agent terminates will be included in the Termination Payment **only** if the R3001 Agent's agreement is terminated on the last calendar day of the month.  Otherwise, the prior 12 full calendar months' production compensation will be used.

---

[1] Execution of a new agency agreement by the same person due to a change to another form of legal entity, e.g., sole proprietorship to corporation or vice versa, will not entitle the R3001 Agent to a Termination Payment.

## 3.1    Auto, Personal Property, Commercial

This portion of the payment is based on the earned premiums for the 12 full calendar months preceding the effective date of termination of the agreement on property and casualty secured business in the agent's account.

## 3.2    Allstate Financial

This portion of the payment is based on the 12 full calendar months' new net written premium plus the renewal commissions for the same period on eligible products. Shared business is excluded.

# 4.0    Excluded Business

The following business is excluded from the Termination Payment calculation:

- Business written by the agent under any prior Allstate employee agent agreement (R830/R1500), other than the R3000 Agreement,

- Business the agent purchases from any other Allstate agent which was written under any agreement other than the R3000 or R3001 Agreement,

- Business written under any prior Allstate employee agent agreement (R830/R1500), other than the R3000 Agreement, for an insured that is subsequently replaced in an affiliated company with no lapse in coverage at the time of replacement,

- Business not receiving renewal commission,

- Plus Policies[2],

- Allstate Benefits business (except for GoodForLife business which is included),

- Allstate Financial fixed annuity products, variable products, and mutual fund business,

- Workplace business of Allstate Life Insurance Company of New York,

- Allstate Flood Insurance,

- Allstate Parts and Labor Plus,

- Assigned Risk,

- Reinsurance Facility business,

- Business on which the agent receives a service fee, relationship fee or countersigning fee,

- Business bound by the Customer Contact Center (CCC) or the Internet and assigned to an agent in Assigned Agency, Designated Agency, or Agency Routed status[3],

---

[2] Effective August 1, 2019, the Plus Policy program will be sunset and no new Plus Policies will be assigned. Policies currently in Plus Policy status will remain in Plus Policy status until the five full annual renewal periods have been completed. Refer to definition in Glossary

[3] Policies in Agency Direct status and Direct Transition status will be included in the Termination Payment calculation.

- Policies that originated as Agency Routed policies which have been cross-sold to unlock renewal commissions,

- Business in lines which the Company no longer sells in the state(s) in which the agent is appointed to represent the Company,

- Non-Allstate business the agent is permitted to write (such as Underwriting Association, accommodation business, FAIR Plan, Expanded Market Coverage, and California Earthquake Authority).

- Business written by the Ivantage Select Agency

# 5.0   Termination Payment Calculation

The termination payment will be determined in accordance with the steps identified in table below.

## 5.1   Calculation Effective January 1, 2020 and Later

| STEP | DESCRIPTION |
|------|-------------|
| 1 | Identify the TPP eligible earned premium (new net written premium for Allstate Financial products) by individual line of insurance |
| 2 | Identify the eligible renewal base commission rate (%)[4] |
| 3 | Determine the eligible blended variable compensation rate (%) (if applicable) $$\frac{\text{Total 12MM Variable Compensation Paid}}{\text{12MM P\&C Written Premium}}$$ |
| 4 | Determine the Total P&C Termination Payment Rate (%)  Renewal Base Commission Rate + Blended variable compensation rate |
| 5 | Determine the multipliers  Auto / Property / Commercial:  Total P&C termination payment rate times 1.5  Allstate Financial New:  .075 (5% x 1.5 = 7.5%)  Allstate Financial Renewal Commissions:  1.5 |
| 6 | Apply the multipliers to the following categories[5]:  Auto / Property / Commercial / Allstate Financial |
| 7 | Determine the Total TPP Payout by combining the amounts for all categories |

---

[4] The renewal base commission rate varies by product.

[5] Lines within a category subject to the same rate (multiplier) may be combined for calculation purposes.

## 5.2    Calculation Effective Prior to January 1, 2020

| STEP | DESCRIPTION | PROCEDURE |
|------|-------------|-----------|
| 1 | Determine Buyout Earned Premium by Line | Identify eligible buyout earned premium (new net written premium for Allstate Financial products) by individual line of insurance |
| 2 | Determine renewal commissions and variable compensation rate (if applicable) | Identify eligible commission rate % <br> Identify eligible variable rate % (if applicable) |
| 3 | Determine Multipliers | Auto / Property / Commercial:  Most recent renewal commission rate plus variable compensation rate (if applicable) for particular line times 1.5 <br> Allstate Financial New:  .075 (5% x 1.5 = 7.5%) <br> Allstate Financial Renewals:  1.5 |
| 4 | Apply Multipliers | Calculations made for the following categories[6]: <br> Auto / Property / Commercial / Allstate Financial |
| 5 | Determine Total | Combine amounts for all categories. |

## 5.3    Determining the Blended Variable Compensation Rate

The blended variable compensation rate is used in the calculation of the Termination Payment rate. It is determined by taking the agency's total 12MM variable compensation paid and dividing by the agency's 12MM P&C written premium (source:  Total Property & Casualty Written and Advance Premium - 12MM as displayed on the Agency Premium & Profitability Business Metrics report)

Example:

    12MM variable compensation paid    $60,000
    12MM P&C written premium           $4,200,000

    **$60,000 / $4,200,000 = 1.43% (blended variable compensation rate)**

---

[6] Lines within a category subject to the same rate (multiplier) may be combined for calculation purposes.

Pls. Exhibit 3

Case: 1:21-cv-02674 Document #: 1-3 Filed: 05/18/21 Page 24 of 269 PageID #:131

### Established Agencies with affiliation dates in 2019 and 2020

The 12MM variable compensation paid amount used for the blended variable compensation rate calculation will only include personally earned variable compensation. The 12MM P&C written premium will include all written premium (personally produced and purchased).

Example: Established Agency with an affiliation date of August 1, 2019 opts to take TPP effective April 1, 2020. The agency has 8 months of personally earned variable compensation (calculation does not include seller's earned variable compensation). The blended variable compensation rate will be calculated as follows:

> 8MM variable compensation paid    $18,500
> 12MM P&C written premium          $1,900,000

**$18,500 / $1,900,000 = 0.97% (blended variable compensation rate)**


### Start-up Agencies who Become Established and are no longer required to Vest[7]

The 12MM variable compensation paid amount used for the blended variable compensation rate calculation will only include personally earned variable compensation. The 12MM P&C written premium will include all written premium (personally produced and purchased).

Example: Start-up Agency with an affiliation date of October 1, 2017 purchased the economic interest in a Total Property and Casualty 12mm Written Premium of more than the end point of their premium curve on August 1, 2019. The agency is now considered Established and is no longer required to vest. If the agency chooses to take TPP effective March 1, 2020, the blended variable compensation rate will be calculated as follows:

> 7MM variable compensation paid    $16,500
> 12MM P&C written premium          $2,750,000

**$16,500 / $2,750,000 = 0.60% (blended variable compensation rate)**

---

[7] Refer to the Vesting subsection for additional details.

**SUPPLEMENT FOR THE R3001 AGREEMENT**

Pls. Exhibit 3

## 5.4   Examples

**Established Agency**

| Category | TPP Eligible 12MM Earned Premium | Current Renewal Base Commission Rate[8] | Blended Variable Compensation Rate[9] | Total TPP Rate | TPP Multiplier | Payment |
|---|---|---|---|---|---|---|
| | | *Current Renewal Rate + Blended Variable Comp Rate = Total Termination Payment Rate* | | | | *TPP Eligible Premium x Total TPP rate x TPP Multiplier* |
| Standard Auto (Line 10,16) | $1,500,000 | 9.00% + 1.43% = 10.43% | | | 1.5 | $234,675 |
| Non-Standard Auto (Line 19) | $500,000 | 7.00% + 1.43% = 8.43% | | | 1.5 | $63,225 |
| Property | $1,100,000 | 9.00% + 1.43% = 10.43% | | | 1.5 | $172,095 |
| Commercial | $65,000 | 9.00% + 1.43% = 10.43% | | | 1.5 | $10,170 |

| Category | New Net Written Premium | | TPP Rate | TPP Multiplier | Payment |
|---|---|---|---|---|---|
| | | | | | *New Net Written Premium x TPP rate X TPP Multiplier* |
| Allstate Financial New | $25,000 | | 5% | 1.5 | $1,875 |

| Category | Renewal Commissions | | TPP Multiplier | Payment |
|---|---|---|---|---|
| | | | | *Renewal Commissions x TPP Multiplier* |
| Allstate Financial Renewal | $2,500 | | 1.5 | $3,750 |

| Total Termination Payment Amount | $485,790 |
|---|---|

---

[8] Renewal base commission rate varies by product.

[9] Refer to the Determining the Blended Variable Compensation Rate subsection for additional details.

## Start-up Agency

| Category | TPP Eligible 12MM Earned Premium | Current Renewal Base Commission Rate[10] | Blended Variable Compensation Rate[11] | Total TPP Rate | TPP Multiplier | Payment |
|---|---|---|---|---|---|---|
| | | *Current Renewal Rate + Blended Variable Comp Rate = Total Termination Payment Rate* | | | | *TPP Eligible Premium x Total TPP rate x TPP Multiplier* |
| Standard Auto (Line 10,16) | $320,000 | 10.00% | NA | 10.00% | 1.5 | $48,000 |
| Non-Standard Auto (Line 19) | $100,000 | 8.00% | NA | 8.00% | 1.5 | $12,000 |
| Property | $165,000 | 10.00% | NA | 10.00% | 1.5 | $24,750 |
| Commercial | $5,000 | 10.00% | NA | 10.00% | 1.5 | $750 |

| Category | New Net Written Premium | | | TPP Rate | TPP Multiplier | Payment |
|---|---|---|---|---|---|---|
| | | | | | | *New Net Written Premium x TPP rate X TPP Multiplier* |
| Allstate Financial New | $25,000 | | | 5% | 1.5 | $1,875 |

| Category | Renewal Commissions | | | | TPP Multiplier | Payment |
|---|---|---|---|---|---|---|
| | | | | | | *Renewal Commissions x TPP Multiplier* |
| Allstate Financial Renewal | $2,500 | | | | 1.5 | $3,750 |

| Total Termination Payment Amount | $91,125 |
|---|---|

---

[10] Renewal base commission rate varies by product.
[11] Refer to the Determining the Blended Variable Compensation Rate subsection for additional details.

**Start-up Agency Became Established and is no longer required to Vest**[12]

| Category | TPP Eligible 12MM Earned Premium | Current Renewal Base Commission Rate[13] | | | Blended Variable Compensation Rate[14] | Total TPP Rate | TPP Multiplier | Payment |
|---|---|---|---|---|---|---|---|---|
| | | *Current Renewal Rate + Blended Variable Comp Rate = Total Termination Payment Rate* | | | | | | *TPP Eligible Premium x Total TPP rate x TPP Multiplier* |
| Standard Auto (Line 10,16) | $750,000 | 9.00% | + | 0.60% | = | 9.60% | 1.5 | $108,000 |
| Standard Auto (Line 10,16) | $500,000 | 10.00% | + | 0.60% | = | 10.60% | 1.5 | $79,500 |
| | | | | | | | | |
| Non-Standard Auto (Line 19) | $50,000 | 7.00% | + | 0.60% | = | 7.60% | 1.5 | $5,700 |
| Non-Standard Auto (Line 19) | $15,000 | 8.00% | + | 0.60% | = | 8.60% | 1.5 | $1,935 |
| | | | | | | | | |
| Property | $375,000 | 9.00% | + | 0.60% | = | 9.60% | 1.5 | $54,000 |
| Property | $250,000 | 10.00% | + | 0.60% | = | 10.60% | 1.5 | $39,750 |
| | | | | | | | | |
| Commercial | $20,000 | 9.00% | + | 0.60% | = | 9.60% | 1.5 | $2,880 |
| Commercial | $25,000 | 10.00% | + | 0.60% | = | 10.60% | 1.5 | $3,975 |

| Category | New Net Written Premium | | TPP Rate | TPP Multiplier | Payment |
|---|---|---|---|---|---|
| | | | | | *New Net Written Premium x TPP rate X TPP Multiplier* |
| Allstate Financial New | $25,000 | | 5% | 1.5 | $1,875 |

| Category | Renewal Commissions | | TPP Multiplier | Payment |
|---|---|---|---|---|
| | | | | *Renewal Commissions x TPP Multiplier* |
| Allstate Financial Renewal | $2,500 | | 1.5 | $3,750 |

| Total Termination Payment Amount | $301,365 |
|---|---|

---

[12] Refer to the Vesting subsection for additional details.
[13] Renewal base commission rate varies by product.
[14] Refer to the Determining the Blended Variable Compensation Rate subsection for additional details.

Case: 1:21-cv-02674 Document #: 1-3 Filed: 05/18/21 Page 28 of 269 PageID #:135

# 6.0   Vesting

Start-up agents, with affiliation dates of January 1, 2012 and subsequent, will be required to vest for five years before being eligible to receive a termination payment on all secured new business. Vesting will not be required for purchased policies and Plus Policies will continue to vest under the Plus Policy program[15].

If a Start-Up Agency with an affiliation date prior to April 1, 2017 becomes an Established Agency by purchasing the economic interest in and/or being assigned via the Plus Policy program a combined total of more than 750 Total Personal Lines policies with a combined total of more than $800,000 in Total Property and Casualty Earned Premium, vesting will no longer be required and any new business written will immediately become vested.

Effective May 1, 2019 and later, if a Start-Up Agency with an affiliation date of April 1, 2017 and later becomes an Established Agency in one of the following ways, vesting will no longer be required on existing business and any new business written will immediately become vested.

- Purchasing the economic interest in a Total Property and Casualty 12mm Written Premium of more than the end point of their premium curve.  Multiple purchases will be combined to determine if they exceed the end point of their premium curve, or
- When an agency has a primary and an Enhanced Satellite Agency (ESA) and the agent divests their primary agency, the ESA will be considered an Established Agency

Prior to May 1, 2019, if a Start-Up Agency with an affiliation date of April 1, 2017 and later became an Established Agency by purchasing the economic interest in and/or being assigned via the Plus Policy program a combined Total Property and Casualty 12mm Written Premium which increased the agent's premium book size beyond the end point of their current premium curve, vesting was no longer required on existing business and any new business written immediately became vested.

---

[15] Effective August 1, 2019, the Plus Policy program will be sunset and no new Plus Policies will be assigned.  Policies currently in Plus Policy status will remain in Plus Policy status until the five full annual renewal periods have been completed.

Pls. Exhibit 3

Example:

**Agency TPP Vesting Program**

| | | Start-Up Agency Scratch | Start-Up Agency Outside Buyer | Established Agency Outside Buyer |
|---|---|---|---|---|
| **Vesting Requirement** | **Secured New Business** | • 5 Years Affiliation | • 5 Years Affiliation | • Immediate |
| | **Purchased Policies** | • N/A | • Immediate[2] | • Immediate |

[1] Effective 8/1/2019, the Plus Policy program will be sunset and no new Plus Policies will be assigned. Policies currently in Plus Policy status will remain in Plus Policy status until the five full annual renewal periods have been completed.

[2] A key person change will not accelerate or otherwise change these TPP vesting requirements. Due to system constraints, a key person change may cause TPP reports to display an inaccurate vested amount.

# Section 7:    Conversion Allowance

## 1.0   General

The R3001 Agent who converts from an R830 or R1500 Agreement will receive a Conversion Allowance as determined by the Company.   Approved buyers who become R3001 Agents by purchasing an agency will not receive a Conversion Allowance.

## 2.0   Calculation

The Conversion Allowance will be calculated based on the average of the agent's last three months' authorized compensation prior to conversion times a factor (see subsection 3.0), when applicable. For purposes of the Conversion Allowance, business coded to the CCC/Internet will have a factor of 1.0.  The Conversion Allowance shall be payable in the first month in which the R3001 Agreement is in effect.

The components of Conversion Allowance are:

- New business (includes first renewal auto)
- Renewal business
- Adjustment to minimum (R830, R1500, if applicable)
- Production Allowance
- Service Fees
- Relationship Fees
- Facility business
- Countersigning fees
- Business bound by the CCC/Internet
- Authorized compensation excludes:
- Allstate Flood Insurance
- Assigned Risk
- Lump sum payments for bonuses, if any, paid by the Company
- Non-Allstate business the agent is permitted to write, such as Underwriting Association, accommodation business, FAIR Plan, Expanded Market Coverage, California Earthquake Authority.

The following example illustrates the various components and the method of calculating the Conversion Allowance.

**EXAMPLE:**

Agent converts to R3001 status on July 1. The calculation will include compensation from the prior 3 months as is indicated in the chart below. This mathematical computation should be completed by line of insurance as follows:

1. April(l) + May(2) + June(3) = **Subtotal**
2. Subtotal divided by 3 = **Average**
3. Average x Applicable Factor by line of insurance = **Component Totals**
4. The **sum** of the various **component totals** will equal the **Conversion Allowance.** (Apply these steps to the example in the following chart.)

### R3001

| Production Month | March | April | May | | July |
|---|---|---|---|---|---|
| Compensation Month | April | May | June | | |

**Conversion Allowance calculation example:**

| Conversion Component | Mo. 1 | Mo. 2 | Mo. 3 | Subtotal | Avg. | Factor | Total |
|---|---|---|---|---|---|---|---|
| *New Business/1st Renewal Auto* | | | | | | | |
| Total Personal Lines/First Renewal Auto | $1050 | $1125 | $1095 | $3270 | $1090 | 3.68 | $4011 |
| Allstate Financial | 700 | 650 | 795 | 2145 | 715 | 1.29 | 922 |
| Commercial Insurance | 550 | 300 | 425 | 1275 | 425 | 3.46 | 1471 |
| Other | 200 | 175 | 210 | 585 | 195 | 1.0 | 195 |
| *Renewal* | | | | | | | |
| Total Personal Lines | 250 | 300 | 350 | 900 | 300 | 1.60 | 480 |
| Allstate Financial | 100 | 125 | 150 | 375 | 125 | 1.29 | 161 |
| Commercial Insurance | 80 | 50 | 110 | 240 | 80 | 1.0 | 80 |
| Other | 125 | 150 | 120 | 395 | 132 | 1.0 | 132 |
| Adjustment to Minimum | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Production Allowance | 115 | 120 | 75 | 310 | 103 | 1.0 | 103 |
| Service Fees | 60 | 45 | 50 | 155 | 52 | 1.0 | 52 |
| Relationship Fees | 0 | 0 | 0 | 0 | 0 | 1.0 | 0 |
| Facility Business | 0 | 0 | 0 | 0 | 0 | 1.0 | 0 |
| Countersigning Fees | 0 | 0 | 0 | 0 | 0 | 1.0 | 0 |
| CCC & Internet Bound Business | 100 | 100 | 100 | 300 | 100 | 1.0 | 100 |
| **Conversion Allowance** | | | | | | | **$7707** |

Case: 1:21-cv-02674 Document #: 1-3 Filed: 05/18/21 Page 32 of 269 PageID #:139

**Note:** Conversion factors are designed to approximate the R3001 new and renewal commission amounts and help offset future charge back activity to policies processed at 0% in the month prior to conversion.

# 3.0   Conversion Factors

The following conversion factors will be applied when calculating the Conversion Allowance:

| | PP & C[1] | | Allstate Financial | Commercial | | Other[2] |
|---|---|---|---|---|---|---|
| | New | Renewal | New & Renewal | New | Renewal | New & Renewal |
| **R830** *Option A* | 1.00 | 2.22 | 1.29 | 1.00 | 1.72 | 1.00 |
| *Option B* | 1.00 | 1.82 | 1.29 | 1.00 | 1.41 | 1.00 |
| *Option C* | 1.00 | 1.54 | 1.29 | 1.04 | 1.19 | 1.00 |
| **R1500** *Option A* | 2.16 | 1.67 | 1.29 | 2.16 | 1.67 | 1.00 |
| *Option B* | 1.85 | 1.43 | 1.29 | 1.85 | 1.43 | 1.00 |
| *Option C* | 1.62 | 1.25 | 1.29 | 1.62 | 1.25 | 1.00 |

The Conversion Allowance will be paid as a gross amount, not net after taxes, in month one as an R3001 Agent.  If there is an ALSTAR[3] deduction for additional leased equipment, or deductions for personal life insurance for the first month, they will be taken from the Conversion Allowance.

---

[1] Voluntary business only, excluding business bound by the Customer Contact Center (CCC) or the Internet.

[2] Includes Facility business, including business bound by the CCC/Internet.

[3] References to ALSTAR mean either the ALSTAR computer system or the Agency Desktop system.

# Section 8:    Operating Procedures for Agency Technology

## 1.0   General

This section applies to agencies using technology supplied by the agency to conduct Allstate Business.

As used in this section, Agency Technology includes any technology utilized by agencies to transmit and process insurance and Company business.  With Agency Technology, agencies will be required to supply and maintain at their own expense, the necessary desktop/notebook workstation equipment, desktop/notebook workstation software, broadband internet connectivity and networking, and telephone systems.

Agencies may be eligible for the Agency Technology Allowance (ATA), which is provided to assist with the purchase of computer equipment that meets Allstate's minimum specifications.  The ATA may be used in the Agency Technology Store and is intended to be used to purchase computer equipment only for purposes of conducting Company business.  The ATA is calculated and paid in accordance with Allstate's current ATA program and the Company reserves the right at any time as it may prescribe in its sole discretion to change, restrict or eliminate such program and any associated ATA funding.  Allstate may provide limited and defined support to computer equipment purchased in the Agency Technology Store for conducting Allstate business, but agencies shall be responsible for the cost of this support.

Allstate will make its Gateway Portal available over the internet in order for agencies using Agency Technology to conduct business with the Company.  Allstate applications will be available on this Gateway Portal.  Agents must use only Company approved software to provide a quote and/or illustration of any product.

## 2.0   Agency Technology Specifications

To ensure compatibility with the Gateway Portal, along with optimal customer experiences, all Agency Technology must meet or exceed the technology specifications shown in Agency Standards - Exhibit A.  These technology specifications include the security specifications necessary to help protect Allstate information and may be periodically changed by Allstate in its sole discretion.

# 3.0   Asset Protection

Allstate has many resources.  As a Company representative, you are being trusted with access to some of those assets, and are expected to protect and preserve them for Company use.  All information transmitted, received and contained in the Gateway Portal or through any Allstate provided software remains the property and asset of the Company.  Disclosing, altering, or destroying any Allstate information without the Company's approval is prohibited.

# 4.0   Use

The agent will use the Gateway Portal, and any company provided software in accordance with the terms and conditions outlined in this section of the Supplement, and will comply with all applicable laws and regulations as well as company procedures as outlined in the Allstate Agency IT Usage Policy - Agency Technology, the "Company Property, Confidentiality" section of the R3001 Exclusive Agency Agreement, and the "Confidentiality of Information" section of the R3001 Agency Standards.  The agent assumes full responsibility for the use of the Gateway Portal, and any company provided software or equipment by the agent's employees or other persons working on the agent's behalf.

# 5.0   Security

The agent is responsible for securing and safeguarding any confidential and proprietary information which is accessible through the use of the Gateway Portal and/or any company provided software.  Allstate reserves the right to deny access to the Gateway Portal and the Allstate network for failure to comply with Allstate's security requirements.  Security requirements are contained in the Allstate Agency Standards.

To ensure that the Company's confidential and proprietary information is being secured and safeguarded consistent with the "Confidentiality of Information" section of the Allstate Agency Standards, Allstate may at its discretion, inspect your agency's security and safeguarding practices. This inspection may be done any time during normal agency hours without notice by the Company or its designated inspectors and you shall have the duty to cooperate fully with the party(ies) making such inspection.  The inspection may include Allstate Confidential Information stored in any manner, including your agency computer systems.  The inspection may be conducted through any appropriate means, such as a remote connection to your computers.

# 6.0   Maintenance/Limitation of Liability

Agencies are responsible for procuring the necessary maintenance and repair services for all agency-owned desktop/notebook workstation equipment, desktop/notebook workstation software, internet connectivity and networking, telephone systems, and any related peripheral equipment.

Case: 1:21-cv-02674 Document #: 1-3 Filed: 05/18/21 Page 35 of 269 PageID #:142

Allstate will maintain the Gateway Portal, and make updates as necessary. Allstate's obligations in connection with Gateway Portal are limited to providing maintenance and making updates as necessary. This obligation is in lieu of all other warranties, expressed or implied, and is further in lieu of any other obligation or liability to pay damages whether direct, indirect, special or consequential, arising out of, or in connection with, the use of the Gateway Portal and/or any company provided software.

Allstate will not be responsible for any delay, failure in performance, or interruption of service resulting directly or indirectly from acts of God, civil disturbance, war, accident, strikes, fire, or other catastrophes, shortage of parts, materials, labor, power, transportation or other events beyond Allstate's reasonable control.

# 7.0   Modifications

The agent may not modify, alter, disclose or distribute software provided by the Company, or the information contained therein. Any software provided must be used in compliance with its license agreement, and in accordance with the purpose for which it was provided. Software provided by Allstate will specify the number of computers on which it can be installed. You may not copy software provided by Allstate unless the software is legally permitted to be copied or shared without violation of copyright or trade mark laws. Allstate retains the right to protect the Gateway Portal and any software it may provide in any way deemed necessary.

# 8.0   Notice of Loss

The agent is responsible for notifying Allstate through the Privacy Incident Reporting Process by reporting the incident to the Allstate Alert Us Line at 1-800-427-9389 when any computer equipment used in the course of conducting Allstate agency business is lost or stolen as that computer equipment may contain customer information. At the end of that equipment's useful life, all customer information must be securely removed as specified in the "Confidentiality of Information" section of Agency Standards.

# 9.0   Return of Customer Information and Software

Upon termination for any reason of your agency relationship with Allstate, you must return all customer information to the Company, along with any software provided by the Company.

Once a copy of the Allstate customer information stored on your agency PCs has been provided to Allstate, all customer information must be securely removed from your PCs as specified in the "Confidentiality of Information" section of Agency Standards.

Case: 1:21-cv-02674 Document #: 1-3 Filed: 05/18/21 Page 36 of 269 PageID #:143

# Chapter 2:    Schedule of Commissions

Pls. Exhibit 3

# Section 1:    Introduction

## 1.0   General

This chapter contains the current commission amounts applicable to products sold by the R3001 Agent.  Rules for special commission situations are contained in Chapter 3.

## 2.0   Applying Commission Amounts to Converting Agents' Business

Once the agent has converted to the R3001 Agreement, the next renewal of each property and casualty policy in his or her account will be recorded at the applicable renewal amount contained in this chapter.  Prior to each renewal, any policy activity (endorsement, chargeback) will be recorded at the applicable amount from the agent's former agreement.

Commissions for Allstate Financial business issued prior to the agent's conversion will be in accordance with the agent's former agreement, except as follows:

- For agents that converted prior to July 1, 1994, **all** UL policies written prior to July 1, 1994 that are in their sixth or subsequent policy year will be paid at the current Policy Value rate[1] (Chapter 2, Section 1d).  This is in lieu of renewal commission on UL excess premium.

---

[1] Not applicable to New York R3001 Agents.

# Section 1a:  Auto

## 1.0   General

Those lines in the Auto line group and included in like lines for purposes of agent commission are listed in Chapter 3, Section 2.

## 1.1   Plus Policies[1]

Commission amounts on Plus Policies, including added coverage, will be 6% on the applicable net written premium for Standard Private Passenger auto policies and 4% on the applicable net written premium for Non-Standard Private Passenger auto policies.  Commercially Rated, Non-Fleet Plus Policies will be paid at the rates listed in subsection 4.1 or 4.2.

## 1.2   Customer Contact Center (CCC)/Internet Policies[2]

**Agency Routed**
Policies bound by the Customer Contact Center (CCC)/Internet and assigned to R3001 Agents in Agency Routed status will receive zero percent (0%) new business and 3.5% renewal commissions.  Add Cars will be paid at 3.5% new and renewal.  Refer to Chapter 4, Section 5, subsection 6.0 for details.

**Direct Transition**
Policies bound by the Customer Contact Center (CCC)/Internet and assigned to R3001 Agents in Direct Transition status will receive zero percent (0%) new business and full renewal commissions.

Commissions on Added Coverages to policies bound by the CCC/Internet and Direct Transition status will be paid at full commissions on the net written premium for the Added Coverage on a pro-rated basis until the next renewal.

**Assigned Agency and Agency Direct**
New, first renewal and subsequent renewal commissions on policies bound by the CCC/Internet and assigned to R3001 Agents in Assigned Agency or Agency Direct status will be 3.5%[3] on the net written premium.

---

[1] Effective August 1, 2019, the Plus Policy program will be sunset and no new Plus Policies will be assigned.  Policies currently in Plus Policy status will remain in Plus Policy status until the five full annual renewal periods have been completed.

[2] Unless identified as resulting from an agent forwarded phone or the agent's home page on the Internet beginning October 4, 2004 and subsequent – agent type 41.

[3] Commissions on policies renewing with an effective and process date prior to October 1, 2004 will be 2% on the net written premium.

Case: 1:21-cv-02674 Document #: 1-3 Filed: 05/18/21 Page 39 of 269 PageID #:146

Commissions on Added Coverages to policies bound by the CCC/Internet and in Assigned Agency or Agency Direct status will be 3.5%[4] on the net written premium for the Added Coverage on a pro-rated basis until the next renewal. If the Added Coverage to the policy in Assigned Agency status is a Major Coverage and such coverage was added (bound) by an agency, the agency adding the coverage will receive 3.5% on the net written premium for the Added (Major) Coverage on a pro-rated basis until the next renewal and the agency will capture the policy at 3.5% at the next renewal as described in Chapter 4 of this Supplement.

**Designated Agency**
New, first renewal and subsequent renewal commissions on policies bound by the CCC (prior to September 14, 2009)/Internet that are captured as described in Chapter 4 of this Supplement and are in Designated Agency status will be 3.5% on the net written premium.

Added Coverage to policies bound by the CCC/Internet and in Designated Agency status will be 3.5% on the net written premium for the Added Coverage on a pro-rated basis until the next renewal. At the next renewal, the Designated Agency will receive 3.5% on the entire premium.

# 2.0   Established Agencies

Voluntary Auto Table 1 (subsection 4.1) is applicable to business that is effective and processed on or after January 1, 2013 for Established Agencies. Policy activity on business that is effective or processed prior to January 1, 2013 will be recorded at the applicable amount from the Voluntary Auto Table 2 schedule in Subsection 4.2.

# 3.0   Start-up Agencies

Voluntary Auto Table 2 (subsection 4.2) is applicable to Start-up Agencies.

For Start-up Agencies with affiliation dates prior to April 1, 2017 who become an Established Agency by achieving 37 full months of affiliation in the calendar year, Voluntary Auto Table 1 is applicable to business that is effective and processed on or after January 1 of that calendar year. Business that is effective or processed prior to January 1 of the calendar year Established Agency status is attained will be paid at these rates upon the next renewal of each auto policy in the agent's account. Prior to each renewal, any policy activity will be recorded at the applicable amount from the Voluntary Auto Table 2 schedule in Section 4.2. Chargebacks will be recorded at the initial rate paid. For example, in situations where an agency writes a policy as a Start-up Agency and the policy subsequently charges back when the agency is an Established Agency, the chargeback will be at the initial rate paid when the agency was a Start-up.

---

[4] Commissions on policies renewing with an effective and process date prior to October 1, 2004 will be 2% on the net written premium for the Added Coverage on a pro-rated basis until the next renewal.

Pls. Exhibit 3

For Start-up Agencies with affiliation dates prior to April 1, 2017 who become an Established Agency by purchasing the economic interest in over 750 Total Personal Lines policies with a combined total of more than $800,000 in Total Property and Casualty 12mm Earned Premium, Voluntary Auto Table 1 is applicable to business that is effective and processed on or after the month following the purchase. Business that is effective or processed during and prior to the month of purchase, will be paid at these rates upon the next renewal of each auto policy in the agent's account. Prior to each renewal, any policy activity will be recorded at the applicable amount from the Voluntary Auto Table 2 schedule in Section 4.2. Chargebacks will be recorded at the initial rate paid. For example, in situations where an agency writes a policy as a Start-up Agency and the policy subsequently charges back when the agency is an Established Agency, the chargeback will be at the initial rate paid when the agency was a Start-up.

For Start-up Agencies with affiliation dates of April 1, 2017 and later who become an Established Agency by graduating from or losing their eligibility to participate in the Enhanced Compensation Plan (ECP)[5], Voluntary Auto Table 1 is applicable beginning with business that is effective and processed in the month they become an Established Agency. Business that is effective or processed prior to the month they become an Established Agency will be paid at these rates upon the next renewal of each auto policy in the agent's account. Prior to each renewal, any policy activity will be recorded at the applicable amount from the Voluntary Auto Table 2 schedule in Section 4.2. Chargebacks will be recorded at the initial rate paid. For example, in situations where an agency writes a policy as a Start-up Agency and the policy subsequently charges back when the agency is an Established Agency, the chargeback will be at the initial rate paid when the agency was a Start-up.

# 4.0  Tables

The following tables contain the current commission amounts for R3001 Agents applicable to auto policies, except policies bound by the Customer Contact Center (CCC)/Internet, unless identified as resulting from an agent forwarded phone or the agent's home page on the Internet beginning October 4, 2004 and subsequent (agent type 41) and Plus Policies[6]. Refer to subsections 2.0 and 3.0 to determine which table is applicable.

---

[5] Refer to the New Agency Program page for details on an Enhanced Compensation Plan (ECP) eligible agency becoming an established agency.

[6] Effective August 1, 2019, the Plus Policy program will be sunset and no new Plus Policies will be assigned. Policies currently in Plus Policy status will remain in Plus Policy status until the five full annual renewal periods have been completed.

## 4.1    Voluntary Auto[7] Table 1

Policies paid based on the commission amounts in the following table are eligible for variable compensation.  Refer to the Variable Compensation page on Gateway for information regarding variable compensation.

| Line | Commission Amounts | | | |
| --- | --- | --- | --- | --- |
| | New[8] % | First Renewal[9] % | Subs. Renewal % | Added Coverage % |
| **STANDARD** | | | | |
| **Private Passenger** | | | | |
| Allstate Insurance | 9 | 9 | 9 | 9 |
| Allstate Indemnity – TX | 9 | 9 | 9 | 9 |
| Allstate Indemnity – CA[10], MD[11], MN[12] & NC[13] | 9 | 9 | 9 | 9 |
| Allstate County Mutual - TX | 9 | 9 | 9 | 9 |
| Allstate Fire and Casualty Insurance Company – TX, MI[14] | 9 | 9 | 9 | 9 |
| Allstate Property and Casualty | 9 | 9 | 9 | 9 |
| **NON-STANDARD** | | | | |
| Allstate Indemnity - *excluding* TX | 7 | 7 | 7 | 7 |
| Allstate Indemnity – CA[15], MD[16], MN[17] & NC[18] | 7 | 7 | 7 | 7 |
| Allstate County Mutual – TX | 7 | 7 | 7 | 7 |
| **Commercially Rated, Non-Fleet** | | | | |
| All Allstate Companies *except* Allstate New Jersey | 9 | NA | 9 | 9 |
| Allstate New Jersey | 6.5 | NA | 6.5 | 6.5 |

---

[7] Commission amounts for products sold under the Emerging Business Pilot are located in Section 1f.

[8] Refer to subsection 4.3 for information regarding policies bound through an agent's home page on the Internet or bound by the CCC as resulting from an agent forwarded phone.

[9] First renewal is applicable to six month auto policies only.

[10] Allstate Indemnity policies effective 6/1/93 and subsequent **and** Allstate Insurance Company policies effective 1/1/92 through 5/31/93 which were rolled over to Allstate Indemnity after 8/1/93.

[11] Allstate Indemnity policies effective 12/7/2004 and subsequent

[12] Allstate Indemnity policies effective 10/17/2005 and subsequent

[13] Allstate Indemnity policies written in Standard Tiers as part of SRM 2 effective 9/17/01

[14] Effective June 15, 2015, the MCCA assessment is split out from the premium and a flat annual rate of $8.00 per item will be paid for the assessment.

[15] Allstate Indemnity policies effective prior to 6/1/93 only

[16] Allstate Indemnity policies effective prior to 12/7/2004

[17] Allstate Indemnity policies effective prior to 10/17/2005

[18] Allstate Indemnity policies written in Non-standard Tiers as part of SRM 2 effective 9/17/01

## 4.2    Voluntary Auto[19] Table 2

| Line | Commission Amounts | | | |
|---|---|---|---|---|
| | New[20] % | First Renewal[21] % | Subs. Renewal % | Added Coverage % |
| **STANDARD** | | | | |
| **Private Passenger** | | | | |
| Allstate Insurance | 10 | 10 | 10 | 10 |
| Allstate Indemnity – TX | 10 | 10 | 10 | 10 |
| Allstate Indemnity – CA[22], MD[23], MN[24] & NC[25] | 10 | 10 | 10 | 10 |
| Allstate County Mutual - TX | 10 | 10 | 10 | 10 |
| Allstate Fire and Casualty Insurance Company - TX, MI[26] | 10 | 10 | 10 | 10 |
| Allstate Property and Casualty | 10 | 10 | 10 | 10 |
| **NON-STANDARD** | | | | |
| Allstate Indemnity - *excluding* TX | 8 | 8 | 8 | 8 |
| Allstate Indemnity – CA[27], MD[28], MN[29] & NC[30] | 8 | 8 | 8 | 8 |
| Allstate County Mutual – TX | 8 | 8 | 8 | 8 |
| **Commercially Rated, Non-Fleet** | | | | |
| All Allstate Companies *except* Allstate New Jersey | 10 | NA | 10 | 10 |
| Allstate New Jersey | 6.5 | NA | 6.5 | 6.5 |

[19] Commission amounts for products sold under the Emerging Business Pilot are located in Section 1f..

[20] Refer to subsection 4.3 for information regarding policies bound through an agent's home page on the Internet or bound by the CCC as resulting from an agent forwarded phone.

[21] First renewal is applicable to six month auto policies only.

[22] Allstate Indemnity policies effective 6/1/93 and subsequent **and** Allstate Insurance Company policies effective 1/1/92 through 5/31/93 which were rolled over to Allstate Indemnity after 8/1/93.

[23] Allstate Indemnity policies effective 12/7/2004 and subsequent

[24] Allstate Indemnity policies effective 10/17/2005 and subsequent

[25] Allstate Indemnity policies written in Standard Tiers as part of SRM 2 effective 9/17/01

[26] Effective June 15, 2015, the MCCA assessment is split out from the premium and a flat annual rate of $8.00 per item will be paid for the assessment.

[27] Allstate Indemnity policies effective prior to 6/1/93 only

[28] Allstate Indemnity policies effective prior to 12/7/2004

[29] Allstate Indemnity policies effective prior to 10/17/2005

[30] Allstate Indemnity policies written in Non-standard Tiers as part of SRM 2 effective 9/17/01

## 4.3 Policies Bound through an Agent's Home Page on the Internet or Bound by the Customer Contact Center (CCC)/Internet as Resulting from an Agent Forwarded Phone

Personal auto business, including add cars, bound through an agent's home page on the Internet will receive:
- 0% new business (effective October 4, 2004 through December 31, 2008)
- Full new business (effective January 1, 2009 and subsequent)
- Full renewal (effective October 4, 2004 and subsequent)

Personal auto business bound in the CCC/Internet that has been identified as resulting from an agent forwarded phone[31] will receive:
- 0% new business (effective October 4, 2004 and subsequent)
- Full renewal (effective October 4, 2004 and subsequent)
- Add cars will receive full new business and full renewal

If the software used to determine whether the call is from an agent forwarded phone or a direct call to the CCC is not operating, then business bound by the CCC on a new to Allstate customer who does not request an agent will be coded to the CCC house account number, and any existing customers and new Allstate customers that request an agent will be assigned to the agent as an agent type 41.

## 4.4 Residual Market

Allstate agents are not authorized to charge any fees or accept any compensation beyond that provided for in the agent's agency agreement, or the commission as set forth by the particular state residual market plan except they may charge any fee which is specifically authorized by the particular state Assigned Risk plan rules. The commission and any specifically authorized fee for Assigned Risk plan business is intended to cover the agent's total involvement in the act of providing insurance.

### 4.4.1 Reinsurance Facility (Business Bound by R3001 Agents)

| | Commission Amounts | | |
| State | New % | First Renewal[32] % | Subsequent Renewal % |
|---|---|---|---|
| North Carolina | 10 | 10 | 10 |
| | 10 | 10 | 6.5 |

---

[31] Policies bound through the Extra Hands Call Forward program will receive full new business and full renewal.

[32] First renewal is applicable to six month auto policies only.

| State | Commission Amounts | | |
|---|---|---|---|
| | New % | First Renewal[32] % | Subsequent Renewal % |
| New Hampshire[33] | | | |

## 4.4.2    Underwriting Association

| State | Commission Amounts |
|---|---|
| Michigan (AIPF) | 10% |
| Hawaii (JUP) New Business Renewals | 8% capped at $75 per item 5% capped at $35 per item |

# 5.0   Allstate Parts and Labor Plus[34]

| | Commission Amount |
|---|---|
| Agent Produced Business | 18% |

---

[33] The New Hampshire Driving Record Surcharge will be excluded from Facility premium for purposes of agent commission.  The agent will receive a flat payment of $5.00 for each driving record point up to a maximum of $25.00 (5 points).
[34] The Allstate Parts and Labor Plus program has been discontinued effective January 31, 2005.

[34] The Allstate Parts and Labor Plus program has been discontinued effective January 31, 2005.

# Section 1b:  Personal Property

# 1.0   General

In cases where a countersigning agent in a non-resident state is to receive a fee for countersigning a policy, this fee will reduce the commission of the Writing Agent.  Any such reduction will be reflected on the Writing Agent's production statement.

## 1.1   Plus Policies[1]

Commission amounts on Plus Policies, including added coverage, will be 6% on the applicable net written premium.

## 1.2   Customer Contact Center (CCC)/Internet Policies[2]

**Agency Routed**
Policies bound by the Customer Contact Center (CCC)/Internet and assigned to R3001 Agents in Agency Routed status will receive zero percent (0%) new business and 3.5% renewal commissions.  Refer to Chapter 4, Section 5, subsection 6.0 for details.

**Direct Transition**
Policies bound by the Customer Contact Center (CCC)/Internet and assigned to R3001 Agents in Direct Transition status will receive zero percent (0%) new business and full renewal commissions.

Commissions on Added Coverages to policies bound by the CCC/Internet and Direct Transition status will be paid at full commissions on the net written premium for the Added Coverage on a pro-rated basis until the next renewal.

**Assigned Agency and Agency Direct**
New and renewal commissions on policies bound by the CCC/Internet and assigned to R3001 Agents in Assigned Agency or Agency Direct status will be 3.5%[3] on the net written premium.

Commissions on Added Coverages to policies bound by the CCC/Internet and in Assigned Agency or Agency Direct status will be 3.5%[4] on the net written premium for the Added Coverage on a pro-rated basis until the next renewal.  If the Added Coverage to the policy in Assigned Agency

---

[1] Effective August 1, 2019, the Plus Policy program will be sunset and no new Plus Policies will be assigned.  Policies currently in Plus Policy status will remain in Plus Policy status until the five full annual renewal periods have been completed.

[2] Unless identified as resulting from an agent forwarded phone or the agent's home page on the Internet beginning October 4, 2004 and subsequent – agent type 41.

[3] Commissions on policies renewing with an effective and process date prior to October 1, 2004 will be 2% on the net written premium.

[4] Commissions on policies renewing with an effective and process date prior to October 1, 2004 will be 2% on the net written premium for the Added Coverage on a pro-rated basis until the next renewal.

status is a Major Coverage and such coverage was added (bound) by an agency, the agency adding the coverage will receive 3.5% on the net written premium for the Added (Major) Coverage on a pro-rated basis until the next renewal and the agency will capture the policy at 3.5% at the next renewal as described in Chapter 4 of this Supplement.

**Designated Agency**

New and renewal commissions on policies bound by the CCC (prior to September 14, 2009)/Internet that are captured as described in Chapter 4 of this Supplement and are in Designated Agency status will be 3.5% on the net written premium.

Added Coverage to policies bound by the CCC/Internet and in Designated Agency status will be 3.5% on the net written premium for the Added Coverage on a pro-rated basis until the next renewal. At the next renewal, the Designated Agency will receive 3.5% on the entire premium.

# 2.0   Established Agencies

Personal Property Table 1 (subsection 4.1) is applicable to business that is effective and processed on or after January 1, 2013 for Established Agencies. Policy activity on business that is effective or processed prior to January 1, 2013 will be recorded at the applicable amount from the Personal Property Table 2 (subsection 4.2).

# 3.0   Start-up Agencies

Personal Property Table 2 (subsection 4.2) is applicable to Start-up Agencies.

For Start-up Agencies with affiliation dates prior to April 1, 2017 who become an Established Agency by achieving 37 full months of affiliation in the calendar year, the Personal Property Table 1 is applicable to business that is effective and processed on or after January 1 of that calendar year.  Business that is effective or processed prior to January 1 of the calendar year Established Agency status is attained will be paid at these rates upon the next renewal of each property policy in the agent's account.  Prior to each renewal, any policy activity will be recorded at the applicable amount from the Personal Property Table 2 schedule in Section 4.2. Chargebacks will be recorded at the initial rate paid.  For example, in situations where an agency writes a policy as a Start-up Agency and the policy subsequently charges back when the agency is an Established Agency, the chargeback will be at the initial rate paid when the agency was a Start-up.

For Start-up Agencies with affiliation dates prior to April 1, 2017 who become an Established Agency by purchasing the economic interest in over 750 Total Personal Lines policies with a combined total of more than $800,000 in Total Property and Casualty 12mm Earned Premium, the Personal Property Table 1 is applicable to business that is effective and processed on or after the month following the purchase.  Business that is effective or processed during and prior to the month of purchase, will be paid at these rates upon the next renewal of each property policy in the agent's account.  Prior to each renewal, any policy activity will be recorded at the applicable amount from the Personal Property Table 2 schedule in Section 4.2. Chargebacks will be recorded at the initial rate paid.  For example, in situations where an agency writes a policy as a Start-up

Pls. Exhibit 3

Agency and the policy subsequently charges back when the agency is an Established Agency, the chargeback will be at the initial rate paid when the agency was a Start-up.

For Start-up Agencies with affiliation dates of April 1, 2017 and later who become an Established Agency by graduating from or losing their eligibility to participate in the Enhanced Compensation Plan (ECP) [5], Personal Property Table 1 is applicable beginning with business that is effective and processed in the month they become an Established Agency. Business that is effective or processed prior to the month they become an Established Agency will be paid at these rates upon the next renewal of each property policy in the agent's account. Prior to each renewal, any policy activity will be recorded at the applicable amount from the Personal Property Table 2 schedule in Section 0. Chargebacks will be recorded at the initial rate paid. For example, in situations where an agency writes a policy as a Start-up Agency and the policy subsequently charges back when the agency is an Established Agency, the chargeback will be at the initial rate paid when the agency was a Start-up.

# 4.0  Tables

The following table contains the current commission amounts for R3001 Agents applicable to the various lines in the Personal Property category, except policies bound by the Customer Contact Center (CCC)/Internet, unless identified as resulting from an agent forwarded phone or the agent's home page on the Internet beginning October 4, 2004 and subsequent (agent type 41) and Plus Policies [6]. Refer to subsections 2.0 and 3.0 to determine which table is applicable.

## 4.1  Personal Property Table 1

Policies paid based on the commission amounts in the following table are eligible for variable compensation. Refer to the Variable Compensation page on Gateway for information regarding variable compensation.

| Line of Insurance | Commission Amounts | | |
|---|---|---|---|
|  | New[7] % | Add Coverage % | Renewal % |

---

[5] Refer to the New Agency Program page for details on an Enhanced Compensation Plan (ECP) eligible agency becoming an established agency.

[6] Effective August 1, 2019, the Plus Policy program will be sunset and no new Plus Policies will be assigned. Policies currently in Plus Policy status will remain in Plus Policy status until the five full annual renewal periods have been completed.

[7] Refer to subsection 4.3 for information regarding policies bound through an agent's home page on the Internet or bound by the CCC as resulting from an agent forwarded phone.

| Personal Property<br>Homeowners (including Condominium and Renters[8])<br>Mobilehome<br>Boatowners[8] (including Recreational Package Policy)<br>Residential Fire (including CPL)<br>Landlords Package Policy<br>Personal Umbrella Policy | 9 | 9 | 9 |
|---|---|---|---|
| Workers' Comp Residence Employees | 9 | 9 | 4 |

## 4.2   Personal Property Table 2

| | Commission Amounts | | |
|---|---|---|---|
| Line of Insurance | New[7]<br>% | Add<br>Coverage % | Renewal<br>% |
| Personal Property<br>Homeowners (including Condominium and Renters[8])<br>Mobilehome<br>Boatowners[8] (including Recreational Package Policy)<br>Residential Fire (including CPL)<br>Landlords Package Policy<br>Personal Umbrella Policy | 10[9] | 10[9] | 10 |
| Workers' Comp Residence Employees<br>First $500<br>Over $500 | <br>10<br>7.5 | <br>10<br>7.5 | <br>5<br>5 |

## 4.3   Policies Bound through an Agent's Home Page on the Internet or Bound by the Customer Contact Center (CCC)/Internet as Resulting from an Agent Forwarded Phone

Personal property business bound through an agent's home page on the Internet will receive:

- 0% new business (effective October 4, 2004 through December 31, 2008)
- Full new business (effective January 1, 2009 and subsequent)
- Full renewal (effective October 4, 2004 and subsequent)

Personal property business bound in the CCC/Internet that has been identified as resulting from an agent forwarded phone[10] will receive:

- 0% new business (effective October 4, 2004 and subsequent)
- Full renewal (effective October 4, 2004 and subsequent)

---

[8] Commission rates for products sold under the Emerging Business Pilot are located in Section 1f.

[9] This amount applies to premium issued from January 2003 and subsequent on policies with effective dates of January 1, 2003 and subsequent.

[10] Policies bound through the Extra Hands Call Forward program will receive full new business and full renewal.

If the software used to determine whether the call is from an agent forwarded phone or a direct call to the CCC is not operating, then business bound by the CCC on a new to Allstate customer who does not request an agent will be coded to the CCC house account number, and any existing customers and new Allstate customers that request an agent will be assigned to the agent as an agent type 41.

# 5.0   Allstate Flood Insurance

R3001 Agents are permitted to sell flood insurance through Allstate under Allstate's agreement to write through the NFIP Write Your Own Flood Program.[11]  The current commission amount on agency written business is 17% new and 14% renewal.

The flood insurance commission schedule has been enhanced on agency written business to 18% new business and 16% renewal for agents achieving $300,000[12] or more in total flood insurance written premium as of December of each year.  This enhancement is applicable to agents regardless of which commission schedule, Allstate or NFIP, has been selected.

# 6.0   California Earthquake Authority

Allstate agents are permitted to sell California Earthquake Authority business through a state regulated program for customers with companion personal property policies.  The current commission amount on agency bound business is 10% on both new business and renewal.

---

[11] Flood insurance cannot be written directly through the National Flood Insurance Program (NFIP).

[12] Total new and renewal written premium based on prior year end results as reported to Allstate by an authorized third-party supplier.  Results will be re-evaluated each year end.

Case: 1:21-cv-02674 Document #: 1-3 Filed: 05/18/21 Page 51 of 269 PageID #:158

# Section 1c:   Commercial

## 1.0   General

The Company may from time to time enter into joint marketing agreements ("marketing agreements") with certain national trade associations or other organizations. These marketing agreements may generate marketing leads in specific industry vertical markets ("leads"). It is the desire of the Company to provide such leads to certain R3001 agents in order to assist those agents to penetrate certain vertical markets. It is the desire of such agents to obtain such leads.

The participating agencies understand that there exists a cost associated with lead generation. In order to offset such costs, any agent participating in the designated national trade association joint marketing program, agrees to a reduced commission for all polices sold on leads generated by such program. The amount of the reduction in commission will be set forth for each specific marketing program. By voluntarily participating in the program, the agency agrees to the new business and renewal premium reduction set forth for that specific marketing program.

Commission for Commercial policies issued as the result of a lead forwarded to a Business Insurance Specialist (BIS) may result in a reduced commission to the agent. The reduced commission is described in Chapter 3, Section 5.0, Subsection 0.

## 2.0   Established Agencies

Voluntary Commercial Table 1 (subsection 4.1) is applicable to business that is effective and processed on or after January 1, 2013 for Established Agencies. Policy activity on business that is effective or processed prior to January 1, 2013 will be recorded at the applicable amount from Voluntary Commercial Table 3 (subsection 4.3 – Prior to New Product Implementation) or Voluntary Commercial Table 4 (subsection 4.4 – After New Product Implementation).

## 3.0   Start-up Agencies

Voluntary Commercial Table 2 (subsection 4.2) is applicable to Start-up Agencies.

For Start-up Agencies with affiliation dates prior to April 1, 2017 who become an Established Agency by achieving 37 full months of affiliation in the calendar year, the Voluntary Commercial Table 1 is applicable to business that is effective and processed on or after January 1 of that calendar year. Business that is effective or processed prior to January 1 of the calendar year Established Agency status is attained will be paid at these rates upon the next renewal of each commercial policy in the agent's account. Prior to each renewal, any policy activity will be recorded at the applicable amount from Voluntary Commercial Table 3 (subsection 4.3 – Prior to New Product Implementation) or Voluntary Commercial Table 4 (subsection 4.4 – After New Product Implementation). Chargebacks will be recorded at the initial rate paid. For example, in situations where an agency writes a policy as a Start-up Agency and the policy subsequently

Case: 1:21-cv-02674 Document #: 1-3 Filed: 05/18/21 Page 52 of 269 PageID #:159

charges back when the agency is an Established Agency, the chargeback will be at the initial rate paid when the agency was a Start-up.

For Start-up Agencies with affiliation dates prior to April 1, 2017 who become an Established Agency by purchasing the economic interest in over 750 Total Personal Lines policies with a combined total of more than $800,000 in Total Property and Casualty 12mm Earned Premium, the Voluntary Commercial Table 1 is applicable to business that is effective and processed on or after the month following the purchase.  Business that is effective or processed during and prior to the month of purchase, will be paid at these rates upon the next renewal of each commercial policy in the agent's account.  Prior to each renewal, any policy activity will be recorded at the applicable amount from Voluntary Commercial Table 3 (subsection 4.3 – Prior to New Product Implementation) or Voluntary Commercial Table 4 (subsection 4.4 – After New Product Implementation). Chargebacks will be recorded at the initial rate paid.  For example, in situations where an agency writes a policy as a Start-up Agency and the policy subsequently charges back when the agency is an Established Agency, the chargeback will be at the initial rate paid when the agency was a Start-up.

For Start-up Agencies with affiliation dates of April 1, 2017 and later who become an Established Agency by graduating from or losing their eligibility to participate in the Enhanced Compensation Plan (ECP) [1], Voluntary Commercial Table 1 is applicable beginning with business that is effective and processed in the month they become an Established Agency.  Business that is effective or processed prior to the month they become an Established Agency, will be paid at these rates upon the next renewal of each commercial policy in the agent's account.  Prior to each renewal, any policy activity will be recorded at the applicable amount from Voluntary Commercial Table 3 (subsection 4.3 – Prior to New Product Implementation) or Voluntary Commercial Table 4 (subsection 4.4 – After New Product Implementation). Chargebacks will be recorded at the initial rate paid.  For example, in situations where an agency writes a policy as a Start-up Agency and the policy subsequently charges back when the agency is an Established Agency, the chargeback will be at the initial rate paid when the agency was a Start-up.

# 4.0   Tables

The following tables contain the current commission amounts for R3001 Agents applicable to Commercial insurance written in Allstate Insurance Company, Allstate Indemnity Company, Allstate Texas Lloyds Inc., Allstate County Mutual Insurance Company and Allstate New Jersey Insurance Company. Refer to subsections 2.0 and 3.0 to determine which table is applicable. Refer to Chapter 3, Section 5.0, Subsection 0, for information regarding commissions on policies issued as a result of leads forwarded to a Business Insurance Specialist (BIS).

---

[1] Refer to the New Agency Program page for details on an Enhanced Compensation Plan (ECP) eligible agency becoming an established agency.

## 4.1   Voluntary Commercial Table 1 effective on or after 1/1/2013 (Rates in effect Prior to and After New Product Implementation)

Policies paid based on the commission amounts in the following table are eligible for variable compensation.  Refer to the Variable Compensation page on Gateway for information regarding variable compensation.

| Line | Commission Amounts | |
|---|---|---|
| | New % | Renewal % |
| **All Allstate Companies excluding Allstate New Jersey**<br>    All Commercial Lines | 9 | 9 |
| **Allstate New Jersey**<br>    All Commercial Lines | 6.5 | 6.5 |

## 4.2   Voluntary Commercial Table 2 effective on or after 1/1/2013 (Rates in effect Prior to and After New Product Implementation)

| Line | Commission Amounts | |
|---|---|---|
| | New % | Renewal % |
| **All Allstate Companies excluding Allstate New Jersey**<br>    All Commercial Lines | 10 | 10 |
| **Allstate New Jersey**<br>    All Commercial Lines | 6.5 | 6.5 |

## 4.3 Voluntary Commercial Table 3 effective prior to 1/1/2013 (Rates in Effect Prior to New Product Implementation)

| Line | Commission Amounts | |
|------|---------|---------|
|  | New % | Renewal % |
| **All Allstate Companies excluding Allstate New Jersey** | | |
| Commercial Casualty - Auto | 10 | 10 |
| **All Allstate Companies excluding Allstate New Jersey** | | |
| Commercial Casualty - All Other[2] | | |
| Commercial Fire | | |
| Business Package Policy | | |
| Texas Commercial Package Policy | | |
| Customizer | | |
| First $2,500 | 20 | 10 |
| Over $2,500 | 12 | 10 |
| **Allstate New Jersey** | | |
| All Commercial Lines | 6.5 | 6.5 |

## 4.4 Voluntary Commercial Table 4 effective prior to 1/1/2013 (Rates in Effect After New Product Implementation)

| Line | Commission Amounts | |
|------|---------|---------|
|  | New % | Renewal % |
| **All Allstate Companies excluding Allstate New Jersey** | | |
| Commercial Casualty - Fleet | 10 | 10 |
| **All Allstate Companies excluding Allstate New Jersey** | | |
| Commercial Casualty - All Other[2] | | |
| Businessowners Policy | | |
| Commercial Package Policy | | |
| Texas Commercial Package Policy | 20 | 10 |
| **Allstate New Jersey** | | |
| All Commercial Lines | 6.5 | 6.5 |

## 4.4.1     Reinsurance Facility

| State | Commission Amounts | |
|---|---|---|
| | New % | Renewal % |
| North Carolina | 10 | 10 |

## 4.4.2     Underwriting Association

| State | Commission Amounts | |
|---|---|---|
| | New % | Renewal % |
| Hawaii | 8 | 5 |

# Section 1d:   Allstate Financial

The information and rules in this section apply to all R3001 Agents except where otherwise indicated. Any reference to Exclusive Financial Specialists includes New York Financial Specialists unless otherwise indicated. For information regarding partnerships, refer to Chapter 3, Section 4.

# 1.0   Basis of Commissions

Refer to **Exhibit A** for the countrywide (excluding New York) basis of commissions by product and **NY Exhibit A** for the New York basis of commissions by product.

New business commissions are paid as follows:

- Life - when the policy is issued and credit released
- Annuities – when the deposit is applied to the contract and received from the carrier
- Excess Universal Life premiums – when additional premium is applied to the policy

Renewal commissions are paid as follows:
- Universal Life – as premium is applied to the policy
- Fixed Premium Life – later of the policy anniversary or the first payment for the policy year
- Excess Universal Life premiums – when additional premium is applied to the policy

Renewal commissions for fixed Life (non UL) policies are paid when the renewal payment is applied and when the policy has reached its anniversary (both conditions must be met).

# 2.0   Commissions on Annuitization

Effective May 23, 2011, the writing agent of record will receive production credit and commissions on annuitization of certain Allstate Life Insurance Company (ALIC) and Lincoln Benefit Life (LBL) deferred annuities.

Eligible policies must:

- Be in force for at least five years prior to annuitization
- Have payout plans that include a life contingency or have guaranteed payments for 10 years or longer.
- Excludes the ALIC FLEXI 82, the ALIC FLEXI 83, the ALIC FLEXI 86, and all variable annuities.

Compensation for flexible premium products will be paid on the annuitized value less premium deposits made within the last five years.

# 3.0   Commissions Based on Deposit Age

On certain products, commissions are differentiated on deposit age.  The deposit age is based on the attained age of the owner when the commission on the deposit is paid.  For policies with multiple owners, deposit age is based on the oldest owner.  For policies with non-natural owners, deposit age is based on the oldest annuitant's age.

# 4.0   Commission Schedules

- Refer to Exhibit C for the countrywide (excluding New York) commission schedules
- Refer to NY Exhibit C New York commission schedules
- Refer to Exhibit D for the countrywide commission schedules for discontinued products (excluding New York) and NY Exhibit D for the New York commission schedules for discontinued products

## 4.1   General

Allstate Financial products may be sold through one, or a combination, of three ways:

- R3001 Agents can write the business **solo**.  "Solo business" is used with respect to a new policy or major coverage that is written on an application secured by the agency through the agency's own marketing and lead generation efforts and no other producer is listed on the application.

- R3001 Agents can **split** business with another properly licensed and appointed **agent**.  The agents choose the split commission ratios of 60/40, 70/30, 80/20, 90/10 on a policy by policy basis[1].  The production credit and commissionable premiums will be split based on the ratio selected.  If the split commission ratio is not specified on the application, a 60/40 split will be defaulted.  Both EAs will receive life persistency credit, however, the IPS count will be given to the agent with the highest split percentage.  Split commission arrangements are classified as solo business for production credit and commission purposes.  Commission rates are based on the individual EA's commission scale.

- R3001 Agents can **partner** on business with an Exclusive Financial Specialist (EFS).

## 4.2   Commission Scales

### 4.2.1   Commission Scale Eligibility

An R3001 agent (including an Enhanced Satellite Agency) is eligible to earn commission scales based on the production credit level achieved.

---

[1] Split commission is not allowed on add-ons or increases.

**Satellite Agencies**

Satellite locations and primary locations are combined for production credit qualification as long as the Satellite location and primary location are within the same state and still have active agreements at the end of the qualification period. For those Satellite Agencies and primary agency locations crossing state lines, measurements and results are separate.

**Enhanced Satellite Agencies (ESAs)**

ESA locations and primary locations are combined for production credit qualification as long as the ESA location and primary location are within the same state and still have active agreements at the end of the qualification period. For those ESAs and primary agency locations crossing state lines, measurements and results are separate.

## 4.2.2    Commission Scale Qualification

Commission scales are set at the beginning of each calendar year based on the prior year's achievement of the production credit qualifier. The commission scale is applied to applications written in the calendar year and is paid when the policy is issued and placed. For annuity deposits, the commission scale is determined based on the effective date of the deposit. Commission chargebacks will be recovered at the commission scale used to calculate the original commission payment.

The commission scales are based on the following production credit levels:

### Production Credit Requirement[2]

#### Countrywide (excludes New York)

| Commission Scale | Qualification Periods Ending 12/31/2018 & 12/31/2019 |
|---|---|
| | Total Production Credit |
| A | Under 100,000 |
| B | 100,000 – 224,999 |
| C | 225,000+ |

#### New York only

| Commission Scale | Qualification Periods Ending 12/31/2018 & 12/31/2019 |
|---|---|
| | Total Production Credit |
| A | Under 40,000 |
| B | 40,000 – 74,999 |
| C | 75,000+ |

---

[2] Commission scale qualification requirements will be reviewed each year and are subject to change.

**SUPPLEMENT FOR THE R3001 AGREEMENT**

### 4.2.3    Commission Scales for Exclusive Agents with Less than Twenty-Four Months of Affiliation

During the initial 24 months of a new affiliation, a new Start-up Agent is guaranteed Scale B commission rates for business written through the first 24 full months following the month of affiliation.

If a Start-up Agent purchases another agency within their first calendar year and changes from a Start-up to an Established agent, Scale B scales will still apply for the remainder of the first calendar year.  In the second and subsequent calendar years, the scale qualification rules in subsection 4.2.2 will apply.

The Commission Scale for an outside buyer who purchases the economic interest in a book of business and becomes an Established Agency will be set at the seller's Commission Scale level (which could be Scale A, B, or C) for the remainder of the calendar year in which the agency was purchased.  After the first calendar year, the outside buyer will follow the scale qualification rules outlined in Section 4.2.2.

#### 4.2.3.1    Commission Scale Qualification Requirements for Exclusive Agents with Less than Twenty-Four Months of Affiliation

Regardless of month of affiliation, a new agent is guaranteed a minimum of commission scale B through the year-end in which they complete their 24th month of affiliation [appointment month is always "month 0" (zero)]

An agent can achieve scale C during this period if the following requirements are met:

- At the 1st calendar year-end, setting commission scale for the 2nd calendar year:
  - Qualification will be based on prorated production credit requirement from the grid below
- At the 2nd calendar year-end, setting commission scale for the 3rd calendar year:
  - Full scale C production credit requirement of 225,000 (75,000 for New York EAs)
- At the 3rd and subsequent calendar years:
  - Full scale C production credit requirement of 225,000 (75,000 for New York EAs)

**Prorated Scale C Production Credit Requirements for**
**1st Calendar Year-End Qualification Period**

| Elapsed Months at 1st Year End Qualification | Countrywide (Excludes NY) Production Credit | New York Production Credit |
|---|---|---|
| 0 | 8,000 | 3,000 |
| 1 | 15,000 | 5,000 |
| 2 | 27,000 | 9,000 |
| 3 | 42,000 | 14,000 |
| 4 | 60,000 | 21,000 |
| 5 | 81,000 | 27,000 |
| 6 | 102,000 | 34,000 |
| 7 | 122,000 | 41,000 |
| 8 | 143,000 | 48,000 |
| 9 | 163,000 | 54,000 |
| 10 | 184,000 | 62,000 |
| 11 | 204,000 | 69,000 |
| 12+ | 225,000 | 75,000 |

---

Example (countrywide excluding New York)

A new agent with an affiliation date of April 1, 2017, will receive scale B for business written through December 31, 2017. Please see example below for scale qualification in subsequent calendar years:

| Period Ending | Elapsed Months at Year End | Current Year Issued Production Credit | Commission Scale | Applies to year |
|---|---|---|---|---|
| December 31, 2017 | Month 8 | 155,000 | Scale C | 2018 |
| December 31, 2018 | 20 | 220,000 | Scale B | 2019 |
| December 31, 2019 | 32 | 255,000 | Scale C | 2020 |

## 4.2.4    Commission Scales for Partnered Business

Effective January 1, 2017, 100% of commissions on partnered business will be paid to the writing agent.  The agent partner will receive 100% production credit and IPS counts on eligible issued business written with an EFS.  Issued production credit on partnered business applies to the agent's Commission Scales. The agent must be listed on the application to receive credit.

Agents writing business can direct commissions to an EFS by designating the highest percentage on the application to the EFS. For example, when an agent writes the business and allocates 60% to the EFS and 40% to the agency, the EFS receives 100% of the commissions.

## 4.3   Persistency

The 48-month Life Persistency Factor (LPF) is determined by dividing the total in force life insurance policies issued and placed during the previous 48-months by the total life insurance policies issued for the same period (i.e. exposed policies).

The 24-month Life Persistency Factor (LPF) is determined by dividing the total in force life insurance policies issued and placed during the previous 24-months by the total life insurance policies issued for the same period (i.e. exposed policies). The 24-month LPF includes policies issued and placed 1/1/2019 and later. Policies issued and placed prior to 1/1/2019 are excluded from the 24-month LPF.

The following products are excluded from persistency:

- Allstate Basic Term policies written prior to 1/1/2019
- Non-proprietary life, long term care, and disability income products
- Allstate Benefits
- Annuities
- Mutual Funds

The following summary of common policy transactions shows the impact to the in force and exposed policy count totals.

- Only policy transactions processed within 48 months from the date the policy issued and credit released will impact the 48-month persistency ratio.

- Only policy transactions processed within 24 months from the date the policy issued and credit released will impact the 24-month persistency ratio.

| Transaction Examples | Inforce | Exposed | Comment |
|---|---|---|---|
| New Business | +1 | +1 | |
| Termination | -1 | N/A | No impact to exposed count |
| Reinstatement | +1 | N/A | No impact to exposed count |
| Freelook | -1 | -1 | Policy is removed from LPF |
| Term Conversion<br>　New Policy<br>　Converted Term Policy (If less than 24 months for 24MM LPF; if less than 48 months for 48MM LPF) | +1<br>-1 | +1<br>-1 | Net impact is zero; new policy included in 24MM or 48MM LPF |
| Replacements<br>　New Policy<br>　Terminated Policy (If less than 24 months for 24MM LPF; if less than 48 months for 48MM LPF) | +1<br>-1 | +1<br>-1 | Net impact is zero; new policy included in 24MM or 48MM LPF |
| Non-Forfeiture Option<br>(Reduced paid up/Extended Term) | -1 | N/A | No change to exposed count |
| Death Claim<br>(If less than 24 months for 24MM LPF; if less than 48 months for 48MM LPF) | -1 | -1 | Policy is removed from LPF |

| Example:  24 month LPF as of 12/31/2020 |
|---|

24-month mover for policies issued and credit released from 1/1/2019 through 12/31/2010

| | |
|---|---|
| # of policies in force | 135 |
| # of policies issued | <u>150</u> |
| LPF (in force/exposed) | 90% |

**Note:** Unless otherwise specified in the rules for the qualifying requirement, LPF will be calculated to the nearest whole percent. For example, 69.50% will round up to 70% while 69.49% will round down to 69%.

The Life Persistency Factor Detail report provides the policy level detail and persistency measurement.

## 4.4   Insurance Policies Sold (IPS)[3]

Insurance Policies Sold (IPS) includes the following:
- Life products (proprietary and non-proprietary) - new sales of term, UL, VUL, whole life, CRUMP impaired life; term conversions (including CRUMP third party term conversions) and approved exchanges from LBL to Allstate
- Annuity products (qualified or non-qualified) new accounts prior to April 10, 2017, regardless of the deposit amount
- Annuity products (qualified or non-qualified) new accounts effective April 10, 2017 and later with an aggregate premium deposit of $5,000 or more where the transaction effective date of the deposit is April 10, 2017 or later.
- New qualified mutual funds and new qualified managed asset accounts opened April 10, 2017 and later with a net cumulative purchase amount of $5,000 or more where the transaction effective date of the purchase is April 10, 2017 or later
- Effective April 10, 2017, there is a limit of one IPS count per customer account type and product class (i.e., multiple IPS counts will no longer be given when the same customer buys more than one of the same or similar products)
- Long Term Care and Disability – new sales of all Long Term Care and Disability Income policies sold through CRUMP
- Worksite – new sales of Allstate Benefit worksite cases (one count per case)
- Partnered business may generate an IPS count for both the EA and the EFS

IPS counts will not be given for:
- Juvenile business written October 1, 2018 and later (this includes life insurance policies written for children age 17 and under)
- New qualified mutual fund accounts, qualified managed asset accounts and qualified or non-qualified annuity products effective April 10, 2017 and later with a net premium deposit less than $5,000
- Annuity beneficiary continuation contracts
- Mutual funds in non-qualified accounts
- Equity investments (stock/bond trades/REITs/ETFs)
- Allstate Benefits individual policies
- Health Plan Service (HPS)

Insurance Policies Sold (IPS) may be measured on a 12 month-mover (12MM) or year-to-date basis.  The IPS 12MM represents the prior 12 months of IPS counts as of the measurement period date.  For example, the 12MM for December 31, 2017 includes IPS counts from January 1, 2017 through December 31, 2017.

The Insurance Policies Sold (IPS) count reflects net new business which is any new business offset by any chargebacks.  A new business IPS count is generated when a policy issues and credit releases.

---

[3] The Insurance Policies Sold (IPS) 12 month-mover definition will expand effective April 10, 2017 and later.  Counts for months prior to April 10, 2017 will reflect a narrower definition of Insurance Policies Sold (IPS) counts for April 10, 2017 and later will reflect the expanded definition of Insurance Policies Sold (IPS).

The Company reserves the right to limit IPS counts when multiple policies/contracts are issued for the same customer. Examples include:

- On controlled business policies, we may limit IPS counts to one per life or annuitant, regardless of the product type
- On non-controlled business policies, we may limit IPS counts to one per life product group (permanent versus term) or one per annuity product type (index annuity, variable annuity, etc.)

**IPS Chargebacks**

IPS chargebacks can occur:

- In the 12 month mover (or) year-to-date measurement period when policies:
  - Issue and then free-look or are not taken
  - Lapse or surrender in the first year when the effective date of the termination is within 12 months of the issue/credit release date
- On rescinded life or annuity policies (e.g. contested Death Claim). There is no chargeback on a Death Claim, however, if the Death Claim is not paid and the policy is rescinded, the IPS count will be charged back.[4]
- When the net deposit on qualified mutual funds, qualified managed assets and/or annuities falls below $5,000 within 12 months from the date the IPS count was generated.

Note: The negative IPS count will occur in the month it is processed, even if the IPS credit was given prior to the measurement period.

| Submission Method | Submit Date | Issue / Credit Release Date | Chargeback Effective Date | Chargeback Processed Date | IPS Month Credited |
|---|---|---|---|---|---|
| App-on-line or Paper App | 10/1/2015 | 11/20/2015 | Sur 8/17/2016 | Sur 8/20/2016 | +1 in Nov 2015 - 1 in Aug 2016 |
| App-on-line or Paper App | 11/3/2015 | 12/15/2015 | FL 3/10/2016 | FL 3/10/2016 | +1 in Dec 2015 - 1 in Mar 2016 |
| App-on-line or Paper App | 1/14/2016 | NA | NI 3/19/2014 | NI 3/19/2016 | No IPS count applied |
| App-on-line or Paper App | 2/11/2016 | 3/13/2016 | LP 9/13/2016 | LP 11/15/2016 | +1 in Mar 2016 - 1 in Nov 2016 |
| App-on-line or* Paper App | 1/15/2015 | 2/10/2015 | Sur 4/20/2016 | Sur 4/20/2016 | +1 in Feb 2015 - 0 in Apr 2016 |

NI = Non Issued        FL = Free Looked        Sur = Surrender        LP = Lapse

*Note: In these examples, the policy surrendered after the first policy year, therefore it is not subject to an IPS chargeback.

---

[4] Carriers participating in the expanded market program may have different rules regarding chargebacks due to death. Contact the carrier for their specific rules. Any chargeback assessed by the carrier will also be assessed to production credit, commissions, and IPS if in the first year.

## 4.5    Production Credit Calculation

Refer to Exhibit B for the countrywide (excluding New York) production credit calculation by product and refer to NY Exhibit B for the New York production credit calculation by product.

Commission Scales are based on production credit from policies or policy changes that have been issued and credit released and deposits on existing policies. In order to earn production credits for a specific period, the policy and/or policy change must be issued and credit released no later than the end of a calendar quarter.

## 4.6    Lesser of Commission Target and Planned Annual Premium

The following rules apply to products that are paid based on the lesser of the commission target and the planned annual premium and adjusted based on the actual premium paid within the first policy year. Refer to Exhibit A, Exhibit B, NY Exhibit A and NY Exhibit B for a list of the impacted products.

At issue, production credit and commissions will be advanced based on the lesser of the commission target and the planned annual premium. Production credit and commissions will be adjusted based on the actual premium applied to the policy within the first policy year. New business production credit and commission will be paid up to the commission target and excess will be given on the premium paid over the commission target. Excess is always paid as premiums are received. Production credit and commissions will be charged back if the actual premium paid by the policyholder is less than the commission target and the planned annual premium.

Planned Annual Premium represents the payments that will be applied to the policy in the first policy year. It includes any upfront payments plus anticipated subsequent payments in the first year. Upfront payments include down payment and premium credits. Anticipated subsequent payments will be based on the modal premium.

**Example 1**:    Commission Target                                     $5,000
                 Modal Premium                                       $  200/month
                 Total premium received prior to issue              $  500
                 Remaining modes to be billed in the first year          11

Production credit and commission will be advanced based on the planned annual premium of $2,700 [500 + ($200 x 11)].

If the total premium paid by the policyholder in the first year is $5200, additional production credit and commissions will be paid on $2300 in premium ($5000 commission target - $2700 already paid). Excess will be paid on $200 in premium (premium paid in over the commission target).

**Example 2**:     Commission Target                    $5,000
                   Modal Premium                        $  500/month
                   Total premium received prior to issue $  500
                   Remaining modes to be billed in the first year    11

Since the planned annual premium {[500 + ($500 x 11)] = $6000} is greater than the commission target, production credit and commission will be advanced on the commission target of $5000.

If the total premium paid by the policyholder in the first year is $4800, commissions will be charged back on the premium of $200 that was not paid in by the policyholder.

## 4.7   Plus Policies (excluding New York)[5]

Commissions for Plus Policies, excluding Allstate Benefits products and UL excess and renewals, will be paid at 50% of the current commission amounts.  Commissions for Allstate Benefits products and UL excess and renewals will be paid at the personally secured commission amounts.

## 4.8   Plus Policies (New York Only)[5]

Commissions for Plus Policies, excluding UL excess and renewals, will be paid at 50% of the current commission amounts.  Commissions for UL excess and renewals will be paid at the personally secured commission amounts.

## 5.0   Large Commission Payments

The following rule applies to agents with less than three years of affiliation.

Policy commissions in excess of $20,000 will be paid out in three equal installments.  This applies to annual in advance life new business commissions on new or term conversion policies, add-ons, and increases.  The agent must be affiliated with the Company at the time of payment in order to receive commissions.  Single policy commissions exceeding $20,000 will be recorded as follows:

| Commission Amount | Date Recorded |
|---|---|
| $20,000 | Issued and Placed Date |
| 1/3 of amount over $20,000 | Policy Date plus 3 months |
| 1/3 of amount over $20,000 | Policy Date plus 6 months |
| 1/3 of amount over $20,000 | Policy Date plus 9 months |

---

[5] Effective August 1, 2019, the Plus Policy program will be sunset and no new Plus Policies will be assigned.  Policies currently in Plus Policy status will remain in Plus Policy status until the five full annual renewal periods have been completed.

Example:

Policy Date:                 7/15/2017
Issued & Placed Date:        8/12/2017
UL Minimum Premium:          $40,000
Base Commission:             $40,000 x 65% = $26,000
Commissions will be recorded as follows:

| Date | Amount |
|------|--------|
| 08/12/2017 | $20,000 |
| 10/15/2017 | $2,000 |
| 01/15/2018 | $2,000 |
| 04/15/2018 | $2,000 |

# 6.0 Chargebacks

## 6.1 Commission

Full commissions will be charged back on the following activities:

- Free look
- Deposit reversal
- Rescinded life or annuity policy (e.g. contested Death Claim)[6]
- Universal Life increase reversal
- Annuity terminations or annuity withdrawals within the first year after deposit. This also includes terminations or withdrawals within 12 months of a window period renewal for a Tactician Plus or Treasury Linked annuity. Chargeback is limited to the deposit amount net of any previous withdrawals. Scheduled annuitizations are excluded. Also excluded is the free withdrawal portion of a SureHorizon FPDA and SureHorizon Annuity II. These rules will also apply in the first year after re-deposits made into the Saver's Index Annuity I, the Revised Saver's Index Annuity I, and the Elite Index Annuity during each seven year renewal period.
- Annuity terminations or annuity withdrawals within the first two years after deposit on Saver's Index Annuity III contracts that contain a Return of Premium Rider (ROP). Will apply to new business effective January 1, 2010 and after. First year rules still apply on contracts that do not contain the rider.
- Universal Life withdrawals within one year of an excess payment. Any outstanding loans will be considered a withdrawal when the policy terminates.
- Decrease of insurance amount or termination within the first three years after an add-on or increase written 1/1/02 or later. Chargeback is reduced to 50% in year three.

---

[6] There is no chargeback on a Death Claim, however, if the Death Claim is not paid and the policy is rescinded, full commissions will be charged back. Carriers participating in the expanded market program may have different rules regarding chargebacks due to death. Contact the carrier for their specific rules. Any chargeback assessed by the carrier will also be assessed to production credit, commissions, and IPS if in the first year.

- Controlled business[7] that terminates or has a decrease of insurance amount within three years of issue date of new business or policy increase written 1/1/02 or later. This chargeback will apply to both the Writing and Partnering Agents, regardless of the controlled business relationship.[8]

Pro-rata annual in advance commission will be charged back on the following activities:
- Policy/Contract Terminations
- Conversion to Non-Forfeiture Option
- Deletions within the first 12 months
- Non-Universal life deletions after the first 12 months

For universal life, the chargeback will be the difference between the commissions advanced and the commissions based on the actual premium paid into the policy, when the commissions advanced are higher than the commissions on the actual premium paid within the first twelve months of the policy. For other fixed premium life and long term care, commissions will be prorated based on the period between the policy anniversary and the termination or deletion effective date.

**Example (fixed premium life policy):**
A whole life policy sold in January generates a $2,000.00 commission payment. The policy lapses in October. The policy has been in force 9 months, so 3 months, or 1/4 of the commissions paid to the agent was unearned. On the commission statement for October production, $500.00 ($2,000.00 X 1/4) will be charged back against the agent's monthly commissions. Any deficiency will be carried forward to the next commission period.

Annual in advance commissions will be adjusted using the old and new commission basis on the following activities:
- Reissues/Corrections
- Replacements
- Policy changes – pro-rata based on the effective date

Annuity commissions will be partially charged back on the following activities:
- Deposits made 13-18 months prior to a Treasury Linked Annuity termination will result in a 50% chargeback
- Annuitization in months 13-24 of an ALNY Preferred Performance or ALNY Performance Plus annuity, will result in a chargeback of 1.00% of premium paid less any withdrawals in excess of the free amount (for deposit ages 0-80 only).

---

[7] Controlled business is defined as business written on self, spouse, child, father, mother, or member of their household. Business written on another Allstate producer or staff (including sales producer) or their spouse, child, father, mother, or member of their household is also considered controlled business. Business is also controlled when the Allstate producer is the owner or payer, regardless of the relationship to the insured on the policy or contract. Any chargeback under this provision will apply to both the Writing and Partnering Agents on the policy, regardless of the controlled business relationship.

[8] In addition to the full commission chargeback, full production credit and IPS counts will be charged back. The controlled business will also be subject to a reclaim of any bonus or incentive payment that it may have generated.

Any commission charge backs will be netted against current and future commission earnings. If the net of all transactions processed in a month is negative, the negative amount will be considered unearned commission. When commission is calculated in each subsequent month, total regular commission, awards, and bonuses will be reduced until the full unearned commission amount is recovered. Allstate may reduce the amount we pay you by any amount you owe us or any of our affiliate(s). Any unrecovered negative commission balance at termination of the Agreement will constitute an indebtedness owed to the Company and will be charged to the Agency immediately or recovered from Agency.

## 6.2   Production Credit

Full production credit will be charged back on the following activities:
- Free look
- Deposit reversal
- Rescinded life or annuity policy (e.g. contested Death Claim)[9]
- UL increase reversal
- Annuity terminations or annuity withdrawals within the first year after deposit. This also includes terminations or withdrawals within 12 months of a window period renewal for a Tactician Plus or Treasury Linked annuity. Chargeback is limited to the deposit amount net of any previous withdrawals. Scheduled annuitizations are excluded.
- Annuity terminations or annuity withdrawals within the first two years after deposit on Saver's Index Annuity III contracts that contain a Return of Premium Rider (ROP). Will apply to new business effective January 1, 2010 and after. First year rules still apply on contracts that do not contain the rider.
- Universal Life withdrawals within one year of an excess payment. Any outstanding loans will be considered a withdrawal when the policy terminates.
- Decrease of insurance amount or termination within the first three years after an add-on or increase written 1/1/02 or later. Chargeback is reduced to 50% in year three.
- Controlled business[10] that terminates or has a decrease of insurance amount within three years of issue date of new business or policy increase written 1/1/02 or later. This chargeback will apply to both the Writing and Partnering Agents, regardless of the controlled business relationship.[11]

---

[9] There is no chargeback on a Death Claim, however, if the Death Claim is not paid and the policy is rescinded, full production credit will be charged back. Carriers participating in the expanded market program may have different rules regarding chargebacks due to death. Contact the carrier for their specific rules. Any chargeback assessed by the carrier will also be assessed to production credit, commissions, and IPS if in the first year.

[10] Controlled business is defined as business written on self, spouse, child, father, mother, or member of their household. Business written on another Allstate producer or staff (including sales producer) or their spouse, child, father, mother, or member of their household is also considered controlled business. Business is also controlled when the Allstate producer is the owner or payer, regardless of the relationship to the insured on the policy or contract. Any chargeback under this provision will apply to both the Writing and Partnering Agents on the policy, regardless of the controlled business relationship.

[11] In addition to the full production credit chargeback, full commissions and IPS counts will be charged back. The controlled business will also be subject to a reclaim of any bonus or incentive payment that it may have generated.

Pro-rata annual in advance production credit will be charged back on the following activities:
- Terminations in the first policy year
- Conversion to Non-Forfeiture Option in the first policy year

Annuity production credit will be partially charged back on the following activities:
- Deposits made 13-18 months prior to a Treasury Linked Annuity termination will result in a 50% chargeback

# 7.0   Commission on Large Cases

## 7.1   Life

Commissions and production credit may be reduced or capped on new life business in excess of five million dollars in coverage on the insured (includes existing insurance).  Reductions are typically based on higher than expected reinsurance costs or special reinsurance arrangements.

## 7.2   Annuities

Special commission arrangements may be required by expanded market annuity carriers for large premium deposit amounts, subject to the specific carrier's compensation rules.

# 8.0   Commission Payments on Policies with the Full Surrender Charge Adjustment Rider (excludes New York) (Rider discontinued effective December 1, 2013)

If this rider is added, first year commissions (target and excess) will be calculated as specified in Exhibit A, but will be spread evenly over 5 years (first year commission will be divided by 5 and paid over the first 5 years as long as the policy is still in force).  Payments for years two (2) through five (5) will be advanced at the beginning of each policy year.

- Example:  policy issues in May 2003, 2nd payment is advanced in May 2004, 3rd payment is advanced in May 2005, etc.

If a policy with this rider terminates in years one (1) through five (5), prorata annual in advance commissions will be charged back for the policy year in which the termination occurred.

- Example:  If the policy terminates in year three (3) (after the commissions for year three (3) have been paid), the chargeback will be for the number of months the policy is not in force for year three (3).  Commissions for years four (4) and five (5) will not be paid out.

# 9.0   Window Period Renewals[12]

## 9.1   T-Link, T-Link 2, and Tactician Plus (5&6 Year Guarantee Periods)

**Fixed Element**

For window period renewals, the following rules will apply:

| Writing Agent | Partnering Agent (if applicable) |
|---|---|
| 50% of commission rates on renewals[13] | No commission |
| 50% of new Production Credit rates on renewals | 50% of new Production Credit rates on renewals |

**General Guidelines**

- Withdrawals taken in the window or deemed to have been taken during the window period do not qualify for renewal commissions
- Commission reductions at older attained ages during the window will be consistent with new business
- Commission scales apply on renewals during the window
- Contracts beyond the surrender charge period are not eligible for renewal commissions

---

[12] Window Period Renewal refers to money that enters into the window and remains within the same T-Link or Tactician Plus contract upon the closing of the window.

[13] For Allstate Treasury Linked Annuity, a renewal commission will be paid no sooner than 16 days after the close of the Window Period at a rate of 50% of the current new business commission. Commission is paid on the Sub Account Value as of the beginning of the Window Period, less any withdrawals during the Window Period.

Case: 1:21-cv-02674 Document #: 1-3 Filed: 05/18/21 Page 72 of 269 PageID #:179

# Section 1e:   Motor Club

## 1.0   Motor Club Commissions

### 1.1   Current Commission Schedule for Business Effective and Processed On or After January 1, 2005[1]

The following table contains the current commission amounts, for R3001 Agents, applicable to Motor Club business (effective and processed on or after January 1, 2005[1]), except policies bound by the Customer Contact Center (CCC)/Internet.

| Membership Type | Commission Amounts | |
|---|---|---|
| | New % | Renewal % |
| Roadside Advantage | 20 | 10 |
| RV Roadhelp | 20 | 10 |
| Deluxe | 20 | 10 |
| Commercial | 20 | 10 |

### 1.2   Commission Schedule for Business Effective and Processed Prior to January 1, 2005[2]

The following table contains the commission amounts, for R3001 Agents, applicable to Motor Club business (effective and processed prior to January 1, 2005[2]), except policies bound by the Customer Contact Center (CCC)/Internet.

| Membership Type | Percent Of New Membership Charge |
|---|---|
| Roadside Advantage | 45 |
| RV Roadhelp | 45 |
| Deluxe | 45 |
| Commercial | 45 |

No commission will be paid on renewals

---

[1] In Minnesota, these commission amounts will go into effect on business effective and processed on or after April 1, 2005.

[2] In Minnesota, these commission amounts are applicable on business effective and processed prior to April 1, 2005.

# Section 1f:   Emerging Businesses Pilot (applies to Texas, Florida, Pennsylvania and Colorado)

## 1.0   Emerging Businesses Commissions

The following table contains the commission amounts, for R3001 Agents, applicable to Emerging Businesses with an effective date from 02/01/2008 through 12/31/2008.

| State | Lines of Insurance | Commission Amounts | | |
|---|---|---|---|---|
| | | New[1] % | Add Coverage % | Renewal % |
| Florida | Company 65 – Line 16 | 30 | 30 | 6 |
| Texas | Company 65 – Line 16 | 20 | 20 | 8 |
| Texas | Company 65 – Line 90 | 20 | 20 | 8 |
| Pennsylvania | Company 65 – Line 71 | 30 | 30 | 2 |
| Colorado | Company 60 – Line 71 | 25 | 25 | 4 |

**Emerging Businesses Commission Notes:**

- The Add Coverage commission amounts outlined in the table above apply to added coverage activity on policies written under the Emerging Businesses Pilot only.  Added coverage activity on policies with an effective date prior to 02/01/2008, will be paid at the rates outlined in Sections 1a and 1b.
- The Renewal commission amounts outlined in the table above apply only to policies written effective 2/1/2008 through 12/31/2008.  Policies issued during the pilot will continue to receive the renewal commission amounts outlined above for the life of the policy.
- Agents will receive the new business commission amounts outlined above on endorsements processed on existing policies only if the policy has renewed after 2/1/2008.

---

[1] Agents will receive 0% new business on renters business bound in the CCC/Internet that has been identified as resulting from an agent forwarded phone or the agent's home page on the Internet beginning October 4, 2004 and subsequent.  If the software used to determine whether the call is from an agent forwarded phone or a direct call to the CCC is not operating, then business bound by the CCC on a new to Allstate customer who does not request an agent will be coded to the CCC house account number, and any existing customers and new Allstate customers that request an agent will be assigned to the agent as an agent type 41.

Case: 1:21-cv-02674 Document #: 1-3 Filed: 05/18/21 Page 74 of 269 PageID #:181

# Chapter 3:     Commission Interest

# Section 1:    Introduction

## 1.0   General

This chapter sets forth the rules governing special situations and other determinations relative to commission interest with respect to an agency bound policy, e.g., conflicting commission interest involving more than one agent, substitution or conversion of policies or lines, etc.  Definitions of "line group" and "like lines" appear in the Glossary.

As respects the premium for any coverage, it is the Company's intent that, unless otherwise specified in this chapter, only one agent shall receive commission with regard to the period covered by such premium.

Except as otherwise provided in this Supplement, Allstate will own all business produced under the terms of the R3001 Agreement.  The agent's commission interest will continue while the agent's R3001 Agreement remains in effect, the business continues in force, and the Company has not removed the policy from the R3001 Agent's account at the request of a policyholder.  Business shall be regarded as continuing in force while it continues effective:

- in the state(s) for which the agent is licensed and approved (not applicable to Allstate Financial lines of business), and

- for the named insured on the policy or resident spouse, except that

commission interest in a line group or like lines is not affected by an agent's conversion to the R3001 Agreement.  An R3001 Agent assigned to service an unrepresented policy on a service fee or relationship fee basis will not have a commission interest in that policy.  Additionally, an R3001 Agent will not have a commission interest in policies bound by the Customer Contact Center (CCC) in Assigned Agency status.

When it is determined that duplicate coverage exists for the same named insured, the last policy bound will be the policy cancelled.

## 2.0   Commission Applicable to Policies Bound by Different Access Points

With respect to binding a new policy, the commission amount paid to an agency on that policy will be determined by the commission schedule and rules applicable to the access point and the agent type that bound the new policy, except as noted in Chapter 1 and 3 in the Supplement.

Case: 1:21-cv-02674 Document #: 1-3 Filed: 05/18/21 Page 76 of 269 PageID #:183

With respect to policies with an original policy effective date of August 1, 2019[1] and later, if a policy is cancelled and rewritten for the same named insured in the same line of insurance by another access point, the commission amount applicable on the rewritten policy will be determined by the access point that bound the rewritten policy.[2]

With respect to policies with an original policy effective date prior to August 1, 2019[1], if a policy is cancelled and rewritten for the same named insured in the same line of insurance by another access point,

- the commission amount applicable on the rewritten policy will be determined by the access point on the rewritten policy, if the cancelled policy is in its new business period
- the commission amount applicable on the rewritten policy will be determined by the access point on the original policy, if the cancelled policy is in its renewal period. [2]

With respect to adding coverage to an existing policy other than an unrepresented policy, the commission amount recorded to an agency on that endorsement will be determined by the commission schedule and rules described in Chapters 2 and 3 in the Supplement.

# 3.0   Added Coverages Commission Handling

## 3.1   General

Added Coverage[3] may be written in an endorsement to an existing policy or as a separate policy. As a general rule, the Added Coverage will be written in an endorsement.  A separate policy may be written for the same insured when it is in accordance with Company practice.

When the Added Coverage is written:

1. in an **endorsement** to an existing policy, the period for which commissions will be received is from the effective date of the endorsement to the next anniversary (or off-anniversary, if applicable) of the policy to which the coverage is added; or

2. in a **separate policy**, the period during which new policy commission will be received is the first 12 months of the newly issued policy.

Only those policy changes identified as Added Coverages by line of insurance are to be treated as such for purposes of commission.  If a policy change is not so identified, any premium increase or decrease resulting from the change will be recorded in the account of the Agent of Record, Designated Agency or Assigned Agency (if any) at the new or renewal commission amount then applicable to the policy being changed.

---

[1] Effective September 1, 2019 and subsequent in Rhode Island and Minnesota.
[2] For agent type 01, the commission rate will be determined by the agent type, not the access point, that rewrote the policy.
[3] Excludes Commercial.

## 3.2    Added Coverages

When the coverage is added to an Auto or Personal Property policy, the agent writing the Added Coverage will receive new policy commission prorated for the remainder of the term.  When added to the second term of a six month auto policy, the First Renewal commission amount applies.  The Writing Agent (if other than the Agent of Record, Designated Agency or Assigned Agency) relinquishes commission on the Added Coverage for subsequent periods.

The Agent of Record, Designated Agency or Assigned Agency on the policy on which the Added Coverage is written (if other than the agent writing the Added Coverage) relinquishes commission on the Added Coverage for the period for which the Writing Agent receives commission.

# 4.0    Spin off or Split off

In instances where an existing insured person must obtain a new policy such as marital "split off" or young driver "spin off," the person obtaining the new policy is a new named insured.  The agent type on the new policy will be determined by the access point[4] that bound the new policy. The agent will receive new and renewal commissions on the new policy.  There may be cases when the new policy is initially issued for a policy term of less than six or twelve months.  In such cases, the new business commission amount for the new policy will be based on the net written premium for the shorter time period.

# 5.0    Policies Replaced in Another Company

If a policy written in Allstate Insurance Company, Allstate Indemnity Company, Allstate County Mutual Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Property and Casualty, Castle Key, Castle Key Indemnity or Allstate New Jersey is replaced in the same company or one of the other companies by a policy for the same named insured, commission thereon shall be calculated at the renewal amount applicable to the replacement (new) policy based on the agent type on the replaced (old) policy, except as noted in this chapter.

# 6.0    Plus Policies[5]

If a Plus Policy or an unrepresented Plus Policy is canceled-rewritten, or is replaced in another company, or is reinstated (and the policy was out of force for less than 120 days), then the newly written or reinstated policy will remain a Plus Policy.  Any completed portion of the five annual renewal periods, in which the Plus Policy commission amounts are in effect, will apply to the newly written or reinstated policy.

---

[4] If the access point is the CCC or the Internet (Allstate.com), then the origin of the call, i.e. direct to the CCC or agent forwarded phone, will determine the agent type.

[5] Effective August 1, 2019, the Plus Policy program will be sunset and no new Plus Policies will be assigned.  Policies currently in Plus Policy status will remain in Plus Policy status until the five full annual renewal periods have been completed.

# 7.0   Market Assistance Plan (MAP)

## 7.1   General

A Market Assistance Plan (MAP) is a voluntary association of insurance companies created by a state's insurance department to provide a source for customers to obtain coverage for various lines of business or classes of business they are otherwise unable to purchase.

## 7.2   Allstate/Agent Relationship

The R3001 Agent is authorized under the provisions of this Supplement to write applications for insurance under a Market Assistance Plan.

## 7.3   Commission

MAP commission is calculated in accordance with the Market Assistance Plan of the particular state.  In some states, the MAP does not require the voluntary carrier to pay commission to the writing agent.  However, if the carrier chooses to compensate the writing agent and if the writing agent is an Allstate agent, the Company will allow the agent to receive the commission if the carrier is admitted in the state.  Agents cannot represent or receive commission on business written by excess and surplus carriers, except as authorized by the Company.

MAP business written by R3001 Agents and insured by Allstate will be included in the agent's total authorized gross commission.  Any MAP commission overpayments resulting from premium reductions or cancellations will be deducted from the total authorized gross commission for the month.

## 7.4   Appointments/Brokering

Some states require that the agent be appointed by the voluntary carrier who is issuing the business. In these situations, an Allstate agent can be appointed by the other carrier for MAP placed business only.  However, if the agent uses such appointments to place business other than through the MAP, it will result in the Company withdrawing its permission to allow the agent to receive commission on such business and it may jeopardize the agent's agency relationship with the Company.

# Section 2:    Auto

## 1.0   General

The Auto line group is comprised of coverage for Private Passenger vehicles which are voluntarily acceptable by the Risk Management department or which are ceded to a Reinsurance Facility (in applicable states).  This includes coverages written as Special Auto, Allstate Indemnity, Allstate New Jersey, Allstate County Mutual (TX), Allstate Fire and Casualty (TX), and Allstate Property and Casualty.  In addition, coverages written as Allstate Indemnity, Allstate New Jersey, Allstate County Mutual (TX), Allstate Fire and Casualty (TX), and Allstate Property and Casualty are defined as like lines.[1]  Like lines includes the statistical lines of 10 and 19.[2]

The following table provides an overview of the commission rules for policies in the Auto line group.

**Former Allstate policyholder[3] whose policy lapsed, expired, or was terminated less than 120 days[4] prior to effective date of new policy**

| Former Policy | Current Policy | New Business Commission for New and/or Added Coverage* | Renewal Commissions | Economic Interest in the Current Policy |
|---|---|---|---|---|
| Line 10 | Line 10 | Writing Agent of the current Line 10 policy | Agent of Record on the former Line 10 policy | Agent of Record on the former Line 10 policy |
| Line 10 | Line 19 | Writing Agent of Line 19 policy | Agent of Record on the Line 10 Policy | Agent of Record on the Line 10 Policy |
| Line 19 | Line 19 | Writing Agent of the current Line 19 policy | Agent of Record on the former Line 19 policy | Agent of Record on the former Line 19 policy |
| Line 19 | Line 10 | Writing Agent of Line 10 policy | Agent of Record on the Line 19 Policy | Agent of Record on the Line 19 Policy |

*Writing agent is entitled to new business commission if an additional item and/or new coverage was added with the rewrite.  New business commission will only be paid on the additional item and/or new coverage.

---

[1] Special Auto coverages written with an effective date prior to April 1, 2008 are considered a like line.

[2] Business written under line 16 prior to April 1, 2008, is considered a like line.

[3] Policyholder, as defined in the Glossary, means the named insured on the policy declaration, or resident spouse.

[4] 60 days, if the former Agent of Record's agreement so specifies

Former Allstate policyholder[3] whose policy lapsed, expired, or was terminated 120 days[4] or more prior to the effective date of the newly issued policy

| Former Policy | Current Policy | New Business Commission | Renewal Commissions | Economic Interest in the Current Policy |
|---|---|---|---|---|
| Line 10 | Line 10 | Writing Agent of the current Line 10 Policy | Writing Agent of the current Line 10 Policy | Writing Agent of the current Line 10 Policy |
| Line 10 | Line 19 | Writing Agent of Line 19 Policy | Writing Agent of Line 19 Policy | Writing Agent of Line 19 Policy |
| Line 19 | Line 19 | Writing Agent of the current Line 19 Policy | Writing Agent of the current Line 19 Policy | Writing Agent of the current Line 19 Policy |
| Line 19 | Line 10 | Writing Agent of Line 10 policy | Writing Agent of Line 10 Policy | Writing Agent of Line 10 Policy |

Agents are also permitted to sell other business insuring automobiles, subject to the Company's rules and procedures (e.g., Assigned Risk, etc.).  Such transactions are not subject to the Auto commission rules.

# 2.0   Special Commission Rules

## 2.1   Added Coverage

The R3001 Agent writing an Added Coverage to a six month or annual Auto policy receives commission in such coverage, but prorated to the next renewal date of the policy.  The Agent of Record, Designated Agency or Assigned Agency if other than the Writing Agent, relinquishes commission on the premium for the Added Coverage to such renewal date.

On six month policies, the Agent of Record, Designated Agency or Assigned Agency (unless the policy has been captured by another agency) will receive commission on the net written premium for such coverage for the ensuing six months at the applicable Added Coverage amount for that term.

On annual policies, the Agent of Record, Designated Agency or Assigned Agency (unless the policy has been captured by another agency) will receive renewal commission on the net written premium for such coverage at the next policy renewal

When coverage for an Additional Automobile is sold, coverage for the auto already insured must remain in effect for at least 120 days after the additional auto becomes covered, or the premium will be regarded as premium for insuring a replacement auto. When coverage for an Additional Automobile is sold, coverage for the auto previously insured must have been canceled more than 120 days prior to the additional auto becoming covered, or the premium will be regarded as premium for insuring a replacement auto, unless there was a replacement auto in the last 120 days.

## 2.1.1    List of Added Coverages

- Coverage For An Additional Automobile
- Bodily Injury and Property Damage Liability
- Collision
- Drive Other Cars
- House-Car Trailer
- Uninsured Motorist
- Uninsured Motorist/Bodily Injury (Rhode Island)
- Uninsured Motorist/Property Damage (Rhode Island and Ohio)
- Underinsured Motorist
- Medical Payments (in Kansas only when VA1 not contained in policy)
- Death Indemnity
- Disability Income
- Towing
- Comprehensive
- Vendor's Single Interest (California)
- Extraordinary Medical Benefits (Pennsylvania)
- Rental Reimbursement
- Lease Loan Gap (Ohio and Maryland)

## 2.1.2    No Fault Added Coverage Determinations

Because of differences in the handling of Auto coverage in No Fault states, which coverages are "Added Coverages" and which are not will be determined on a state-by-state basis.  These determinations are shown in exhibit 1 at the end of this section (3-2).

## 2.2    Agent Type and Agent Number on a Cancel-Rewrite Due to an Effective Date Change on the Policy

If a policy is cancelled and rewritten for the same named insured in the same line of insurance, due to an effective date change on the policy, the agent type and agent number on the rewritten (new) policy will be the same as the agent type and agent number on the cancelled (old) policy, unless the agent is not licensed and appointed in that state.  If the agent is not licensed and appointed in that state, then the agent type on the rewritten policy will be the agent type of the access point that bound the new policy.[5]

---

[5] If the access point is the CCC then the origin of the call, i.e. direct to the CCC or agent forwarded phone, will determine the agent type.  If the access point is the Internet, then the accessed website, Allstate.com or the agent's home page, will determine the agent type.

This rule also applies to Plus Policies[6] and unrepresented Plus Policies. The newly written policy will remain a Plus Policy, however, any completed portion of the five annual renewal periods, in which the Plus Policy commission amounts are in effect, will apply to the newly written policy.

## 2.3 Agent Type on a Policy Replaced in Accordance with the Company's Customer Move Process on Alliance Involving Out-of-State Moves

If a policy is replaced in accordance with the Company's Customer Move Process on Alliance with a policy for the same named insured, the agent type on the replacement (new) policy will be the same as the agent type on the replaced (old) policy, provided the agent is licensed and appointed in that state. If the agent is not licensed and appointed in that state, then the agent type on the rewritten policy will be the agent type of the access point that bound the new policy.[7]

This rule also applies to Plus Policies[6] and unrepresented Plus Policies. The newly written policy will remain a Plus Policy, however, any completed portion of the five annual renewal periods, in which the Plus Policy commission amounts are in effect, will apply to the newly written policy.

## 2.4 Agent Type and Agent Number on Reinstatements Other than Reinstatements of Suspended Coverages

If a policy is reinstated for the same named insured in the same line of insurance, the agent type and agent number on the reinstated policy will be the same as the agent type and agent number on the original policy provided the policy was not out of force for a period of 120 days or more.

This rule also applies to Plus Policies[6] and unrepresented Plus Policies. The newly written policy will remain a Plus Policy, however, any completed portion of the five annual renewal periods, in which the Plus Policy commission amounts are in effect, will apply to the newly written policy.

## 2.5 Reinstatement of Suspended Coverages

### 2.5.1 Reinstatement by an Agent Other than Agent of Record

An agent other than the Agent of Record may not receive commission for the reinstatement of a suspended coverage unless the agent originally added the suspended coverage and the reinstatement occurs in the same policy term in which the coverage was added. New business commission is then prorated for the period for which the coverage was in force.

---

[6] Effective August 1, 2019, the Plus Policy program will be sunset and no new Plus Policies will be assigned. Policies currently in Plus Policy status will remain in Plus Policy status until the five full annual renewal periods have been completed.

[7] If the access point is the CCC then the origin of the call, i.e. direct to the CCC or agent forwarded phone, will determine the agent type. If the access point is the Internet, then the accessed website, Allstate.com or the agent's home page, will determine the agent type.

### 2.5.2    Reinstatement by the Agent of Record

A suspended coverage reinstated by the Agent of Record during the policy's first term or the coverage's initial term, as applicable, will have commission calculated on a prorata basis for the period for which the coverage was in force.  If the reinstated coverage was written in the same term, the Writing Agent will receive the prorated commission - not necessarily the Agent of Record.

For coverage reinstated after being suspended in a prior policy term, the Agent of Record will receive commission in all cases.  In a six month auto policy state, if the reinstatement occurs during the second term of the policy or the second term of an Added Coverage, the first renewal amount will apply.  Otherwise, the coverage will be reinstated at the renewal commission amount.

## 2.6    Voluntary Auto Policy Issued to Former Assigned Risk, Underwriting Association or Facility Plan Insured

### 2.6.1    Assigned Risk – Voluntary Take-Out

An Allstate agent who is the Agent of Record on an Assigned Risk policy (on which Allstate is the insurer) which is voluntarily taken out of the plan and written as a regular Allstate policy, will receive commission on the net written premium for the initial term of the policy, as though for a new policy, and in the ensuing six months of a six month auto policy, as though for a first renewal policy.

### 2.6.2    Assigned Risk – Involuntary Take-Out

The law in some states requires that regular insurance be offered to Assigned Risk insureds who are accident and conviction free for a specified period.

Transactions for regular insurance issued as a result of a mandatory take out offer may appear, at the Company's discretion, in the R3001 Writing Agent's account at the current renewal amount.

### 2.6.3    Underwriting Association

An Allstate agent who is the Agent of Record on an Underwriting Association policy which is voluntarily taken out of the plan and written as a regular Allstate policy will receive commission on the net written premium for the initial term of the policy, as though for a new policy, and in the ensuing six months of a six month auto policy, as though for a first renewal policy.

### 2.6.4    Reinsurance Facility

The agent writing an Auto line policy initially ceded at new business issue to the Reinsurance Facility or the Agent of Record on an active Auto policy which was in "ceded" status as of December 2, 1985, will receive New Business commission once that policy is "taken out" of the Facility.

Subsequent movement of the policy to or from the Reinsurance Facility in either of the above cases will always be at renewal commission.

## 2.7   Fleet Conversions

(See Chapter 3, Section 5a applicable to Commercial Casualty business.)

## 2.8   Commercially Rated Automobile – Replacement Policy

If a Commercially rated Non-Fleet Auto policy (on which commission is calculated according to Chapter 2, Section 1a) is replaced with a non-fleet policy in the Allstate Insurance Company, Allstate Indemnity Company, Allstate County Mutual Insurance Company, Allstate Fire and Casualty Insurance Company or Allstate New Jersey Insurance Company with no lapse of coverage at the time of replacement, the agent who held renewal policy commission interest in the replaced policy should receive renewal policy commission interest in the replacement policy beginning at its effective date.

## 2.9   Allstate County Mutual Insurance Company – Membership Fees

For purposes of agent commission, membership fees for Allstate County Mutual business will be included with the new net written premium for this business.

## 2.10  New Business Policy Fee – Allstate Indemnity Company

For purposes of agent commission, the New Business Policy Fee applicable to Allstate Indemnity Company auto business will be included with the new net written premium for this business.

## 3.0   Residual Market

Involuntary auto insurance may be written under an Assigned Risk or Automobile Insurance Plan, through an Underwriting Association or Plan, or with a Reinsurance Facility, whichever is available in the particular state, subject to the Company's rules and procedures.  The Allstate Agent is authorized, under the provisions of this manual to write applications for insurance under these plans.

"Plan Business" shall mean policies and coverages placed through or reinsured with a plan, association or organization established to afford coverage for risks not generally acceptable for insurance.

Commission on Plan Business will be included with the commission otherwise payable under the agent's R3001 Agreement in accordance with the provisions which follow.

Pls. Exhibit 3

## 3.1    Assigned Risk

Assigned Risk commission is paid in accordance with the amounts listed in Chapter 2 of this manual.  The Net Commission System will calculate and pay agents for Assigned Risk business twice a month based on the balance in their Assigned Risk account.  A statement of all transactions for the month will be issued to each agent.

Each month any Assigned Risk overpayments (resulting from premium reductions or cancellations) will be netted against commission amounts.

All Assigned Risk policies will remain on an annual term, even though voluntary business may be written for a six month term.

## 3.2    Underwriting Association Business

In several states Automobile residual market business is insured through an Underwriting Association.  In Hawaii the association is called the Joint Underwriting Plan (JUP) and in Michigan the Automobile Insurance Placement Facility (AIPF).  This section pertains to Underwriting Association business in these states except where noted below.

The Underwriting Association in each applicable state will dictate (with proper state approval) whether each Auto policy term will be for six or 12 months.

Allstate is not the insurer for Underwriting Association business:  It acts instead as a "servicing carrier."

Commission on Underwriting Association business written through Allstate will be recorded on the agent's Monthly Producer Commission Statement.

### 3.2.1    Representation of Policy

Only one agent (Agent of Record) may represent an Underwriting Association policy.  This will be the Writing Agent as long as the agent remains licensed.

No new policies or renewal policies will be recorded in the Underwriting Association account of a former Allstate Agent whose Underwriting Association business is being discontinued by Allstate; unless Allstate has been selected by the agent (Designated Agent) to be the servicing carrier.

If the agent wants to retain Underwriting Association policies, the agent will have to secure another sponsor for a license (thereby meeting the Underwriting Association requirement).

The agent will then rewrite the Underwriting Association business through the new sponsor only after the Underwriting Association policies serviced by Allstate are non-renewed.

Pls. Exhibit 3

## 3.3  Reinsurance Facility Plans

Reinsurance facilities are effective in New Hampshire and North Carolina.

Facility commission will be recorded on the agent's monthly statements in the same manner as voluntary auto business, but will be identified on the Agent Monthly Production Statement under a separate heading.  In cases of ceding existing policies to the Facility, the agent representing the policy prior to its having been ceded will represent the Facility policy.  If an R3001 Agent's agreement terminates, Facility policies will become unrepresented in the same way as all other policies.

Commission for premium unearned due to cancellation of a policy or coverage will be deducted from the commission to be paid for the month in which the cancellation is processed.  Voluntary policies ceded at renewal will be recorded at the applicable renewal commission amount.

### EXHIBIT 1
No Fault Coverages
(Y = Added Coverage    N = Replacement)

| State | VA | VB | BT, BV, DA | VA7, VA8, VA9, CC | | | | VC, VM, VW | |
|-------|----|----|-----------|-------------------|--|--|--|------------|--|
| | | | | No VA1 or CC | VA1 or CC | No VA1 | VA1 | No CC, CM, CW, VA | CC, CM, CW, VA |
| AR | | | | | | | | Y | N |
| CO | N | Y | | | | | | | |
| CT | N | Y | | | | | | | |
| DE | N | | | | | | | | |
| FL | N | | | | | | | | |
| GA | N | N | | | | | | | |
| HI | N | Y | | | | | | | |
| KS | N | | | | | Y | N | | |
| KY | N[8] | | | Y | N | | | | |
| MD | Y | | | | | | | | |
| MI | N | | N | | | | | | |
| MN | N | | | | | | | | |
| NJ | N | Y | | | | | | | |
| NY | N | Y | | | | | | | |
| ND | N | Y | | | | | | | |
| OR | N | | | | | | | | |
| SC | Y[9] | | | | | | | | |
| TX | Y[3] | | | | | | | Y | N |
| UT | N | | | | | | | | |
| VA | N | | | | | | | Y | N |
| WA | Y[3] | | | | | | | | |

[8] Applies to VA1 only.

[9] Added Coverage only if not replacement for Medical Payments.

Pls. Exhibit 3

# Section 3:    Personal Property

## 1.0   General

The line groups which comprise the Personal Property category are listed below.  Special commission rules applicable to these line groups are contained in the indicated sections.

| | |
|---|---|
| **Section 3a** | Homeowners (like lines including Homeowners, Renters, Condominium and Deluxe Country) |
| **Section 3b** | Mobilehome |
| **Section 3c** | Boatowners - Recreational Package Policy |
| **Section 3d** | Residential Fire |
| **Section 3e** | Landlords Package Policy |
| **Section 3f** | Workers' Compensation - Residence Employees |
| **Section 3g** | Personal Umbrella Policy |

Each of the line groups and like lines stated above is a separate line of insurance for commission purposes.  Special commission rules applicable to conversions within the Personal Property category are contained in this chapter.

## 2.0   Residual Market

## 2.1   FAIR plans

FAIR Plans (Fair Access to Insurance Requirements) provide property insurance to those who are unable to secure it through the voluntary market.  Insurance companies share these risks proportionately based upon their market share.

## 2.2   Allstate Flood Insurance (AFI)

Allstate Flood Insurance covers losses from flooding and is written in cooperation with the National Flood Insurance Program (NFIP).[1]  The commission amounts applicable to agency written Allstate Flood Insurance are contained in Chapter 2, section 1b, subsection 0.

A terminated R3001 Agent will be paid for Allstate Flood Insurance business in process at the time of termination of the agent's R3001 Agreement.  Unless sold, the agent maintains a commission interest in agency bound Flood policies produced until the first policy renewal after the agent's termination date.  Accordingly, all subsequent endorsement and cancellation transactions occurring after the termination date, but before the next policy renewal, will also be recorded in the terminated agent's account.

---

[1] Flood insurance cannot be written directly with the NFIP, it must be written through Allstate.

## 2.3    California Earthquake Authority (CEA)

Allstate agents are permitted to sell California Earthquake Authority business through a state regulated program for customers with companion Allstate policies in the homeowners, mobilehome, residential fire and landlords package lines.  The Allstate companion policy and the CEA policy must have the same expiration date.

Allstate is not the insurer for California Earthquake Authority business; it acts instead as a "servicing carrier".

### 2.3.1    Representation of Policy

Only one agent may represent a CEA policy.  This agent will be the same as the Agent of Record on the companion personal property policy.

### 2.3.2    Ownership of California Earthquake Authority Business

Allstate owns, but is not the underwriter of, California Earthquake Authority business.  If a customer requests service by another agent, both the CEA and companion policy will go through the normal change of agent process.

# 3.0    Mine Subsidence Coverage

## 3.1    General

Mine Subsidence coverage is available in the following states and lines:

| Line | IL | IN | WV | KY | OH |
|---|---|---|---|---|---|
| Mobilehome/Manufactured Home | Yes | No | Yes | No | Yes |
| Homeowners (Allstate and Allstate Indemnity) | Yes | Yes | Yes | Yes | Yes |
| Landlords Package | Yes | Yes | Yes | Yes | Yes |
| Condominium | Yes | Yes | No | No | Yes |

Mine Subsidence coverage insures losses related to collapse due to mining operations.  Mine Subsidence is written in accordance with state-administered plans and will therefore be treated as "Plan Business" for commission purposes.

## 3.2    Commissions

The current commission amounts for agency bound business applicable to Mine Subsidence coverage are:

| | |
|---|---|
| **New Business** | 15% |
| **Renewal** | 6.5% |

## 3.3    Statements

Mine Subsidence coverage transactions will be recorded on the R3001 Agent's monthly production statements similar to other property coverages, but under separate headings.

# 4.0    Citizens Property Insurance Corporation

In July 2002, the Florida Residential Property and Casualty Joint Underwriting Association and the Florida Windstorm Underwriting Association were combined to create Citizens Property Insurance Corporation (Citizens).  Allstate agents in Florida may submit property residual market applications to Citizens through a service company and may submit wind only applications directly to Citizens.

# 5.0    Castle Key

## 5.1    General

All Florida Personal Property business will be written in Castle Key Insurance Company or Castle Key Indemnity Company.

| Property Line | Castle Key Insurance | Castle Key Indemnity |
|---|---|---|
| Homeowners | Yes | Yes |
| Renters | Yes | Yes |
| Condominium | Yes | No |
| Deluxe Country | Yes | No |
| Residential Fire | Yes | No |
| Landlords Package | Yes | No |
| Mobilehome | Yes | No |
| Boatowners | Yes | No |
| Scheduled Personal Property | Yes | No |

# Section 3a:   Homeowners

## 1.0   General

The following lines are all in the Homeowners line group for purposes of commission and are defined as like lines:

| Line | Allstate Insurance Castle Key | Allstate Indemnity Allstate Texas Lloyds' Castle Key Indemnity |
|---|---|---|
| Homeowners | Yes | Yes |
| Renters | Yes | Yes |
| Condominium Owners | Yes | Yes[1] |
| Deluxe Country Homeowners | Yes | Not Sold |

The following table provides an overview of the commission rules for policies in the Homeowners line group.

**Former Allstate policyholder[2] whose policy lapsed, expired, or was terminated less than 120 days[3] prior to effective date of new policy**

| Former Policy | Current Policy | New Business Commission | Renewal Commissions | Economic Interest in the Current Policy |
|---|---|---|---|---|
| Homeowners | Homeowners | Writing Agent of current Homeowners policy (only if new property) | Agent of Record on the former Homeowners policy | Agent of Record on the former Homeowners policy |
| | Deluxe Country Homeowners | Writing Agent of current Deluxe Country Homeowners policy (only if new property) | | |
| | Renters | No new business commission | | |
| | Condo | No new business commission | | |
| Deluxe Country Homeowners | Homeowners | Writing agent of current Homeowners policy (only if new property) | Agent of Record on the former Deluxe Country Homeowners policy | Agent of Record on the former Deluxe Country Homeowners policy |
| | Deluxe Country Homeowners | Writing agent of the current Deluxe Country Homeowners policy (only if new property) | | |
| | Renters | No new business commission | | |
| | Condo | No new business commission | | |

---

[1] Condominium is available through Allstate Indemnity in California only.

[2] Policyholder, as defined in the Glossary, means the named insured on the policy declaration, or resident spouse.

[3] 60 days, if the former Agent of Record's agreement so specifies.

**Former Allstate policyholder[2] whose policy lapsed, expired, or was terminated less than 120 days[3] prior to effective date of new policy**

| Former Policy | Current Policy | New Business Commission | Renewal Commissions | Economic Interest in the Current Policy |
|---|---|---|---|---|
| Renters | Homeowners | Writing agent of current Homeowner policy | Agent of Record on the former Renters policy | Agent of Record on the former Renters policy |
| | Deluxe Country Homeowners | Writing agent of current Deluxe County Homeowner | | |
| | Renters | No new business commission | | |
| | Condo | Writing agent of current Condo policy | | |
| Condo | Homeowners | Writing Agent of current Homeowner | Agent of Record on the former Condo policy | Agent of Record on the former Condo policy |
| | Deluxe Country Homeowners | Writing agent of current Deluxe Country Homeowner | | |
| | Renters | No new business commission | | |
| | Condo | No new business commission | | |
| **Existing Policy Remains Active** | **Additional Policy (Different Property)** | **New Business Commission** | **Renewal Commissions** | **Economic Interest in the Current Policy** |
| Homeowners Condo Renters | Homeowners | Writing Agent of new policy | Agent of Record on the original active policy | Agent of Record on the original active policy |
| | Deluxe Country Homeowners | Writing Agent of new policy | | |
| | Renters | Writing Agent of new policy | | |
| | Condo | Writing Agent of new policy | | |

For a former Allstate policyholder[2] whose policy lapsed, expired, or was terminated <u>120 days[4] or more</u> prior to the effective date of the newly issued policy, the writing agent of the current policy will receive new business commission, renewal commission, and economic interest in the current policy.

Pls. Exhibit 3

# 2.0   Added Coverages

## 2.1   Countrywide

- Scheduled Personal Property
- Coverage for an Additional Class of Scheduled Personal Property
- Earthquake Coverage
- Increase in Limits (Amount) of Any Section I Coverage - Excluding Any Automatic Increases and Increase of Contents Coverage Limit to Replacement Cost
- Fire Department Charges
- Loss Assessments
- Increased Coverage for Theft of Silverware
- Extended Coverage on Jewelry, Watches and Furs Coverage
- Incidental Office
- Increased Limits on Money
- Business Pursuits
- Additional Residence - Premises Rented to Others
- Increased Limits on Securities
- Additional Dwelling Occupied by Named Insured
- Other Structures Protection (Deluxe Country)
- Livestock Protection (Deluxe Country)
- Additional Coverage on Livestock (Deluxe Country)
- Increased Coverage on Other Structures
- Electronic Data Processing Equipment
- Building Codes
- Increased Coverage on Business Property
- Coverage on Farm Tractors (Deluxe Country)
- Coverage on Building Improvements
- Incidental Office, Private School or Studio
- Lock Replacement
- Satellite Dish Antennas
- Cellular Communication Systems
- Golf Cart
- Extended Coverage Cameras
- Extended Coverage Musical Instruments
- Extended Coverage Sports Equipment

## 2.2   Specific States

- Attorney's Fees Coverage (Alaska)
- Windstorm and Hail Loss Assumption Coverage (Florida)
- Watercraft Liability and Medical Payments Coverage (Louisiana, New York, North Carolina, Texas, Virginia)
- Sewer Back Up Coverage (Maryland, Virginia)
- O.L. & T Coverage (Missouri)
- Credit Card and Depositors Forgery Coverage (North Carolina, Texas)
- Extended Theft (North Carolina, Texas)
- Additional Residence Employee Liability (Texas)
- Residence Glass Coverage (Texas)
- Additional Insured Occupant - Non-Relative Coverage (Texas)
- Workers' Compensation Coverage WC (California, New Hampshire)
- Contingent Workers' Compensation - Coverage WC (Indiana)
- Mine Subsidence (See Chapter 3, Section 3, Subsection 3.0)
- Additional Insured (North Carolina)
- Office, Professional, Private School or Studio (North Carolina)
- Increase in Coverage Resulting from Value Quote (California)

## 3.0   Agent Type and Agent Number on a Cancel-Rewrite Due to an Effective Date Change on the Policy or Change in Policy Form

If a policy is cancelled and rewritten for the same named insured in the same line of insurance due to an effective date change on the policy or a change in the policy form for the same property, the agent type and agent number on the rewritten (new) policy will be the same as the agent type and agent number on the cancelled (old) policy, unless the agent is not licensed and appointed in that state. If the agent is not licensed and appointed in that state, then the agent type on the rewritten policy will be the agent type of the access point that bound the policy.[4]

This rule also applies to Plus Policies[5] and unrepresented Plus Policies. The newly written policy will remain a Plus Policy, however, any completed portion of the five annual renewal periods, in which the Plus Policy commission amounts are in effect, will apply to the newly written policy.

---

[4] If the access point is the CCC then the origin of the call, i.e. direct to the CCC or agent forwarded phone, will determine the agent type. If the access point is the Internet, then the accessed website, Allstate.com or the agent's home page, will determine the agent type.

[5] Effective August 1, 2019, the Plus Policy program will be sunset and no new Plus Policies will be assigned. Policies currently in Plus Policy status will remain in Plus Policy status until the five full annual renewal periods have been completed.

## 3.1 Agent Type on a Policy Replaced in Accordance with the Company's Customer Move Process on Alliance

If a policy is replaced in accordance with the Company's Customer Move Process on Alliance with a policy for the same named insured, the agent type on the replacement (new) policy will be the same as the agent type on the replaced (old) policy, unless the agent is not licensed and appointed in that state. If the agent is not licensed and appointed in that state, then the agent type on the rewritten policy will be the agent type of the access point that bound the new policy.[4]

This rule also applies to Plus Policies[6] and unrepresented Plus Policies. The newly written policy will remain a Plus Policy, however, any completed portion of the five annual renewal periods, in which the Plus Policy commission amounts are in effect, will apply to the newly written policy.

## 3.2 Agent Type and Agent Number on Reinstatements

If a policy is reinstated for the same named insured in the same line of insurance, the agent type and agent number on the reinstated policy will be the same as the agent type and agent number on the original policy provided the policy was not out of force for a period of 120 days or more.

This rule also applies to Plus Policies[6] and unrepresented Plus Policies. The newly written policy will remain a Plus Policy, however, any completed portion of the five annual renewal periods, in which the Plus Policy commission amounts are in effect, will apply to the newly written policy.

# 4.0 Homeowners or Deluxe Country Replacement Policies

## 4.1 Commission

The R3001 Agent writing a Homeowners or Deluxe Country policy which replaces a Renters policy, Condominium Owners policy, or another Homeowners or Deluxe Country policy on different property will receive new policy commission for the first 12 months in accordance with the rule stated in section 3a, subsection 3.0 of this Chapter.

The agent who would have received renewal policy commission on the replaced policy will receive renewal policy commission on the newly issued Homeowners policy for all periods subsequent to its first anniversary date.

If the replaced policy was unrepresented, in addition to receiving new commission, the Writing Agent will receive renewal commission on the newly issued Homeowners or Deluxe Country policy for all periods subsequent to its first anniversary date.

---

[6] Effective August 1, 2019, the Plus Policy program will be sunset and no new Plus Policies will be assigned. Policies currently in Plus Policy status will remain in Plus Policy status until the five full annual renewal periods have been completed.

## 4.2    Commission Deduction As Regards Canceled Policy Coverages

Any recorded but unearned premium applicable to each coverage written in the canceled policy will be recorded in the account of the agent who received commission on the particular coverage at the applicable new or renewal amount.

If the canceled policy was unrepresented, any unearned premium will not be recorded in any agent's account.

# 5.0    Condominium Owners Policy Replaces A Renters Policy

The R3001 Agent writing a Condominium Owners policy which replaces a Renters policy will receive new policy commission on the newly issued policy for the first 12 months in accordance with the rule stated in Section 3a, Subsection 3.0 of this Chapter.

The agent who would have received renewal policy commission on the replaced policy will receive renewal policy commission on the newly issued Condominium Owners policy for all renewal periods subsequent to its first anniversary date.

If the replaced policy was unrepresented, in addition to receiving new commission, the Writing Agent will receive renewal policy commission on the newly issued Condominium Owners policy for all renewal periods subsequent to its first anniversary date.

Any recorded but unearned premium applicable to each coverage written in a Renters policy (canceled as a result of having been replaced by a Condominium Owners policy) will be recorded as a commission deduction in the account of the agent who would have received commission on the particular coverage at the applicable new or renewal amount.

If no agent would have received commission on the canceled coverage, any unearned premium will not be recorded in any agent's account.

If the replaced policy was a Plus Policy[7] or an unrepresented Plus Policy, the newly written policy will remain a Plus Policy, however, any completed portion of the five annual renewal periods, in which the Plus Policy commission amounts are in effect, will apply to the newly written policy.

---

[7] Effective August 1, 2019, the Plus Policy program will be sunset and no new Plus Policies will be assigned. Policies currently in Plus Policy status will remain in Plus Policy status until the five full annual renewal periods have been completed.

## 6.0   Section I Homeowners Coverages for a Secondary Residence

The R3001 Agent who writes Section I coverage in a separate policy for a Secondary Residence (seasonal dwelling) located in the same state as the primary residence will receive new policy commission for the new coverage for the first 12 months.  The Agent of Record on the Homeowners line group will receive renewal policy commission on the newly written policy for all periods subsequent to its first anniversary date.

The agent who writes Section I coverage in a separate policy on a Secondary Residence (seasonal dwelling) located in a state other than the state of the insured's primary residence will receive commission in such policy as though for a new policy provided the agent who writes the application is licensed in the state where the secondary residence is located.

## 7.0   Extended Coverage on Jewelry, Watches & Furs (JWF) Coverage

### 7.1   JWF Written in a New Homeowners or Renters Policy at Issuance

Commission on JWF coverage written in a new Homeowners or Renters policy at issuance will be the same commission as applies to the policy.

### 7.2   JWF Added – No Previous Similar Coverage

JWF coverage endorsed to an existing Homeowners or Renters policy which contains no JWF coverage or SPP coverage on any items of jewelry and/or furs will be treated as an Added Coverage for commission purposes.

### 7.3   JWF Added- Existing Similar Coverage

JWF coverage endorsed to an existing Homeowners or Renters policy which contains SPP coverage on items of jewelry and/or furs will be considered replacement coverage.
The Agent of Record on the replaced SPP coverage will receive commission on the  newly-written JWF coverage at the same commission amount applicable to the replaced SPP coverage at the time of replacement.

Any recorded but unearned premium applicable to the SPP coverage canceled when a replacement coverage is written, will be recorded in the account of the agent who would have received commission on the particular canceled coverage at the applicable new or renewal commission amount.

If the canceled SPP coverage was unrepresented, any unearned premium will not be recorded in any agent's account.

## 7.4 JWF Coverage Written in Homeowners Policy Which Replaces A Renter/Condo Policy

The R3001 Agent writing JWF coverage in a Homeowners policy which replaces a Renters/Condo policy will receive commission on the JWF coverage in accordance with the rules under 4.1.

# 8.0 Scheduled Personal Property (SPP) Coverage

If SPP Coverage is written on items of jewelry and/or furs to replace existing JWF coverage, the newly written SPP coverage will be considered a replacement coverage.

The Agent of Record will receive commission on the newly written SPP coverage in accordance with the commission held by the agent in the replaced JWF coverage.

SPP coverage on an additional class of personal property (other than Jewelry or Furs) endorsed to a Homeowners or Renters policy which contains JWF coverage will be treated as an Added Coverage for commission purposes.

Any recorded but unearned premium applicable to the JWF coverage, canceled when a replacement coverage is written, will be recorded in the account of the agent who received commission on the particular canceled coverage at the applicable new or renewal commission amount.

If the canceled JWF coverage was unrepresented, any unearned premium will not be recorded in any agent's account.

# 9.0 Conversion of Fire, Theft and/or CPL to a Homeowners or Deluxe Country Policy

## 9.1 Homeowners or Deluxe Country Policy Written by the Agent

The R3001 Agent writing a Homeowners or Deluxe Country policy that converts existing Fire, CPL and/or Theft coverage(s) will receive new policy commission for the Homeowners or Deluxe Country policy for the first 12 months.

The Agent of Record on the Fire line will receive renewal policy commission on the Homeowners or Deluxe Country policy at its first anniversary date.

If such Fire line has no other agent receiving commission, the Writing Agent will receive renewal policy commission on the Homeowners or Deluxe Country policy at its first anniversary date even though the converted CPL and/or Theft coverages were represented by another agent.

## 9.2    Commission Deduction

Any recorded but unearned premium applicable to a converted Fire coverage will be recorded in the account of the agent who would have received commission on such canceled coverage at the applicable new or renewal commission amount.

If the canceled Fire Coverage was unrepresented, any unearned premium will not be recorded in any agent's account.  Any recorded but unearned premium applicable to any canceled CPL or Theft coverage will not be recorded in any agent's account.

# Section 3b:  Mobilehome

# 1.0   Added Coverages

- Mobile Home
- Increased Personal Effects
- Scheduled Personal Property
- Coverage for an Additional Class of Scheduled Personal Property
- Vendor's Single Interest
- Trip Collision
- Business Pursuits
- Additional Premises Coverage
- Extended Coverage on Jewelry, Watches and Furs
- Additional Dwelling Rented to Others
- Fire Department Charges
- Increased Coverage on Radio or TV Antennas or Towers Improvements Coverage
- Earthquake and Flood (Alaska)
- Earthquake (North Carolina)
- Extended Theft (North Carolina, Kansas)
- Credit Card and Depositors Forgery (North Carolina)
- Office, Professional, Private School or Studio Occupancy Coverage (North Carolina)
- Increase in Coverage a Limit Stated Value Policies (FL, NE, MT, NH, SC, NC)
- Increase in Limits (Amount) of Any Section 1 Coverage - excluding any Automatic Increases
- Additional Residence Premises - Rented to Others (North Carolina)
- Workers' Compensation - Coverage WC (California, New Hampshire)
- Additional Class of Residence Employees (California, New Hampshire)
- Mine Subsidence (See Chapter 3, Section 3, Subsection 3.0)
- Other Structures (North Carolina)
- Lienholders Single Interest (North Carolina)
- Increases to Mobilehome Value (Texas)
- Increases to Contents Limit (Texas)
- Increases to Adjacent Structures (Texas)

## 2.0   Extended Coverage on Jewelry, Watches and Furs (JWF) Coverage

Jewelry, Watches and Furs coverage endorsed to an existing Mobilehome policy will be treated in the same manner as when endorsed to an existing Homeowners policy.  Refer to Chapter 3, Section 3a, subsection 7.0.

## 3.0   Scheduled Personal Property Coverage Endorsed to an Existing Mobilehome Policy

Scheduled Personal Property coverage endorsed to an existing Mobilehome policy will be treated in the same manner as when endorsed to an existing Homeowners policy.  Refer to Chapter 3, Section 3a, subsection 8.0.

## 4.0   Allstate County Mutual Mobilehome Policies (Texas)

### 4.1   General

Mobilehome coverage in Texas may be supplemented by Allstate Theft and CPL coverage.  The following rules apply to these coverages.

### 4.2   Commission Rules

Theft and Liability insurance sold to customers already insured under an Allstate County Mutual Physical Damage policy will be treated in the same manner as "Added Coverages" for commission purposes.  Added Coverages written by Allstate include:

- Business Pursuits
- Loss Assessment Liability
- Additional Residences Rented to Others
- Additional Insured/Residences Premises

Mobilehome "Added Coverages" written by Allstate County Mutual are shown in subsection 1.0.

# Section 3c:   Boatowners – Recreational Package Policy

## 1.0   Line Group Designation

For commission interest purposes, the Boatowners policy and the Recreational Package Policy will be treated as a single line group.

## 2.0   Commission for Items Written in a Separate Policy

The Agent of Record in the Boatowners/RPP line group will be the agent who first writes the Recreational Package Policy or Boatowners policy for the named insured.

The R3001 Agent who writes either a new Recreational Package Policy or new Boatowners policy, when the other policy is already in effect, will receive New Business commission for the first policy year of the new policy.

If the policy in effect is unrepresented and no other agent has qualified to capture it, the agent writing the new Recreational Package Policy or Boatowners policy will capture commission interest in the unrepresented policy when it next renews.  When the policy in effect is represented or another agent has qualified to capture it and the new (second) policy renews, the Agent of Record on the original policy in the line will receive renewal commission for all subsequent periods on both policies.

Policies issued by the Company to existing Recreational Package Policy customers as a result of the introduction of the Boatowners policy which replaced coverage for their boats provided in their Recreational Package Policy are excluded from this rule.

## 3.0   Added Coverages

### 3.1   Boatowners Policy

- Watercraft Liability
- Watercraft Medical Payments
- Your Property (Coverage TT)
- Additional Boat
- Addition of New Associated Property (Motor, Trailer, or Increased Boat Equipment under Coverage TT)
- Personal Effects
- Emergency Service
- Foreign Coverage (California)

## 3.2    Recreational Package Policy

- Bodily Injury and Property Damage Liability
- All Risk of Direct Physical Loss or Damage
- Additional Boat[1]
- Additional Recreational Vehicle[1]
- Medical Payments
- Addition of New Associated Property (boat motor, trailer or equipment and accessories added under All Risk of Direct Physical Loss or Damage Coverage)
- Machinery Damage Coverage (on inboard boats)
- Coverage on Sails (excluding Spinnakers), Spars and Rigging While Racing
- Uninsured Motorists
- Foreign Coverage (California)

---

[1] The boat or recreational vehicle (of like kind) already insured must remain insured for at least 120 days; otherwise, the premium shall be regarded as premium for insuring a replacement boat or recreational vehicle (not for an Added Coverage).

Pls. Exhibit 3

# Section 3d:  Residential Fire (Including CPL Added Coverages)

## 1.0   Added Coverages

## 1.1   Residential Fire

- Fire and Lightning Coverage on Dwelling (including Additional Dwelling) Contents (including Additional Contents)
- Earthquake Coverage
- Extended Coverage
- Additional Extended Coverage
- Broad Form Coverage
- Special Form Coverage
- Mine Subsidence (See Chapter 3, Section 3, Subsection 3.0)
- Increase in Amounts (Limits) of Coverage on Any Item - Excluding Any Automatic Increases
- Addition of Item:
  - Additional Living Expense
  - Rent or Rental Value
  - Trees, Plants, Shrubs
  - Fire Department Service Charge
  - TV Coverage
  - Other Miscellaneous Items

## 1.2   Comprehensive Personal Liability (CPL)

- Additional Residence Premises Maintained by an Insured
- Custom Farming
- Office, Professional, Private School or Studio Occupancy of an Insured's Residence by an Insured
- Additional Insureds - Non-Relative - Personal Liability
- Rental Property
- Watercraft
- Business Pursuits - Excluding Business of Which the Insured Is Either Sole or Part Owner
- Additional Class of Residence Employees (CA, NH)

Pls. Exhibit 3

## 2.0   Dwelling and/or Contents Added to a Scheduled Fire Policy

When a dwelling and/or its contents is added to a Scheduled Fire policy and neither the dwelling nor its contents were insured for basic Fire coverage within the last 120 days, the Writing Agent will receive commission at the applicable Added Coverage amount in the coverage on the added dwelling and/or its contents for the first 12 months.

The Agent of Record on the Residential Fire line will receive renewal commission on the newly written coverage as of the next Schedule Fire policy anniversary date following the effective date of the coverage.

# Section 3e:   Landlords Package Policy

## 1.0   Added Coverages

- Earth Movement
- Increased Limits on Other Structures
- Demolition
- Mine Subsidence (See Chapter 3, Section 3, Subsection 3.0)
- Increases in Limits (Amounts) of any Section I Coverage (excluding any automatic increases)

## 2.0   Conversion of Residential Fire to a Landlords Package Policy

When a Landlords Package policy is written for a named insured who has a Residential Fire policy in force, the Company will cancel the Residential Fire policy.

### 2.1   Commission Interest

The R3001 Agent writing a Landlords Package policy that converts an existing Residential Fire policy will receive new policy commission interest in the Landlords Package policy for the first 12 months.

Provided there is not an Agent of Record already established in the Landlords Package Policy line:

- The Agent of Record on the Residential Fire policy will receive renewal policy commission interest  in the Landlords Package policy at its first anniversary date, or

- If such Residential Fire policy is free of any other agent's commission interest, the Writing Agency will receive renewal policy commission interest in the Landlords Package policy at its first anniversary date.

### 2.2   Commission Deduction As Regards Converted Residential Fire Policy

Any recorded but unearned premium applicable to a converted Residential Fire policy will be recorded in the account of the agent who held commission interest in such canceled coverage at the applicable new or renewal commission percentage.

If the canceled Residential Fire policy was unrepresented, any unearned premium will not be recorded in any agent's account.

# 3.0   Conversion of Customizer or BPP to a Landlords Package Policy

A Landlords Package policy which replaces an existing Customizer policy or Business Package policy will not be considered a new policy.

The Agent of Record on the replaced Customizer policy or Business Package policy will receive renewal commission in the replacement policy calculated at the renewal commission percentage.

# 4.0   Conversion of Businessowners Policy[1] or Commercial Package Policy[1] to a Landlords Package Policy

A Landlords Package policy which replaces an existing Businessowners policy or commercial Package policy will not be considered a new policy.

The Agent of Record on the replaced Businessowners policy or Commercial Package policy will receive renewal commission in the replacement policy calculated at the renewal commission percentage.

---

[1] Available upon new product implementation beginning in late 2011.  The actual new product implementation date will vary by state.

Pls. Exhibit 3

# Section 3f:    Workers' Compensation – Residence Employees

## 1.0   Added Coverages

• Additional Class of Residence Employees

## 2.0   Commission Interest

The Writing Agent will receive both new policy and renewal policy commission interest in the new Workers' Compensation - Residence Employees policy if not converted from a regular Workers' Compensation policy.  Otherwise, the Agent of Record on the regular Workers' Compensation policy will receive renewal policy commission interest in the Workers' Compensation - Residence Employees line.

# Section 3g:   Personal Umbrella Policy

## 1.0   Added Coverages

- Aircraft
- Recreational Vehicle
- Watercraft
- Each Additional Residence
- Uninsured Motorist (Florida, Louisiana, Tennessee)

# Section 4:    Allstate Financial

The information and rules in this section applies to all R3001 Agents except where otherwise indicated. Any reference to Exclusive Financial Specialists includes New York Financial Specialists unless otherwise indicated.

## 1.0   General

Commission interest in an Allstate Financial policy shall belong exclusively to the agent who first writes that policy (writing agent only). Such commission interest in an Allstate Financial policy shall continue as long as the policy continues in force and the agent's agency agreement remains in effect. Allstate retains the right to change the commission interest at the request of a customer or if servicing issues arise and another agent is assigned to assist the customer. An agent's licensed support staff may only write Allstate Financial business in the R3001 agent's primary license state.

## 2.0   Special Situations

The following sections contain special commission rules applicable to Allstate Financial products.

| | |
|---|---|
| **Section 4a** | Allstate Financial – Policy Replacements |
| **Section 4b** | Allstate Financial – Term Conversions |
| **Section 4c** | Allstate Financial – Whole Life Policy Issued Through Exercising FPP Option |
| **Section 4d** | Allstate Financial – Add-Ons and Increases |
| **Section 4e** | Allstate Financial – Allstate Financial Services, LLC |
| **Section 4f** | Allstate Financial – Allstate Benefits (excludes New York) |
| **Section 4g** | Allstate Financial – Partnerships |
| **Section 4h** | Allstate Financial – Allstate Life & Retirement Bonus |
| **Section 4i** | Allstate Financial – Allstate Life Insurance Company of New York Workplace Business |

# 3.0   Agent Split Commission Agreement

## 3.1   General

Agents may enter into a split commission arrangement with another agent. Split commission arrangements may be selected in the following ratios: 60/40, 70/30, 80/20, 90/10. A different split commission arrangement can be used for each new business or term conversion policy. The split commission arrangement is identified on each application. If this information is not specified on the application, a 60/40 split will be defaulted. Split commission is not allowed on add-ons or increases.

The commissionable premium and production credit will be split based on the ratio selected. Both agents will receive life persistency (LPF) credit; however, the policy and/or IPS count will be given only to the agent with the highest split percentage. Split commission arrangements are classified as personally produced (solo) business. Commission Scales are based on the individual agent's production levels.

Both agents must represent the same Allstate life insurance company and be properly licensed in the state to which the policy is coded. Accordingly, a New York agent and a non-New York agent may not agree to split commission with each other on an Allstate Financial policy.

## 3.2   Commission Determinations

New premium for policy additions or increases occurring after initial policy issuance will not be split even if the basic policy was a split commission policy. The special commission rules contained in Chapter 3, Section 4d will continue to apply.

## 3.3   Termination of Either Agent's Agency Agreement

Should either agent's agency agreement terminate prior to policy issuance, except as otherwise provided in this Supplement, the remaining agent will receive the full commission for the policy. If one of the parties terminates after policy issuance, cancellations or renewals will be divided according to the agreed upon basis for dividing premium, but the appropriate portion will be recorded as unrepresented when the terminated agent condition exists.

# 4.0   Assigned Life Business

An R3001 Agent may assign Life business to another agent with company approval. Any commission payable with respect to the assigned Life policy will be at the appropriate renewal amount based on policy year as per the R3001 Agent's commission schedule.

# 5.0   Exclusive Financial Specialist Partnered Business

An R3001 Agent may produce business through an arrangement with an Exclusive Financial Specialist (EFS). This business arrangement is classified as partnered business (also referred to in this Supplement as partnerships, partnering). The agent receives 100% issued production credit on all issued business written with an EFS. Issued production credit applies to the agent's Commission Scales qualification (see chapter 2) and counts 100% towards Agency Bonus qualification.

Effective April 10, 2017, production credit from any qualified products written with an EFS will not be applied to Agency Bonus qualifications. However, this production credit will apply to ALR commission scale qualification and Allstate Life & Retirement bonus qualification. For fixed indexed annuities, the partner agent must be a registered representative with Allstate Financial Services, LLC to receive production credit.

## 5.1   Termination of Exclusive Financial Specialist's Agreement

Should the Exclusive Financial Specialist's agency relationship with Allstate terminate, the partnering agent may capture the policies written by the EFS, where the agent is the partnering agent, that become unrepresented. The agent <u>cannot</u> selectively accept policies. The agent must accept all the policies on which he/she is the participating agent. If, during the period between Exclusive Financial Specialist termination and assignment of the policies, an R3001 Agent writes premium additions or renewals, the agent will receive the related production credit and no commissions (as if an active Exclusive Financial Specialist was assigned to the policy).

# 6.0   Company Fees Charged to the Agent

## 6.1   Fee for Undelivered Policies

Certain states require that the Company secure and retain a copy of the properly signed and dated policy delivery receipt. When writing business in one of these states, properly signed receipts must be returned and received by Home Office within 60 days of the date of the policy being released. After 60 days, the Company will send a certified copy of the policy and its delivery requirements to the customer. A portion of the Company's cost associated with reprinting and mailing a copy of the policy to the customer will be assessed to the writing agent in the form of a commission deduction. The fee charge will be $65.00.

## 6.2   Fee for Non-funded Policies Issued but not Placed (excludes New York)

The life insurance application initial funding policy requires one modal premium with application submission unless the application meets the exclusion criteria outlined below. A fee of $50.00 will be assessed to agencies on non-funded but issued life applications that are not accepted by the customer. This fee will be assessed to the writing agent in the form of a compensation deduction.

**Exclusion Criteria**

This fee will not be assessed and initial funding is not required if:
1. The sale involves replacement of existing life coverage (either an internal or external replacement).
2. An application specifically requests that we draft the initial premium, and a voided check and signed authorization is submitted.

These exceptions allow the submission of a non-funded application, however, we encourage the collection of a down payment whenever possible so the customer has the protection outlined in the Temporary Insurance Agreement and we stand a better chance of placing the business.

Funding must not be submitted with any application if:
1. An application is for a face amount greater than $1,000,000.
2. A trial application is required based on the customer's history.

# Section 4a:   Allstate Financial – Policy Replacements

## 1.0   General

A policy replacement may be warranted if it provides increased coverage or other features needed by the customer at a more economical cost.  However, a policy replacement may not be in the customer's best interest due to such facts as: surrender charges, expense loads, health of the insured or the restarting of the incontestability period.

The following rules may be changed from time to time.  Circumstances that may cause them to be changed include, but are not limited to, the following: (a) changes which may benefit the policyholder (as determined by the Company); and (b) introduction of new products.

There are no exceptions to the Replacement Rules.

## 2.0   Commission Interest

## 2.1   Life Business

Any life policy that replaces one or more existing life policies, written with the Allstate Life Insurance Company, and its affiliates and subsidiaries, including Allstate Financial Services, LLC (AFS, LLC) will be considered a replacement and will be subject to all appropriate replacement rules.

**Replacements Receiving Full New Business Commissions**

Full new business will be paid in the following cases.  Term to term replacements or term to permanent replacements identified below in which the customer enters into a new policy with an application date within 180 days of the end of the level premium period of the original policy, or anytime thereafter. Note: the original level term policy must not be lapsed or terminated.  This applies to the replacement of the following level term policies:

Countrywide (excluding New York)
- Lincoln Benefit Life Level Best Term
- Lincoln Benefit Life and Allstate Life Insurance Company Level Best Gold
- Lincoln Benefit Life and Allstate Life Insurance Company Level Best Platinum
- Lincoln Benefit Life GT Gold
- Lincoln Benefit Life GT Platinum
- Lincoln Benefit Life TrueTerm

New York only
- Allstate Life Insurance Company of New York Level Best Gold
- Allstate Life Insurance Company of New York Level Best Platinum
- Allstate Life Insurance Company of New York GT Gold
- Allstate Life Insurance Company of New York GT Platinum
- Allstate Life Insurance Company of New York TrueTerm

This will also apply to five year renewable term policies that have reached the end of their last eligible renewal period (i.e., the contract reaches maturity and can longer be renewed).

**Replacements Receiving Net New Commissions**

**Renewable Term Replacement Rules**

Commission on renewable term policies that are replaced is based on the difference between the new policy's first year annual premium and the initial premium paid during the first year of the replaced renewable term policy. This applies to the following renewable term policies:

- Protector Plus
- Maximum Term
- 5 Year Term
- Annual Term

Below is an example of how the net new premium is calculated for renewable term replacements:

Customer's ALIC Protector Plus premium for the first 5 years is $200. For policy years 6-10, the premium is $300. During the eighth policy year, the customer suitably replaces the Protector Plus policy with a new policy. The first year annual premium for the new product is $1000. The net new premium calculation will be based on the initial premium of the replaced policy, $200 in this example, and producer commission and production credit will be based on $800 of net new premium ($1000 - $200 = $800).

Except for the cases identified above and the rules for term to perm replacements and term conversions, which can be found in Chapter 3.0, section 4b of this supplement, all other replacements will be paid as follows:

- Any excess premium applied above the required annual premium will receive commissions at the current excess rate.
- If the existing policy has lapsed or terminated[1] within 6 months **before the application date** or 12 months **after the credit release date** of a new business policy, commission and production credit will be given on the difference between the new policy commission basis and the old policy's current commission basis. If the old policy is terminated[1] within the first policy year, any <u>unearned</u> premium will be subtracted from the old policy's current commission basis when calculating commissions. If the new policy commission basis is less than or equal to the old policy's current commission basis, no commission and production credit will be given on the new business policy.

   If the new policy is replacing more than one existing policy on the same insured and the existing policies meet the above criteria, the current commission basis from all old policies will be used for the calculation.

- The new policy's new business commission rates will be used to calculate commissions.
- If the replaced policy is less than 49 months old, the exposed and in force counts for the terminated policy will be deleted for persistency calculations. The new business policy will receive exposed and in force counts with the new policy effective dates.

---

[1] Policies converted to a Non-Forfeiture Option are treated as terminated policies.

## 2.2   Annuities

Effective May 1, 2018, when an annuity replacement passes the AFS, LLC best interest review process, full compensation will be paid on the transaction. Full compensation can include commissions, production credit, and IPS (when applicable). Replacements include transfers to and from Company proprietary annuities, annuities sold through AFS, LLC and/or Expanded Market third party annuities.   Any withdrawals made within 18 months prior to the effective date of the new deposit will be considered a transferred amount.  Replacement rules assessed by third-party carriers will still apply, which can reduce the compensation.

# Section 4b: Allstate Financial – Term Conversions

## 1.0 General

A term conversion is a change from term insurance to permanent insurance in accordance with a term conversion privilege of the term policy or term rider.

Term to Permanent exchanges, which are not conversions will be treated as replacements.[1]

## 2.0 Commission Interest

Term policies that are on a waiver of premium and are converted to permanent policies do not generate new business production credit or commission.

Effective April 14, 2012, the following rules are applicable to conversions from the Allstate Basic Term and the TrueTerm09:

| Policy Year | Commission Rule |
|---|---|
| 1-2 (months 1-24) | Net new premium |
| 3-10 (months 25-120) For customers age 60 and younger | Full new business premium |

The following rules are applicable to conversions from term policies or term riders written prior to the TrueTerm09 [underwritten by LBL or ALIC]:

| Policy Year | Effective April 1, 2015 and later Commission Rule |
|---|---|
| 1-2 (months 1-24) | Net new premium |
| 3-10 (months 25-120) | Full new business premium |
| 11+ (months 121+) | Full new business premium |

---

[1] Refer to Section 4a for further information regarding policy replacements.

## Full New Business Premium

Commissions will be based on the new policy's commission basis (less any term conversion premium credits applied to the new policy premium).

## Net New Premium

Commissions will be paid on the difference between the new policy commission basis[2] (less any term conversion premium credits applied to the new policy premium) and the old policy/rider's current premium.  For example, if the first year premium collected on the new policy is less than the commissionable target premium, commissions will be paid on the difference between the premium collected on the new policy and the old term policy's current premium.

- If the original term policy/rider is terminated within the first policy year, any unearned premium will be subtracted from the old policy commission basis when calculating commissions and production credit.

- If the new policy commission basis is less than or equal to the old policy commission basis, no commission and production credit will be given on the new business policy.

- If the new policy is replacing multiple existing policies/riders on the same insured, the commission basis from all old policies/riders that terminated before their 5th policy year will be used to reduce the new policy commission basis.

- The new policy's new business commission rates will be used to calculate commissions.

Any commission chargebacks on the term policy will follow normal termination processing.  If the term policy was issued and placed within the last 48 months, LPF exposed and in force counts will be reversed.

Once the term conversion takes place, a new policy date is assigned.  For purposes of applying commission percentages, the renewal occurring on the next anniversary date following the policy date will be considered the first renewal and all subsequent renewals will be determined accordingly.

## Term Conversion Plus

Term conversion rules outlined above will apply to the convertible face amount.  Any increase in coverage above the convertible face amount will be paid as normal compensation as outlined in Chapter 2, Section 1d (Allstate Financial).

## Fully funded

The new policy will be fully funded if the first year cash collected (excluding term conversion credit) equals or exceeds the commissionable target premium (for any Lincoln Benefit life policy) or minimum annual premium (for any Allstate policy).  If the new policy includes non-commissionable items, the cash collected to pay for non-commissionable items are excluded from the calculation.   For example, if the commission target is $2,000 and the non-commissionable PITR safety net premium is $300, first year cash collected must be $2,300 to receive full new business credit.

---

[2] Refer to Exhibit A (excludes New York) and NY Exhibit A (New York only) for a list of commission basis by product.

# 3.0   Term Conversion Eligibility (excludes New York)

## 3.1   General

Effective August 12, 2013, inter-company term conversions, with the exception of TrueFit, are no longer allowed, unless the policy is eligible for the Allstate Exchange Program effective January 1, 2014 (see subsection 4.0).  Any exchange of an ALIC term policy or term rider for a LBL permanent plan will be a replacement.  Underwriting will be required and a replacement charge will be assessed.

The conversion eligibility rules are indicated below and summarized in the following chart.
- Allstate Basic Term will only be convertible to Allstate Bridge UL.
- Effective January 12, 2019 all other ALIC term policies will only be convertible to Allstate Bridge UL.
- AAC TrueFit may be convertible to Allstate Whole Life Advantage, Allstate Bridge UL, or AAC permanent plans.
- LBL term policies will only be convertible to LBL permanent life products (Whole Life II), unless the policy is eligible for the Allstate Exchange Program effective January 1, 2014.

| Term Plan/Rider | Company (LBL or ALIC) | Conversion Eligibility after August 12, 2013 |
|---|---|---|
| Basic Term | ALIC | ALIC Bridge UL |
| Old ALIC term products and term riders | ALIC | ALIC Bridge UL |
| Term Riders on Allstate Whole Life Advantage | ALIC | ALIC Bridge UL |
| TrueTerm and other LBL Term policies | LBL | LBL Whole Life II |
| TrueFit | AAC | **Conversion in the first 5 years:** Allstate Whole Life Advantage, Lifetime UL, FutureBuilder UL, FutureGrowth IUL, Whole Life Tribute **Conversion anytime:** Allstate Bridge UL |

*All products not available in all states.  Check for state availability.

## 3.2 Term Conversion Eligibility for LBL Policies Originally Written Outside of the Exclusive Agency and Exclusive Financial Specialist Programs

Effective April 1, 2014, Lincoln Benefit Life Company (LBL) was purchased by Resolution Life Inc. There are a number of LBL term life insurance policies and term riders that are eligible to be converted into a permanent policy that were written by agents other than Allstate Exclusive Agents and Exclusive Financial Specialists prior to this sale. Effective September 14, 2015, Exclusive Agents and Exclusive Financial Specialists may not become the servicing agent, agent of record or writing agent on any LBL permanent policy that is issued as part of a customer's exercise of any contractual term conversion privilege unless the prior LBL term policy was previously written by an Exclusive Financial Specialist or Exclusive Agent.

If the prior LBL term policy was not previously written by an Exclusive Financial Specialist or Exclusive Agent, no commissions, production credit, or IPS will be generated for the new permanent LBL policy and the Exclusive Agent or Exclusive Financial Specialist will not be listed as the writing, servicing or agent of record on the permanent policy.

## 4.0 Allstate Exchange Program

Effective January 1, 2014, if an LBL term policy is within the conversion period, the policy is eligible for the Allstate Exchange Program as indicated below and term conversion compensation rules will apply.

| LBL Term Product | Conversion Period/ Exchange Eligibility | Exchange Privilege |
|---|---|---|
| True Term 2009 & 2012 | Earlier of age 60 or 10 years | Prior to the 5th policy anniversary, customers may exchange to a current* Allstate Permanent product |
| True Term 2006 | Earlier of age 70 or end of level period | |
| GT and LBT Platinum | Earlier of age 70 or end of level period | |
| GT Gold and LBT Gold | Later of age 75 or 5 years | After the 5th policy anniversary, customers may exchange to the Allstate Bridge UL |
| Level Best Term (LBT) | Later of age 65 or 5 years | |

*Allstate permanent products available for this exchange program will be evaluated annually and revised where appropriate.

# Section 4c:   Allstate Financial – Whole Life Policy Issued Through Exercising FPP Option

## 1.0   General

Future Purchase Privilege (FPP) is a benefit that was offered on certain permanent products until approximately 1985.  This benefit, purchased at an additional premium, allows the insured to purchase additional Whole Life Insurance at specified times in the insured's life.  The additional coverage can be purchased on the policy anniversary nearest the insured's 25th, 28th, 31st, 34th, 37th and 40th birthdays.

The agent submits a new business application for the amount of insurance desired.   They can purchase less than they are entitled, but not more than $1,000 coverage for each "unit" of FPP.

A Whole Life policy issued as a result of the insured having exercised the Future Purchase Privilege of an existing permanent policy is a new policy by definition in this Supplement, except where it falls within the definition of a replacement policy, and will not be considered an increase. See Section 4a for information regarding replacements.

## 2.0   Commission Interest

### 2.1   New Policy

An FPP credit, a percentage of the premiums paid for the FPP option since the last option date (policy date on the 1st option), is used to pay the down payment on the new policy. An exception to this is when the insured selects the <u>annual</u> pay plan. The <u>annual</u> premium collected would be minus the FPP credit amount.

The writing agent will receive new policy commission based on the <u>full</u> annual premium for the new policy, without regard to the FPP credits allowed to the insured on the first annual premium. The agent also receives renewal commissions on the policy.

If the new policy should lapse or terminate before its first anniversary, the writing agent will be charge-backed commissions based on a pro-ration of the <u>full</u> annual premium, not the prorated annual premium less the FPP credit.

Pls. Exhibit 3

# Section 4d:  Allstate Financial – Add-Ons and Increases

## 1.0   General

Special commission rules apply when additional riders and/or benefits are added to an existing policy or when coverage is increased.

## 2.0   Add-Ons to Life Policies

An addition (add-on) is the process by which coverage, riders, or benefits are added to an existing permanent Life policy.  Policy additions require underwriting and are effective on the month-a-versary following the date of the application.  These changes are typically limited/excluded during the first policy year.

When a rider and/or benefit are added to an existing policy, the agent writing the add-on will receive new business commission interest in the rider and/or benefit for the first 12 months, except on GoodForLife policies.  No commission interest will be given for add-ons on GoodForLife policies. The original Agent of Record on the policy will receive renewal commission interest in any add-on of a rider and/or benefit.

"Rider" includes, but is not limited to, the following:

- Children's Level Term Rider
- Children's Protection Rider
- Additional Insured Rider

 "Benefit" includes, but is not limited to, the following:

- Waiver of Premium
- Accidental Death Benefits
- Waiver of Charges (Universal Life)
- Accelerated Death Benefit

The following rule applies to products that pay new business commission based on the minimum annual premium or annual premium.  Commission is based on the new business commission basis of the rider/benefit multiplied by the new business commission rate applicable to the policy. Production credit will be calculated using the same MAP or Annual Premium.

Pls. Exhibit 3

The following rule applies to products that pay new business commission based on the commission target premium. Commission is based on the difference between the new commission target premium and the old commission target premium multiplied by the new business commission rate applicable to the policy.

Refer to the commission schedules in Exhibit C (excludes New York) for a list of commission rates by product. For New York, refer to the commission schedules in NY Exhibit C.

# 3.0   Universal Life Increases

An increase is the process by which the specified amount of an existing coverage, rider or benefit is increased. Policy increases require underwriting and are effective the month-a-versary following the date of application.

When an increase is processed on an existing policy, the agent writing the increase will receive new business commission interest for the increased amount for the first 12 months, except on Echelon I UL and GoodForLife policies. No commission interest will be given on increases on Echelon I UL and GoodForLife policies. The original Agent of Record on the policy will receive renewal commission interest in any increased amount.

Any increase in coverage on a Universal Life policy or rider that pays new business commissions based on the minimum annual premium must be accompanied by a new illustration and signed by the policy owner.

The following rule applies to products that pay new business commission based on the minimum annual premium. Commission is based on a table of Minimum Annual Premiums (MAP) for UL increases, using the attained age as of last anniversary, for the increased specified amount, multiplied by the new business commission rate. Production credit will be calculated using the same MAP.

Commission on any contributions in excess of the minimum annual premium will be paid to the original Agent of Record on the policy.

The following rule applies to products that pay new business commission based on the commission target premium. Commission is based on the difference between the new commission target premium and the old commission target premium multiplied by the new business commission rate applicable to the policy.

Refer to the commission schedules in Exhibit C (excludes New York) for a list of commission rates by product. For New York, refer to the commission schedules in NY Exhibit C.

# 4.0   Universal Term Increases

Increases to Universal Term policies, which are called "scheduled changes", are compensated at the base commission rate for the increase in premium.

# Section 4e:   Allstate Financial – Allstate Financial Services, LLC[1]

## 1.0   General

Allstate has granted permission to R3001 Agents who have a current FINRA license to sell certain variable products through AFS, LLC.  To participate in the program, R3001 Agents must sign the Registered Representative Agreement with AFS, LLC and must otherwise comply with AFS, LLC requirements necessary to maintain an active appointment.  The R3001 Agent is responsible for all expenses associated with maintaining a FINRA license.

## 2.0   Commission

Commission for AFS, LLC business will be paid through AFS, LLC.  Commission will not be paid if the agent's agency agreement with Allstate or AFS, LLC terminates.

## 3.0   Ownership of AFS, LLC Business

AFS, LLC retains all ownership rights in AFS, LLC variable annuity products written by R3001 Agents.  An R3001 Agent's permission to submit applications for AFS, LLC continues only while:

- the agent's agency agreement with Allstate remains in effect,
- the agent has a Registered Representative Agreement in effect with AFS, LLC
- the agent's FINRA license remains in effect, and
- the agent complies with all AFS, LLC requirements.

---

[1] Allstate Financial Services, LLC is referred to as LSA Securities in the states of PA and LA.

# Section 4f: Allstate Financial – Allstate Benefits (American Heritage Life Insurance Company) (excludes New York)

## 1.0 General

Allstate has granted permission to certain R3001 Agents ("agents") to sell insurance products underwritten by American Heritage Life Insurance Company ("AHL"), marketed as Allstate Benefits. To participate in the program, the agent must first complete an application for appointment with AHL, and be accepted for appointment by AHL in the states in which the agent will represent AHL.

## 2.0 Authority

The R3001 Agent is authorized to solicit, procure and transmit to AHL applications for individual insurance policies, group insurance policies, and certificates of group insurance (collectively, "policies") issued by AHL.

The agent is not authorized on behalf of AHL to incur any liability; make, waive, alter, endorse or discharge contracts or any term thereof; bind AHL on any application for, or policy of, insurance; endorse checks payable to AHL; deliver any policy except as directed by AHL; extend the time for any payment of premiums or waive forfeitures; name special rates; guarantee dividends or interest rates, or make any estimates thereof; or bind AHL in any way.

Unless specifically authorized in writing by AHL, the agent shall not collect any monies due, or to become due, to AHL except for the collection of the initial premium on policies personally procured by the agent.

## 3.0 Commissions (excludes GoodForLife)[1]

## 3.1 Commission Amount

All compensation paid to the agent will be commissions, computed as a percentage of premiums paid to AHL on policies issued pursuant to applications procured by the agent.

The Commission Level establishes the percentage rates that apply in computing commissions for available AHL products. Effective January 1, 2017, all agents will be paid commissions at Commission Level 1 on the E-Contract Series Commission Schedule, in effect at the time of application for the policy. However, AHL reserves the right to reduce, by written notice to the agent, the percentage rate that applies in computing agent's commissions for any workplace business (i.e., insurance products designed for sale at the policyholder's worksite with premiums

---

[1] Commission information for GoodForLife products is located in Chapter 2, Section 1d.

paid by payroll deduction or by the employer or other sponsoring entity) or group insurance policy, either of which may include those with 500 or more eligible participants, or those requiring enrollment or administrative support. Furthermore, the sale of any insurance product not described on the E-Contract Series Commission Schedule (such as a customized product) requires a written commission agreement with AHL, specifying the commissions that will be paid and signed on behalf of AHL by a vice-president or higher officer of AHL.

Refer to Exhibit E for the current Commission Schedule. This schedule is subject to change without notice.

Commissions are earned only as premiums are received by AHL at its home office and applied toward payment of current premium, and shall constitute payment in full to the agent for any and all services rendered to AHL. All commissions shall be paid from AHL's home office in Jacksonville, Florida, or other AHL office as designated by AHL.

## 3.2    Commission Advances

For those insurance products deemed eligible by AHL, AHL will advance to the agent 50% of the annualized first year commissions payable to the agent on net Cash With Application ("CWA") insurance premium submitted by the agent. Net CWA is gross written annualized first year premium, other than Cash on Delivery ("C.O.D.") cases, less first year lapses, cancellations, and withdrawals, as determined by AHL according to its practices and procedures in effect at the time of commission computation.

The maximum advance on any one policy issued is $700.00.

AHL may, in its sole discretion, limit or discontinue commission advances to any agent.

All advances are loans to the agent, for which the agent is personally indebted to AHL to repay. All commissions accruing to the agent's credit will be applied by AHL, on an as earned basis, to the repayment of any advance paid to the agent. If the agent's authority to represent AHL is terminated, for whatever reason, before all of the advances have been repaid to AHL, the agent shall, within thirty (30) days of such termination, repay to AHL such advances.

## 3.3    Commission Splits

The agent may work out an agreement with one or two other properly licensed and appointed insurance producers (benefits specialist, EFS or EA) to split credit for commissionable premium on new AHL business. Where premium credit is split on a policy, the following rules apply, unless a written exception is approved by AHL, signed by a Vice President or higher level officer of AHL:
- No more than three (3) producers may be allocated premium credit
- No more than two (2) Allstate channel producers (Exclusive Agents and Exclusive Financial Specialists) may be allocated premium credit
- No more than one (1) Exclusive Financial Specialist may be allocated premium credit

- The minimum total premium split allocated to all Allstate channel producers is 30% of the total commissionable premium

Example 1:  EA writes case with Benefits Specialist

| | |
|---|---|
| Total Commissionable Premium | $2,000 |
| EA / Benefits Specialist | 30% / 70% |

| | | |
|---|---|---|
| Commissionable premium Credited to EA | $ | 600 ($2,000 x 30%) |
| Commissionable premium Credited to Benefits Specialist | $ | 1,400 ($2,000 x 70%) |

Example 2:  EFS & EA write a case with a Benefits Specialist.  EFS/EA split is 60% / 40%

| | |
|---|---|
| Total Commissionable Premium | $2,000 |
| EFS & EA / Benefits Specialist | 30% / 70% |

| | | |
|---|---|---|
| Commissionable premium Credited to EFS | $ | 360 ($2,000 x 30% x 60%) |
| Commissionable premium Credit to EA | $ | 240 ($2,000 x 30% x 40%) |
| Commissionable premium Credited to Benefits Specialist | $ | 1,400 ($2,000 x 70%) |

Should the EFS's or Benefits Specialist's appointment with AHL terminate, either before or after policy issue, the termination will have no effect on the EA's credit for the agreed upon portion of the premium.

## 3.4    Commission Statement

The agent will be provided written or electronic statements reflecting the commissions due the agent. The agent shall review all such statements and shall provide AHL written notice, within a reasonable time, of any commission claimed by the agent but not paid.  Under no circumstances shall notice be given more than one year from the date the claimed commission was due.  Failure to provide such notice within the prescribed time bars any claim for such commission.

## 3.5    Limitations

The agent shall not be entitled to commissions on any policy unless AHL determines that the agent either (i) procured the policy or (ii) is allocated a share of the premium credit by the procuring producer.  To procure workplace business, the agent must also (i) be recognized, and designated in writing, by the payroll account (or, in the case group insurance, by the group policyholder) to be the agent of record for the workplace business, and (ii) service the workplace business to the satisfaction of AHL and/or the payroll account (or group policyholder) as determined by AHL. In all cases where a claim to commissions is disputed or questioned, the decision of AHL shall be binding and conclusive.

If any policy procured by the agent shall lapse, AHL's liability to the agent for further commissions thereon shall cease, unless the policy is reinstated and the agent is determined by AHL to have procured the reinstatement.

If a new policy is issued and previously existing insurance coverage on the same insured, which provided similar benefits and was underwritten by Allstate or any of its subsidiaries, is terminated or lapses before or after the issue of the new policy, the commissions payable on the new policy shall be determined by the practices and procedures of AHL in effect at the time of such new issue.

No commissions shall be payable on temporary extra premiums added to policies. No commissions shall be due on any premium that has been refunded or waived by AHL for any reason. The agent shall, immediately upon demand, repay any commissions received with respect to that premium.

If commissions due the agent upon any normal payment date total less than $100.00, AHL may, in its discretion, delay payment until the first normal payment date after which the amount due equals $100.00. The agent shall forfeit any commissions otherwise due or to become due whenever the total of such commissions is less than $300.00 during any calendar year.

The agent shall have no claim for compensation for having introduced or brought to the attention of AHL any business opportunity or for having created in any person any interest in purchasing AHL products, except under a written agreement with AHL to pay such compensation, signed on behalf of AHL by a vice-president or higher officer of AHL.

# 4.0  Termination

The agent's appointment with, and authority to represent, AHL shall terminate under any of the following:

- Immediately, at the sole discretion of Allstate, AHL, or the agent.
- Automatically, upon termination of the agent's R3001 Agreement.
- Automatically, upon the agent's invoking any form of federal bankruptcy jurisdiction or state jurisdiction for receivership, liquidation, or conservatorship.

# 5.0  Indebtedness

AHL and its affiliates that are parties to the R3001 Agreement may offset against any claim by the agent for commissions any debt to AHL then due or that may thereafter become due from the agent, whether arising hereunder or otherwise, and such debt shall be a first lien on any such compensation. AHL shall have the right to determine to which indebtedness any payment made by the agent, whether offset or otherwise, shall be applied. The agent shall pay all costs and expenses, including collection fees and/or reasonable attorney's fees, which are incurred by AHL in the collection of indebtedness hereunder.

# 6.0   Advertising

Only AHL shall act on behalf of the Company regarding signs and advertising copy, as described in the Advertising section of the R3001 Agreement, containing any reference to AHL or Allstate Benefits.

# 7.0   Modifications

AHL reserves the right to modify this section of the Supplement by field bulletin, letter, email, publication on a website maintained by Allstate or its subsidiaries for insurance producers, or other appropriate official written communication, and such modification shall be effective as of the date stated in the communication.  The agent's continuing the relationship with AHL after transmission of such official written communication conclusively constitutes assent to the modification.

The agent shall comply with all published bulletins, field letters, and any other written communications from AHL now in force and such as may be hereafter adopted.

# 8.0   Complaints

The agent shall document and promptly report to AHL all customer and regulatory complaints involving the agent's conduct as a representative of AHL, and/or the conduct of AHL or any of its representatives regarding applications, policies, or claims.  The agent will fully cooperate with AHL in the investigation and resolution of such complaints.

# Section 4g:  Partnerships

## 1.0   Declared Partnerships

It is at the agent's discretion who they choose to select as a declared partner and it is also at the agent's discretion to decide if it is appropriate to create and adopt any sales processes for the partnership.

- On an annual basis (calendar year) an EFS and EA partner must complete and acknowledge a partnership agreement through the Partnership Declaration on-line tool
- The Partnership agreement process must be completed by April 1 of the current calendar year[1]
  - Prior year partnerships will not carry-over to subsequent calendar years
  - EFSs or EAs can opt-out of a partnership prior to April 1
    - Partnership agreements in effect as of April 1 will remain in force through that year-end
  - EFSs and EAs affiliated during the calendar year must complete and acknowledge a partnership agreement within 90 days of their affiliation date or by December 1, whichever is earlier

## 2.0   Default Partnerships

- A Default Partnership will occur when all criteria are met:
  - An individual EFS writes or shares 60% or more of the EA's total production credit for the year; and
  - An individual EFS writes or shares 6 or more IPS for the EA for the year
- Default partnership status will be evaluated and confirmed at year-end to determine the impact to ALR bonus qualification
- Default partnerships will have the same impact as declared partnerships with regard to ALR bonus qualification.  (When a default partnership is triggered, the ALR bonus opportunity for that EA will be split 50/50 between the EA and EFS.)

---

[1] For 2018 only, the partnership agreement process date was extended to April 30, 2018.

## 2.1 Partnership Transition Rules

| Partnership Scenarios | | Rules |
|---|---|---|
| **EA** | **New EA** (Start Up Agent) | • EA is given 90 days to choose solo or partnership model |
| | **New EA** (Buyer) | **If selling EA is currently partnered:**<br>• The EFS and buyer maintains the partnership through year-end<br>• EFS has the option to opt-out of this partnership (removes this partnership from bonus eligibility)<br>   • EFS must inform AFCompensation@allstate.com of their decision to opt out within 60 days of the seller's termination effective date or no later than December 1, whichever is earlier.<br>• If the buying EA partner enters into multiple EFS partnership agreements, the 50% EFS portion of the bonus will be allocated to each EFS partner based on their contribution to the agency's partnered production credit<br>**If selling EA is currently solo:**<br>• EA can chose to remain solo or establish a new partnership agreement<br>• EFS bonus eligibility is retroactive to the beginning of year |
| | **EA Terminates** | • If EA takes the Termination Payment Provision (TPP) and the partnership has reached the minimum qualification for the ALR bonus at the end of the calendar year, the EFS portion of the partnership bonus will be paid as defined in the Supplement for the L2000 Agreement |
| **EFS** | **EFS Terminates** | • EA carries-forward the partnership designation for remainder of that year (only eligible for 50% of ALR bonus)<br>• EA can choose to add a new EFS partner<br>• If an EA partner enters into multiple EFS partnership agreements, the 50% EFS portion of the bonus will be allocated to each EFS partner based on their contribution to the agency's partnered production credit |

**Business written with a prior EA partner**

For business written with prior EA partners where the customer's relationship originated with that agency, any future business for that customer must be partnered with the same agency.

For business written by an EFS where an agency relationship did not exist, any future ALR business for that customer must be partnered with the same EFS.

# Section 4h:  Allstate Financial - Allstate Life & Retirement Bonus – Sunset effective December 31, 2019

The Allstate Life & Retirement Bonus is calculated annually at the end of each calendar year and paid in the first quarter of the subsequent year.

## 1.0   Key Terms

**PC per PIF (production credit per policies in force) –** represents the ratio of life & retirement new business production credit divided by PIF.

- Production credit used in this calculation includes the summation of the current year's total agency life & retirement production credit
- PIF in this calculation includes the prior year-end policies in force, adjusted for any changes in agency size due to sales, purchases, or mergers.

## 2.0   Bonus Qualification

Qualification for the Allstate Life & Retirement Bonus is based on achievement of the production credit per PIF ratio.

The bonus qualification is based on agency size and agency total production credit:

- Agency size is measured by the Allstate branded property & casualty PIF as of the prior year-end
  - Agency size will be adjusted for any sales, purchases, or mergers of the agency
  - Base PIF is 1,000 for any agency with PIF fewer than 1,000 policies; start-up agencies are set at 1,000 PIF.
- Agency total production credit includes total partnered and EA solo production credit

Bonus measurements for all Established Satellites located in the same state as the primary agency (including stand-alone agencies and Enhanced Satellite Agencies) will be combined with their primary agency.  Start-up Satellites are measured separately. For Established Satellites that cross state lines, bonus measurements are combined for any locations that are within the same state and still have active agreements at the end of the bonus year.

Case: 1:21-cv-02674 Document #: 1-3 Filed: 05/18/21 Page 132 of 269 PageID #:239

# 3.0 Bonus Grids

## 3.1 Countrywide (excluding New York)

The bonus is calculated using the bonus rate found in the table below times the agency total production credit.

### Countrywide Grid (excluding New York)

| PC/PIF Ratio* | Agency Size (based on prior year-end Allstate branded property & casualty policies in force) | | | | | |
|---|---|---|---|---|---|---|
| | Start-up (min 1,000 PIF) | Tier 1 (up to 1,499 PIF) | Tier 2 (1,500-2,999 PIF) | Tier 3 (3,000-5,999 PIF) | Tier 4 (6,000-8,999 PIF) | Tier 4b (9,000+ PIF) |
| 15.0 | 12% | 12% | 14% | 15% | 16% | 16% |
| 17.5 | 15% | 15% | 18% | 20% | 23% | 23% |
| 20.0 | 18% | 18% | 22% | 25% | 30% | 30% |
| 22.5 | 21% | 21% | 26% | 30% | 30% | 30% |
| 25.0 | 24% | 24% | 30% | 30% | 30% | 30% |
| 27.5 | 27% | 27% | 30% | 30% | 30% | 30% |
| 30.0 | 30% | 30% | 30% | 30% | 30% | 30% |

*Minimum PIF used is 1,000. Start-up agencies will be set to 1,000 PIF regardless of actual size.

## 3.2 New York Only

The bonus is calculated using the bonus rate found in the tables below times the agency total production credit.

### New York EA Solo Grid

| PC/PIF Ratio* | Agency Size (based on prior year-end Allstate branded property & casualty policies in force) | | | | | |
|---|---|---|---|---|---|---|
| | Start-up (PIF 1,000) | Tier 1 (up to 1,499 PIF) | Tier 2 (1,500-2,999 PIF) | Tier 3 (3,000-5,999 PIF) | Tier 4 (6,000-8,999 PIF) | Tier 4b (9,000+ PIF) |
| 15.0 | 10% | 10% | 12% | 13% | 14% | 14% |
| 17.5 | 13% | 13% | 16% | 17% | 20% | 20% |
| 20.0 | 16% | 16% | 19% | 22% | 22% | 22% |
| 22.5 | 18% | 18% | 22% | 22% | 22% | 22% |
| 25.0 | 21% | 21% | 22% | 22% | 22% | 22% |
| 27.5 | 22% | 22% | 22% | 22% | 22% | 22% |
| 30.0 | 22% | 22% | 22% | 22% | 22% | 22% |

*Minimum PIF used is 1,000. Start-up agencies will be set to 1,000 PIF regardless of actual size

Case: 1:21-cv-02674 Document #: 1-3 Filed: 05/18/21 Page 133 of 269 PageID #:240

**New York EA Partnership Grid**

| PC/PIF Ratio* | Agency Size (based on prior year-end Allstate branded property & casualty policies in force) | | | | | |
|---|---|---|---|---|---|---|
| | Start-up (PIF 1,000) | Tier 1 (up to 1,499 PIF) | Tier 2 (1,500-2,999 PIF) | Tier 3 (3,000-5,999 PIF) | Tier 4 (6,000-8,999 PIF) | Tier 4b (9,000+ PIF) |
| 15.0 | 13% | 13% | 15% | 16% | 17% | 17% |
| 17.5 | 15% | 15% | 18% | 20% | 23% | 23% |
| 20.0 | 18% | 18% | 22% | 25% | 26% | 26% |
| 22.5 | 21% | 21% | 26% | 26% | 26% | 26% |
| 25.0 | 24% | 24% | 26% | 26% | 26% | 26% |
| 27.5 | 26% | 26% | 26% | 26% | 26% | 26% |
| 30.0 | 26% | 26% | 26% | 26% | 26% | 26% |

*Minimum PIF used is 1,000. Start-up agencies will be set to 1,000 PIF regardless of actual size

# 4.0   Bonus Calculation

The bonus payout rate is determined by the Production Credit per PIF (PC per PIF) ratio achieved.

$$\text{PC per PIF Ratio} = \frac{\text{Agency total production credit (total Partnered and EA Solo)}}{\text{Prior year-end Allstate branded property \& casualty policies in force}}$$

- There is no rounding of PC per PIF ratio results
- There is no interpolation of bonus rates, should results fall between PC per PIF ratio points on the grid above
- Any chargebacks of business will be included in the subsequent year bonus calculation. For example on a policy that receives production credit in 2017 and then receives a chargeback in 2018, the chargeback will be included as a negative in 2018 qualification
- EAs with 13,333 PIF or more, the minimum entry-point for PIFx15 level will be set at 200,000 in production credit
  - To achieve the bonus level of PIFx17.5 and higher, the EA must achieve the actual production credit per PIF shown in the table above
- For declared and default partnerships with an EFS, the bonus will be split 50/50 with the EA and EFS partner (50% payout to the EA and 50% payout to the EFS)
  - If an EA enters into multiple EFS partnership agreements, the 50% EFS portion of the bonus will be allocated to each EFS partner based on their contribution to the Agency partnered production credit

**Bonus calculation with a partnership example:**

- Agency is a Tier 3 (5,500 PIF)
- Total Agency Production Credit = 100,000
- PC per PIF Ratio = 18.1
- Total Life & Retirement Bonus payout = $20,000 (100,000 x 20%)*
    - Total EA portion of Life & Retirement Bonus = $10,000
    - Total EFS portion of Life & Retirement Bonus = $10,000

    **\*Note:** When an EA does not have any declared or default partnerships, the full $20,000 bonus would be paid to the EA.

**Multi-Exclusive Financial Specialist Partnership Example:** (when an EA enters into multiple partnership agreements)

- Total Agency Production Credit = 100,000
- Total Life & Retirement Bonus payout = $20,000
    - Total EA portion of Life & Retirement Bonus = $10,000
    - Total EFS portion of Life & Retirement Bonus = $10,000
        - Declared EFS Partner #1 wrote 56,000 in production credit
        - Declared EFS Partner #2 wrote 24,000 in production credit
        - Declared Partner total production credit = 80,000

        - Declared EFS Partner #1 wrote 70 percent of the declared EFS PC = $7,000 bonus payout
        - Declared EFS Partner #2 wrote 30 percent of the declared EFS PC = $3,000 bonus payout

# 5.0   Early Bonus Payout Opportunity for Declared Agency and EFS Partners

Effective January 1, 2018, agency owners and exclusive financial specialists in declared partnerships can receive an early bonus payout after meeting the annual goals.

- Eligibility for this quarterly advance is determined at the end of each quarter based on YTD results (not annualized or projected results) and attainment of the annual goal.
- The payout can be earned or increased at each quarter end, and declared partners will be paid the incremental difference.
- When two or more EFSs are contributing towards the agency's results, the EFS portion of the payout is based on their contribution of shared production credit in the agency. (Refer to the "Multi-Exclusive Financial Specialist Partnership Example in section 4.0 above.)

## CW (excluding NY) Example

The ALR Bonus minimum (PIFx15) was surpassed in June and each quarter thereafter. The sum of the quarterly payouts is equivalent to the annual bonus of $15,000.

| Quarter End | EA Tier | PIF | YTD Agency PC | PC per PIF | Bonus % | Annual Bonus | Annual Bonus Split 50%/50% | Quarterly Amount Paid to each Partner |
|---|---|---|---|---|---|---|---|---|
| Jun | 2 | 2,500 | 40,000 | 16.0 | 14% | $5,600 | $2,800 | $2,800 |
| Sep | 2 | 2,500 | 75,000 | 30.0 | 30% | $22,500 | $11,250 | $8,450 |
| Dec | 2 | 2,500 | 100,000 | 40.0 | 30% | $30,000 | $15,000 | $3,750 |
| | | | | | | | Total Quarterly Payouts | $15,000 |

## New York only Example

The ALR Bonus minimum (PIFx15) was surpassed in June and each quarter thereafter. The sum of the quarterly payouts is equivalent to the annual bonus of $13,000.

| Quarter End | EA Tier | PIF | YTD Agency PC | PC per PIF | Bonus % | Annual Bonus | Annual Bonus Split 50%/50% | Quarterly Amount Paid to each Partner |
|---|---|---|---|---|---|---|---|---|
| Jun | 2 | 2,500 | 40,000 | 16.0 | 15% | $6,000 | $3,000 | $3,000 |
| Sep | 2 | 2,500 | 75,000 | 30.0 | 26% | $19,500 | $9,750 | $6,750 |
| Dec | 2 | 2,500 | 100,000 | 40.0 | 26% | $26,000 | $13,000 | $3,250 |
| | | | | | | | Total Quarterly Payouts | $13,000 |

# 6.0  Bonus Payment

To receive a bonus payment, EAs must have an active R3001 Agreement in place as defined below:

- Agents who qualify for an annual bonus at the end of the bonus period will receive a bonus payment, even if the R3001 Agreement terminates prior to the payment of the bonus.  The R3001 Agreement must be active on December 31st of the current bonus year.

- Agents who qualify for an early quarterly payout must have an active R3001 Agreement in place at the time the quarterly bonus payment is made. For example, if the R3001 Agreement is terminated August 1, and the June quarterly bonus is paid August 15, the agent will not receive the quarterly payment.

The ALR Bonus will be paid in February of each year based on the previous year's results.  For declared EA partners eligible for the early payout opportunity, the quarterly advance will be paid the second month following each quarter end.  (For example, the quarterly advance for period ending June 30th, will be paid in August.)

In the event the aggregate total of the quarterly payouts is greater than the final bonus earned, the overpayment will be assessed in full and recovered from the Agency Bonus paid in February. If full assessment from the bonus is not possible, the overpayment will be divided by two and recovered from two consecutive commission periods beginning in February

Note: In situations where an EA or EFS sells their economic interest in the book of business, any quarterly advance and/or final ALR Bonus payment, for the current program year, will be reduced by the amount of ALR Bonus already paid to the selling agency owner and/or declared financial specialist partner. This applies to full book sales only. It does not apply to split book sales or assignments.

# Section 4i: Allstate Financial – Allstate Life Insurance Company of New York Allstate Benefits Business

## 1.0 General

Allstate Benefits business is the insurance products underwritten by Allstate Life Insurance Company of New York ("ALNY"), marketed under the name Allstate Benefits, and administered by American Heritage Service Company ("AHSC") located in Jacksonville, Florida. Most of the insurance products are designed for workplace business (i.e., insurance products designed for sale at the policyholder's worksite with premiums paid by payroll deduction or by the employer or other sponsoring entity); however, some products may be designated for sale directly to consumers. Because of the unique characteristics of these products, this Section addresses special rules applicable to these products. As used in this Section, "policies" means individual insurance policies, group insurance policies, and certificates of group insurance.

## 2.0 Commissions

## 2.1 Commission Amount

All compensation paid to the agent will be commissions, computed as a percentage of premiums paid to AHSC on behalf of ALNY on policies issued pursuant to applications procured by the agent. The Commission Level establishes the percentage rates that apply in computing commissions for available insurance products. Effective January 1, 2017, all agents will be paid commissions at Commission Level 1 on the E-Contract Series Commission Schedule, in effect at the time of application for the policy. However, ALNY reserves the right to reduce, by written notice to the agent, the percentage rate that applies in computing agent's commissions for any workplace business or group insurance policy, either of which may include those with 500 or more eligible participants, or those requiring enrollment or administrative support. Furthermore, the sale of any insurance product not described on the E-Contract Series Commission Schedule (such as a customized product) requires a written commission agreement with ALNY, specifying the commissions that will be paid and signed on behalf of ALNY by a senior leader located at the offices of AHSC.

Refer to NY Exhibit E for the current Commission Schedule. This schedule is subject to change without notice.

Commissions are earned only as premiums are received by ALNY at the offices of AHSC and applied toward payment of current premium, and shall constitute payment in full to the agent for any and all services rendered to ALNY. All commissions shall be paid from AHSC's offices in Jacksonville, Florida, or other location as designated by ALNY.

## 2.2    Commission Advances

For those insurance products deemed eligible by ALNY, ALNY will advance to the agent 50% of the annualized first year commissions payable to the agent on net Cash With Application ("CWA") insurance premium submitted by the agent.  Net CWA is gross written annualized first year premium, other than Cash on Delivery ("C.O.D.") cases, less first year lapses, cancellations, and withdrawals, as determined by ALNY according to its practices and procedures in effect at the time of commission computation.

The maximum advance on any one policy issued is $700.00.

ALNY may, in its sole discretion, limit or discontinue commission advances to any agent.

All advances are loans to the agent, for which the agent is personally indebted to ALNY to repay. All commissions accruing to the agent's credit will be applied, on an as earned basis, to the repayment of any advance paid to the agent.  If the agent's authority to represent ALNY is terminated, for whatever reason, before all of the advances have been repaid, the agent shall, within thirty (30) days of such termination, repay such advances.

## 2.3    Commission Splits

The agent may work out an agreement with one or two other properly licensed and appointed insurance producers to split credit for commissionable premium on new Allstate Benefits business. Where premium credit is split on a policy, the following rules apply, unless a written exception is approved by ALNY, signed by a senior leader located at the offices of AHSC:
- No more than three (3) producers may be allocated premium credit.
- No more than two (2) Allstate channel producers (Exclusive Agents and Financial Specialists) may be allocated premium credit.
- No more than one (1) Financial Specialist may be allocated premium credit.
- The minimum total premium split allocated to all Allstate channel producers is 30% of the total commissionable premium

Example 1:  EA writes case with a Benefits Specialist

| | |
|---|---|
| Total Commissionable Premium | $2,000 |
| EA / Benefits Specialist | 30% / 70% |
| | |
| Commissionable Premium Credited to EA | $   600 ($2,000 x 30%) |
| Commissionable premium Credited to Benefits Specialist | $   1,400 ($2,000 x 70%) |

Example 2:  FS & EA write a case with a Benefits Specialist.  FS/EA split is 60% / 40%

| | |
|---|---|
| Total Commissionable Premium | $2,000 |
| FS & EA / Benefits Specialist | 30% / 70% |

| | |
|---|---|
| Commissionable Premium Credited to FS | $ 360 ($2,000 x 30% x 60%) |
| Commissionable Premium Credited to EA | $ 240 ($2,000 x 30% x 40%) |
| Commissionable premium Credited to Benefits Specialist | $ 1,400 ($2,000 x 70%) |

Should the FS's or Benefit Specialist's appointment with ALNY terminate, either before or after policy issue, the termination will have no effect on the EA's credit for the agreed upon portion of the premium.

## 2.4    Commission Statement

The agent will be provided written or electronic statements reflecting the commissions due the agent.  The agent shall review all such statements and shall provide ALNY written notice, within a reasonable time, of any commission claimed by the agent but not paid.  Under no circumstances shall notice be given more than one year from the date the claimed commission was due.  Failure to provide such notice within the prescribed time bars any claim for such commission.

## 2.5    Limitations

The agent shall not be entitled to commissions on any policy unless ALNY determines that the agent either (i) procured the policy or (ii) is allocated a share of the premium credit by the procuring producer.  To procure workplace business, the agent must also (i) be recognized, and designated in writing, by the payroll account (or, in the case group insurance, by the group policyholder) to be the agent of record for the workplace business, and (ii) service the workplace business to the satisfaction of ALNY and/or the payroll account (or group policyholder) as determined by ALNY. In all cases where a claim to commissions is disputed or questioned, the decision of ALNY shall be binding and conclusive.

If any policy procured by the agent shall lapse, ALNY's liability to the agent for further commissions thereon shall cease, unless the policy is reinstated and the agent is determined by ALNY to have procured the reinstatement.

If a new policy is issued and a previously existing insurance coverage on the same insured, which provided similar benefits was underwritten by Allstate or any of its subsidiaries, is terminated or lapses before or after the issue of the new policy, the commissions payable on the new policy shall be determined by the practices and procedures of ALNY in effect at the time of such new issue.

No commissions shall be payable on temporary extra premiums added to policies.  No commissions shall be due on any premium that has been refunded or waived by ALNY for any reason.  The agent shall, immediately upon demand, repay any commissions received with respect to that premium.

If commissions due the agent upon any normal payment date total less than $100.00, ALNY may, in its discretion, delay payment until the first normal payment date after which the amount due equals $100.00. The agent shall forfeit any commissions otherwise due or to become due whenever the total of such commissions is less than $300.00 during any calendar year.

The agent shall have no claim for compensation for having introduced or brought to the attention of ALNY any business opportunity or for having created in any person any interest in purchasing ALNY products, except under a written agreement with ALNY to pay such compensation, signed on behalf of ALNY by a senior leader located at the offices of AHSC.

## 3.0 Indebtedness

ALNY and its affiliates that are parties to the R3001 Agreement may offset against any claim by the agent for commissions any debt to ALNY then due or that may thereafter become due from the agent, whether arising hereunder or otherwise, and such debt shall be a first lien on any such compensation. ALNY shall have the right to determine to which indebtedness any payment made by the agent, whether offset or otherwise, shall be applied. The agent shall pay all costs and expenses, including collection fees and/or reasonable attorneys fees, which are incurred by ALNY in the collection of indebtedness hereunder.

## 4.0 Modifications

ALNY reserves the right to modify this section of the Supplement by field bulletin, letter, email, publication on a website maintained by Allstate or its subsidiaries for insurance producers, or other appropriate official written communication, and such modification shall be effective as of the date stated in the communication. The agent's continuing the relationship with ALNY after transmission by ALNY of such official written communication conclusively constitutes assent to the modification.

The agent shall comply with all published bulletins, field letters, or any other written communications from ALNY now in force and such as may be hereafter adopted.

Pls. Exhibit 3

# Section 5:    Commercial

## 1.0   General

The Company may from time to time enter into joint marketing agreements ("marketing agreements") with certain national trade associations or other organizations. These marketing agreements may generate marketing leads in specific industry vertical markets ("leads"). It is the desire of the Company to provide such leads to certain R3001 agents in order to assist those agents to penetrate certain vertical markets. It is the desire of such agents to obtain such leads.

The participating agencies understand that there exists a cost associated with lead generation. In order to offset such costs, any agent participating in the designated national trade association joint marketing program, agrees to a reduced commission for all polices sold on leads generated by such program. The amount of the reduction in commission will be set forth for each specific marketing program. By voluntarily participating in the program, the agency agrees to the new business and renewal premium reduction set forth for that specific marketing program.

Allstate currently offers the following Commercial insurance:

- Texas Commercial Package Policy
- Businessowners Policy[1]
- Commercial Package Policy[1]
- Commercial Casualty (Fleet, Inland Marine, etc.)

Each of these will be considered a separate line for commission purposes.

## 1.1    Agent Commission Rules

The following sections contain agent commission rules applicable to Commercial products.

|            |                            |
|------------|----------------------------|
| **Section 5a** | Businessowners Policy      |
| **Section 5b** | Commercial Package Policy  |
| **Section 5c** | Commercial Casualty        |

---

[1] Available upon new product implementation beginning in late 2011. The actual new product implementation date will vary by state.

## 2.0   Business Insurance Specialist (BIS) and Commercial Service Center (CSC)

R3001 agents have the option to submit Commercial business leads to a Business Insurance Specialist (BIS).

Commission for Commercial policies issued as the result of a lead forwarded to a Business Insurance Specialist (BIS) will be reduced in exchange for services provided by the BIS.  The split will be made as per the BIS Commission Scale. Once a lead is forwarded to a BIS and a sale is made, all future servicing for that policy will be done by the Commercial Service Center (CSC).[2] The agent will be listed as the Agent of Record (AOR) for the policy.

Allstate Business Insurance assumes E & O responsibility for the information it provides to an insured during quoting, binding and/or servicing of a policy.  An Agency retains responsibility for all E & O to the extent that the Agency conveys information, develops or modifies a quote, binds or services a policy, or otherwise provides information to or from the insured.

## 2.1   Business Written by a Business Insurance Specialist (BIS) on behalf of an Agent – Effective December 1, 2015 (January 1, 2016 in California and Rhode Island and April 1, 2016 in Minnesota) and Later

Policies issued as a result of leads forwarded to a BIS shall be subject to the following commission schedule:

|  | First Policy Year | | Subsequent Policy Years | |
|---|---|---|---|---|
|  | Established Agency | Start-up Agency | Established Agency | Start-up Agency |
| Commission to agency | 4.50% | 5.00% | 6.50% | 7.50% |

Agents may utilize the services of a Business Insurance Specialist (BIS) and receive reduced commission, per the schedule above. Policies written by the Business Insurance Specialist (BIS) shall be serviced by the Commercial Service Center (CSC) for the life of the policy at a reduced commission to the agent per the schedule above (subsequent policy years).  Commissions paid to a Start-up Agency shall revert to the Established Agency commission level at the first renewal or debit endorsement following status change to Established Agency.

---

[2] The reduced commission paid to the agent will apply for the life of the policy and includes new business, renewals and any added coverage.  The BIS Commission Scale does not apply to business written through the Commercial Expanded Market Program.

## 2.2 Business Written by a Business Insurance Specialist (BIS) on behalf of an Agent – Effective April 1, 2014 through November 30, 2015 (December 31, 2015 in California and Rhode Island and March 30, 2016 in Minnesota)

Policies issued as a result of leads forwarded to a BIS shall be subject to the following commission schedule:

|  | First Policy Year | | Subsequent Policy Years | |
|---|---|---|---|---|
|  | Established Agency | Start-up Agency | Established Agency | Start-up Agency |
| First 12 policies sold in a calendar year | 9.0% | 10.0% | 6.5% | 7.5% |
| 13+ policies sold in a calendar year | 4.5% | 5.0% | 6.5% | 7.5% |

Agents may utilize the services of a Business Insurance Specialist (BIS) and receive full base commission during the first policy year after the policy has been written, for the first 12 policies written by the BIS in a calendar year. Once the 13th policy has been written by the BIS in a calendar year, the agent will receive reduced commission in the first policy year, per the schedule above. Policies written by the Business Insurance Specialist (BIS) shall be serviced by the Commercial Service Center (CSC) for the life of the policy at a reduced commission to the agent per the schedule above (subsequent policy years).

Commissions paid to a Start-up Agency shall revert to the Established Agency commission level at the first renewal or debit endorsement following status change to Established Agency.

## 2.3 Business Assigned to and Serviced by the Commercial Service Center (CSC) on or after April 1, 2014

R3001 agents have the option to assign some or all of their existing Commercial policies to the Commercial Service Center (CSC) for service support. Commission paid to the agent will be 2.5 points lower than their current base commission.

Example: Commercial Auto policy serviced through the CSC for an Established Agency resulting in a $3,000 premium.
Commission on the policy is $270 ($3,000 x 9%).
Commission paid to the agent will be reduced by 2.5 points to 6.5% ($3000 x 6.5% = $195), as the Servicing Fee.

All future servicing for the policy will be done by the CSC. The agent will be listed as the Agent of Record (AOR).

# 3.0 Business Insurance Center (BIC) – effective through March 31, 2014

Effective January 1, 2010 through March 31, 2014, commission for Commercial policies issued as the result of a lead forwarded to the Business Insurance Center (BIC) will be split between the agent and the BIC. The split will be made as per the BIC Commission Scale. Once a lead is forwarded to the BIC and a sale is made, all future servicing for that policy will be done by the BIC.[3] The agent will be listed as the Agent of Record (AOR) for the policy.

All policies written by the Business Insurance Center (BIC) shall have commissions paid to the agent of record per the commission schedule that was in place at the time the policy was written and will remain at that commission level for the life of the policy.

**EFFECTIVE PRIOR TO 1/1/2013**

### POLICIES SOLD AND SERVICED THROUGH THE BIC

| BIC Sales and Service Commission Scales | Premium level of policy when issued at New Business | Agent's share of Annual Commission for the life of the Policy (Split Percentage) | |
|---|---|---|---|
| | | Commercial Auto Fleet and Non-Fleet | Commercial Non- Auto |
| **Base** | Under $5,000 | 50 | 50 |
| **1** | $5,000 - $7,499 | 55 | 55 |
| **2** | $7,500 - $14,999 | 65 | 65 |
| **3** | $15,000 - $24,999 | 75 | 75 |
| **4** | $25,000 - $49,999 | 80 | 80 |
| **5** | $50,000 & Over | 85 | 85 |

Example 1: Commercial Auto policy sold through the BIC for $6,500 premium. Calculation for agent portion of the commission split is $6,500 x (10% x .55) = $357.50

Example 2: Commercial Customizer Policy sold through the BIC for $5,500 premium. Calculation for agent portion of the commission split is $2,500 x (20% x .55) + $3,000 x (12% x .55) = $473.00

---

[3] The commission split between the agent and the BIC will apply for the life of the policy and includes new business, renewals and any added coverage. The BIC Commission Scale does not apply to business written through the Commercial Expanded Market Program.

**EFFECTIVE ON OR AFTER 1/1/2013**

POLICIES SOLD AND SERVICED THROUGH THE BIC

| Agent's share of Annual Commission for the life of the Policy (Split Percentage) | |
|---|---|
| Commercial Auto Fleet and Non-Fleet | Commercial Non- Auto |
| 50 | 50 |

Example 1: Commercial policy sold through the BIC for $6,500 premium. Calculation for an established agent's portion of the commission is $6,500 x (9% x .50) = $292.50

Example 2: Commercial policy sold through the BIC for $5,500 premium. Calculation for a start-up agent's portion of the commission is $5,500 x (10% x .50) = $275.00

## 3.1   Business Assigned by the Agent to be Serviced by the Business Insurance Center (BIC) – Prior to April 1, 2014

R3001 agents have the option to assign some or all of their existing Commercial policies to the Business Insurance Center (BIC) for service support.  There will be a 2% servicing fee on policies serviced by the BIC.

Example:  Commercial Auto policy serviced through the BIC resulting in a $3,000 premium.
   Commission on the policy is $270 ($3,000 x 9%).
   BIC will receive 2% ($3000 x 2% = $60), as the Servicing Fee.
   Agent will receive the remaining 8% of the commission ($3000 x 8% = $240)

All future servicing for the policy will be done by the BIC.  The agent will be listed as the Agent of Record (AOR).

Case: 1:21-cv-02674 Document #: 1-3 Filed: 05/18/21 Page 146 of 269 PageID #:253

# Section 5a:   Businessowners Policy (BOP)[1]

## 1.0   General

It is the Company's intent that, all new Commercial insurance for small businesses that qualify will be written in the Businessowners Policy.

Only one agent may hold commission interest in a Businessowners Policy.  In unusual situations where two or more Businessowners Policies are issued to a particular named insured, only one agent may hold commission interest therein.

## 2.0   Commission Interest

### 2.1   New Businessowners Policy – No Conversion

The Writing Agent will receive new policy commission interest in the first year and renewal policy commission interest in the subsequent policy periods for the new Businessowners policy.

### 2.2   Conversion to Businessowners Policy of Existing Commercial Policy in Its First Policy Year

#### 2.2.1   New Policy Commission Interest

The Writing Agent will receive new policy commission for the first 12 months net written premium for the Businessowners policy.

#### 2.2.2   Renewal Policy Commission Interest

When a Commercial Policy is converted to the Businessowners Policy, the agent who held commission interest in the converted Commercial policy will receive renewal policy commission interest in the Businessowners Policy.

### 2.3   Business Package Policy, Customizer Policy, or Commercial Package Policy Converted to a Businessowners Policy

A Businessowners Policy which replaces an existing Business Package Policy, Customizer Policy, or Commercial Package Policy in its second or subsequent policy year will not be considered a new policy.  The agent who held renewal commission interest in the replaced policy will receive

---

[1] Available upon new product implementation beginning in late 2011.  The actual new product implementation date will vary by state.

renewal policy commission interest in the replacement policy calculated at the renewal commission amount shown in Chapter 2.

## 2.4    Other Conversions to a Businessowners Policy

A Businessowners Policy which replaces an existing Commercial Fire and General Liability policy will not be considered a new policy.  The agent will receive renewal commission interest on the replaced policy calculated at the renewal commission amount shown in Chapter 2.

## 3.0    Added Coverages

The Commission interest for added coverages, locations and/or buildings will be calculated using the commission amount for the policy period in which the coverage is added.

# Section 5b: Commercial Package Policy (CPP)[1]

## 1.0 General

The Commercial Package Policy provides a means of packaging two or more lines of insurance.

Only one agent may hold commission interest in a Commercial Package Policy. In unusual situations where two or more Commercial Package Policies are issued to a particular named insured, only one agent may hold commission interest therein.

## 2.0 Commission Interest

### 2.1 New Commercial Package Policy – No Conversion

The Writing Agent will receive new policy commission interest in the first year and renewal policy commission interest in the subsequent policy periods for the new Commercial Package policy.

### 2.2 New CPP Issued to Applicant Not Already Commercially Insured

The R3001 Agent who writes a new Commercial Package policy issued to an applicant who was not insured (within the previous 120 days) with respect to any Commercial line of insurance (excludes automobile non-fleets) will receive commission interest in the new policy.

New policy commission interest will be received in the first 12 months net written premium for the new policy. Renewal policy commission interest will be received in the net written premium for subsequent periods.

The commission amounts applicable to the Commercial Package Policy are contained in Chapter 2, Section 1c.

### 2.3 Conversion of Existing Commercial Policy to CPP

The R3001 Agent who writes the Commercial Package Policy, to which existing Commercial policies are converted, will receive commission interest in the newly written Commercial Policy. Commission interest in the newly written Commercial Package Policy will be as though for a renewal policy.

**Note:** The application for the newly written Commercial Package Policy must be complete in every respect and signed by the applicant.

---

[1] Available upon new product implementation beginning in late 2011. The actual new product implementation date will vary by state.

### 2.3.1 Renewal Policy Commission Interest

When a Commercial Policy is converted to the Commercial Package Policy, the agent who held commission interest in the converted Commercial policy will receive renewal policy commission interest in the Commercial Package Policy.

## 2.4 Business Package Policy, Customizer Policy, or Businessowners Policy Converted to Commercial Package Policy

A Commercial Package Policy which replaces an existing Business Package Policy, Customizer Policy, or Businessowners Policy in its second or subsequent policy year will not be considered a new policy. The agent who held renewal commission interest in the replaced policy will receive renewal policy commission interest in the replacement policy calculated at the renewal commission amount shown in Chapter 2.

## 2.5 Other Conversions to a Commercial Package Policy

A Commercial Package Policy containing Commercial Fire and General Liability policies will not be considered a new policy. The agent will receive renewal commission interest on the replaced policy calculated at the renewal commission amount shown in Chapter 2.

# 3.0 Added Coverages

The Commission interest for added coverages, locations and/or buildings will be calculated using the commission amount for the policy period in which the coverage is added.

# Section 5c:   Commercial Casualty

## 1.0   General

For commission interest purposes, Commercial Casualty includes the following kinds of insurance:

- Inland Marine[1]
- Commercial Auto (Fleet)
- Commercial Fire
- Crime
- Boiler and Machinery
- Business Income
- General Liability Coverages
- Business Umbrella - Excess Liability

## 2.0   Commercial Auto

## 2.1   General

The commission amounts applicable to Commercial Auto contained in this Supplement (Chapter 2, Section 1c) will apply to coverages written in either Allstate Insurance Company or Allstate Indemnity Company.

## 2.2   Fleet Policy Replaced in Another Company

If a Fleet policy written for an insured in either Allstate Insurance Company, Allstate Indemnity Company, Allstate County Mutual Insurance Company or Allstate New Jersey Insurance Company is replaced with a fleet policy in one of the other companies by a policy for the same named insured (with no lapse of coverage at the time of replacement), the agent who held renewal policy commission interest in the replaced policy will receive renewal policy commission interest in the replacement policy beginning at its effective date.

---

[1] Difference In Conditions (DIC) coverage is to be statistically recorded as part of Inland Marine (a kind of Commercial Casualty insurance) but subject to the commission amounts applicable to the Commercial Fire Line.

Case: 1:21-cv-02674 Document #: 1-3 Filed: 05/18/21 Page 151 of 269 PageID #:258

## 2.3    Auto Policy Renewed as a Fleet Policy

When, as of an expiration date of an Auto policy, five or more vehicles are then covered by the Automobile line and therefore qualify for Fleet coverage, the Auto policy will be renewed.  The coverage for the five or more vehicles will be considered as a Fleet Commercial Casualty line policy with no lapse of coverage.

# 3.0   Commercial Policy Is Unrepresented

If the Commercial Casualty policy is unrepresented as of the expiration date, no agent will receive renewal commission interest in the replacement Auto policy, as a result of the conversion.

# 4.0   Commercial Casualty Policy Issued from Residual Market "Take Out"

## 4.1   Assigned Risk

An R3001 Agent who is the Agent of Record on an Assigned Risk policy (on which Allstate is the insurer) which is voluntarily taken out of the plan and written as a regular Allstate policy will receive new policy commission for the first 12 months net written premium for the newly written policy.

If the Agent of Record on the Assigned Risk policy (on which Allstate is the insurer) was not an Allstate agent, the agent writing the application for regular insurance will receive new policy commission the first 12 months net written premium for the newly-written policy.

## 4.2   Underwriting Association Business

An R3001 Agent who is the Agent of Record on an Underwriting Association policy which is voluntarily taken out of the plan and written as a regular Allstate policy will receive new policy commission for the first 12 months net written premium for the newly-written policy.

## 4.3   Reinsurance Facility

An R3001 Agent who holds commission interest in a policy for which coverages had been ceded to a Reinsurance Facility will receive new policy commission for the first 12 months net written premium for those coverages when they are taken out (unceded) of the Plan to be treated as regular coverages.

# Chapter 4: Unrepresented Policies and Customer Contact Center (CCC)/Internet Policies

# Section 1:    Capturing

## 1.0   General

R3001 Agents may capture unrepresented policies (including policies on which a service fee or relationship fee is being paid) and policies bound by the Customer Contact Center (CCC)/Internet as discussed in Section 5 of this Chapter.

## 2.0   Major Lines/Major Coverages

The following are considered Major Lines that can be cross-sold to capture an unrepresented policy.

- Auto (Line 10)
- Indemnity Auto (Line 19)
- Motorcycle/ORV (Line 16)
- Homeowners (Line 70)
- Renters (Line 71)
- Condo (Line 78)
- Boat (Line 90)
- PUP (Line 88)
- Mobilehome (Line 32)
- Allstate Financial Products
- Ivantage Products
  - Homeowners
  - High Value Program
  - Condo
  - Renters
  - Manufactured Home
  - Watercraft
  - PUP
- Northlight products
  - Homeowners
  - Condo

For each of the Major Lines, the Related Insureds are defined as the Named Insured and Resident Spouse.  For Life insurance an Additional Insured Rider may apply to an individual other than the spouse.

Pls. Exhibit 3

Case: 1:21-cv-02674 Document #: 1-3 Filed: 05/18/21 Page 154 of 269 PageID #:261

The following lines are not to be treated as Major Lines.  Also, commission interest in policies in these lines may not be captured.

- Comprehensive Personal Liability (Line 59)
- Landlords (Line 72)[1]
- Theft
- Single Premium Products, mutual funds
- Assigned Risk
- Underwriting Association

Commission interest in unrepresented Commercial lines may not be captured through the writing of a Major Line or Major Coverage.

Allstate Financial Products can also be captured by writing a Major Coverage.  Major Coverages for Allstate Financial Products include Children's Level Term Rider, Additional Insured Rider, and Increase of Specified Amount (Universal Life[2]).

# 3.0   Capturing by Other Means

In addition to being able to capture commission interest in unrepresented policies by writing Major Lines, the R3001 Agent may also capture commission interest in unrepresented policies:

- by writing a new Businessowners Policy, Commercial Package Policy, or Commercial Auto - provided the agent receives renewal commission interest in the policy,

- where the agent is assigned to a customer's policy (or policies) in relationship fee status and an exclusive financial specialist or a financial specialist, working with the agent, writes that customer a Allstate Financial policy which is effective September 1, 1993 or subsequent,

- when a California Earthquake Authority policy is written and the companion policy is unrepresented, or

- where an exclusive financial specialist or a financial specialist working with the agent writes an Allstate Financial policy.

# 4.0   Capturing Procedure

Whenever the R3001 Agent writes a secured new policy in a Major Line and the policy is considered secured business, that agent will receive commission interest in each existing agency bound unrepresented policy belonging to related insureds in that line or in any other line which is free of any other Allstate agent's compensation/commission interest, if and when such

---

[1] Unrepresented non-Major Lines can be captured by cross-selling a Major Line.

[2] Universal Life increases due to the Increasing Insurance Rider will not be treated as Major Coverages.

Pls. Exhibit 3

Case: 1:21-cv-02674 Document #: 1-3 Filed: 05/18/21 Page 155 of 269 PageID #:262

**CHAPTER 4: Unrepresented Policies and**          **REVISION DATE: May 1, 2020**
**Customer Contact Center (CCC)/Internet Policies**

unrepresented policy renews. In the case of a six month auto policy, the renewal could be either an Anniversary Renewal or Off-Anniversary renewal. The commission amount to be applied will be the New Business amount for the first term and the First Renewal amount thereafter if captured at the First Renewal or the Subsequent Renewal amount for all periods if captured after the first renewal.

Whenever an active Allstate agent has commission interest in a like line, that agent is the only agent who may capture commission interest in any other unrepresented policies for the related insureds in that like line (except in the case of Life insurance).

Any commission payable with respect to an unrepresented Allstate Financial Life insurance product will be at the appropriate renewal amount based on policy year as per the capturing agent's commission schedule.

# 5.0   Capturing Requirements

The R3001 Agent will receive commission interest only if:

- At least the minimum down payment (as required by written Company rules) is paid for the secured business;

- The policy is accepted by our Risk Management Department and continues to be acceptable for a period of at least 120 days; and

- The agent has described all other existing Allstate policies on the application for the policy.

# Section 2:    Special Capturing Rules

## 1.0   Auto

## 1.1   Replacement Policy Issued by Another Allstate Company

Whenever an Allstate Indemnity policy replaces or is replaced by an Allstate Insurance Company or Allstate County Mutual policy, the R3001 Agent writing the replacement policy captures commission interest in unrepresented policies if:

1.  the Auto like line is free of any other agent's compensation/commission interest, **and**

2.  the replacement policy is issued to the same insured, with no lapse of coverage at the time of replacement, **and**

3.  the applicable conditions of the capturing requirements in Chapter 4, Section 1 of this Supplement are satisfied.

## 1.2   Voluntary Auto Policy Issued after "Take Out"

### 1.2.1     Assigned Risk, Underwriting Association

The R3001 Agent who is the Agent of Record on a policy that is **voluntarily** "taken out" of Assigned Risk or an Underwriting Association will capture commission interest in unrepresented policies belonging to that named insured in the same manner as though the agent had written a new voluntary Auto policy.

If the Agent of Record on the Assigned Risk policy (on which Allstate is the insurer) was not an Allstate agent, the R3001 Agent writing the application for voluntary insurance will capture commission interest in unrepresented policies.

On an **involuntary** take out, commission interest in unrepresented policies will be captured by the Allstate agent whose name and number appear on the application for regular Allstate insurance.

### 1.2.2     Reinsurance Facility

The Allstate Agent of Record on coverages which are taken out of the Facility will not capture commission interest in any unrepresented policies.

Pls. Exhibit 3

# 2.0 Homeowners

## 2.1 Homeowners Policy Replaces Another Property Lines Policy

If the replaced Renters, Condominium Owners or Homeowners (different location) policy was free of any other Allstate agent's compensation/commission interest, the R3001 Agent writing the replacement Homeowners policy will capture commission interest in unrepresented policies provided the applicable conditions of the capturing requirements in Chapter 4, Section 1 of this Supplement are satisfied.

## 2.2 Conversion of Fire Coverage to a Homeowners Policy

Whenever Fire coverage is converted to a Homeowners policy, the agent writing the Homeowners policy (or considered to have written the Homeowners policy) must be eligible for both new and renewal policy commission interest in the Homeowners policy in order to capture commission interest in unrepresented policies.

If the agent writing the Homeowners policy is eligible for new policy commission only, unrepresented policies may not be captured.

# 3.0 Allstate Financial – Life Insurance

## 3.1 New Rider Added to an In-Force Life Policy

The Life insurance riders considered as Major Coverages for purposes of agent commission are shown in Chapter 4, Section 1.

An agent adding a personally secured New Rider to a Life policy which is free of any other Allstate agent's commission interest will receive commission interest in each Major Line unrepresented policy belonging to related insureds, if and when such unrepresented policy renews, provided:

1. the new Rider is issued or placed, **and**

2. the agent has described all other existing Allstate policies on the application for the Major Coverage.

Any commission payable with respect to an unrepresented Life policy will be at the appropriate renewal amount based on policy year as per the capturing agent's commission schedule.

The R3001 Agent should list the policy numbers of all existing Allstate policies belonging to the named insured, resident spouse and any family members who remain eligible in the Remarks Section of the Application.

Immediately following each policy number, the R3001 Agent should indicate if the policy is represented or unrepresented.

## 3.2    Conversion of Veteran's Group Life Insurance

When an individual is to be converted from a Veteran's Group Life insurance plan to an individual policy, a conversion application is to be submitted in all cases accompanied by a regular application if it appears that no extra rating will apply to the applicant.

The following rules describe the R3001 Agent's eligibility (or non-eligibility) to capture commission interest in any unrepresented Allstate policies when either occurs.

### 3.2.1    Conversion Application Used

Commission interest in unrepresented Allstate policies may **not** be captured when the conversion is written at standard rates as a result of exercising the conversion privilege of the Veteran's Group Life plan.

### 3.2.2    Regular Application Used

The R3001 Agent handling the regular application will capture commission interest in unrepresented Allstate policies in accordance with the capturing requirements stated in Chapter 4, Section 1 of this Supplement.

## 3.3    Life Policy Issued – Insured Exercises FPP Option

The R3001 Agent writing the new policy issued as a result of the FPP option being exercised will capture commission interest in unrepresented Allstate policies in accordance with the capturing requirements stated in Chapter 4, Section 1 of this Supplement.  This rule will apply even though the Life policy with the FPP option is represented by another Allstate agent.

## 3.4    Reinstatement

The R3001 Agent reinstating a Life policy which has been out of force for more than six months will capture commission interest in unrepresented Allstate policies in accordance with the capturing requirements stated in Chapter 4, Section 1 of this Supplement.

Case: 1:21-cv-02674 Document #: 1-3 Filed: 05/18/21 Page 159 of 269 PageID #:266

**CHAPTER 4: Unrepresented Policies and**                                    **REVISION DATE: May 1, 2020**
**Customer Contact Center (CCC)/Internet Policies**

## 3.5    Flexible Premium Annuity Products

### 3.5.1       Unrepresented Policy

Commission interest in a Flexi policy, which is free of any other agent's commission interest, may be captured in accordance with the capturing requirements stated in Chapter 4, Section 1 of this Supplement.

### 3.5.2       Major Lines/Major Coverages

A Flexi policy is included in the Allstate Financial products for the purpose of capturing commission interest in unrepresented policies unless written to replace another Tax Qualified Plan.

# Section 3:    Assigned Commission Interest

## 1.0   Agent Request Program

### 1.1   General

An R3001 Agent may request assignment of commission interest in unrepresented policies, excluding Plus Policies[1], belonging to the same named insured - including those policies already assigned to an R3001 Agent or to an office location on a service fee basis - under certain conditions.

Commission interest in any policy assigned at the agent's request will always begin at the next renewal of the policy.  Reinsurance Facility and Commercial business will be included in this program.

### 1.2   Eligibility for Policy Assignment

If only one active agent represents one or more policies belonging to an insured, that agent may, upon request, be assigned commission interest in any unrepresented policies belonging to the insured unless the customer requests another agency.

If only one active agent is assigned, on a Service Fee or Relationship Fee basis, to one or more policies belonging to an insured, the mechanized unrepresented account distribution process may assign the agent to any unrepresented policies belonging to the same named insured.

Policies eligible for assignment under the Agency Request Program include only agency bound Personal lines insurance policies belonging to the named insured, resident spouse, and for Allstate Financial products, eligible dependents.

An R3001 Agent will still be eligible for assignment of unrepresented policies belonging to the insured even if one of the represented policies belonging to the insured has an Independent Agency as the Agent of Record.

## 2.0   Handling Policy Transfer Ins

Whenever a policyholder moves out of state, retention of commission in the customer's account (except Allstate Financial business) is determined by whether:

- the agent who received commission on the policy prior to the move is licensed and appointed in the customer's new state, and

---

[1] Effective August 1, 2019, the Plus Policy program will be sunset and no new Plus Policies will be assigned.  Policies currently in Plus Policy status will remain in Plus Policy status until the five full annual renewal periods have been completed.

Case: 1:21-cv-02674 Document #: 1-3 Filed: 05/18/21 Page 161 of 269 PageID #:268

- the customer's new residence and the agent's location are within a reasonable proximity (to be determined by the Company) to enable the agent who received commission on the policy prior to the move to properly service the account.

When either of the above conditions is not present, the agent contacted by the customer in the customer's new state will be assigned commission on the transferred policy.

# 3.0   Company Assigned Policies as Agent of Record

## 3.1   Assignment of California Earthquake Authority (CEA) Business

In a refinancing situation, the Company may assign the CEA policy and the replacement property policy issued by the Company to the agent who submitted the refinancing change requested by the insured **provided** the replaced property policy was unrepresented **and** the replaced policy had earthquake coverage.  Commission interest on these policies will begin immediately.

## 3.2   Assignment of Unrepresented Life Policy at New Business Issue

An R3001 Agent may be assigned commission interest in a Life policy that becomes unrepresented in the process of being issued, according to the following rules:

- If additional information from or about the insured is necessary to complete underwriting or issue requirements, and such information can best be obtained through an agent, an active agent will be assigned to that policy.

- If delivery of an issued policy is required because the policy is issued at rates different than quoted, a signature requirement must be met, etc., an active agent will be assigned to that policy.

The agent assigned to the policy will be treated for purposes of agent commission as though the agent had written the policy, provided the agent successfully carries out the requirements described above.

## 3.3   Assignment of Commercial Business

A Commercial policy which becomes unrepresented may be assigned to another agent subject to the agent's acceptance.  Commission interest in the policy will begin at the next effective date of the policy; however, the agent will begin servicing the policy upon notification of the assignment and the agent's acceptance.

Case: 1:21-cv-02674 Document #: 1-3 Filed: 05/18/21 Page 162 of 269 PageID #:269

# Section 4:    Service Fees and Relationship Fees

## 1.0   General

Auto and Personal Property policies that become unrepresented may be captured by an R3001 Agent as described in Chapter 4, Section 1, Section 2 and Section 3.  If an unrepresented policy in these line categories has not been identified for capture at renewal, it may be assigned, subject to the agent's acceptance, on a service fee or relationship fee basis.

The service fee or relationship fee on all such assigned policies is currently 3.5% [1].

Once an R3001 Agent has qualified to capture commission interest in an unrepresented policy, any service fee or relationship fee assignment for that policy will end when the capture takes effect.

All aspects regarding service fee or relationship fee policies are subject to change in the future.  It is important to note that all unrepresented business assigned on a service fee or relationship fee basis remains the property of the Company and may be used in any manner at the Company's discretion.  In addition, any R3001 Agent responsible for unapproved customer mailings or telephone calls or other activity designed to circumvent the Company's procedures regarding unrepresented accounts, including assignments on a service fee or relationship fee basis, may result in the Company withdrawing its permission to allow the agent to continue to participate in the distribution of unrepresented accounts and, will jeopardize the agent's agency relationship with the company.

## 2.0   Shared/Individual Service Fees

Prior to April 1992, unrepresented policies may have been assigned to an agent or office location on a service fee basis.  The service fees generated from all service fee policies assigned for servicing at the location are combined (Shared Service Fee).  The combined service fee amount is then equally divided among all active agents assigned to that location.

---

[1] The service/relationship fee on North Carolina Facility policies is currently calculated at 10% of the net written premium on the ceded coverages and 3 1/2% of the net written premium on all other coverages.

Pls. Exhibit 3

A service fee policy may be reassigned to another agent or office location (e.g., customer request, customer moved). In cases of agent relocation, the agent's location at the time of the monthly calculation of service fee commission will determine the service fee commission amount.

Prior to April 1, 1992, an agent hired directly into a neighborhood office may have been assigned policies on an individual service fee basis. A policy assigned to an agent hired directly into an office may be reassigned to another agent or location (e.g., customer request, customer moved).

## 3.0   Relationship Fees

Agents who receive unrepresented policies through the unrepresented accounts program do not receive a service fee. A policy assigned to an individual or an office location may be reassigned to another agent or location (e.g., customer request, customer moved.)

# Section 5:    Customer Contact Center (CCC)/Internet Bound Policies

## 1.0   General

There are three access points where new policies and added coverage endorsements may be bound – an agency, the Customer Contact Center (CCC) and the Internet. The terms associated with policies bound in the CCC resulting from direct calls to the CCC or through Allstate.com are Assigned Agency, Designated Agency, Direct Transition, Agency Direct, and Agency Routed.

## 2.0   Assigned Agency

An Assigned Agency is the agency assigned a policy bound by the CCC prior to September 14, 2009 or the Internet as described in Subsection 1.0 in Section 5 of this Chapter. An Assigned Agency will be identified by the agent type 11 followed by the agent's five digit agent number. Commission on a policy assigned in Assigned Agency status will be 2% on the net written premium[1]. Beginning with new business and renewal policies effective and processed on or after October 1, 2004 and subsequent, the commission on policies assigned in Assigned Agency status will be 3.5%.

## 3.0   Designated Agency

A Designated Agency is the agency that captured the policy as described below:

- A policy in Assigned Agency status may be captured by the Assigned Agency by writing a major line as described in Subsection 2.0 in Section 1 of this Chapter. By doing so, the Assigned Agency on the policy becomes the Designated Agency on the policy.

- A policy in Assigned Agency status may be captured by another agency that performs a capturing activity by writing a major line as described in Subsection 2.0 in Section 1 of this Chapter. The agency performing the capturing activity becomes the Designated Agency on the CCC/Internet bound policy at the next renewal. Once the policy is captured, the Assigned Agency will no long receive any commission on the policy.

A Designated Agency will be identified by agent type 22 followed by the agent's five digit agent number. Commission on a policy in Designated Agency status will be 3.5% on the net written premium[2].

---

[1] The commission on North Carolina policies in Assigned Agency status is currently calculated at 10% of the net written premium on coverages ceded to the North Carolina Facility and 2% of the new written premium on all other coverages.

[2] The commission on North Carolina policies in Designated Agency status is currently calculated at 10% of the net written premium on coverages ceded to the North Carolina Facility and 3.5% of the new written premium on all other coverages.

Pls. Exhibit 3

# 4.0   Agency Direct

An Agency Direct policy is a policy bound by the CCC effective September 14, 2009 through January 31, 2013 resulting from a direct call to the CCC and assigned to an agent as a result of a customer request at policy issuance or when an agency is currently represented in the household. Commissions on a policy assigned in Agency Direct status will be 3.5% on the net written premium.

# 5.0   Direct Transition

A Direct Transition policy is a policy bound by the CCC effective February 1, 2013 through July 31, 2019 resulting from a direct call to the CCC or the Internet (Allstate.com).  Policies assigned in Direct Transition status will receive zero percent (0%) new business and full renewal commissions.

# 6.0   Agency Routed

An Agency Routed policy is a policy bound by the CCC with an original policy effective date of August 1, 2019[3] and subsequent resulting from a direct call to the CCC or the Internet (Allstate.com) and assigned to the agency currently represented in the household.  If the household is not currently represented by an agency, the system will assign an agency.   Policies assigned in Agency Routed status will receive zero percent (0%) new business and 3.5% renewal commissions. [4]

For policies with an original policy effective date of August 1, 2019[3] and subsequent, full renewal commissions can be unlocked by the agency that is assigned to the Agency Routed policy by cross-selling a major line as described in Section 6 of this Chapter.

# 7.0   Capturing of CCC/Internet Bound Business in Assigned Agency Status

R3001 Agents can capture policies in Assigned Agency status that were bound by the CCC/Internet by adding a major coverage to the existing CCC/Internet bound policy or writing a major line as described in Subsection 2.0 in Section 1 of this Chapter.  However, an exception is made for like lines situations if there is already agent representation in the like lines other than agent type 11.  In this situation, the agent already represented in the like lines situation will capture the policy.

---

[3] Effective September 1, 2019 and subsequent in Rhode Island and Minnesota.

[4] The commission on North Carolina policies in Agency Routed status is calculated at 10% new business and 10% renewal on coverages ceded to the North Carolina Facility and zero percent (0%) new business and 3.5% renewal on all other coverages not ceded to the North Carolina Facility.

# 8.0   Cancellation of Duplicate Policies Involving the CCC/Internet and Agencies

In instances, when duplicate policies are bound for the same named insured via the CCC/Internet and agency access points, the policy, based on the most recent application date and time on the policy using the RD screen on the mainframe, should be cancelled.  However, a duplicate policy situation does not exist where a CCC/Internet policy coded as an agent type 11 or 22 policy is rejected by Underwriting resulting in the policy being terminated flat and a new policy for the same named insured is subsequently written by another agent.

If a customer contacts an agency to make changes to a policy that was written by the CCC/Internet and the policy is in new business issued not taken status, the agency should refer the customer to the CCC to make any changes. To expedite releasing the policy from this status, the agency should fax the T-docs to the CCC if requested by the customer. The agency may also take payments while a policy is in this status. If an agency writes a new policy while the CCC/Internet policy is in new business issued not taken status, the policy written by the agency will be considered duplicate coverage and the business will revert back to the CCC/Internet. The agency will not be entitled to commission on the policy regardless of whether the policies have different effective dates, or the original policy is cancelled flat by the agency at the same time the new policy is written or at a subsequent date.

If the agency does not follow the Company's process with respect to CCC/Internet business in new business issued not taken status or canceling duplicate policies, and at a later date, it is determined that the agency canceled the CCC/Internet policy even though the system clearly showed that the CCC/Internet policy was bound prior to the agency policy that continues in force, this activity on the part of the agency will jeopardize the agent's agency relationship with the company.

# 9.0   CCC/Internet House Accounts

From October 4, 2004 through January 31, 2013, policies bound in the CCC resulting from direct calls to the CCC or through Allstate.com that were not assigned to agencies were considered CCC house accounts and were coded as agent type 22 and agent number 34000.  Termination Payment (TPP) policies serviced by the CCC were coded as agent type 22 and agent numbers 95001-95005 and were also considered CCC house accounts.  Policies coded as agent type 22/agent number 34000 and agent type 22/agent numbers 95001-95005 are not eligible for capture by writing a new line of insurance, adding a major coverage or as the single agent in the household.

# Section 6:    Unlocking Renewal Commissions on Agency Routed Policies

## 1.0   General

The R3001 Agent who is assigned to an Agency Routed policy can unlock full renewal commissions on Agency Routed policies by cross-selling a major line as described below.[1]

## 2.0   Major Lines

The following are considered Major Lines that can be cross-sold to unlock full renewal commissions on Agency Routed policies.

- Auto (Line 10)
- Indemnity Auto (Line 19)
- Motorcycle/ORV (Line 16)
- Homeowners (Line 70)
- Renters (Line 71)
- Condo (Line 78)
- Boat (Line 90)
- PUP (Line 88)
- Mobilehome (Line 32)
- Allstate Financial Products
- Ivantage Products
  - Homeowners
  - High Value Program
  - Condo
  - Renters
  - Manufactured Home
  - Watercraft
  - PUP
- Northlight products
  - Homeowners
  - Condo

---

[1] If an agency other than the assigned agency cross sells a major line, the assigned agency on the Agency Routed policy will not change and the renewal commissions will not be unlocked.

Case: 1:21-cv-02674 Document #: 1-3 Filed: 05/18/21 Page 168 of 269 PageID #:275

**CHAPTER 4: Unrepresented Policies and**                                      **REVISION DATE: May 1, 2020**
**Customer Contact Center (CCC)/Internet Policies**

The following lines are not to be treated as Major Lines.  Also, full renewal commissions in policies in these lines may not be unlocked.

- Comprehensive Personal Liability (Line 59)
- Landlords (Line 72)
- Theft
- Assigned Risk
- Underwriting Association

# 3.0   Unlocking Procedure

Whenever an R3001 Agent writes a secured new policy in a Major Line and the policy is considered secured business, that agent will receive full renewal commissions in each existing Agency Routed policy belonging to that customer which the agent is assigned to, if and when such Agency Routed policy renews.  In the case of a six-month auto policy, the renewal could be either an Anniversary Renewal or Off-Anniversary renewal.

# 4.0   Unlocking Requirements

The R3001 Agent will receive full renewal commissions only if:

- At least the minimum down payment (as required by written Company rules) is paid for the secured business; and
- The policy is accepted by our Risk Management Department and continues to be acceptable and active for a period of at least 120 days.

# Chapter 5:  Expanded Market Programs

# Section 1:    Ivantage Select Agency, Inc.

## 1.0   General

As provided in Section 1.E. of the R3001 Agreement, the Company may provide prior written approval for the Agent/Agency to solicit, sell or service insurance for any other company, agent, or broker.  As it relates to property and casualty lines of insurance, the Company has delegated its right to provide prior written approval to Ivantage Select Agency, Inc. (Ivantage), an affiliate of Allstate Insurance Company, except as noted below, in Section 3 of this Chapter.  The primary method by which Ivantage grants prior written approval is by listing approved expanded market programs in this Section of the Supplement.  In addition to granting prior written approval to agents, Ivantage acts on behalf of the Company to administer its expanded market programs.

## 2.0   Overview

Ivantage is an independent general agency that brings expanded market capacity to Allstate Exclusive Agencies.

In situations where an Allstate policy is not available to a customer, Ivantage works with outside carriers and general agencies to help provide R3001 agents with access to products that do not compete with Allstate products.

Products include, but are not limited to:

- Homeowners, Dwelling Fire, Vacant Dwelling
- Manufactured Home
- Excess Liability
- High Value Property
- Mexico Travel Insurance
- Residential Earthquake
- Hurricane Wind
- Classic Car
- All-Terrain Vehicle, Off-Road Vehicle
- Motorcycle
- Boat, Classic Boat, Personal Watercraft
- Comprehensive Personal Liability
- Excess Flood
- Mobile Home
- Pet Health
- Commercial
- Event
- Wind

Note that products are not available in all states.

Pls. Exhibit 3

## 3.0   Eligibility

An agent's eligibility to write policies for expanded market business continues only while:

- The agent's agreement with Allstate remains in effect;
- Ivantage has an agreement in effect with expanded market carrier or general agency;
- The agent is properly licensed and/or bonded in the state in accordance with the respective state's regulations;
- The agent has completed any enrollment requirements which may include, but are not limited to, executing another agreement with the third party and/or completing certain education; and
- Ivantage, the carrier, or general agency has not notified (in writing) the agent that he or she is excluded from participating in the sale of expanded market programs.

When an agent indicates a desire not to continue representation of any business, is no longer authorized to participate in the sale of the business, or the customer requests service by another agent, Ivantage reserves the right to assign the policy(ies) to another agent. The original agent will have no further commission interest in the reassigned business.

## 4.0   Commission

When Ivantage processes commissions on behalf of a company listed in Section 2, or when Ivantage is the agent of record and is paying brokering commissions, the active R3001 Agent will be paid based on when an expanded market company pays Ivantage and either upfront (single payment or written premium) or as premiums are collected, and in the month following Ivantage's receipt of commission. Any unearned commission will be netted against the total Allstate commission unless the commission is paid by Ivantage on behalf of an expanded market company. If there are insufficient funds to recover the amount due, the unearned commission balance will be carried forward and recovered from subsequent commissions and bonuses. If final commissions are insufficient to recover the amount due, any outstanding amount becomes due and payable to the Company, which reserves the right to collect such amount.

For expanded market programs where Ivantage does not process or pay commissions, consult with the specific expanded market company for commission details.

The current commissions for Ivantage expanded market programs vary by region, state, program, and line of business.

# Section 2:    Expanded Market Programs

## 1.0   Access General Agency, Inc.

### 1.1   General

Ivantage has granted permission for authorized agents in Connecticut, Massachusetts, and New York to sell personal lines policies through Access General Agency, Inc.

### 1.2   Commission

The current commission is 8% for new business and 8% for renewal business.  For business written with USLI commission is 10% for new business and 10% for renewal business.  For business written with New London County Mutual Insurance Co. and Thames Insurance Company commission is 6% or 9% depending on property distance to the coast.  Commission is paid as premiums are collected.  Commission is paid to the Agent by Access General through Ivantage on the first Wednesday of the month.  Commission amounts are included in the Allstate "Payment Notification" posted on Gateway under the "My Info" tab at least two days prior to the deposit. Ivantage mails a commission statement providing policy detail. This statement is mailed to your office location on file with Allstate.

### 1.3   Ownership of Access General Agency, Inc. Business

The agent has no ownership rights to business written through Access General Agency, Inc.

## 2.0   ACE Agribusiness, LLC (formerly Rain and Hail)

### 2.1   General

Ivantage has granted permission for authorized agents in all states except Alaska, Florida, and Hawaii to sell commercial lines policies through ACE Agribusiness, LLC (formerly Rain and Hail).

### 2.2   Commission

The current commission is 10% for new and renewal Farm and Ranch policies and 8% for new and renewal Commercial Auto and Excess Liability policies. Commission is paid based on written premiums. Commission is paid to the Agent by Ivantage on the 13th business day of the month. Commission amounts are included in the Allstate "Payment Notification" posted on Gateway under the "My Info" tab at least two days prior to the deposit. Ivantage mails a commission statement providing policy detail. This statement is mailed to your office location on file with Allstate.

## 2.3    Ownership of ACE Agribusiness, LLC Business

The agent has no ownership rights to business written through ACE Agribusiness, LLC.

# 3.0    ACE Private Risk Services

## 3.1    General

Ivantage has granted permission for authorized agents in all fifty (50) states and the District of Columbia to sell certain personal lines and workers' compensation policies through ACE Private Risk Services.

## 3.2    Commissions

The current commission is 10% for new business and 7% for renewal business for policies written through ACE Private Risk Services.

## 3.3    Ownership of ACE Private Risk Services Business

The agent has no ownership rights to business written through ACE Private Risk Services.

# 4.0    American Modern Insurance Group

## 4.1    General

Ivantage has granted permission for authorized agents in all states except New Jersey to sell certain personal lines policies through American Modern Insurance Group of companies which may include: American Family Home Insurance Company, American Modern Home Insurance Company, American Modern Lloyds Insurance Company, American Modern Select Insurance Company, American Modern Southern Home Insurance Company, American Modern Western Home Insurance Company, or German American Farm Mutual.

Ivantage has granted permission for authorized agents in all states to sell Site-Built Dwelling Fire coverage through American Modern Insurance Group of companies.

Ivantage has granted permission for authorized agents in Arkansas, Indiana, Illinois, Kentucky, Michigan, Missouri, Mississippi, Ohio, Oregon, Tennessee, Nevada, Utah, and Washington to sell earthquake policies through American Modern Insurance Group companies.

Ivantage has granted permission for authorized agents in all fifty (50) states and the District of Columbia to sell pet health insurance policies through American Modern Insurance Group of companies.

## 4.2    Commission

The current commission is 10% for new business and 10% for renewal business except business written in Fort Bend and Harris County, Texas, where commission is 9% for new business and 9% for renewal business. Commission is paid as premiums are collected.   Commission for this business is paid by Ivantage and included in the agent's monthly Allstate deposit.  On the Allstate Payment Notification reflected in the "My Info" tab on Gateway, a line item of "Exp.Mkts-AMIG" denotes these commissions.  Ivantage mails a commission statement providing the policy detail. This statement is mailed to your office location on file with Allstate.

## 4.3    Ownership of American Modern Insurance Group Insurance Business

The agent has no ownership rights to business written with the American Modern Insurance Group.

# 5.0    AGA Service Company (Allianz)

## 5.1    General

Ivantage granted permission for authorized agents in all states to sell travel insurance policies through Jefferson Insurance Company and BCS Insurance Company.

## 5.2    Commission

The current commission is 15% for Basic policies, 20% for Classic policies, 20% for Classic with Trip Plus policies, 15% for Annual Executive and 15% for Annual Deluxe.   For the Voyage/Voyage Plus which is only available in Washington the commission is 20%.

## 5.3    Ownership of AGA Service Company (Allianz) Business

AGA Service Company (Allianz) retains all ownership rights to business written by the agent.

# 6.0    Appalachian Underwriters, Inc. (GeoVera Specialty Insurance Company)

## 6.1    General

Ivantage granted permission for authorized agents in Alabama[1] to sell personal lines policies through Appalachian Underwriters, Inc. (GeoVera Specialty Insurance Company).  As of June 4, 2015, this program was discontinued.

---

[1] This program is no longer available in South Carolina.

## 6.2    Commission

The current commission is 8% for renewal policies.  Commission is paid as premiums are collected.  Commission is paid to the Agent by Appalachian Underwriters through Ivantage on the first Wednesday of the month.  Commission amounts are included in the Allstate "Payment Notification" posted on Gateway under the "My Info" tab at least two days prior to the deposit. Ivantage mails a commission statement providing policy detail. This statement is mailed to your office location on file with Allstate.

## 6.3    Ownership of Appalachian Underwriters, Inc. (GeoVera Specialty Insurance Company) Business

Appalachian Underwriters, Inc. (GeoVera Specialty Insurance Company) retains all ownership rights to business written by the agent.

# 7.0    Bamboo Ide8 Insurance Services

## 7.1    General

Ivantage has granted permission for authorized agents in California to sell personal lines policies through Bamboo Ide8 Insurance Services.

## 7.2    Commission

For California agents, the current commission for homeowners and dwelling fire policies written through Catlin Insurance Company is 10% for new and 10% for renewal business. For earthquake policies written through Palomar Specialty Insurance Company the current commission is 7% for new and 7% for renewal business commission. Commissions are paid as premiums are collected.

## 7.3    Ownership of Bamboo Ide8 Insurance Services

The agent has no ownership rights to business written with Bamboo Ide8 Insurance Services.

# 8.0    Braishfield Associates, Inc.

## 8.1    General

Ivantage has granted permission for authorized agents in Arizona, Florida, Hawaii, Idaho, Illinois, Indiana, Iowa, Louisiana, Maine, Massachusetts, Michigan, Minnesota, Mississippi, New Hampshire, New Jersey, North Carolina, Ohio, Oregon, Rhode Island, Texas, Utah, Vermont, Washington, and Wisconsin to sell personal lines policies through Braishfield Associates, Inc. Ivantage has granted permissions for authorized agents in all 50 states plus the District of Columbia to sell certain commercial lines policies through Braishfield Associates, Inc.

## 8.2    Commission

For Florida agents, the current commission for policies written through GeoVera Specialty Insurance Company is 8% for new and 8% for renewal business. For policies written through Seaworthy Insurance Company the current commission is 8% for new and 8% for renewal business classified as "yacht", 5% for new and 5% for renewal business classified as "charter boat", 3% for new and 3% for renewal business classified as "pleasure boat". For all other carriers and for all other lines of business the current commission is 8% new and 8% renewal business. Commissions are paid as premiums are collected.

For Texas agents, the current commission for policies written through Seaworthy Insurance Company is 8% for new and 8% for renewal business classified as "yacht", 5% for new and 5% for renewal business classified as "charter boat", 3% for new and 3% for renewal business classified as "pleasure boat". For all other carriers and for all other lines of business the current commission is 8% new and 8% renewal business. Commissions are paid as premiums are collected.

For agents in Arizona, Hawaii, Idaho, Illinois, Indiana, Iowa, Louisiana, Maine, Massachusetts, Michigan, Minnesota, Mississippi, New Hampshire, New Jersey, North Carolina, Ohio, Oregon, Rhode Island, Utah, Vermont, Washington and Wisconsin, the current commission for policies written through Seaworthy Insurance Company is 8% for new and 8% of renewal business classified as "yacht", 5% for new and 5% for renewal business classified as "charter boat", and 3% for new and 3% for renewal business classified as "pleasure boat". For all other carriers and for all other lines of business the current commission is 8% new and 8% renewal business. Commissions are paid as premiums are collected.

Commission for business placed with GeoVera Specialty Insurance Company in this program is paid to the Agency by Braishfield through Ivantage on the first Wednesday of the month. Commission amounts are included in the Allstate "Payment Notification" posted on Gateway under the "My Info" tab at least two days prior to the deposit. Ivantage mails a commission statement providing policy detail. This statement is mailed to your office location on file with Allstate.

Commissions for all business placed through carriers other than GeoVera Specialty Insurance Company are paid directly to the Agency by Braishfield Associates.

For commercial business, commissions vary based upon product.

## 8.3    Ownership of Braishfield Associates, Inc. Business

The agent has no ownership rights to business written with Braishfield Associates, Inc. companies.

# 9.0   Cabrillo Coastal General Insurance Agency, Inc.

## 9.1   General

Ivantage has granted permission for authorized agents in Florida, New Jersey, and New York to sell certain personal lines policies through Cabrillo Coastal General Insurance Agency, Inc.

## 9.2   Commission

For New York agents, commission is paid to the agent by Ivantage and included in the agent's monthly Allstate deposit.   The current commission for policies written through Imperium Insurance Company is 9% for new and 9% for renewal business.   For policies written through Sterling Insurance Company, outside of Suffolk County, New York, the current commission is 10% for new and 10% for renewal business.   For new and renewal business written through Sterling Insurance Company in Suffolk County, New York, the commission is 8% for new and 8% for renewal business.   Refer to your Cabrillo Coastal General Insurance Agency, Inc. Producer Agreement for commission details.

For New Jersey agents, commission is paid to the agent by Ivantage and included in the agent's monthly Allstate deposit. For dwelling fire and homeowners policies, the current commission rate is 9% for new business and 9% for renewal business.

For Florida agents, commission is paid to the agent directly from Cabrillo Coastal General Insurance Agency, Inc.  Refer to your Cabrillo Coastal General Insurance Agency, Inc. Producer Agreement for commission details.

## 9.3   Ownership of Cabrillo Coastal General Insurance Agency, Inc. Business

New York and New Jersey agents have no ownership rights to business written with Cabrillo Coastal General Insurance Agency business.

Florida agents should refer to their producer agreement with Cabrillo Coastal General Insurance Agency, Inc. for specific details.

## 9.4   Termination

In Florida, the agent must contact the Florida Region and Cabrillo General Insurance regarding their intent to terminate as an Allstate Agent.

# 10.0 Chubb Group of Insurance Companies

## 10.1  General

Ivantage has granted permission for authorized agents to sell personal lines policies through Ivantage with Chubb Group of Insurance Companies.  This program is not currently available in Alaska, Hawaii, Iowa, Michigan, Nebraska, North Carolina, North Dakota and South Dakota.

## 10.2  Commission

The current commission for Chubb Group of Insurance Companies varies by state and product line.  Commission is paid as premiums are collected.   Commission for this business is paid by Ivantage and included in the agent's monthly Allstate deposit.   On the Allstate Payment Notification reflected in the "My Info" tab on Gateway, a line item of "Exp.Mkts-Chubb" denotes these commissions.  Ivantage mails out a commission statement providing the policy detail.  This statement is mailed to your office location on file with Allstate.

| Product | Commission | States |
|---|---|---|
| Homeowners & SPP | 10% new; 7% renewal | All states except Florida |
| Homeowners & SPP | 4.5% new; 4.5% renewal | Florida |
| Excess Liability & PUP | 6.75% new; 5.4% renewal | All states |
| Earthquake | 4.5% new; 4.5% renewal | All states |
| Watercraft | 6.75% new; 5.4% renewal | All states |
| Worker's Compensation | 4.5% new; 4.5% renewal | All states |
| Classic Car | 6.75% new; 5.4% renewal | All states |

## 10.3  Ownership of Chubb Group of Insurance Companies Business

The agent has no ownership rights to business written with Chubb Group of Insurance Companies.

# 11.0 SageSure Insurance Managers (formerly Coastal Risk Underwriters/Insight) (Occidental Fire and Casualty)

## 11.1  General

Ivantage has granted permission for authorized agents in California[2], Louisiana, Virginia, New York and South Carolina to sell personal lines policies through SageSure Insurance Managers.

## 11.2  Commission

For California agents, the current commission is 10% for new and 10% for renewal business. Commission is paid as premiums are collected.

---

[2] California agents are only authorized to sell Homeowners policies.

For Louisiana agents, the current commission is 10% for new and 10% for renewal business on the non-hurricane portion of the premium. The current commission is 6% for new and 6% for renewal business on the hurricane portion of the premium.

For Virginia agents, the current commission is 10% for new and 10% for renewal business. Commission is paid as premiums are collected.

For New York agents, the current commission is 10% for new and 10% for renewal business. Commission is paid as premiums are collected.

For South Carolina agents, the current commission is 8% for new and 8% for renewal business written. Commission is paid as premiums are collected.

Commission is paid to the agent by SageSure Insurance Managers through Ivantage on the first Wednesday of the month. Commission amounts are included in the Allstate "Payment Notification" posted on Gateway under the "My Info" tab at least two days prior to the deposit. Ivantage mails a commission statement providing policy detail. This statement is mailed to your office location on file with Allstate.

## 11.3  Ownership of SageSure Insurance Managers Business

SageSure Insurance Managers retains all ownership rights to business written by the agent.

# 12.0 Federated National Underwriters, Inc.

## 12.1  General

Ivantage has granted permission for authorized agents in Florida to sell Homeowners, Dwelling Fire, Condominium, Renters, and Commercial General Liability coverage through Ivantage with Federated National Underwriters, Inc.

## 12.2  Commission

The current commission is 8% for new premium and 8% for renewal premium on Homeowners, Dwelling Fire, Condominium, and Renters for the first twenty-five (25) policies written. Commissions shall be 10% for new premium and 10% for renewal premium on policies written thereafter.

The current commission is 15% for new premium and 15% for renewal premium on Commercial General Liability policies.

Commission is paid as premiums are collected. Commission is paid to the Agent by Federated National Underwriters, Inc. on the 5th business day of the month.

## 12.3  Ownership of Federated National Underwriters, Inc. Business

The agent has no ownership rights to business written with Federated National Underwriters, Inc.

# 13.0 Fireman's Fund Insurance Company

## 13.1  General

Ivantage granted permission for authorized agents to sell personal lines policies through Ivantage with Fireman's Fund Insurance Company.  As of April 1, 2015, this program was discontinued.  Current Fireman's Fund customers may receive an offer of coverage from ACE Private Risk Services, subject to ACE underwriting determination.

## 13.2  Commission

The current commission for Fireman's Fund policies varies by state and product line.  Commissions are generated by Fireman's Fund upon receipt of first sufficient premium payment, defined as at least 90% of the minimum amount due.  Commission for this business is paid by Ivantage and included in the agent's monthly Allstate deposit.  On the Allstate Payment Notification reflected in the "My Info" tab on Gateway, a line item of "Exp.Mkts-Firemans Fund" denotes these commissions.  Ivantage mails out a commission statement providing the policy detail.  This statement is mailed to your office location on file with Allstate.

Policies with multiple lines of coverage will have the commission weighted.  Fireman's Fund calculates the commission "weighing" by taking into account the proportional relevance of each commissionable component of the policy (homeowners, valuable articles, umbrella, earthquake, workers' compensation) rather than treating each component equally.

For example, the commission on an account that includes a $5,049 home and contents policy that pays 10% commission and a $1,000 workers' compensation policy that pays 0.5% commission would be paid out using a weighted commission rate of 8.4%.

| Product | Commission | Notes |
| --- | --- | --- |
| Prestige Homeowners | 7% renewal | In CA only: 9% new; 7% renewal |
| Standard Homeowner | 6% renewal | Available only on an exception basis |
| Valuable Articles | 7% renewal | Commission may vary if written as stand-alone policy |
| Excess Liability | 5.4% renewal | In AZ, CA, CO, NV, NM, OR, UT, WA, and WY: 6.75% new; 4.5% renewal |
| Earthquake | 2% renewal | |
| Classic Car | 5.4% renewal | |
| Watercraft | 5.4% renewal | |

| Product | Commission | Notes |
|---|---|---|
| Dwelling Fire | 4.5% renewal | Available only on an exception basis. In NH: 6.75% new; 5.5% renewal |
| Worker's Comp | 2% renewal | |

## 13.3  Ownership of Fireman's Fund Insurance Company Business

The agent has no ownership rights to business written with Fireman's Fund Insurance Company.

# 14.0 FirstComp Workers' Compensation

## 14.1  General

Ivantage has granted permission for authorized agents to sell Workers' Compensation policies through Ivantage with FirstComp. This program is not available in Arizona, District of Columbia, Georgia, Idaho, Illinois, Kentucky, Maine, Massachusetts, Montana, New Jersey, New York, North Dakota, Ohio, Oregon, Utah, Washington, Wisconsin, and Wyoming.

## 14.2  Commission

Commission rates for FirstComp policies are as follows:

| Agent Tiers | Commission % New and Renewal |
|---|---|
| Top Commercial Producers | 9% |
| Commercially Certified | 8% |
| All other agents | 7% |

Commission is paid as premiums are collected. Commission for business placed in this program is paid by Ivantage and included in the agent's monthly Allstate deposit on the 13th business day of the month. Refer to the "My Info" tab on Gateway for your Allstate Payment Notification. Commissions paid by Ivantage are reflected in the line item, "Ivantage Exp. Markets."

Commission for FirstComp policies issued as the result of a lead forwarded to the Business Insurance Center (BIC) will be split between the agent and Ivantage for services rendered by the BIC on behalf of Ivantage. The agent's share of the annual commission for the life of the policy is as follows:

| Agent Tiers | Commission % to the Agent | Commission % to ISA for services rendered by the BIC |
|---|---|---|
| Top Commercial Producers | 4.5% | 4.5% |
| Commercially Certified | 4% | 5% |
| All other agents | 3.5% | 5.5% |

## 14.3  Ownership of FirstComp Business

The agent has no ownership rights to business written with FirstComp.

# 15.0 Florida Peninsula Managers (Florida Peninsula Insurance Company)

## 15.1  General

Ivantage has granted permission for authorized agents in Florida to sell Homeowners, Condominium, and Renters policies through Florida Peninsula Managers (Florida Peninsula Insurance Company).

## 15.2  Commission

Agents should refer to their producer agreement with Florida Peninsula Managers (Florida Peninsula Insurance Company) for commission details.

## 15.3  Ownership of Florida Peninsula Managers (Florida Peninsula Insurance Company) Business

Agents should refer to their producer agreement with Florida Peninsula Managers (Florida Peninsula Insurance Company).

## 15.4  Termination

The agent must provide written notification to the Florida Region and Florida Peninsula Managers of their intent to terminate as an Allstate Agent.

# 16.0 Foremost Insurance Company

## 16.1  General

Ivantage granted permission for authorized agents in Michigan and Texas to sell personal lines policies through Foremost Insurance Company.  As of September 27, 2007, this program was discontinued.

## 16.2  Commission

For Texas agents, the current commission is 10% renewal and is paid by Foremost Insurance Company through Ivantage on the first Wednesday of the month.  Commission amounts are included in the Allstate "Payment Notification" posted on Gateway under the "My Info" tab at least two days prior to the deposit.  Ivantage mails a commission statement providing the policy detail.  This statement is mailed to your office location on file with Allstate.

For Michigan agents, the current commission is 10% renewal and is paid directly by Foremost Insurance Company.

## 16.3  Ownership of Foremost Insurance Business

Foremost Insurance retains all ownership rights to business written by the agent.

# 17.0 G.A. Mavon and Company (Mavon) formerly Performance Trust Insurance Group

## 17.1  General

Ivantage has granted permission for authorized agents in Illinois, Indiana, Michigan, Missouri, and Ohio to sell earthquake policies through Mavon.

## 17.2  Commission

The current commission is 8% for new and 8% for renewal business.  Commission is paid as premiums are collected.  Commission for this business is paid by Ivantage on the first Wednesday of the month.  Commission amounts are included in the Allstate "Payment Notification" posted on Gateway under the "My Info" tab at least two days prior to the deposit.  Ivantage mails a commission statement providing the policy detail.  This statement is mailed to your office location on file with Allstate.

## 17.3  Ownership of G.A. Mavon and Company Business

The agent has no ownership rights to business written with Mavon.

# 18.0 GeoVera Insurance Company

## 18.1  General

Ivantage has granted permission for authorized agents in Washington and Oregon to sell earthquake policies through GeoVera Insurance Company.  Ivantage has also granted permission for authorized agents in California to sell earthquake policies through GeoVera Insurance Company and Coastal Select Insurance Company. Ivantage has also granted permission for agents authorized to write policies in Hawaii to sell residential hurricane policies.  Please note that for California, this program is only for customers who have a homeowners policy through the Ivantage Expanded Market Program.  Allstate Insurance Company prohibits an agent from writing a GeoVera Insurance Company earthquake policy to a customer with an Allstate property policy.

## 18.2  Commission

For California agents, the current commission is 7% for new and 7% for renewal business. Commissions are paid as premiums are collected. Commission for this business is paid by Ivantage and included in the agent's monthly Allstate deposit.  On the Allstate Payment Notification reflected in the "My Info" tab on Gateway, a line item of ExpMkts-Geovera denotes these commissions. Ivantage mails a commission statement providing the policy detail.  This statement is mailed to the Agency office location on file with Allstate.

For Washington and Oregon agents, the current commission is 8% for new and 8% for renewal business.  Commission is paid as premiums are collected.   Commission for this business is paid by Ivantage and included in the agent's monthly Allstate deposit.  On the Allstate Payment Notification reflected in the "My Info" tab on Gateway, a line item of "Exp.Mkts-Geovera" denotes these commissions.  Ivantage mails a commission statement providing the policy detail. This statement is mailed to your office location on file with Allstate.

For Hawaii agents, the current commission is 10% for new and 10% for renewal business of hurricane policies written for single wall construction residences. For hurricane policies written for all other construction types, the current commission is 15% for new and 15% for renewal business. Commissions are paid as premiums are collected. Commission for this business is paid by Ivantage and included in the agent's monthly Allstate deposit.  On the Allstate Payment Notification reflected in the "My Info" tab on Gateway, a line item of ExpMkts-Geovera denotes these commissions. Ivantage mails a commission statement providing the policy detail.  This statement is mailed to the Agency office location on file with Allstate.

## 18.3  Ownership of GeoVera Insurance Company Business

The agent has no ownership rights to business written with GeoVera Insurance Company.

# 19.0 Griffin Underwriting Services

## 19.1  General

Ivantage has granted permission for authorized agents in Alaska, Oklahoma, Oregon, Texas, Utah, and Washington to sell earthquake policies through Griffin Underwriting Services.

Ivantage has granted permission for authorized agents in all fifty (50) states and the District of Columbia, excluding West Virginia and Louisiana, to sell homeowners, personal umbrella policies, excess auto liability, excess comprehensive personal liability, condo unit owners, home business liability, comprehensive personal liability, and dwelling fire policies through Griffin Underwriting Services.

Ivantage has granted permission for authorized agents in all fifty (50) states and the District of Columbia, excluding West Virginia and Louisiana, to sell certain commercial lines products through Griffin Underwriting Services.

## 19.2  Commission

For personal umbrella policies, excess auto liability, excess comprehensive personal liability, condo unit owners, home business liability, comprehensive personal liability, earthquake and dwelling fire, the commission rate is 8% for new and 8% for renewal business in all states.

For commercial lines commissions vary by product and state.

Commission is paid as premiums are collected.  Commission is paid to the agent by Griffin through Ivantage on the first Wednesday of the month.  Commission amounts are included in the Allstate "Payment Notification" posted on Gateway under the "My Info" tab at least two days prior to the deposit.  Ivantage mails out a commission statement providing the policy detail.  This statement is mailed to your office location on file with Allstate.

## 19.3  Ownership of Griffin Underwriting Services Business

Griffin Underwriting Services retains all ownership rights to business written by the agent.

# 20.0 Hagerty Insurance

## 20.1  General

Ivantage has granted permission for authorized agents to sell classic boat and classic car polices through Hagerty Insurance.

## 20.2  Commission

The current commission for classic boat and classic car business is 10% for all new and renewal business.  Commission is paid to the agent directly from Hagerty.

## 20.3  Ownership of Hagerty Business

The agent has no ownership rights to business written with Hagerty Insurance.

# 21.0 Homeowners Choice Property and Casualty (Policies assumed from HomeWise Management Company)

## 21.1  General

Ivantage has granted permission for authorized agents in Florida to service personal lines policies from HomeWise Management Company, assumed by Homeowners Choice Property and Casualty. This is a service only contract and agents are only allowed to renew existing policies.

## 21.2  Commission

Renewal business commissions will be paid as follows:

8% of premium for HomeWise homeowners multi-peril and dwelling fire policies and such policies renewed as Homeowners Choice policies in all counties except Broward, Collier, Hillsborough, Indian River, Lee, Martin, Miami-Dade, Monroe, Palm Beach, Pinellas and St. Lucie.

6% of premium for HomeWise homeowners multi-peril and dwelling fire policies and such policies renewed as Homeowners Choice policies in Broward, Collier, Hillsborough, Indian River, Lee, Martin, Miami-Dade, Monroe, Palm Beach, Pinellas and St. Lucie counties.

## 21.3  Ownership of HomeWise Insurance Group Business

Homeowners Choice Property and Casualty is the owner of expirations. Agents must retain at least 75% of the book assumed from HomeWise in order to keep the rights to service the book. For additional details, agents should refer to their producer agreement.

## 21.4  Termination

The agent must provide written notification to Ivantage and Homeowners Choice of their intent to terminate as an Allstate Agent.

# 22.0 Homesite Insurance Company

## 22.1  General

Ivantage has granted permission for authorized agents in California, Connecticut and Massachusetts to sell homeowners policies through Homesite Insurance Company. California agents are also permitted to offer earthquake coverage through Homesite Insurance Company of California; earthquake coverage shall be written by the California Earthquake Authority.

## 22.2  Commissions

The current commission for business produced outside the State of California is 8% for new and 8% for renewal business. For Homeowners business placed in the State of California, the commission rate is 10% for new business and 10% for renewal business. For Earthquake business written in the State of California, Agents will receive $30 for each new policy written.

## 22.3  Ownership of Homesite Insurance Company Business

The Agent has no ownership rights to the business written with Homesite Insurance Company.

# 23.0 ICAT Managers, LLC

## 23.1  General

Ivantage has granted permission for authorized agents in Hawaii to sell wind policies through ICAT.

## 23.2  Commission

The current commission is 9% for new and 9% for renewal business.  ICAT pays the agent directly.

## 23.3  Ownership of ICAT Managers, LLC Business

ICAT Managers retains all ownership rights to business written by the agent.

# 24.0 Jewelry Insurance Brokerage of North America, Inc. (JIBNA) (State National)

## 24.1 General

Ivantage has granted permission for authorized agents in Florida to sell personal lines policies through JIBNA (State National).

## 24.2 Commission

Refer to your producer agreement with JIBNA (State National) for commission details.

## 24.3 Ownership of JIBNA Insurance Business

Refer to your producer agreement with JIBNA (State National).

## 24.4 Termination

The agent must provide written notification to the Florida Region and JIBNA of their intent to terminate as an Allstate Agent.

# 25.0 Burns & Wilcox

## 25.1 General

Ivantage has granted permission for authorized and participating agents in all fifty (50) states and the District of Columbia to sell certain personal lines and commercial polices, for risks not covered by Allstate, through Burns & Wilcox (formerly operating as The Kimbrell Company).

## 25.2 Eligibility

Participation in this program is subject to the following:

- the agent must repay any unearned commission to Burns & Wilcox in a timely manner,
- the agent must complete a training/orientation program conducted by Burns & Wilcox,
- the agent must obtain and maintain the applicable Broker's License and Broker's bond in South Carolina and New York,
- the agent must not represent that any policy issued through Burns & Wilcox is in any way sponsored, endorsed, or underwritten by Allstate or any of its subsidiaries,
- the agent must sign a producer agreement with Burns & Wilcox relating to Homeowner's business, and
- such other criteria as Ivantage may adopt from time to time.

Pls. Exhibit 3

In addition, the Company at its sole discretion may exclude any agent from participating in this program.

## 25.3  Commission

For personal lines, 6% of new premium and 6% of renewal premium on policies written on the following products:

- Aspen Specialty Insurance Company – Earthquake
- Atlantic Specialty Insurance Company – Commercial Marine
- Lloyds (Wells Fargo) – Excess Flood, Wind Deductible Buy-Back
- Markel American Insurance Company – Commercial Marine, Watercraft (FL only)

For all other personal lines policies which are not designated above, the commission rate is 8% of new premium and 8% of renewal premium.

For commercial lines, commissions vary by product and state.
Commission will be paid directly to the agent as an independent contractor by Burns & Wilcox.

## 25.4  Ownership of Burns & Wilcox Business

The agent has no ownership rights for business written through Burns & Wilcox.  When an agent indicates a desire not to continue representation of any homeowner business, or is no longer authorized to participate in the sale of the business, or the customer requests service by another agent, Ivantage reserves the right to assign the policy(ies) to another agent.  The original agent will have no further commission interest in this reassigned business.

# 26.0 MAPFRE (Mexico Tourist Auto Insurance)

## 26.1  General

Ivantage has granted permission to enrolled agents in Arizona, Arkansas, California, Illinois, Nevada and Texas to sell Mexico Tourist Auto Insurance through MAPFRE.  This program provides agents with the opportunity to sell temporary vehicle insurance to individuals who are traveling to Mexico.  The customer may have a driver's license from any country in the world, and the vehicle may be registered in any country in the world except Mexico. This product can be sold to Allstate customers, as well as non-Allstate consumers.

## 26.2  Commission

The current commission is 30% of the net written premium less any taxes and fees.  Commission is paid on written premium.  Commission for this business is paid by Ivantage on the first Wednesday of the month.  Commission amounts are included in the Allstate "Payment Notification" posted on Gateway under the "My Info" tab at least two days prior to the deposit.

Ivantage mails a commission statement providing policy detail.  This statement is mailed to your office location on record with Allstate.

## 26.3  Ownership of Mexico Tourist Auto Insurance Business

MAPFRE Tepeyac retains all ownership rights to business written by the agent.

# 27.0 Markel American Insurance Agency, Inc.

## 27.1  General

Ivantage has granted permission to enrolled agents in all fifty (50) states and the District of Columbia to sell cyclist, event liability, and event cancellation insurance through Markel American Insurance Agency, Inc.

## 27.2  Commission

The commission rate for Markel products is 10% for new business and 10% for renewal business.

## 27.3 Ownership of Markel American Insurance Agency, Inc. Business

The agent has no ownership rights to business produced through Markel American Insurance Agency, Inc.

# 28.0 McGraw Insurance Services (Pacific Specialty)

## 28.1  General

Ivantage has granted permission for authorized and participating agents to sell personal lines insurance across the country through Pacific Specialty Insurance Company (PSIC) and Pacific Specialty Property and Casualty.  Both are affiliates of the McGraw Group.

## 28.2  Commission

Commission for these products varies by state.  Commission is paid by McGraw Insurance Services directly to the Agent.

## 28.3  Ownership of McGraw Business

Refer to your producer agreement with McGraw Insurance Services.

# 29.0 National Interstate Insurance Company

## 29.1  General

Ivantage granted permission for authorized agents in Alabama, Arizona, California, Georgia, Illinois, Missouri, Ohio, Pennsylvania, South Carolina, Tennessee, Texas, and Virginia to sell commercial policies through Ivantage with National Interstate Insurance Company. As of October 1, 2013, this program was discontinued.

## 29.2  Commission

The commission rate for National Interstate policies is 9% of renewal premium written.

Commission is paid as premiums are collected. Commission for business placed in this program is paid by Ivantage and included in the Agent's monthly Allstate deposit on the 13th business day of the month. Refer to the "My Info" tab on Gateway for your Allstate Payment Notification. Commissions paid by Ivantage are reflected in the line item, "Ivantage Exp. Markets".

## 29.3  Ownership of National Interstate Business

The Agent has no ownership rights to business written with National Interstate.

# 30.0 NWC Insurance Services (NWC) through RIC Insurance General Agency

## 30.1  General

Ivantage has granted permission for authorized agents to sell personal umbrella policies in Alaska and Louisiana through NWC.  Ivantage has granted permission for authorized agents to sell commercial lines policies throughout the country through NWC.

## 30.2  Commission

For personal lines for Alaska agents, the current commission is 10% for new and 8% for renewal business.  For Louisiana agents, the current commission is 10% for new and 8% for renewal business.  For commercial lines, commissions vary by product and state.

For commercial lines, commission for policies issued through NWC as the result of a lead forwarded to the Business Insurance Center (BIC) will be split between the agent and Ivantage for services rendered by the BIC on behalf of Ivantage. The agent's share of the annual commission for the life of the policy is as follows:

**CEM POLICIES SOLD THROUGH THE BIC**

| Line of Business | Agent's share of Annual Commission of the Policy (Split Percentage) |
|---|---|
| **Businessowners Policy** | 50% |
| **General Liability** | 20% |
| **Professional Liability** | 20% |
| **Workers Compensation** | 50% |
| **All Other** | 50% |

# 30.3  Ownership of NWC Business

The agent has no ownership rights to business written through NWC.

# 31.0 Northeast Agencies, Inc.

## 31.1  General

Ivantage has granted permission for authorized agents in Alabama, California, Connecticut, Delaware, Florida, Maryland, Massachusetts, New York, New Jersey, South Carolina, Texas, Virginia, West Virginia, and the District of Columbia to sell personal lines policies through Northeast Agencies

## 31.2  Commission

Commission varies by product and state. Agents should contact Northeast Agencies for specific commission rates. Commission is paid as premiums are collected.   Commission is paid to the agent by Northeast Agencies through Ivantage on the first Wednesday of the month.  Commission amounts are included in the Allstate "Payment Notification" posted on Gateway under the "My Info" tab at least two days prior to the deposit.  Ivantage mails a commission statement providing policy detail. This statement is mailed to your office location on file with Allstate.

## 31.3  Ownership of Northeast Agencies Business

Northeast Agencies retains all ownership rights to business written by the agent.

# 32.0 St. James Insurance Group, Inc.

## 32.1 General

Ivantage has granted permission for authorized agents in Florida to sell personal lines policies through St. James Insurance Group, Inc.

## 32.2 Commission

Agents should refer to their producer agreement with St. James Insurance Group, Inc. for commission details.

## 32.3 Ownership of St. James Insurance Group, Inc. Business

Agents should refer to their producer agreement with St. James Insurance Group, Inc. for details on ownership of business.

## 32.4 Termination

The agent must provide written notification to the Florida Region and St. James Insurance Group of their intent to terminate as an Allstate Agent.

# 33.0 Security First Managers, LLC

## 33.1 General

Ivantage has granted permission for authorized agents in Florida to sell personal lines policies through Security First Managers, LLC.

## 33.2 Commission

Agents should refer to their producer agreement with Security First Managers, LLC for commission details.

## 33.3 Ownership of Security First Managers, LLC Business

Agents should refer to their producer agreement with Security First Managers, LLC for details on ownership of expirations.

## 33.4 Termination

The agent must provide written notification to Ivantage and Security First Managers, LLC of their intent to terminate as an Allstate Agent.

# 34.0 Service First Insurance Group and Cypress Property & Casualty Insurance Company

## 34.1  General

Ivantage has granted permission for authorized agents in Florida to sell Homeowners, Condominium, Dwelling Fire, and Renters policies through Service First Insurance Group and Cypress Property & Casualty Insurance Company.

Ivantage has granted permission for authorized agents in Texas to sell Homeowners, Condominium and Renters policies through Service First Insurance Group and Cypress Property & Casualty Insurance Company in the following Texas counties: Bee, Brooks, Fort Bend, Goliad, Hidalgo, Hardin, Harris, Jackson, Jim Wells, Liberty, Live Oak, Orange, Victoria and Wharton.

## 34.2  Commission

Refer to your producer agreement with Service First Insurance Group and Cypress Property and Casualty Insurance Company.

## 34.3  Ownership of Service First Insurance Group and Cypress Property & Casualty Insurance Company Business

Agents should refer to their producer agreement with Service First Insurance Group and Cypress Property & Casualty Insurance Company for details on ownership of the business.

## 34.4  Termination

The agent must provide written notification to Ivantage and Service First Insurance Group and Cypress Property and Casualty Insurance Company of their intent to terminate as an Allstate Agent.

# 35.0 Sterling and Sterling, Inc. (Fidelity and Deposit Co. of Maryland (Zurich) and Tri-State Consumer Insurance)

## 35.1  General

Ivantage has granted permission for authorized agents in New York to sell personal lines policies through Sterling and Sterling, Inc.

## 35.2  Commission

Commission is paid as premiums are collected.   Commission is paid to the agent by Sterling through Ivantage on the first Wednesday of the month.  Commission amounts are included in the Allstate "Payment Notification" posted on Gateway under the "My Info" tab at least two days prior to the deposit.  Ivantage mails a commission statement providing policy detail. This statement is mailed to your office location on file with Allstate.

| Product | Commission | State(s) | Carrier |
|---|---|---|---|
| Homeowners | 10% new<br>10% renewal | New York | Fidelity and Deposit Company of Maryland (Zurich) |
| Homeowners, CPL, DP, Manufactured Home, Umbrella, Scheduled Property (high value) | 8% new<br>8% renewal | New York | Tri-State Consumer Insurance |

## 35.3  Ownership of Sterling and Sterling, Inc. Business

Sterling and Sterling Inc. retains all ownership rights to business written by the agent.

# 36.0 Tower Hill Insurance Group (Tower Hill) formerly Royal Palm Insurance Company

## 36.1  General

Ivantage has granted permission for authorized agents in Florida to sell Homeowners, Condominium, Dwelling Fire, and Renters policies through Tower Hill Insurance Group companies.

## 36.2  Commission

Agents should refer to their producer agreement with Tower Hill for commission details.

## 36.3  Ownership of Tower Hill Signature Insurance Company Business

Agents should refer to their producer agreement with Tower Hill for details on the ownership of the business.

## 36.4  Termination

The agent must provide written notification to the Florida Region, Ivantage, and Tower Hill of their intent to terminate as an Allstate Agent.

# 37.0  United Property and Casualty Insurance Company

## 37.1  General

Ivantage has granted permission for authorized agents in Florida to sell Homeowners, Condominium, Dwelling Fire, and Renters policies through United Property and Casualty Insurance Company.

## 37.2  Commission

Refer to your producer agreement with United Property and Casualty Insurance Company for commission details.

## 37.3  Ownership of United Insurance Business

Refer to your producer agreement with United Property and Casualty Insurance Company for ownership of business.

## 37.4  Termination

The agent must provide written notification to the Florida Region, Ivantage, and United Property and Casualty Insurance Company of their intent to terminate as an Allstate Agent.

# 38.0  Universal Group

## 38.1  General

Ivantage has granted permission for authorized agents to sell personal lines policies through Universal Group (Universal Insurance Managers, Inc.).

## 38.2  Commission

Commission is paid as collected.  Commission for FL business is paid directly to the agent by Universal.  Otherwise, commission for this business is paid by Ivantage and included in the agent's monthly Allstate deposit.  On the Allstate Payment Notification reflected in the "My Info" tab on Gateway, a line item of "ExpMkts-Universal" denotes these commissions.  Ivantage mails a commission statement providing the policy detail.  This statement is mailed to your office location on file with Allstate.

Pls. Exhibit 3

For Florida agents, refer to your agreement with Universal Insurance Managers, Inc.

| State(s) | Product | Commission % (new/renewal) |
|---|---|---|
| CA, DE, HI, MD, TX, VA | All personal lines products available | 10/10 |
| NJ | Homeowners and Condo | 9/9 |
| NC | Homeowners | 10/10 for policy prefixes: NCAH, NCAL, NCUL 7/7 for policy prefixes: NCUH |
| NC | Dwelling Fire | 10/10 |

## 38.3  Ownership of Universal Group Business

In all states except Florida, the agent has no ownership rights to business written with Universal Group.

For Florida agents, refer to your Universal agreement.

## 38.4  Termination

Florida agents must provide written notification to the Florida Region and Universal of their intent to terminate as an Allstate Agent. All other Agents should notify Ivantage and Universal.

# 39.0  Wellington Risk Insurance Agency (formerly known as Frontier General)

## 39.1  General

Ivantage has granted permission for authorized agents in Texas to sell personal lines policies through Wellington Risk Insurance Agency (Wellington), formerly known as Frontier General Insurance Agency, Inc.

## 39.2  Commission

The current commission is 10% for new and 10% for renewal business. Commission is paid on written premium.   Commission is paid to the agent by Wellington through Ivantage on the first Wednesday of the month.   Commission amounts are included in the Allstate "Payment Notification" posted on Gateway under the "My Info" tab at least two days prior to the deposit. Ivantage mails a commission statement providing policy detail. This statement is mailed to your office location on file with Allstate.

## 39.3  Ownership of Wellington Risk Insurance Agency Business

The agent has no ownership rights to business written through Wellington Risk Insurance Agency.

Pls. Exhibit 3

# 40.0 Zephyr Insurance Company, Inc.

## 40.1  General

Ivantage has granted permission for authorized agents in Hawaii to sell wind policies through Zephyr Insurance Company, Inc.

## 40.2  Commission

The current commission for Zephyr Insurance Company, Inc. is 9% new and renewal for all business of single wall, frame construction.  The current commission for Zephyr Insurance Company, Inc. is 15% new and renewal for all business other than single wall, frame construction. Commission is paid to the Agent directly from Zephyr.

## 40.3  Ownership of Zephyr Insurance Company, Inc. Business

Zephyr Insurance Company Inc. retains all ownership rights to business written by the agent.

# Section 3:    Allstate Administered Expanded Market Programs

## 1.0   Global Marine Insurance Agency, Inc.

### 1.1   General

Allstate has granted permission for authorized and participating Florida and Michigan agents to sell boat and yacht coverage through Global Marine Insurance Agency, Inc.

### 1.2   Commission

Refer to your producer agreement with Global Marine Insurance Agency, Inc.

### 1.3   Ownership of Global Marine Insurance Agency, Inc. Business

Refer to your producer agreement with Global Marine Insurance Agency, Inc.

### 1.4   Termination

The Agent must provide written notification to Global Marine Insurance Agency and Ivantage of their intent to terminate as an Allstate Agent in order for Ivantage to transfer the book of business to another Allstate Agent.

## 2.0   Kimbrell Company Inc.

### 2.1   General

Allstate has granted permission for authorized and participating agents in South Carolina to sell homeowner polices, for risks not covered by Allstate, through Kimbrell Company Inc.

### 2.2   Eligibility

Participation in this program is subject to the following:

- the agent's agreement with Allstate must remain in effect,
- Allstate must have an agreement in effect with Kimbrell Company Inc. relating to Homeowner's business,
- the agent must repay any unearned commission to Kimbrell Company Inc. in a timely manner,
- the agent must complete a training/orientation program conducted by Kimbrell Company Inc.,

- the agent must obtain and maintain an "Excess Broker's License",

- the agent must <u>not</u> represent that any policy issued through Kimbrell is in any way sponsored, endorsed, or underwritten by Allstate or any of its subsidiaries,

- the agent must sign a producer agreement with Kimbrell Company Inc. relating to Homeowner's business, and

- such other criteria as Allstate may adopt from time to time.

In addition, the Company at its sole discretion may exclude any agent from participating in this program.

## 2.3    Commission

Commission will be paid directly to the agent as an independent contractor by Kimbrell.

## 2.4    Ownership of Kimbrell Business

Kimbrell retains all ownership rights in homeowners business written by Allstate agents.  When an agent indicates a desire not to continue representation of any homeowner business, or is no longer authorized to participate in the sale of the business, or the customer requests service by another agent, Allstate reserves the right to assign the policy(ies) to another agent.  The original agent will have no further commission interest in this reassigned business.

## 2.5    Termination
The Agent must provide written notification to the Southeast Region and Kimbrell of their intent to terminate as an Allstate Agent in order for Ivantage to transfer the book of business to another Allstate Agent.

# 3.0    Titan Insurance Company

## 3.1    General

Allstate granted permission for authorized and participating Michigan agents to sell non-standard automobile polices through Titan Insurance Company in order to accommodate customers having non-standard auto insurance needs.

## 3.2    Eligibility

Participation in this program is subject to the following:

- the agent must have Company approval,

- the agent must attend a Titan Insurance Company education meeting,

- the agent must comply with state regulations regarding appropriate agent appointments with Titan,

- the agent must sign and return the "Non-Standard Auto Program" agreement,

- the agent's agreement with Allstate must remain in effect,

- Allstate must have an agreement in effect with Titan relating to Michigan non-standard auto,

- The agent repays any unearned commission in a timely manner, and

- such other criteria as Allstate may adopt from time to time.

In addition, the Company, at its sole discretion may exclude any agent from participating in this program, at any time.

## 3.3    Commission

Commission for accommodation Michigan non-standard auto business is 10% for new business and renewals plus administrative fees, if any. Commission will be paid by Titan Insurance Company directly to the agent as an independent contractor. Titan will automatically reverse out (charge back) any return commissions due Titan. These commissions will be charged back against the current month's commissions and the agent will receive a net check. If, in any given month, the agent's charge backs exceed his or her commission, the agent's commission statement will serve as a bill. The agent will then need to remit, to Titan, the amount due within ten business days.

## 3.4    Ownership of Titan Business

Allstate does not own **nor** is Allstate the insurer of non-standard auto business placed through Titan. Titan owns the expirations to this business.

If an agent is no longer authorized to participate in this program, or the agent indicates a desire not to continue representation of any business written through the Michigan non-standard auto program, or the customer requests service by another agent, the account and commission will be reassigned by Titan, at its discretion, to another agent. The original agent will receive no further commission on this reassigned business.

## 3.5    Termination

The agent must provide a written notification to Ivantage and Titan of their intent to terminate as an Allstate agent and/or if you intend to transfer the book of business to another Allstate agent. Upon an agent's effective date of termination with Allstate Insurance Company, commission will continue to be paid out up to thirty days post termination.

# Section 4:    Allstate Financial - Expanded Market Programs

## 1.0   Overview

While our goal is to offer a full suite of financial services products to our customers whenever possible, some of our customers' needs cannot be met through the existing Allstate Company portfolio.  In situations where an Allstate policy is not available to a customer, we work with outside carriers and general agencies to help provide R3001 Agents with access to products that do not compete with Allstate products.

Products include, but are not limited to:

- Individual and Group Health Insurance, Vision Insurance, Dental Insurance, and Medicare Supplements
- Disability Income Insurance
- Long Term Care Insurance
- Flexible Premium Deferred Annuity
- Impaired Risk Life Insurance
- Life/Long Term Care Linked-Benefit Products
- Third Party Fixed Life Insurance Term Conversions (no VUL)
- Lincoln Benefit Life Company products

Note that not all products are available in all states.

## 2.0   Eligibility

An Agent's eligibility to write policies for expanded market business continues only while:

- The Agent's agreement with Allstate remains in effect;
- Allstate has an agreement in effect with expanded market carrier or general agency;
- The Agent is properly licensed and/or bonded in the state in accordance with the respective state's regulations;
- The Agent has completed any enrollment requirements which may include, but are not limited to, executing another agreement with the third party and/or completing certain education; and
- Allstate, the carrier, or general agency has not notified the Agent that he or she is excluded from participating in the sale of expanded market programs.

When an Agent indicates a desire not to continue representation of any business, is no longer authorized to participate in the sale of the business, or the customer requests service by another agent, Allstate reserves the right to assign the policy(ies) to another Agent. The original Agent will have no further commission interest in the reassigned business.

# 3.0   The Crump Group Inc. - Long Term Care, Disability Income, and Impaired Life

## 3.1   General

Allstate has granted permission for authorized agents to sell the following through the Crump Group, Inc. (CRUMP):

- Individual Long Term Care (LTC) insurance policies
- Individual Long Term Care/Life combination policies
- Individual Disability Income (DI) insurance policies
- Third Party Term Conversion policies (non-registered/fixed permanent life policies only)
- Fixed life for impaired cases rated Table 4 or greater, including declines if the premium is a minimum of $2,500
- Guaranteed or Simplified Issue products for cases rated Table 10 or greater, including declines with no minimum premium requirements

For information regarding products, carriers and the appointment process please contact CRUMP at 1-888-770-2155 or go to the CRUMP website at http://www.Allstate.CrumpLifeInsurance.com.

## 3.2   Commissions/Production Credit/LPF

- Producer commissions on products written through CRUMP are based on the amount (or percent) of premium CRUMP pays to Allstate. This is known as Gross Commissions.

- Gross Commissions paid to Allstate will vary by carrier and product.  It will also vary when there are specific state rates.  The list of "Gross Commissions" paid to Allstate for the approved carrier's will be maintained on the Allstate.Crumplifeinsurance.com website.

- Commission scales will be applied to policies written through CRUMP.  See Exhibit C for the countrywide rates and NY Exhibit C for the New York rates.

- Commissions will be paid as earned. They will not be annualized.  For example, if the customer pays premiums monthly, commissions will be paid monthly.

- Production credit will be applied on all LTC and DI products.  The amount of production credit is equal to the First Year Annual Premium times the Gross Dealer Commission percentage paid to Allstate.  Production credit is annualized.

- Production credit for impaired life insurance and third party term conversions will be applied as earned; they will not be annualized.

- Production Credit associated with Long Term Care, Disability Income, and impaired life insurance products will count toward qualifications for commission scales.

- Long Term Care, Disability Income, Impaired Life Insurance policies and third party term conversions written with CRUMP will not be included in your LPF, PIF, and household penetration.

- Commissions will be paid based on the pay cycle of the carrier, the processing time with CRUMP and the Allstate commission system cycle time.

## 3.3    Ownership of CRUMP Business

The Agent has no ownership rights to business written through CRUMP.

# 4.0    HealthPlan Services, Inc. (HPS) (excludes New York)

## 4.1    General

Allstate has granted permission for authorized agents to sell individual and group health, vision, and dental policies, as well as Medicare Supplements, through HealthPlan Services, Inc. (HPS). For a list of carriers and products available by state contact HPS at 1-800-443-4007 or go to http://allstate.saleslinkportal.com/.

## 4.2    Commission

The current commission for accommodation health business will be paid by HealthPlan Services directly to the agent as an independent contractor.  Commission will not be paid if the agent's agency agreement with Allstate or the HPS appointment terminates.

## 4.3    Ownership of HealthPlan Services Business

The Agent has no ownership rights to business written through HealthPlan Services, Inc.

## 4.4    Termination

The Agent must provide written notification of their intent to terminate as an Allstate Agent in order to transfer the book of business to another Allstate Agent.

# 5.0    Lincoln Benefit Life Insurance Company (LBL)

## 5.1    General

Effective April 1, 2014, Lincoln Benefit Life Company (LBL) was purchased by Resolution Corporation.  For purposes of this schedule, rules that apply to LBL business written before and after the sale will continue to apply.

## 5.2    Commissions

All business rules regarding commissions and production credit are defined in the various chapters and exhibits within this Supplement.

## 5.3    Ownership of Lincoln Benefit Life Insurance Company Business

The agent has an economic interest in the business written through LBL.

## 5.4    Termination

The Agent must provide written notification of their intent to terminate as an Allstate Agent in order to transfer the book of business to another Allstate Agent.

# 6.0    Lincoln Financial Group

## 6.1    General

Allstate has granted permission for authorized agents to sell the Choice Plus Variable Annuity, the Optiblend Fixed Indexed Annuity (not available in New York), and the Covered Choice Fixed Indexed Annuity (not available in New York) through Lincoln Financial Group. Any securities business sold through the Lincoln Financial Group Selling Agreement with Allstate Financial Services, LLC can be found in the Schedule of Commissions for the AFS, LLC Registered Representative Agreement.

Visit the Lincoln Financial-Allstate microsite to learn more details or the Allstate-dedicated Lincoln Financial wholesaler support line at **(833) 296-0147**.

**New York EAs only**
New York EAs are also allowed to service business that has been previously sold. Products previously sold under this agreement to Allstate customers in New York can continue to be serviced. They include: a Single Premium Immediate Annuity (SPIA), DUET (a second to die Universal Life product), an Ensemble II (VUL), and Life Guarantee SUL (discontinued 8/1/2008).

## 6.2    Commissions

- Producer commissions for annuity products written through Lincoln Financial Group are based on the amount (or percent) of premium Lincoln Financial Group pays to Allstate. This is known as Gross Commissions.
- Commission scales will be applied to annuity policies written through Lincoln Financial Group. See Exhibit B for the countrywide rates.
- Production credit will be applied on all Lincoln Financial Group annuity policies.

- Production Credit associated with Lincoln Financial Group annuities will count toward qualifications for commission scales
- Commissions will be paid based on the pay cycle of the carrier and the Allstate commission system cycle time.

## 6.3   Ownership of Lincoln Financial Group Business

The Agent has no ownership rights to business written with Lincoln Financial Group.

# 7.0   Protective Life Insurance Company

## 7.1   General

Allstate has granted permission for authorized agents to sell  a select suite of annuities through Protective.  For details on the products and assistance with marketing and sales, go to www.Allstate.Protective.com.

## 7.2   Commissions

- Producer commissions for annuities written through Protective are based on the amount (or percent) of premium Protective pays to Allstate. This is known as Gross Commissions.

- Commission scales will be applied to policies written through Protective.  See Exhibit C for the countrywide rates and NY Exhibit C for the New York rates.

- Production credit will be applied on all policies.

- Production Credit will count toward qualifications for commission scales.

- Commissions will be paid based on the pay cycle of the carrier and the Allstate commission system cycle time.

## 7.3   Ownership of Protective Insurance Business

The Agent has no ownership rights to business written with Protective.

## 7.4   Termination

The Agent must provide written notification of their intent to terminate as an Allstate Agent in order to transfer the book of business to another Allstate Agent.

# 8.0   Prudential

## 8.1   General

Allstate has granted permission for authorized agents to sell the PruSecure Fixed Index Annuity through Prudential. Any securities business sold through the Prudential Selling Agreement with Allstate Financial Services, LLC can be found in the Schedule of Commissions for the AFS, LLC Registered Representative Agreement.

For details on the PruSecure product and assistance with marketing and sales, contact the Prudential Allstate dedicated phone team at (800)778-2688.

## 8.2   Commissions

- Producer commissions for PruSecure written through Prudential are based on the amount (or percent) of premium Prudential pays to Allstate. This is known as Gross Commissions.
- Commission scales will be applied to PruSecure policies written through Prudential.  See Exhibit B for the countrywide rates.
- Production credit will be applied on all PruSecure policies.
- Production Credit associated with Prudential PruSecure will count toward qualifications for commission scales
- Commissions will be paid based on the pay cycle of the carrier and the Allstate commission system cycle time.

## 8.3   Ownership of Prudential Business

The Agent has no ownership rights to business written with Prudential.

# Section 5:    Commercial

## 1.0  General

In certain states, Allstate has granted permission for R3001 agents and the Business Insurance Specialist (BIS) to sell accommodation Commercial products through various Independent Agencies, including Ivantage Select Agency, Inc.  Please refer to Section 2 and Section 3 of this chapter for more information as to those programs.   In addition to Ivantage, Independent Agencies may secure insurance coverage for those risks not currently underwritten by Allstate or not acceptable based on Allstate's current underwriting or administrative guidelines, and for which Agents have been authorized by Allstate to write.

## 1.1  Eligibility

Participation in this program is subject to the following:

- the R3001 Agent's agency agreement with Allstate remains in effect,

- Allstate has an agreement in effect with the Independent Agency,

- the agent is included in a listing of eligible agents provided by the Company to the Independent Agency, and

- professional liability insurance (E&O)

In addition, the R3001 agent must:

- complete the Commercial Expanded Markets course on TalentConnection,

- sign a producer agreement with the Independent Agency

## 1.2  Commissions

Commissions for these products will either be paid directly to the agent as an independent contractor by the Independent Agency or by Ivantage Select Agency, Inc.

Effective April 1, 2014, commission for accommodation Commercial products issued as the result of a lead forwarded to a Business Insurance Specialist (BIS) will be split between the agent and Ivantage.[1] Please note that for business placed by a Business Insurance Specialist (BIS) through an Ivantage Select Agency's Expanded Market Program, the split commission will be paid directly to Ivantage Select Agency, Inc.  The split will be made as follows:

---

[1] Effective January 1, 2010 through March 31, 2014, leads were forwarded to the Business Insurance Center (BIC.

**CEM POLICIES SOLD THROUGH THE BIS**

| Line of Business | Agent's share of Annual Commission for the life of the Policy (Split Percentage) |
|---|---|
| **Businessowners Policy** | 50% |
| **General Liability** | 20% |
| **Professional Liability** | 20% |
| **Workers Compensation** | 50% |
| **All Other** | 50% |

Commission is payable both during the term of Allstate's agreement with the Independent Agency and subsequent to the termination of such Agreement provided the agent continues to service the coverage.

## 1.3    Ownership of Expanded Market Commercial Business

The Independent Agency is the owner of all Expanded Market Commercial business.  Allstate does not own **nor** is Allstate the insurer of this business.

When an agent indicates a desire not to continue representation of any business written through the Expanded Market carrier, or is no longer authorized to participate in the sale of this business, or the customer requests service by another agent, Allstate reserves the right to assign the business to another agent.  The original agent will have no further commission interest in this reassigned business.

# GLOSSARY

**"Access point"** means where policies and added coverage endorsements are bound:  Agency, Customer Contact Center (1-800 Allstate and call forward), Internet (Allstate.com and agency home page), Commercial Service Center, Life Advice Center.

"**Agency Bound"** means that a new policy or coverage on an existing policy has been put into effect for the policyholder (customer) by the agency.

**"Agency Direct"** is a policy bound prior to February 1, 2013, by the Customer Contact Center (CCC) resulting from a direct call to the CCC and assigned to an agent as a result of a customer request at policy issuance or when an agency is currently represented in the household.

**"Agency Routed"** is a policy bound August 1, 2019[1] and subsequent by the Customer Contact Center (CCC) resulting from a direct call to the CCC or the Internet (Allstate.com) and assigned to an agent and the policy is eligible to have full renewal commissions unlocked by the assigned agent as described in Chapter 4 of this Supplement.

**"Agent of Record"** means an agent who:

- has secured the first bound new policy within a particular line of insurance and the policy is considered secured business; or
- captures commission interest in unrepresented policies or unrepresented Plus Policies[2] according to the "Unrepresented Policies" provision of Chapter 4 of this Supplement, or
- captures commission interest in Assigned Agency[3] policies and becomes the Designated Agency; or
- is assigned commission interest in an unrepresented policy or unrepresented Plus Policy under the provisions of a Company-approved program; or
- is assigned commission interest in business bound by the Customer Contact Center (CCC) or Internet (Allstate.com) in Agency Direct, Direct Transition, or Agency Routed status.

 **"Allstate Life and Retirement (ALR) [also known as "Allstate Financial (AF)]"**, as used in this Supplement, includes products from the following companies:

- Allstate Life Insurance Company
- Allstate Life Insurance Company of New York
- Allstate Assurance Company
- Lincoln Benefit Life Company

---

[1] Effective September 1, 2019 and subsequent in Minnesota and Rhode Island.

[2] Effective August 1, 2019, the Plus Policy program will be sunset and no new Plus Policies will be assigned.  Policies currently in Plus Policy status will remain in Plus Policy status until the five full annual renewal periods have been completed.

[3] The agent assigned to an Assigned Agency policy is not considered the Agent of Record for that policy.

- Allstate Financial Services, LLC[4]
- American Heritage Life Insurance Company (Allstate Benefits as stated in this Supplement is the marketing name used by American Heritage Life Insurance Company)

**"Anniversary Date"** with respect to a policy or coverage means the date immediately following the end of a period of one or more complete years from the initial effective date of such policy or coverage.

**"Assigned Agency" (agent type 11)** is the agency assigned to a policy bound either by the Customer Contact Center (CCC) prior to September 14, 2009 or the Internet and the policy is eligible for capture by any agent as described in Chapter 4 of this Supplement.

**"Bound"** means that a new policy or coverage on an existing policy has been put into effect for the named insured.

**"Cash Flow Market" (CFM)** means a grouping of continuous zip codes that represent similar market conditions (average premiums, close rates, available product lines, population), determined at a regional level.

**"Commission Interest"** as used with respect to an agency bound policy or coverage to an agency bound policy, means that the premium for such policy or coverage is identified in the agent's account as though for secured business or a Plus Policy[5]. Additionally, an agent will have a commission interest in policies in Designated Agency, Agency Direct, Direct Transition, and Agency Routed status.

**"Customer Contact Center (CCC) Bound"** means that a new policy or coverage on an existing policy has been put into effect for the policyholder (customer) by the CCC.

**"Designated Agency" (agent type 22)** is the agency that captures a policy in Assigned Agency status by writing a major line to policies bound by the Customer Contact Center (CCC) or the Internet as described in Chapter 4 of this Supplement. A policy in Assigned Agency status may also be captured by other means as described in Chapter 4 of this Supplement.

**"Direct Transition"** is a policy bound effective February 1, 2013 through July 31, 2019[6], by the Customer Contact Center (CCC) resulting from a direct call to the CCC or the Internet (Allstate.com) and assigned to an agent.

**"Earned Premium"** means the amount of net written premium on secured business and policies bound by the Customer Contact Center (CCC) or the Internet that becomes earned as the policy period develops and as the insurance protection is provided.

---

[4] Allstate Financial Services, LLC is referred to as LSA Securities in the states of PA and LA.

[5] Effective August 1, 2019, the Plus Policy program will be sunset and no new Plus Policies will be assigned. Policies currently in Plus Policy status will remain in Plus Policy status until the five full annual renewal periods have been completed.

[6] Effective through August 31, 2019 for Rhode Island and Minnesota.

Case: 1:21-cv-02674 Document #: 1-3 Filed: 05/18/21 Page 212 of 269 PageID #:319

**"Enhanced Satellite Agency" (ESA)** is a separate agency location as outlined below. The month of affiliation for the ESA is based on the effective date of the ESA agency agreement (see Chapter 1, Section 3, Subsection 2.1 of this Supplement).  The ESA is treated separately for all bonuses and measurements.  Refer to the EA Independent Contractor Manual for eligibility requirements for opening an ESA.

**ESA - affiliation dates May 1, 2020 and later**
A separate agency location that is created by purchasing the economic interest in a Total Property and Casualty 12mm Written Premium[7] of less than or equal to:

- $1,491,200, if in a cash flow market that is on the 36 Month duration
- $1,514,000, if in a cash flow market that is on the 42 Month duration
- $1,534,100, if in a cash flow market that is on the 48 Month duration
- $1,086,200, if in a cash flow market that is on the 36 Month Ivantage duration
- $1,111,400, if in a cash flow market that is on the 36 Month North Carolina duration
- $1,116,500, if in a cash flow market that is on the 42 Month North Carolina duration
- $1,122,300, if in a cash flow market that is on the 48 Month North Carolina duration

**and** the seller is participating in the Enhanced Compensation Plan.

**ESA - affiliation dates June 1, 2017 through April 30, 2020**
A separate agency location that was created from scratch, or by purchasing the economic interest in a Total Property and Casualty 12mm Written Premium[7] of less than or equal to:

- $1,491,200, if in a cash flow market that is on the 36 Month duration
- $1,514,000, if in a cash flow market that is on the 42 Month duration
- $1,534,100, if in a cash flow market that is on the 48 Month duration
- $1,086,200, if in a cash flow market that is on the 36 Month Ivantage duration
- $1,111,400, if in a cash flow market that is on the 36 Month North Carolina duration
- $1,116,500, if in a cash flow market that is on the 42 Month North Carolina duration
- $1,122,300, if in a cash flow market that is on the 48 Month North Carolina duration

**ESA - Affiliation dates May 1, 2008 through March 31, 2017**
A separate agency location that was created from scratch or by purchasing the economic interest in and/or being assigned:

- a combined total of 750 Total Personal Lines policies or less with a combined total of $800,000 or less in Total Property and Casualty 12mm Earned Premium[8], or
- a combined total of 750 Total Personal Lines policies or less with a combined total of more than $800,000 in Total Property and Casualty 12mm Earned Premium[8], or

---

[7] The Total Property and Casualty 12mm Written Premium includes premium from policies bound by the Customer Contact Center (CCC) identified as resulting from an agent forwarded phone or the agent's home page on the Internet beginning October 4, 2004 and subsequent (agent type 41), policies in Agency Direct status, policies in Direct Transition status, and policies in Agency Routed status. Multiple purchases will be combined to determine if the premium threshold has been met.

[8] The combined total policies and the combined total premium includes policies bound by the Customer Contact Center (CCC) identified as resulting from an agent forwarded phone or the agent's home page on the Internet beginning October 4, 2004 and subsequent (agent type 41), policies in Agency Direct status, and policies in Direct Transition status and apply to multiple purchases and assignments on May 1, 2008 and later.  If there are both purchases and assignments, then policies and premium from both are included in the combined totals.

Pls. Exhibit 3

Case: 1:21-cv-02674 Document #: 1-3 Filed: 05/18/21 Page 213 of 269 PageID #:320

- a combined total of more than 750 Total Personal Lines policies with a combined total of $800,000 or less in Total Property and Casualty 12mm Earned Premium[8]

**ESA - affiliation dates August 1, 2007 through April 30, 2008**
A separate agency location that was created from scratch, or by purchasing the economic interest in and/or being assigned a combined total of 750 Total Personal Lines policies or less

**"Established Agency" –** an agency created as outlined below.

**Established Agency – affiliation dates May 1, 2020 and later**
An agency that has not purchased the economic interest in any Total Property and Casualty 12mm Written Premium, or

An agency that purchases the economic interest in a combined Total Property and Casualty 12mm Written Premium[9], on day one (1) of affiliation, of more than:
- $1,491,200, if in a cash flow market that is on the 36 Month duration
- $1,514,000, if in a cash flow market that is on the 42 Month duration
- $1,534,100, if in a cash flow market that is on the 48 Month duration
- $1,086,200, if in a cash flow market that is on the 36 Month Ivantage duration
- $1,111,400, if in a cash flow market that is on the 36 Month North Carolina duration
- $1,116,500, if in a cash flow market that is on the 42 Month North Carolina duration
- $1,122,300, if in a cash flow market that is on the 48 Month North Carolina duration, or

An agency that purchases the economic interest in a combined Total Property and Casualty 12mm Written Premium[9], on day one (1) of affiliation, that is less than or equal to:
- $1,491,200, if in a cash flow market that is on the 36 Month duration
- $1,514,000, if in a cash flow market that is on the 42 Month duration
- $1,534,100, if in a cash flow market that is on the 48 Month duration
- $1,086,200, if in a cash flow market that is on the 36 Month Ivantage duration
- $1,111,400, if in a cash flow market that is on the 36 Month North Carolina duration
- $1,116,500, if in a cash flow market that is on the 42 Month North Carolina duration
- $1,122,300, if in a cash flow market that is on the 48 Month North Carolina duration

**and** the seller is not participating in the Enhanced Compensation Plan (ECP), or

An agency who is participating in the Enhanced Compensation Plan (ECP) that purchases the economic interest in a Total Property and Casualty 12mm Written Premium[10] of more than:
- $1,491,200, if in a cash flow market that is on the 36 Month duration
- $1,514,000, if in a cash flow market that is on the 42 Month duration

---

[9] The Total Property and Casualty 12mm Written Premium includes premium from policies bound by the Customer Contact Center (CCC) identified as resulting from an agent forwarded phone or the agent's home page on the Internet beginning October 4, 2004 and subsequent (agent type 41), policies in Agency Direct status, policies in Direct Transition status, and policies in Agency Routed status.

[10] The Total Property and Casualty 12mm Written Premium includes premium from policies bound by the Customer Contact Center (CCC) identified as resulting from an agent forwarded phone or the agent's home page on the Internet beginning October 4, 2004 and subsequent (agent type 41), policies in Agency Direct status, policies in Direct Transition status, and policies in Agency Routed status.

- $1,534,100, if in a cash flow market that is on the 48 Month duration
- $1,086,200, if in a cash flow market that is on the 36 Month Ivantage duration
- $1,111,400, if in a cash flow market that is on the 36 Month North Carolina duration
- $1,116,500, if in a cash flow market that is on the 42 Month North Carolina duration
- $1,122,300, if in a cash flow market that is on the 48 Month North Carolina duration, or

An agency who has graduated from their Enhanced Compensation Plan (ECP) curve

Notes:
- An Enhanced Satellite Agency (ESA) that is participating in the Enhanced Compensation Plan (ECP) will become an Established Agency if/when the agency divests their primary location.

- An agency that is participating in the Enhanced Compensation Plan (ECP) will become an Established Agency upon the agency co-locating their ECP eligible locations under the Multi-Book Location (MBL) program

**Established Agency - affiliation dates April 1, 2017 through April 1, 2020**
An agency that purchases the economic interest in and/or is assigned a combined Total Property and Casualty 12mm Written Premium[11], on day one (1) of affiliation, of more than:
- $1,491,200, if in a cash flow market that is on the 36 Month duration
- $1,514,000, if in a cash flow market that is on the 42 Month duration
- $1,534,100, if in a cash flow market that is on the 48 Month duration
- $1,086,200, if in a cash flow market that is on the 36 Month Ivantage duration
- $1,111,400, if in a cash flow market that is on the 36 Month North Carolina duration
- $1,116,500, if in a cash flow market that is on the 42 Month North Carolina duration
- $1,122,300, if in a cash flow market that is on the 48 Month North Carolina duration, or

Prior to May 1, 2019, an agency who is participating in the Enhanced Compensation Plan (ECP) that purchases the economic interest in and/or is assigned a combined Total Property and Casualty 12mm Written Premium which increases the agent's premium book size beyond:

- $1,491,200, if in a cash flow market that is on the 36 Month duration
- $1,514,000, if in a cash flow market that is on the 42 Month duration
- $1,534,100, if in a cash flow market that is on the 48 Month duration
- $1,086,200, if in a cash flow market that is on the 36 Month Ivantage duration
- $1,111,400, if in a cash flow market that is on the 36 Month North Carolina duration
- $1,116,500, if in a cash flow market that is on the 42 Month North Carolina duration
- $1,122,300, if in a cash flow market that is on the 48 Month North Carolina duration, or

---

[11] The combined Total Property and Casualty 12mm Written Premium includes premium from policies bound by the Customer Contact Center (CCC) identified as resulting from an agent forwarded phone or the agent's home page on the Internet beginning October 4, 2004 and subsequent (agent type 41), policies in Agency Direct status, and policies in Direct Transition status. If there are both purchases and assignments, then premium from both are included in the combined totals.

Effective May 1, 2019 and later, an agency who is participating in the Enhanced Compensation Plan (ECP) that purchases the economic interest in a Total Property and Casualty 12mm Written Premium[12] of more than:

- $1,491,200, if in a cash flow market that is on the 36 Month duration
- $1,514,000, if in a cash flow market that is on the 42 Month duration
- $1,534,100, if in a cash flow market that is on the 48 Month duration
- $1,086,200, if in a cash flow market that is on the 36 Month Ivantage duration
- $1,111,400, if in a cash flow market that is on the 36 Month North Carolina duration
- $1,116,500, if in a cash flow market that is on the 42 Month North Carolina duration
- $1,122,300, if in a cash flow market that is on the 48 Month North Carolina duration, or

An agency who has graduated from their Enhanced Compensation Plan (ECP) curve, or

Notes:
- Effective May 1, 2019 and later, an Enhanced Satellite Agency (ESA) that is participating in the Enhanced Compensation Plan (ECP) will become an Established Agency if/when the agency divests their primary location.

- An agency that is participating in the Enhanced Compensation Plan (ECP) will become an Established Agency upon the agency co-locating their ECP eligible locations under the Multi-Book Location (MBL) program

**<u>Established Agency - affiliation dates May 1, 2008 through March 31, 2017</u>**
An agency with more than 36 full calendar months of affiliation, or

An agency with 36 months or less of affiliation that purchases the economic interest in and/or is assigned a combined total of more than 750 Total Personal Lines policies with a combined total of more than $800,000 in Total Property and Casualty 12mm Earned Premium[13], or

On or after January 1, 2013, an agency that completes more than 36 full calendar months of affiliation by the end of the calendar year

---

[12] The Total Property and Casualty 12mm Written Premium includes premium from policies bound by the Customer Contact Center (CCC) identified as resulting from an agent forwarded phone or the agent's home page on the Internet beginning October 4, 2004 and subsequent (agent type 41), policies in Agency Direct status, and policies in Direct Transition status.  Multiple purchases will be combined to determine if the premium threshold has been met.

[13] The combined total policies and the combined total premium includes policies bound by the Customer Contact Center (CCC) identified as resulting from an agent forwarded phone or the agent's home page on the Internet beginning October 4, 2004 and subsequent (agent type 41), policies in Agency Direct status, and policies in Direct Transition status and apply to multiple purchases and assignments on May 1, 2008 and later.  If there are both purchases and assignments, then policies and premium from both are included in the combined totals.

**Established Agency - affiliation dates prior to May 1, 2008**
An agency with more than 36 full calendar months of affiliation, or

An agency with 36 months or less of affiliation that purchased the economic interest in and/or was assigned a combined total of more than 750 Total Personal Lines policies.

**"Graduated"** means an Enhanced Compensation Plan (ECP) eligible start-up agency or Enhanced Satellite Agency (ESA) has completed ECP by completing their duration on their premium curve or by personally producing over $5 million in ECP eligible written premium while still on the ECP premium curve (effective for agents with affiliation dates of 5/1/2019 and later only), whichever occurs first.

**"Internet Bound"** means that a new policy or coverage on an existing policy has been put into effect for the policyholder (customer) via the internet.

**"Line"** will be defined as follows:

- **"Individual Line"** shall mean a particular kind of insurance or coverage such as Renters, Special Auto, Recreational Package Policy, etc.

- **"Line Group"**[14] shall mean the grouping of individual lines for commission purposes such as Auto, Homeowners, Allstate Financial, Commercial Casualty, etc.

- **"Like Lines"** shall include, with respect to the Homeowners line group, Homeowners, Renters, Condominium and Deluxe Country Homeowners and, with respect to the Auto line group, Allstate Indemnity, Allstate New Jersey, Allstate County Mutual, and Allstate Property and Casualty.  Special Auto policies with an effective prior to April 1, 2008 are also considered a like line with respect to the Auto line group.

**"Line Category"** shall mean the combining of line groups for reporting or other special purposes. Auto, Commercial, Allstate Financial, and Personal Property are the most common categories.

**"Multi-access Points"** means the access points where new policies and added coverage endorsements may be bound - an agency, the Customer Contact Center (CCC) and the Internet.

**"Net Written Premium"** as reported on the Business Metrics report, means:

- as respects all lines of insurance, except for Allstate Financial lines, premium for the policy with respect to secured business and policies bound by the Customer Contact Center (CCC) or the Internet, not including any fees, and

- as respects Allstate Financial lines of insurance, the policy premium recorded with respect to secured business, including premiums which by the terms of the policy, are waived on account of disability or death, or paid under an automatic premium loan provision;

less premium refunds or credits (including any estimated refunds or credits, or estimated dividends on participating policies) and amounts recorded as uncollected.

---

[14] In certain circumstances a line group will be comprised of only one individual line.

Case: 1:21-cv-02674 Document #: 1-3 Filed: 05/18/21 Page 217 of 269 PageID #:324

 **"New Policy"**, except as noted in Chapter 3, means a policy bound:

- for an applicant who was not previously an Allstate policyholder for a line or like line of insurance; or

- as respects all lines of insurance, except for Allstate Financial lines, to a former Allstate policyholder whose policy of the same line or like line of insurance lapsed, expired, or was terminated 120 days[15] or more prior to the effective date of the newly issued policy; or

- as respects Allstate Financial lines of insurance, (a) to an Allstate insured (or former Allstate insured) whose Allstate Financial lines of insurance policy terminated more than 6 months before or 12 months after the effective date of the newly issued insurance, or (b) to provide additional Allstate Financial products or insurance for an existing Allstate Financial insured.

**"Off-anniversary Date"** with respect to a six-month policy or coverage means the date immediately following the end of a period of six complete months after the initial effective date or anniversary date of such policy or coverage.

**"Plus Policy"**[16] means a policy captured or assigned as agent of record at the Plus Policy commission amount and a policy available to be captured or assigned as agent of record at the Plus Policy commission amounts. The Plus Policy commission amount is in effect for five (5) full annual renewal periods after capture or assignment. Upon completion of five (5) full annual renewal periods after capture or assignment, the policy will no longer be considered a Plus Policy and will be treated as secured business and may be eligible for Termination Payment.

 **"Policies in Account"** is that Allstate business for which the R3001 Agent is the Agent of Record as well as certain other business the agent is authorized to sell including certain accommodation business. "Policies in account" does not include the following business:

- Allstate Flood Insurance
- Underwriting Association
- Assigned Risk
- FAIR Plan
- Expanded Market Coverage
- Lincoln Benefit Financial Services
- CCC/Internet business that is in Assigned Agency, Designated Agency, or Agency Routed status
- California Low Cost Auto Business

Refer to Transfer of Interest (Chapter 1, Section 4) and Termination Payment (Chapter 1, Section 6), for a list of business that will also not be considered as "policies in account" for those programs

---

[15] 60 days, if the former Agent of Record's agreement so specifies.

[16] Effective August 1, 2019, the Plus Policy program will be sunset and no new Plus Policies will be assigned. Policies currently in Plus Policy status will remain in Plus Policy status until the five full annual renewal periods have been completed.

Case: 1:21-cv-02674 Document #: 1-3 Filed: 05/18/21 Page 218 of 269 PageID #:325

The Company may remove any policy from an R3001 Agent's account at the request of a policyholder. Policies removed from an R3001 Agent's account at the request of a policyholder will **not** be replaced.

**"Policyholder"** means the named insured on the policy declaration, or resident spouse

**"Production Credit"** is a new business measurement of life and retirement products (i.e., first year premium on life insurance products and new premium/deposits into asset accumulation products). Production credit equalizes the new business premium/deposits by applying a percent weighting factor. Products include both proprietary and non-proprietary life, annuities, long term care, disability income, mutual funds, and Allstate Benefit workplace/individual as shown in Exhibit B (CW excluding New York) and NY Exhibit B (New York only). Refer to Chapter 2, Section 1d, Subsection 4.5 for the production credit calculation.)

**"Purchase"** means the purchase of the economic or other interest in a book of business. Allstate retains ownership of the book of business.

**"Recorded"** means written, issued and reflected on the agent's compensation reports.

**"Renewal policy"** means the renewal or extension of a policy beyond its initial term. However, when a new policy is issued for a period longer than 12 months, each period of 12 months beyond the first anniversary shall be considered as being under a renewal policy.

**"Sale"** means the sale of the economic or other interest in a book of business. Allstate retains ownership of the book of business.

**"Satellite Agency"** – a separate agency location created as outlined below.

**Satellite - affiliation dates May 1, 2020 and later**
A separate agency location that was created by opening an additional agency location from scratch, or

A separate agency location that was created by purchasing the economic interest in a combined Total Property and Casualty 12mm Written Premium[17], on day one (1) of affiliation, of more than:
- $1,491,200, if in a cash flow market that is on the 36 Month duration
- $1,514,000, if in a cash flow market that is on the 42 Month duration
- $1,534,100, if in a cash flow market that is on the 48 Month duration
- $1,086,200, if in a cash flow market that is on the 36 Month Ivantage duration
- $1,111,400, if in a cash flow market that is on the 36 Month North Carolina duration
- $1,116,500, if in a cash flow market that is on the 42 Month North Carolina duration
- $1,122,300, if in a cash flow market that is on the 48 Month North Carolina duration, or

---

[17] The combined Total Property and Casualty 12mm Written Premium includes premium from policies bound by the Customer Contact Center (CCC) identified as resulting from an agent forwarded phone or the agent's home page on the Internet beginning October 4, 2004 and subsequent (agent type 41), policies in Agency Direct status, policies in Direct Transition status, and policies in Agency Routed status.

A separate agency location that was created by purchasing the economic interest in a combined Total Property and Casualty 12mm Written Premium[18], on day one (1) of affiliation, that is less than or equal to:

- $1,491,200, if in a cash flow market that is on the 36 Month duration
- $1,514,000, if in a cash flow market that is on the 42 Month duration
- $1,534,100, if in a cash flow market that is on the 48 Month duration
- $1,086,200, if in a cash flow market that is on the 36 Month Ivantage duration
- $1,111,400, if in a cash flow market that is on the 36 Month North Carolina duration
- $1,116,500, if in a cash flow market that is on the 42 Month North Carolina duration
- $1,122,300, if in a cash flow market that is on the 48 Month North Carolina duration

    **and** the seller is not participating in the Enhanced Compensation Plan (ECP), or

An ESA who is participating in the Enhanced Compensation Plan (ECP) that purchases the economic interest in a Total Property and Casualty 12mm Written Premium[18] of more than:

- $1,491,200, if in a cash flow market that is on the 36 Month duration
- $1,514,000, if in a cash flow market that is on the 42 Month duration
- $1,534,100, if in a cash flow market that is on the 48 Month duration
- $1,086,200, if in a cash flow market that is on the 36 Month Ivantage duration
- $1,111,400, if in a cash flow market that is on the 36 Month North Carolina duration
- $1,116,500, if in a cash flow market that is on the 42 Month North Carolina duration
- $1,122,300, if in a cash flow market that is on the 48 Month North Carolina duration, or

An ESA who has graduated from their Enhanced Compensation Plan (ECP) curve

**Satellite – affiliation dates June 1, 2017 through April 30, 2020**
A separate agency location that was created by purchasing the economic interest in and/or being assigned a combined Total Property and Casualty 12mm Written Premium[19], on day one (1) of affiliation, of more than:

- $1,491,200, if in a cash flow market that is on the 36 Month duration
- $1,514,000, if in a cash flow market that is on the 42 Month duration
- $1,534,100, if in a cash flow market that is on the 48 Month duration
- $1,086,200, if in a cash flow market that is on the 36 Month Ivantage duration
- $1,111,400, if in a cash flow market that is on the 36 Month North Carolina duration
- $1,116,500, if in a cash flow market that is on the 42 Month North Carolina duration
- $1,122,300, if in a cash flow market that is on the 48 Month North Carolina duration

---

[18] The Total Property and Casualty 12mm Written Premium includes premium from policies bound by the Customer Contact Center (CCC) identified as resulting from an agent forwarded phone or the agent's home page on the Internet beginning October 4, 2004 and subsequent (agent type 41), policies in Agency Direct status, policies in Direct Transition status, and policies in Agency Routed status.

[19] The combined Total Property and Casualty 12mm Written Premium includes premium from policies bound by the Customer Contact Center (CCC) identified as resulting from an agent forwarded phone or the agent's home page on the Internet beginning October 4, 2004 and subsequent (agent type 41), policies in Agency Direct status, and policies in Direct Transition status. Multiple purchases will be combined to determine if the premium threshold has been met.

Case: 1:21-cv-02674 Document #: 1-3 Filed: 05/18/21 Page 220 of 269 PageID #:327

Prior to May 1, 2019, an ESA who is participating in the Enhanced Compensation Plan (ECP) that purchases the economic interest in and/or is assigned a combined Total Property and Casualty 12mm Written Premium which increases the ESA's premium book size beyond:

- $1,491,200, if in a cash flow market that is on the 36 Month duration
- $1,514,000, if in a cash flow market that is on the 42 Month duration
- $1,534,100, if in a cash flow market that is on the 48 Month duration
- $1,086,200, if in a cash flow market that is on the 36 Month Ivantage duration
- $1,111,400, if in a cash flow market that is on the 36 Month North Carolina duration
- $1,116,500, if in a cash flow market that is on the 42 Month North Carolina duration
- $1,122,300, if in a cash flow market that is on the 48 Month North Carolina duration, or

Effective May 1, 2019 and later, an ESA who is participating in the Enhanced Compensation Plan (ECP) that purchases the economic interest in a Total Property and Casualty 12mm Written Premium[20] of more than:

- $1,491,200, if in a cash flow market that is on the 36 Month duration
- $1,514,000, if in a cash flow market that is on the 42 Month duration
- $1,534,100, if in a cash flow market that is on the 48 Month duration
- $1,086,200, if in a cash flow market that is on the 36 Month Ivantage duration
- $1,111,400, if in a cash flow market that is on the 36 Month North Carolina duration
- $1,116,500, if in a cash flow market that is on the 42 Month North Carolina duration
- $1,122,300, if in a cash flow market that is on the 48 Month North Carolina duration, or

An agency who has graduated from their Enhanced Compensation Plan (ECP) curve

**Satellite – affiliation dates April 1, 2017 through May 31, 2017**
A separate agency location that was created by opening an additional agency location

**Satellite - affiliation dates May 1, 2008 through March 31, 2017**
A separate agency location that was created by purchasing the economic interest in and/or being assigned a combined total of more than 750 Total Personal Lines policies with a combined total of more than $800,000 in Total Property and Casualty 12mm Earned Premium. [21]

**Satellite - affiliation dates August 1, 2007 through April 30, 2008**
A separate agency location that was created by purchasing the economic interest in and/or being assigned a combined total of more than 750 Total Personal Lines policies

---

[20] The Total Property and Casualty 12mm Written Premium includes premium from policies bound by the Customer Contact Center (CCC) identified as resulting from an agent forwarded phone or the agent's home page on the Internet beginning October 4, 2004 and subsequent (agent type 41), policies in Agency Direct status, and policies in Direct Transition status. Multiple purchases will be combined to determine if the premium threshold has been met.

[21] The combined total policies and the combined total premium includes policies bound by the Customer Contact Center (CCC) identified as resulting from an agent forwarded phone or the agent's home page on the Internet beginning October 4, 2004 and subsequent (agent type 41), policies in Agency Direct status, and policies in Direct Transition status and apply to multiple purchases and assignments on May 1, 2008 and later. If there are both purchases and assignments, then policies and premium from both are included in the combined totals.

Pls. Exhibit 3

**Satellite - affiliation dates prior to August 1, 2007**
A separate agency location that was created by opening an additional agency location **"Scratch"** means an agency has not purchased the economic interest in and/or been assigned any Total Property and Casualty 12mm Written Premium

**"Secured Business"** as used with respect to a new policy or major coverage, means written on an application secured by the agent through the agent's initiative and personal solicitation and, with respect to a renewal policy, means written as a first or subsequent renewal of such new policy or such major coverage.  Business secured through the efforts of the agent's support staff, policies bound by the Customer Contact Center (CCC) identified as resulting from an agent forwarded phone beginning October 4, 2004 and subsequent (agent type 41), policies bound through the agent's home page on the Internet beginning October 4, 2004 and subsequent (agent type 41), will also be considered secured business.

**"Service Fee"** is the amount payable to an agent for servicing an unrepresented policy.  Such business is not considered secured business and is eligible for capture by any agent.

 **"Start-up Agency"** – an agency created as outlined below.

**Start-up Agency - affiliation dates of May 1, 2020 and later**
An agency that that purchases the economic interest in a Total Property and Casualty 12mm Written Premium[22] of less than or equal to:
- $1,491,200, if in a cash flow market that is on the 36 Month duration
- $1,514,000, if in a cash flow market that is on the 42 Month duration
- $1,534,100, if in a cash flow market that is on the 48 Month duration
- $1,086,200, if in a cash flow market that is on the 36 Month Ivantage duration
- $1,111,400, if in a cash flow market that is on the 36 Month North Carolina duration
- $1,116,500, if in a cash flow market that is on the 42 Month North Carolina duration
- $1,122,300, if in a cash flow market that is on the 48 Month North Carolina duration

 **and** the seller is participating in the Enhanced Compensation Plan (ECP)

**Start-up Agency - affiliation dates of April 1, 2017 through April 30, 2020**
An agency with 37, 43, or 49 months or less of affiliation, depending on which Enhanced Compensation Plan (ECP) premium curve that is applicable to the agent, that has not purchased the economic interest in and/or been assigned any Total Property and Casualty 12mm Written Premium, or

---

[22] The Total Property and Casualty 12mm Written Premium includes premium from policies bound by the Customer Contact Center (CCC) identified as resulting from an agent forwarded phone or the agent's home page on the Internet beginning October 4, 2004 and subsequent (agent type 41), policies in Agency Direct status, and policies in Direct Transition status.  Multiple purchases will be combined to determine if the premium threshold has been met.  Prior to 5/1/2019, the Total Property and Casualty 12mm Written Premium included premium from policies assigned to the agent.

Case: 1:21-cv-02674 Document #: 1-3 Filed: 05/18/21 Page 222 of 269 PageID #:329

An agency with 37, 43, or 49 months or less of affiliation, depending on which Enhanced Compensation Plan (ECP) premium curve is applicable to the agent, that purchases the economic interest in a Total Property and Casualty 12mm Written Premium[22] of less than or equal to:

- o   $1,491,200, if in a cash flow market that is on the 36 Month duration
- o   $1,514,000, if in a cash flow market that is on the 42 Month duration
- o   $1,534,100, if in a cash flow market that is on the 48 Month duration
- o   $1,086,200, if in a cash flow market that is on the 36 Month Ivantage duration
- o   $1,111,400, if in a cash flow market that is on the 36 Month North Carolina duration
- o   $1,116,500, if in a cash flow market that is on the 42 Month North Carolina duration
- o   $1,122,300, if in a cash flow market that is on the 48 Month North Carolina duration

**Start-up Agency - affiliation dates of May 1, 2008 through March 31, 2017**

An agency with 36 months or less of affiliation that purchases the economic interest in and/or is assigned:

- a combined total of 750 Total Personal Lines policies or less with a combined total of $800,000 or less in Total Property and Casualty 12mm Earned Premium[23], or
- a combined total of 750 Total Personal Lines policies or less with a combined total of more than $800,000 in Total Property and Casualty 12mm Earned Premium[23], or
- a combined total of more than 750 Total Personal Lines policies with a combined total of $800,000 or less in Total Property and Casualty 12mm Earned Premium[23]

Note:  An agency will be treated as an Established Agency beginning with the calendar year in which the Start-up Agency (including Enhanced Satellite Agencies) completes 36 full months of affiliation.

**Start-up Agency - affiliation dates prior to May 1, 2008**

An agency with 36 months or less of affiliation that purchased the economic interest in and/or was assigned a combined total of 750 Total Personal Lines policies or less

Note:  An agency will be treated as an Established Agency beginning with the calendar year in which the Start-up Agency (including Enhanced Satellite Agencies) completes 36 full months of affiliation.

**"Unrepresented Plus Policy"** [24] means an Allstate policy not identified with an economic interest in a book of business and not affiliated with an agent and the Company has electronically flagged or identified as a Plus Policy.

   Note:  The Company policy processing systems may not reflect the former agent as being terminated for up to 1,000 days.

---

[23] The combined total policies and the combined total premium includes policies bound by the Customer Contact Center (CCC) identified as resulting from an agent forwarded phone or the agent's home page on the Internet beginning October 4, 2004 and subsequent (agent page 41), policies in Agency Direct status, and policies in Direct Transition status and apply to multiple purchases and assignments on May 1, 2008 and later.  If there are both purchases and assignments, then policies and premium from both are included in the combined totals.

[24] Effective August 1, 2019, the Plus Policy program will be sunset and no new Plus Policies will be assigned.  Policies currently in Plus Policy status will remain in Plus Policy status until the five full annual renewal periods have been completed.

Pls. Exhibit 3

**"Unrepresented Policy"** means an Allstate policy not identified with an economic interest in a book of business and not affiliated with an agent

> Note:  The Company policy processing systems may not reflect the former agent as being terminated for up to 1,000 days.

Case: 1:21-cv-02674 Document #: 1-3 Filed: 05/18/21 Page 224 of 269 PageID #:331

# Allstate Financial Exhibits

# Exhibit A    Allstate Financial - Basis of Commission (excludes New York and American Heritage Life)

**ALLSTATE FINANCIAL EXHIBITS**                                    **REVISION DATE:  May 1, 2020**

The basis for calculating commission varies by product.  The following rules apply to business written as an EA:

| Commission Basis (Excluding New York) | | |
|---|---|---|
| **Product** | **New Business** | **Renewal/Trail** |
| Whole Life II<br>Whole Life Advantage<br>Whole Life Advantage (revised 10/15/2018)<br>Whole Life Tribute | Annual premium in advance | Same |
| TrueFit | Annual premium less policy fee in advance | Same |
| Monthly Income Term (MIT) | Annual premium less policy fee in advance | Same |
| Allstate Basic Term (ABT) | Annual premium in advance | Same |
| Allstate Bridge UL<br>Allstate Lifetime UL<br>FutureBuilder UL<br>FutureGrowth IUL | Advanced based on the lesser of commission target and planned annual premium and adjusted based on the actual premium paid within the first policy year[1]<br>Excess 1st year payments as received | Premiums after 1st year as received |
| Annuitization on Allstate/LBL Deferred Annuities | Annuitized value less premium deposits made within the last five (5) years | N/A |
| Long Term Care, Disability Income, and Impaired Life[2] | Gross Commissions paid to Allstate, as earned | Gross Commissions paid to Allstate |
| Protective Income Builder Indexed Annuity<br>Protective Indexed Annuity II<br>Protective Asset Builder Indexed Annuity<br>Protective Secure Saver<br>Protective ProPayer Income Annuity | Gross Commissions paid to Allstate as received | Gross Commissions paid to Allstate on trails as received |
| PruSecure Fixed Indexed Annuity[3]<br>Lincoln Financial Group OptiBlend Fixed   Indexed Annuity<br>Lincoln Financial Group Covered Choice Fixed   Indexed Annuity | Gross dealer concessions as received | Gross dealer concessions as received |

**Commission Basis Notes:**

- For Life replacements, the First Year Commission Basis will be the difference between the First Year Commission Basis calculated for the new policy and old policy.  If the old policy terminated within the first policy year, any unearned premium on the old policy will be subtracted from the old policy commission basis when calculating commissions. First Year Excess is not adjusted for Replacements.  Refer to chapter 3, section 4a for further information.

---

[1] Refer to chapter 2, section 2 for further details.

[2] The CRUMP Group Inc. is the exclusive distributor for Long Term Care, individual Disability Income, and Impaired Life products for the Allstate producer.  Refer to chapter 5, section 4 for further information.

[3] This product is not available in CA.

Exhibit A
© 2020 Allstate Insurance Company

Pls. Exhibit 3

**Commission Basis Notes (continued):**

- Temporary flat extras on all policies do not receive commissions.
- Primary insured term riders are not included in the commission target but do receive commissions as excess first year payments are received.
- Term conversion premium credits applied to the new policy will reduce the Annual Premium, Minimum Annual Premium, and Commission Target, and are excluded from the Excess 1st Year Payments calculation when calculating the New Commission Basis. Refer to chapter 3, section 4b for further information.
- For all split policies, the commission basis is equal to the original commission basis multiplied by the split percentage that was selected on the application.
- Commissions may be reduced on life policies exceeding five million of death benefit on an insured and on annuity deposits in excess of two million dollars. Refer to chapter 2, section 2, subsection 7.0 for further information.
- When the Full Surrender Charge Adjustment Rider is added to a policy, commissions will be calculated as stated above, but will be paid out over 5 years. Refer to chapter 2, section 2, subsection 8.0 for further information.

Exhibit A
© 2020 Allstate Insurance Company

Pls. Exhibit 3

# Exhibit B     Allstate Financial - Production Credit (excludes New York)

# Production Credit Calculation (Excludes New York)

| *Product* | *Production Credit* |
|---|---|
| Whole Life II<br>Whole Life Tribute<br>TrueFit<br>Monthly Income Term<br>Allstate Basic Term | 100% of first-year annual premium |
| Whole Life Advantage (revised 10/15/2018)<br><div align="right">Base – Pay to age 121<br>Base – Pay to age 70<br>Base – 20 Pay<br>Base – 10 Pay<br>Base – Single Payer<br>Paid Up Insurance Rider</div> | 100% of first-year annual premium<br>95% of first-year annual premium<br>80% of first-year annual premium<br>50% of first-year annual premium<br>5% of single premium<br>5% of single premium |
| Allstate Bridge UL<br>Allstate Lifetime UL<br>FutureBuilder UL<br>FutureGrowth IUL | Lesser of 100% of commission target premium or planned annual premium and adjusted based on the actual premium paid within the first policy year[1] and 2% of any excess payments during the first policy year |
| Increases / Add-ons<br>  Minimum Annual Premium<br>  Annual Premium Products | 100% of increase in minimum annual premium or annual premium[2] |
| Increases / Add-ons<br>  Commission Target Premium Products | 100% of the difference between the new commission target premium and the old commission target premium[3] |
| Term Conversions (until 4/13/2012)[4] | 100% of new business production credit. If converted before the 5th term policy anniversary, the difference between the old and new production credit will be given. |
| Long Term Care and Disability Income[5] | 100% of the first-year annual premium times the gross commission percentage paid to Allstate |
| Impaired Life[5] | 100% of the first-year annual premium times the Gross Commissions percentage paid to Allstate, as earned |

---

[1] See chapter 2, section 2 for further details.

[2] No production credit is given for increases on the Echelon I UL.

[3] No production credit will be given if the new commission target premium is equal to or less than the old commission target premium or if the new planned annual premium is less than the difference between the new commission target premium and the old commission target premium.

[4] For production credit information regarding term conversions effective April 14, 2012 and later, refer to Chapter 3, Section 4b.

[5] The CRUMP Group Inc. is the exclusive distributor for Long Term Care, individual Disability Income, and Impaired Life products for the Allstate producer. Refer to chapter 5, section 4 for further information.

**ALLSTATE FINANCIAL EXHIBITS**                          **REVISION DATE: May 1, 2020**

| Product | Production Credit |
|---|---|
| **Allstate Benefits Workplace – New Payroll Case**<br><br>Universal Life, 20 Year Term, Disability, Cancer, Accident, Hospital Indemnity, Heart/Stroke, Critical Illness, Group Cancer, Group Accident, Group Critical Illness, Group UL, Group Shop, Group Disability, Term to 100, Group Indemnity Medical, GIM2, Guardian Dental, *STD, *LTD, *Group Term Life, EyeMed Vision, New Generation Critical Illness, Major Medical Compliment (GAP)<br><br>(*excludes employer paid STD, LTD, and Group Term Life) | 70% of the annualized premium[6] for new case premium written during the initial enrollment period[7] |
| **Allstate Benefits Workplace – Existing Payroll Case**<br><br>Universal Life, 20 Year Term, Disability, Cancer, Accident, Hospital Indemnity, Heart/Stroke, Critical Illness, Group Cancer, Group Accident, Group Critical Illness, Group UL, Group Shop, Group Disability, Term to 100, Group Indemnity Medical, GIM2, Guardian Dental, *STD, *LTD, *Group Term Life, EyeMed Vision, New Generation Critical Illness, Major Medical Compliment (GAP)<br><br>(*excludes employer paid STD, LTD, and Group Term Life) | 35% of the annualized premium [6] on written premiums received after the initial enrollment period [7] |
| **Allstate Benefits – Individual Direct Products (Non-Payroll)**<br>Accident, Supplement Health Options Policy (SHOP[8]) and Critical Illness | 35% of annualized premium |
| **Fixed Annuities**<br>    Protective Secure Saver[9] | 3.5% of premiums for deposit ages 0-80<br>2% of premiums for deposit ages 81+ |
| **Indexed Annuities**<br><br>    Protective Income Builder Indexed Annuity[9]<br>    Protective Indexed Annuity II (5, 7 & 10 years) [9]<br>    Protective Asset Builder Indexed Annuity[9]<br>    PruSecure Fixed Indexed Annuity[10]<br>    Lincoln Financial Group OptiBlend Fixed Indexed Annuity[11]<br>    Lincoln Financial Group Covered Choice Fixed Indexed Annuity[11] | 5% of premiums as received for ages 0-80<br>3.5% for ages 81+ |
| **Single Premium Annuities**<br>    Protective ProPayer Income Annuity[9] | 3.5% of premiums as received |

---

[6] Production credit will be less than the amounts defined above if the premium split coded on the application is less than 30% for the Allstate producers (i.e., the AWD benefit specialist split is greater than 70%). Production credit will be reduced proportionately by the ratio of the percentage coded on the application to the standard 30% commission split.

[7] The initial enrollment period is defined as the first 12-month period from the date that the D003 Employer Acceptance Agreement is entered into the system.

[8] This product has been discontinued in Utah.

[9] The Protective fixed and index annuity products are issued by Protective Life and Annuity Insurance Company. Refer to Chapter 5, Section 4 for further information.

[10] The PruSecure is issued by Prudential. Refer to Chapter 5, Section 4 for further information.

[11] The OptiBlend and Covered Choice Fixed Indexed Annuities are issued by Lincoln Financial Group. Refer to Chapter 5, Section 4 for further information.

Exhibit B
© 2020 Allstate Insurance Company

Pls. Exhibit 3

| Product | Production Credit |
|---|---|
| **Discontinued Fixed Annuities that allow additional premium payments**[12]<br>　　Advantage Plus<br>　　Allstate Treasury Linked Annuity<br>　　Allstate Flexi Series (78, 82, 83, 86)<br>　　Saver's Preferred<br>　　Saver's Premiere<br>　　LBL Futurist Gold<br>　　LBL Tactician<br>　　LBL Tactician 10 (MVA)<br>　　LBL Tactician Plus (MVA)<br>　　LBL SureHorizon<br>　　LBL SureHorizon II<br>　　Protective ProSaver Secure II Annuity[13] | 3.5% of premiums for deposit ages 0-80<br>2% of premiums for deposit ages 81+ |
| **Discontinued Index Annuities that allow additional premium payments**[12]<br>　　LBL Savers Index III<br>　　Allstate GrowthProtector<br>　　Voya Quest Plus Index Annuity<br>　　Voya Quest 5 Index Annuity<br>　　Voya Quest 7 Index Annuity<br>　　Voya Financial Secure Index Five<br>　　Voya Financial Secure Index Seven<br>　　Voya Financial Secure Index Opportunities<br>　　Voya Financial Secure Index Outlook<br>　　Voya Financial Wealth Builder Plus | 5% of premiums as received |
| **Discontinued Deferred Income Annuity**<br>　　Voya Financial Lifetime Income | 5% of premiums as received |
| **Discontinued Annuities that allow redeposits**<br>　Elite Index Annuity<br>　Saver's Index Annuity I | 3.5% of redeposit[14] |

The Enhanced Commission Scales are based on production credit from policies or policy changes that have been issued and credit released and deposits on existing policies and mutual funds.  In order for production credit to be earned for a specific period, the policy and or policy change must be issued and credit released no later than the end of a calendar quarter.

**Production Credit Notes:**

- For Life replacements, production credit will be given on the difference between the production credit calculated on the new policy and the old policy.   First Year Excess is not adjusted for Replacements.  Refer to Chapter 3, Section 4a for further information.
- Production credit for free looks is charged back in the month the free look is processed, including prior year policies.

---

[12] Includes only LBL product sales authorized through the Allstate agent channel.

[13] The Protective fixed and index annuity products are issued by Protective Life and Annuity Insurance Company.  Refer to Chapter 5, Section 4 for further information.

[14] Production credit will be given on redeposits with an effective date of 1/1/2006 and later.

Exhibit B
© 2020 Allstate Insurance Company

**Production Credit Notes (continued):**

- Production credit for terminations, deletions, decreases of insurance amount and changes is charged back when the activity is processed, including prior year business.  Production credit will not be charged back for terminations due to death or annuitization.[15]
- Temporary flat extras on all policies do not receive production credit.
- Primary Term Riders do not receive production credit when the policy is issued and placed but do receive credit as excess deposits are received.
- For all split policies, production credit is equal to the original production credit multiplied by the split percentage that was selected on the application.

---

[15] Carriers participating in the expanded market program may have different rules regarding chargebacks due to death.  Contact the carrier for their specific rules.  Any chargeback assessed by the carrier will also be assessed to production credit, commissions, and IPS if in the first year.

Exhibit B
© 2020 Allstate Insurance Company

# Exhibit C    Allstate Financial - Commission Schedule (excludes New York)

The following schedule contains new business and renewal commission rates effective January 1, 2020.  Rates apply to proprietary life policies written January 1, 2020 and later and to annuity deposits effective January 1, 2020 and later.

## COMMISSION SCHEDULE
### (excludes New York)

| Product | First Year Commission % | | | | | Renewal Commission % | | | | Trail* Comm |
| | Writing Agent | | | Shared Comm | Excess Prem | | | | | Year 2+ |
| | Scale A | Scale B | Scale C | | | Year 2-5 | Year 6-10 | Year 11-20 | Year 21+ | |
|---|---|---|---|---|---|---|---|---|---|---|
| Whole Life II | 60 | 70 | 80 | 20 | | 3 | 3 | 1.5 | | |
| Whole Life Tribute | | | | | | | | | | |
| Base – Pay to age 121 | 60 | 70 | 80 | 20 | | 3 | 3 | 1.5 | | |
| Whole Life Advantage | | | | | | | | | | |
| Base – Pay to age 121 | 65 | 75 | 85 | 20 | | 3 | 3 | 1.5 | | |
| Base – Pay to age 70 | 65 | 75 | 85 | 20 | | 3 | 3 | 1.5 | | |
| Base – 20 Pay | 49 | 59 | 69 | 16 | | 3 | 3 | 1.5 | | |
| Base – 10 Pay | 28 | 38 | 48 | 10 | | 3 | 3 | 1.5 | | |
| Base – Single Pay | 4 | 4.5 | 5 | 1 | | | | | | |
| Paid Up Insurance Rider | 4 | 4.5 | 5 | 1 | | | | | | |
| TrueFit (Base Plan and riders)[1] | | | | | | | | | | |
| 10-13 Year Duration | 55 | 65 | 75 | 20 | | | | | | |
| 14-30 Year Duration | 65 | 75 | 85 | 20 | | | | | | |
| Monthly Income Term (MIT) | | | | | | | | | | |
| Coverage Term 10 | 55 | 65 | 75 | 20 | | | | | | |
| Coverage Term 20 | 65 | 75 | 85 | 20 | | | | | | |
| Allstate Basic Term | 40 | 45 | 50 | 15 | | | | | | |
| Allstate Bridge UL Allstate Lifetime UL FutureBuilder UL FutureGrowth IUL | 65 | 75 | 85 | 20 | 3 | 3 | 3 | 1.5 | | |
| Annuitization on Allstate/LBL Deferred Annuities | 1.5 | 1.5 | 1.5 | | | | | | | |
| The following products are paid as a percent of Gross Commissions paid to Allstate | | | | | | | | | | |
| Protective Life Insurance Company   Secure Saver   Indexed Annuity II   Income Builder Indexed Annuity   Asset Builder Indexed Annuity   ProPayer Income Annuity | 40 | 50 | 60 | 10 | | | | | | 53 |
| Prudential   PruSecure Fixed Indexed Annuity | 40 | 50 | 60 | 10 | | | | | | 53 |

[1] Riders and benefits (e.g., primary term rider, additional insured rider, children's term rider, accidental death, waiver of premium, etc.) will be paid at the same commission rate of the base plan duration; except for additional insured riders that have a duration shorter than the base plan.  These additional insured riders will be paid at commission rates on the duration of the additional insured rider.

**ALLSTATE FINANCIAL EXHIBITS**                    **REVISION DATE:  May 1, 2020**

## COMMISSION SCHEDULE
### (excludes New York)

| Product | First Year Commission % | | | | | Renewal Commission % | | | | Trail* Comm |
| | Writing Agent | | | Shared Comm | Excess Prem | Year 2-5 | Year 6-10 | Year 11-20 | Year 21+ | Year 2+ |
| | Scale A | Scale B | Scale C | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Lincoln Financial Group<br>    OptiBlend Fixed Indexed Annuity<br>    Covered Choice Fixed Indexed Annuity | 40 | 50 | 60 | 10 | | | | | | 53 |
| The CRUMP Group, Inc<br>    Long Term Care, Disability Income,<br>    Impaired Life | 55 | 65 | 75 | 10 | | 80 | 80 | 80 | 80 | |

*Trail rates displayed for annuities and life policies represent an annual rate which is prorated based on the frequency of payments.  Trails continue until annuitization or termination of the policy.

---

**SUPPLEMENT FOR THE R3001 AGREEMENT**

Exhibit C
© 2020 Allstate Insurance Company

Pls. Exhibit 3

# Exhibit D     Allstate Financial - Commission Schedule for Discontinued Products (excludes New York)

# COMMISSION SCHEDULE
## DISCONTINUED PRODUCTS
### (excludes New York)

| Product | First Year Commission % | | | | Renewal Commission % | | | | Trail* Comm Year 2+ |
|---|---|---|---|---|---|---|---|---|---|
| | 12 MM Production Credit | | | Excess Prem | | | | | |
| | Scale A | Scale B | Scale C | | Year 2-5 | Year 6-10 | Year 11-20 | Year 21+ | |
| Maximum Term (1RT) | | | | | 3 | 3 | 3 | 3 | |
| Home Mortgage Protection | | | | | 3 | 3 | 3 | 3 | |
| Elite Index UL | | | | 3 | 3 | 3 | 3 | 3 | |
| Additional Insured Rider | | | | | | | | | |
| Primary Insured Term Rider | NA | | | | | | | | |
| Golden Achiever | | | | 2 | 2 | 2 | | | |
| Ultra Achiever (Age 76+) | | | | 3 | 3 | 3 | 2 | | |
| Saver's Index Annuity II | | | | | | 3.25[1] | 3.25[1] | 3.25[1] | |
| Saver's Choice Annuity | | | | | | | | | |
| Saver's Choice Premiere Annuity | | | | | | | | | |
| Revised Whole Life (Effective 09/01/2006 - 01/07/2007) | 60 | 70 | 80 | | 3 | 3 | 3 | 3 | |
| Revised Whole Life (Effective 01/08/2007 and later) | 55 | 65 | 75 | | 3 | 3 | 1.5 | | |
| Whole Life Advantage (Revised 10/15/2018) | | | | | | | | | |
|     Base – Pay to age 121 | 60 | 70 | 80 | | 3 | 3 | 1.5 | | |
|     Base – Pay to age 70 | 60 | 70 | 80 | | 3 | 3 | 1.5 | | |
|     Base – 20 Pay | 45 | 55 | 65 | | 3 | 3 | 1.5 | | |
|     Base – 10 Pay | 25 | 35 | 45 | | 3 | 3 | 1.5 | | |
|     Base – Single Pay | 3.75 | 4.25 | 4.75 | | | | | | |
|     Paid Up Insurance Rider | 3.75 | 4.25 | 4.75 | | | | | | |
| Universal Life Premiere | 60 | 70 | 80 | 5 | 3 | 3 | 3 | 3 | |
| Additional Insured Rider | 60 | 70 | 80 | | | | | | |
| Primary Insured Term Rider | 60 | 70 | 80 | | | | | | |
| UL100R | 60 | 70 | 80 | 3 | 3 | 3 | 3 | 3 | |
| Additional Insured Rider | 60 | 70 | 80 | | | | | | |
| UL Children's Level Term Rider | 60 | 70 | 80 | | | | | | |
| Estate Executor (2nd to Die) | 60 | 70 | 80 | 3 | 3 | 3 | 3 | | |
| GoodForLife | 10 | 10 | 10 | | 10 | 10 | 10 | 10 | |
| GrowthProtector[2] | | | | | | | | | |
|   Option A    Deposit Ages  0-75 | 1.19 | 1.53 | 1.87 | | | | | | |
|               76-85 | 0.69 | 0.89 | 1.09 | | | | | | |
|   Option B    Deposit Ages  0-75 | 1.19 | 1.53 | 1.87 | | | | | | 0.30[3] |
|               76-85 | 0.45 | 0.69 | 0.90 | | | | | | 0.30[3] |

[1] Renewal paid for each subsequent 7-year term and based on the policy value at the beginning of the new 7-year period.

[2] No commission is paid on the purchase payment bonus amount.

[3] Trail amounts will be paid quarterly using the annual rate shown divided by four (4).

**SUPPLEMENT FOR THE R3001 AGREEMENT**

    **REVISION DATE: May 1, 2020**

## COMMISSION SCHEDULE
## DISCONTINUED PRODUCTS
### (excludes New York)

| Product | First Year Commission % | | | | Renewal Commission % | | | | Trail* Comm Year 2+ |
| | 12 MM Production Credit | | | Excess Prem | | | | | |
| | Scale A | Scale B | Scale C | | Year 2-5 | Year 6-10 | Year 11-20 | Year 21+ | |
|---|---|---|---|---|---|---|---|---|---|
| IncomeProtector | | | | | | | | | |
|   Option A     Deposit Ages    0-75 | 2.40 | 2.88 | 3.36 | | | | | | |
|                                 76-85 | 1.39 | 1.67 | 1.95 | | | | | | |
| Treasury Linked Annuity | | | | | | | | | |
| (effective until 01/07/2007) | | | | | | | | | |
|        Deposit Ages    0-80 | 1.70 | 2.04 | 2.38 | | | | | | |
|   81-85 | 1.25 | 1.50 | 1.75 | | | | | | |
|   86-90 | 0.45 | 0.54 | 0.63 | | | | | | |
| Treasury Linked Annuity [4] | | | | | | | | | |
| (effective 01/08/2007) | | | | | | | | | |
|        Deposit Ages    0-75 | 1.70 | 2.04 | 2.38 | | | | | | |
|   76-80 | 1.10 | 1.32 | 1.54 | | | | | | |
|   81-90 | 0.45 | 0.54 | 0.63 | | | | | | |
| Treasury Linked Annuity II | | | | | | | | | |
|        Deposit Ages    0-75 | 3.35 | 4.02 | 4.69 | | | | | | 0.25[5] |
|   76-80 | 2.20 | 2.64 | 3.08 | | | | | | 0.25[5] |
|   81-90 | 1.05 | 1.26 | 1.47 | | | | | | 0.25[5] |
| Saver's Premiere Annuity | | | | | | | | | |
|        Deposit Ages    0-80 | 1.23 | 1.58 | 1.93 | | | | | | |
|   81-85 | 0.98 | 1.26 | 1.54 | | | | | | |
|   86-90 | 0.61 | 0.79 | 0.96 | | | | | | |
| Elite Index Annuity | | | | | | | | | |
|    7-Year Redeposit | | | | | | | | | |
|        Deposit Ages    0-75 | 2.50 | 3.00 | 3.50 | | | | | | |
|   76-85 | 0.10 | 0.12 | 0.14 | | | | | | |
| Protector Plus (5RT) | 55 | 66 | 77 | | 3 | 3 | 3 | 3 | |
| Allstate Level Best Gold | 55 | 66 | 77 | | 2 | | | | |
| Allstate Level Best Platinum | 55 | 66 | 77 | | 2 | | | | |
| Ultra 100 Plus | 60 | 70 | 80 | 3 | 3 | 3 | 3 | | |
| Ultra 2000 | 60 | 70 | 80 | 3 | 3 | 3 | 3 | | |
| Ultra 2000 Plus | 60 | 70 | 80 | 3 | 3 | 3 | 2 | | |
| Ultra Plus UL | 60 | 70 | 80 | 3 | 3 | 3 | 1.5 | | |
| Ultra Index UL | 60 | 70 | 80 | 3 | 3 | 3 | 1.5 | | |
| Legacy Choice UL | 60 | 70 | 80 | .20 | 3 | 3 | 1.5 | | |
| Legacy Secure UL | 60 | 70 | 80 | 3 | 3 | 3 | 1.5 | | |
| Legacy Secure II | 60 | 70 | 80 | 3 | 3 | 3 | 1.5 | | |

[4] Refer to chapter 2, section 2 for commission information on Window Period Renewals.

[5] Trail commissions begin in years 11+ for contracts with the Enhanced Lifetime Income Rider and will cease if the rider is removed from the contract for any reason.

Exhibit D
© 2020 Allstate Insurance Company

ALLSTATE FINANCIAL EXHIBITS REVISION DATE: May 1, 2020

# COMMISSION SCHEDULE
# DISCONTINUED PRODUCTS
## (excludes New York)

| Product | First Year Commission % | | | | Renewal Commission % | | | | Trail* Comm Year 2+ |
|---|---|---|---|---|---|---|---|---|---|
| | 12 MM Production Credit | | | Excess Prem | | | | | |
| | Scale A | Scale B | Scale C | | Year 2-5 | Year 6-10 | Year 11-20 | Year 21+ | |
| Legacy Secure SL | 60 | 70 | 80 | 3 | 3 | 3 | 1.5 | | |
| Legacy Premier UL | 60 | 70 | 80 | 3 | 3 | 3 | 1.5 | | |
| Legacy Premier SL | 60 | 70 | 80 | 3 | 3 | 3 | 1.5 | | |
| Guaranteed Term Gold & Platinum | 55 | 66 | 77 | | 2 | | | | |
| LBL Level Best Term Gold | 55 | 66 | 77 | | 2 | | | | |
| LBL Level Best Term Platinum | 55 | 66 | 77 | | 2 | | | | |
| TrueTerm 2009 (Base Plan and ROP rider)[6] | | | | | | | | | |
| 10-Year Duration[7] | 48 | 58 | 67 | | 2 | | | | |
| 15-Year & 20-Year Duration | 55 | 66 | 77 | | 2 | | | | |
| 30-Year Duration | 59 | 71 | 83 | | 2 | | | | |
| TrueTerm 2012 (Base Plan and riders)[8] (effective until 12/31/2016) | | | | | | | | | |
| 10-13 Year Duration | 50 | 60 | 70 | | 2 | | | | |
| 14-18 Year Duration | 60 | 70 | 80 | | 2 | | | | |
| 19-25 Year Duration | 60 | 70 | 80 | | 2 | | | | |
| 26-30 Year Duration | 60 | 70 | 80 | | 2 | | | | |
| Impaired life (CBIZ) % of GDC as earned | 80 | 80 | 80 | | | | | | |
| Advantage Plus Annuity | | | | | | | | | |
| Deposit Ages     0-80 | 1.23 | 1.58 | 1.93 | | | | | | |
| 81-85 | 0.98 | 1.26 | 1.54 | | | | | | |
| 86-90 | 0.61 | 0.79 | 0.96 | | | | | | |
| Tactician 10 | | | | | | | | | |
| Guarantee Period    1 Year | 0.40 | 0.48 | 0.56 | | 0.40[9] | | | | |
| 2 Years | 0.80 | 0.96 | 1.12 | | | | | | |
| 3 Years | 1.30 | 1.56 | 1.82 | | | | | | |
| 4 Years | 1.80 | 2.16 | 2.52 | | | | | | |
| 5-10 Years | 2.30 | 2.76 | 3.22 | | | | | | |

[6] The AIR commission rate is based on the term of the rider not the term of the base plan.

[7] The Return of Premium (ROP) rider is not available on the 10-year duration.

[8] Riders and benefits (e.g., primary term rider, additional insured rider, children's term rider, accidental death, waiver of premium, etc) will be paid at the same commission rate of the base plan duration; with the exception of additional insured riders that have a duration shorter than the base plan. These additional insured riders will be paid at commission rates on the duration of the additional insured rider.

[9] Renewals paid in years 2-5 on payments with 1-year guarantee rate only.

Exhibit D
© 2020 Allstate Insurance Company

Pls. Exhibit 3

## COMMISSION SCHEDULE
## DISCONTINUED PRODUCTS
### (excludes New York)

| Product | First Year Commission % | | | Excess Prem | Renewal Commission % | | | | Trail* Comm Year 2+ |
| | 12 MM Production Credit | | | | | | | | |
| | Scale A | Scale B | Scale C | | Year 2-5 | Year 6-10 | Year 11-20 | Year 21+ | |
|---|---|---|---|---|---|---|---|---|---|
| Tactician Plus | | | | | | | | | |
| Guarantee Period    1 Year | | | | | | | | | |
| Deposit Ages    0-75 | 1.23 | 1.58 | 1.93 | | 0.40[9] | | | | |
| 76-85 | 0.92 | 1.18 | 1.44 | | | | | | |
| 86-90 | 0.61 | 0.79 | 0.96 | | | | | | |
| Tactician Plus[10] | | | | | | | | | |
| (effective until 01/07/2007) | | | | | | | | | |
| Guarantee Period    5 Years | | | | | | | | | |
| Deposit Ages    0-75 | 2.30 | 2.76 | 3.22 | | | | | | |
| 76-85 | 1.73 | 2.08 | 2.42 | | | | | | |
| 86-90 | 1.15 | 1.38 | 1.61 | | | | | | |
| Guarantee Period    6 Years | | | | | | | | | |
| Deposit Ages    0-75 | 1.05 | 1.26 | 1.47 | | | | | | |
| 76-85 | 0.79 | 0.95 | 1.11 | | | | | | |
| 86-90 | 0.53 | 0.64 | 0.74 | | | | | | |
| Guarantee Period    7 Years | | | | | | | | | |
| Deposit Ages    0-75 | 2.30 | 2.76 | 3.22 | | | | | | |
| 76-85 | 1.73 | 2.08 | 2.42 | | | | | | |
| 86-90 | 1.15 | 1.38 | 1.61 | | | | | | |
| Guarantee Period    8 Years | | | | | | | | | |
| Deposit Ages    0-75 | 2.30 | 2.76 | 3.22 | | | | | | |
| 76-85 | 1.73 | 2.08 | 2.42 | | | | | | |
| 86-90 | 1.15 | 1.38 | 1.61 | | | | | | |
| Guarantee Period    9 Years | | | | | | | | | |
| Deposit Ages    0-75 | 1.05 | 1.26 | 1.47 | | | | | | |
| 76-86 | 0.79 | 0.95 | 1.11 | | | | | | |
| 86-90 | 0.53 | 0.64 | 0.74 | | | | | | |
| Guarantee Period    10 years | | | | | | | | | |
| Deposit Ages    0-75 | 2.30 | 2.76 | 3.22 | | | | | | |
| 76-85 | 1.73 | 2.08 | 2.42 | | | | | | |
| 86-90 | 1.15 | 1.38 | 1.61 | | | | | | |

[10] Refer to chapter 2, section 2 for commission information on Window Period Renewals.

Exhibit D
© 2020 Allstate Insurance Company

# COMMISSION SCHEDULE
## DISCONTINUED PRODUCTS
### (excludes New York)

| Product | First Year Commission % | | | Excess Prem | Renewal Commission % | | | | Trail* Comm Year 2+ |
|---|---|---|---|---|---|---|---|---|---|
| | 12 MM Production Credit | | | | | | | | |
| | Scale A | Scale B | Scale C | | Year 2-5 | Year 6-10 | Year 11-20 | Year 21+ | |
| Tactician Plus[11] | | | | | | | | | |
| (effective 01/08/2007 and later) | | | | | | | | | |
| Guarantee Period    5 Years | | | | | | | | | |
| Deposit Ages    0-75 | 1.23 | 1.58 | 1.93 | | | | | | |
| 76-80 | 0.92 | 1.19 | 1.45 | | | | | | |
| 81-90 | 0.61 | 0.79 | 0.96 | | | | | | |
| Guarantee Period    6 Years | | | | | | | | | |
| Deposit Ages    0-75 | 1.23 | 1.58 | 1.93 | | | | | | |
| 76-80 | 0.92 | 1.19 | 1.45 | | | | | | |
| 81-90 | 0.62 | 0.80 | 0.97 | | | | | | |
| Guarantee Period    7 Years | | | | | | | | | |
| Deposit Ages    0-75 | 1.23 | 1.58 | 1.93 | | | | | | |
| 76-80 | 0.92 | 1.19 | 1.45 | | | | | | |
| 81-90 | 0.61 | 0.79 | 0.96 | | | | | | |
| Guarantee Period    8 Years | | | | | | | | | |
| Deposit Ages    0-75 | 1.23 | 1.58 | 1.93 | | | | | | |
| 76-80 | 0.92 | 1.19 | 1.45 | | | | | | |
| 81-90 | 0.61 | 0.79 | 0.96 | | | | | | |
| Guarantee Period    9 Years | | | | | | | | | |
| Deposit Ages    0-75 | 1.23 | 1.58 | 1.93 | | | | | | |
| 76-80 | 0.92 | 1.19 | 1.45 | | | | | | |
| 81-90 | 0.62 | 0.80 | 0.97 | | | | | | |
| Guarantee Period    10 years | | | | | | | | | |
| Deposit Ages    0-75 | 1.23 | 1.58 | 1.93 | | | | | | |
| 76-80 | 0.92 | 1.19 | 1.45 | | | | | | |
| 81-90 | 0.61 | 0.79 | 0.96 | | | | | | |
| Futurist Gold Annuity I | | | | | | | | | |
| Deposits in years 1-3 | 1.23 | 1.58 | 1.93 | | | | | | |
| 4-7 | 0.75 | 0.97 | 1.18 | | | | | | |
| 8-20 | 0.38 | 0.48 | 0.59 | | | | | | |
| 21+ | 0.00 | 0.00 | 0.00 | | | | | | |
| Saver's Index Annuity I[12] | | | | | | | | | |
| Deposit Ages    0-75 | 3.25 | 3.90 | 4.55 | | | 3.25[13] | 3.25[13] | 3.25[13] | |
| 76+ | 2.28 | 2.74 | 3.19 | | | | | | |
| 7-Year Redeposit | | | | | | | | | |
| Deposit Ages    0-75 | 2.50 | 3.00 | 3.50 | | | | | | |
| 76+ | 0.10 | 0.12 | 0.14 | | | | | | |

[11] Refer to chapter 2, section 2 for commission information on Window Period Renewals.

**SUPPLEMENT FOR THE R3001 AGREEMENT**

Exhibit D
© 2020 Allstate Insurance Company

ALLSTATE FINANCIAL EXHIBITS                                    REVISION DATE: May 1, 2020

# COMMISSION SCHEDULE
## DISCONTINUED PRODUCTS
### (excludes New York)

| Product | First Year Commission % | | | | Renewal Commission % | | | | Trail* Comm Year 2+ |
|---|---|---|---|---|---|---|---|---|---|
| | 12 MM Production Credit | | | Excess Prem | | | | | |
| | Scale A | Scale B | Scale C | | Year 2-5 | Year 6-10 | Year 11-20 | Year 21+ | |
| Saver's Index Annuity III | | | | | | | | | |
|     Deposit Ages   0-75 | 1.19 | 1.53 | 1.87 | | | | | | |
|     76+ | 0.83 | 1.07 | 1.31 | | | | | | |
| SureHorizon FPDA[14] | | | | | | | | | |
|   (effective until 01/07/2007) | | | | | | | | | |
| Contract Year 1 – Deposit Ages  0-75 | 1.23 | 1.58 | 1.93 | | | | | | |
|     76-85 | 0.84 | 1.08 | 1.32 | | | | | | |
|     86-90 | 0.43 | 0.55 | 0.67 | | | | | | |
| Contract Year 2 - Deposit Ages 0-75 | 1.23 | 1.58 | 1.93 | | | | | | |
|     76-85 | 0.82 | 1.05 | 1.28 | | | | | | |
|     86-90 | 0.38 | 0.49 | 0.60 | | | | | | |
| Contract Year 3 – Deposit Ages  0-75 | 1.23 | 1.58 | 1.93 | | | | | | |
|     76-85 | 0.79 | 1.02 | 1.24 | | | | | | |
|     86-90 | 0.32 | 0.41 | 0.50 | | | | | | |
| Contract Year 4 – Deposit Ages  0-75 | 1.23 | 1.58 | 1.93 | | | | | | |
|     76-85 | 0.72 | 0.93 | 1.13 | | | | | | |
|     86-90 | 0.07 | 0.09 | 0.11 | | | | | | |
| Contract Year 5 – Deposit Ages  0-75 | 1.23 | 1.58 | 1.93 | | | | | | |
|     76-85 | 0.00 | 0.00 | 0.00 | | | | | | |
|     86-90 | 0.00 | 0.00 | 0.00 | | | | | | |
| Contract Year 6 – Deposit Ages  0-75 | 1.23 | 1.58 | 1.93 | | | | | | |
|     76-85 | 0.00 | 0.00 | 0.00 | | | | | | |
|     86-90 | 0.00 | 0.00 | 0.00 | | | | | | |
| Contract Year 7+ – Deposit Ages  All | 0.00 | 0.00 | 0.00 | | | | | | |

[12] This product has been discontinued effective May 16, 2005 in all states where the Revised Saver's Index Annuity I has been approved.

[13] Renewal paid for each subsequent 7-year term and based on the policy value at the beginning of the new 7-year period.

[14] Commissions are paid based on the policy (contract) year in which the deposit is applied.

Exhibit D
© 2020 Allstate Insurance Company

Pls. Exhibit 3

# COMMISSION SCHEDULE
## DISCONTINUED PRODUCTS
### (excludes New York)

| Product | First Year Commission % | | | | Renewal Commission % | | | | Trail* Comm Year 2+ |
|---|---|---|---|---|---|---|---|---|---|
| | 12 MM Production Credit | | | Excess Prem | | | | | |
| | Scale A | Scale B | Scale C | | Year 2-5 | Year 6-10 | Year 11-20 | Year 21+ | |
| SureHorizon FPDA[15] | | | | | | | | | |
| (effective 01/08/2007) | | | | | | | | | |
| Contract Year 1 – Deposit Ages 0-75 | 3.00 | 3.60 | 4.20 | | | | | | |
| 76-80 | 2.05 | 2.46 | 2.87 | | | | | | |
| 81-90 | 1.05 | 1.26 | 1.47 | | | | | | |
| | | | | | | | | | |
| Contract Year 2 - Deposit Ages 0-75 | 2.25 | 2.70 | 3.15 | | | | | | |
| 76-80 | 1.50 | 1.80 | 2.10 | | | | | | |
| 81-90 | 0.70 | 0.84 | 0.98 | | | | | | |
| | | | | | | | | | |
| Contract Year 3 – Deposit Ages 0-75 | 1.55 | 1.86 | 2.17 | | | | | | |
| 76-80 | 1.00 | 1.20 | 1.40 | | | | | | |
| 81-90 | 0.40 | 0.48 | 0.56 | | | | | | |
| | | | | | | | | | |
| Contract Year 4 – Deposit Ages 0-75 | 0.85 | 1.02 | 1.19 | | | | | | |
| 76-80 | 0.50 | 0.60 | 0.70 | | | | | | |
| 81-90 | 0.05 | 0.06 | 0.07 | | | | | | |
| | | | | | | | | | |
| Contract Year 5 – Deposit Ages 0-75 | 0.15 | 0.18 | 0.21 | | | | | | |
| 76-80 | 0.00 | 0.00 | 0.00 | | | | | | |
| 81-90 | 0.00 | 0.00 | 0.00 | | | | | | |
| | | | | | | | | | |
| Contract Year 6 – Deposit Ages 0-75 | 0.15 | 0.18 | 0.21 | | | | | | |
| 76-80 | 0.00 | 0.00 | 0.00 | | | | | | |
| 81-90 | 0.00 | 0.00 | 0.00 | | | | | | |
| | | | | | | | | | |
| Contract Year 7+ – Deposit Ages All | 0.00 | 0.00 | 0.00 | | | | | | |
| Protective ProSaver Secure II Annuity (with or without ROP) Effective through 6/30/2014 % of Gross Commissions Deposit Ages 0-85 | 35 | 45 | 55 | | | | | | |
| Protective ProSaver Secure II Annuity[16] (with or without ROP) % of Gross Commissions Deposit Ages 0-85 | 35 | 45 | 55 | | | | | | |

[15] Commissions are paid based on the policy (contract) year in which the deposit is applied.
[16] The Protective ProSaver Secure II is issued by Protective Life and Annuity Insurance Company. Refer to chapter 5, section 4.0 for further information.

**ALLSTATE FINANCIAL EXHIBITS**  **REVISION DATE:** May 1, 2020

# COMMISSION SCHEDULE
## DISCONTINUED PRODUCTS
### (excludes New York)

| Product | First Year Commission % | | | | Renewal Commission % | | | | Trail* Comm Year 2+ |
|---|---|---|---|---|---|---|---|---|---|
| | 12 MM Production Credit | | | Excess Prem | | | | | |
| | Scale A | Scale B | Scale C | | Year 2-5 | Year 6-10 | Year 11-20 | Year 21+ | |
| Voya Quest Plus Index Annuity[17] | 35 | 45 | 55 | | | | | | 53 |
| Voya Quest 5 Index Annuity[17] | 35 | 45 | 55 | | | | | | 53 |
| Voya Quest 7 Index Annuity[17] | 35 | 45 | 55 | | | | | | 53 |
| Voya Financial Secure Index Five[18] | 35 | 45 | 55 | | | | | | 53 |
| Voya Financial Secure Index Seven[18] | 35 | 45 | 55 | | | | | | 53 |
| Voya Financial Secure Index Opportunities[18] | 35 | 45 | 55 | | | | | | 53 |
| Voya Financial Secure Index Outlook[18] | 35 | 45 | 55 | | | | | | 53 |
| Voya Financial SPIA (Immediate) | 35 | 45 | 55 | | | | | | 53 |
| Voya Financial Lifetime Income | 35 | 45 | 55 | | | | | | 53 |
| Voya Financial Income Provider CW (SPIA) | 35 | 45 | 55 | | | | | | 53 |
| Voya Financial Wealth Builder Plus | 35 | 45 | 55 | | | | | | 53 |

---

[17] This product is not available in MN, NJ, NY, or WA.

[18] This product is only available in MN, MJ, NY and WA.

**SUPPLEMENT FOR THE R3001 AGREEMENT**

Exhibit D
© 2020 Allstate Insurance Company

ALLSTATE FINANCIAL EXHIBITS                                              REVISION DATE: May 1, 2020

# COMMISSION SCHEDULE
## DISCONTINUED PRODUCTS
### (Excludes New York)

| Product | Deposit Commission % | | | Trail Commission[19] %* | | |
| | 12MM Solo Production Credit | | | | | |
| | Scale A | Scale B | Scale C | Accumulation | Enhanced Lifetime Income Rider Accumulated Trail[20] | Payout |
|---|---|---|---|---|---|---|
| Revised Saver's Index Annuity I | | | | | | |
|     Deposit Ages  0-75 | 2.60 | 3.12 | 3.64 | | | |
|     76+ | 1.55 | 1.86 | 2.17 | | | |
| 7-Year Redeposit  Deposit Ages  0-75 | 2.50 | 3.00 | 3.50 | | | |
|     76+ | 0.10 | 0.12 | 0.14 | | | |
| Revised Saver's Index Annuity I Oregon/Washington | | | | | | |
|     Deposit Ages  0-80 | 2.60 | 3.12 | 3.64 | | | |
|     81-85 | 1.75 | 2.10 | 2.45 | | | |
|     86+ | 0.80 | 0.96 | 1.12 | | | |
| Revised Saver's Index Annuity III (effective until 08/15/2010) Option A | | | | | | |
|   Contract Year 1 - Deposit Ages  0-75 | 1.19 | 1.53 | 1.87 | | | 0.25 yr 11+ |
|     76+ | 0.77 | 0.99 | 1.21 | | | 0.25 yr 11+ |
|   Contract Year 2 - Deposit Ages  0-75 | 1.19 | 1.53 | 1.87 | | | 0.25 yr 11+ |
|     76+ | 0.76 | 0.98 | 1.20 | | | 0.25 yr 11+ |
|   Contract Year 3 - Deposit Ages  0-75 | 1.19 | 1.53 | 1.87 | | | 0.25 yr 11+ |
|     76+ | 0.74 | 0.95 | 1.16 | | | 0.25 yr 11+ |
|   Contract Year 4 - Deposit Ages  0-75 | 1.19 | 1.53 | 1.87 | | | 0.25 yr 11+ |
|     76+ | 0.73 | 0.94 | 1.15 | | | 0.25 yr 11+ |
|   Contract Year 5 - Deposit Ages  0-75 | 1.19 | 1.53 | 1.87 | | | 0.25 yr 11+ |
|     76+ | 0.71 | 0.91 | 1.11 | | | 0.25 yr 11+ |
|   Contract Year 6 - Deposit Ages  0-75 | 1.19 | 1.53 | 1.87 | | | 0.25 yr 11+ |
|     76+ | 0.66 | 0.85 | 1.03 | | | 0.25 yr 11+ |
|   Contract Year 7 - Deposit Ages  0-75 | 1.19 | 1.53 | 1.87 | | | 0.25 yr 11+ |
|     76+ | 0.66 | 0.85 | 1.03 | | | 0.25 yr 11+ |
|   Contract Year 8 - Deposit Ages  0-75 | 1.19 | 1.53 | 1.87 | | | 0.25 yr 11+ |
|     76+ | 0.64 | 0.82 | 1.01 | | | 0.25 yr 11+ |
|   Contract Year 9 - Deposit Ages  0-75 | 1.19 | 1.53 | 1.87 | | | 0.25 yr 11+ |
|     76+ | 0.56 | 0.71 | 0.87 | | | 0.25 yr 11+ |
|   Contract Year 10 - Deposit Ages  0-75 | 1.19 | 1.53 | 1.87 | | | 0.25 yr 11+ |
|     76+ | 0.30 | 0.38 | 0.47 | | | 0.25 yr 11+ |

[19] Accumulated value trail commission will be paid quarterly using the annual rate shown on this schedule divided by four (4). The trail will be paid on contract value for contracts that are at least 15 months old and will end when the contract is annuitized.

[20] Accumulated Value Trails for the Enhanced Lifetime Income Rider will cease if the rider is removed from the contract for any reason.

### SUPPLEMENT FOR THE R3001 AGREEMENT

Exhibit D
© 2020 Allstate Insurance Company

ALLSTATE FINANCIAL EXHIBITS                                         REVISION DATE: May 1, 2020

# COMMISSION SCHEDULE
## DISCONTINUED PRODUCTS
### (Excludes New York)

| Product | Deposit Commission % 12MM Solo Production Credit | | | Trail Commission[19] %* | | |
| | Scale A | Scale B | Scale C | Accumul-ation | Enhanced Lifetime Income Rider Accumulated Trail[20] | Payout |
|---|---|---|---|---|---|---|
| **Revised Saver's Index Annuity III** (effective until 08/15/2010) Option B | | | | | | 0.25 yr 11+ |
| Contract Year 1 - Deposit Ages  0-75 | 3.75 | 4.80 | 5.85 | | | 0.25 yr 11+ |
| 76+ | 2.35 | 3.03 | 3.71 | | | 0.25 yr 11+ |
| Contract Year 2 - Deposit Ages  0-75 | 3.10 | 4.02 | 4.94 | | | 0.25 yr 11+ |
| 76+ | 1.90 | 2.49 | 3.08 | | | 0.25 yr 11+ |
| Contract Year 3 - Deposit Ages  0-75 | 2.45 | 3.24 | 4.03 | | | 0.25 yr 11+ |
| 76+ | 1.40 | 1.89 | 2.38 | | | 0.25 yr 11+ |
| Contract Year 4 - Deposit Ages  0-75 | 1.75 | 2.40 | 3.05 | | | 0.25 yr 11+ |
| 76+ | 0.95 | 1.35 | 1.75 | | | 0.25 yr 11+ |
| Contract Year 5 - Deposit Ages  0-75 | 1.10 | 1.62 | 2.14 | | | 0.25 yr 11+ |
| 76+ | 0.50 | 0.81 | 1.12 | | | 0.25 yr 11+ |
| Contract Years 6 and 7 - Deposit Ages  0-75 | 0.40 | 0.78 | 1.16 | | | 0.25 yr 11+ |
| 76+ | 0.00 | 0.21 | 0.42 | | | 0.25 yr 11+ |
| Contract Year 8+ - Deposit Ages  All | 0.00 | 0.00 | 0.00 | | | 0.25 yr 11+ |
| **Revised Saver's Index Annuity III** (effective 08/16/2010 and later) | | | | | | 0.25 yr 11+ |
| Contract Year 1 - Deposit Ages  0-75 | 2.40 | 2.88 | 3.36 | | | 0.25 yr 11+ |
| 76+ | 1.39 | 1.67 | 1.95 | | | 0.25 yr 11+ |
| Contract Year 2 - Deposit Ages  0-75 | 2.06 | 2.47 | 2.88 | | | 0.25 yr 11+ |
| 76+ | 1.16 | 1.39 | 1.62 | | | 0.25 yr 11+ |
| Contract Year 3 - Deposit Ages  0-75 | 1.73 | 2.08 | 2.42 | | | 0.25 yr 11+ |
| 76+ | 0.91 | 1.09 | 1.27 | | | 0.25 yr 11+ |
| Contract Year 4 - Deposit Ages  0-75 | 1.36 | 1.63 | 1.90 | | | 0.25 yr 11+ |
| 76+ | 0.68 | 0.82 | 0.95 | | | 0.25 yr 11+ |
| Contract Year 5 - Deposit Ages  0-75 | 1.03 | 1.24 | 1.44 | | | 0.25 yr 11+ |
| 76+ | 0.45 | 0.54 | 0.63 | | | 0.25 yr 11+ |
| Contract Year 6 - Deposit Ages  0-75 | 0.66 | 0.79 | 0.92 | | | 0.25 yr 11+ |
| 76+ | 0.20 | 0.24 | 0.28 | | | 0.25 yr 11+ |
| Contract Year 7 - Deposit Ages  0-75 | 0.66 | 0.79 | 0.92 | | | 0.25 yr 11+ |
| 76+ | 0.20 | 0.24 | 0.28 | | | 0.25 yr 11+ |
| Contract Year 8 - Deposit Ages  0-75 | 0.51 | 0.61 | 0.71 | | | 0.25 yr 11+ |
| 76+ | 0.17 | 0.20 | 0.24 | | | 0.25 yr 11+ |
| Contract Year 9 - Deposit Ages  0-75 | 0.23 | 0.28 | 0.32 | | | 0.25 yr 11+ |
| 76+ | 0.05 | 0.06 | 0.07 | | | 0.25 yr 11+ |
| Contract Year 10 - Deposit Ages  All | 0.05 | 0.06 | 0.07 | | | 0.25 yr 11+ |

SUPPLEMENT FOR THE R3001 AGREEMENT

Exhibit D
© 2020 Allstate Insurance Company

**ALLSTATE FINANCIAL EXHIBITS**                    **REVISION DATE: May 1, 2020**

# COMMISSION SCHEDULE
## DISCONTINUED PRODUCTS
### (Excludes New York)

| Product | *Deposit Commission %* | | | *Trail Commission[19] %\** | | |
| | *12MM Solo Production Credit* | | | | | |
| | *Scale A* | *Scale B* | *Scale C* | *Accumul-ation* | *Enhanced Lifetime Income Rider Accumulated Trail[20]* | *Payout* |
|---|---|---|---|---|---|---|
| **SureHorizon Choice Annuity** | | | | | | |
| Deposit Ages          0-75 | 1.50 | 1.80 | 2.10 | | | 0.25 yr 10+ |
| 76-80 | 0.90 | 1.08 | 1.26 | | | 0.25 yr 10+ |
| 81-90 | 0.20 | 0.24 | 0.28 | | | 0.25 yr 10+ |
| **SureHorizon Annuity II[21]** | | | | | | |
| Contract Year 1 – Deposit Ages    0-75 | 1.23 | 1.58 | 1.93 | | | 0.25 yr 7+ |
| 76-80 | 0.84 | 1.08 | 1.32 | | | 0.25 yr 7+ |
| 81-90 | 0.43 | 0.55 | 0.67 | | | 0.25 yr 7+ |
| Contract Year 2 - Deposit Ages    0-75 | 1.23 | 1.58 | 1.93 | | | 0.25 yr 7+ |
| 76-80 | 0.82 | 1.05 | 1.28 | | | 0.25 yr 7+ |
| 81-90 | 0.38 | 0.49 | 0.60 | | | 0.25 yr 7+ |
| Contract Year 3 – Deposit Ages    0-75 | 1.23 | 1.58 | 1.93 | | | 0.25 yr 7+ |
| 76-80 | 0.79 | 1.02 | 1.24 | | | 0.25 yr 7+ |
| 81-90 | 0.32 | 0.41 | 0.50 | | | 0.25 yr 7+ |
| Contract Year 4 – Deposit Ages    0-75 | 1.23 | 1.58 | 1.93 | | | 0.25 yr 7+ |
| 76-80 | 0.72 | 0.93 | 1.13 | | | 0.25 yr 7+ |
| 81-90 | 0.07 | 0.09 | 0.11 | | | 0.25 yr 7+ |
| Contract Year 5 – Deposit Ages    0-75 | 1.23 | 1.58 | 1.93 | | | 0.25 yr 7+ |
| 76-90 | 0.00 | 0.00 | 0.00 | | | 0.25 yr 7+ |
| Contract Year 6 – Deposit Ages    0-75 | 1.23 | 1.58 | 1.93 | | | 0.25 yr 7+ |
| 76-90 | 0.00 | 0.00 | 0.00 | | | 0.25 yr 7+ |
| Contract Year 7+ – Deposit Ages    All | 0.00 | 0.00 | 0.00 | | | 0.25 yr 7+ |
| **Saver's Index Annuity Plus** | | | | | | |
| Deposit Ages          0-75 | 2.25 | 2.70 | 3.15 | | 0.50 yr 6+ | 0.25 yr 6+ |
| 76-85 | 1.35 | 1.62 | 1.89 | | 0.50 yr 6+ | 0.25 yr 6+ |
| **Saver's Index Annuity Premier** | | | | | | |
| Option A    Deposit Ages    0-75 | 2.40 | 2.88 | 3.36 | | 0.25 yr 11+ | 0.25 yr 11+ |
| 76-85 | 1.39 | 1.67 | 1.95 | | 0.25 yr 11+ | 0.25 yr 11+ |
| Option B    Deposit Ages    0-75 | 0.90 | 1.38 | 1.86 | 0.30 yr 2+ | 0.40[22] yr 11+ | 0.25 yr 2+ |
| 76-85 | 0.34 | 0.62 | 0.89 | 0.30 yr 2+ | 0.40[22] yr 11+ | 0.25 yr 2+ |

*\*Annuitization trail commissions, during the annuitization phase, will begin paying after the withdrawal charge period expires on the contract, if commission Option A is selected or required. If commission Option B is available and selected, the annuitization trails will begin paying in the second year of the annuitization phase. Trail commissions are based on the hypothetical commuted value (present value of the remaining annuity payments) of the annuitized plan selected. Trail commissions will be payable on the same frequency as the annuity payments selected by the Contract Owner (i.e. Contract month, Contract quarter, etc.) at a rate of 25 basis points per year.*

[21] Commissions are paid based on the policy (contract) year in which the deposit is applied.

[22] Trail commission for the SIA Premier Option B with the Enhanced Lifetime income Rider (ELIR) is equal to .70 (the accumulation trail rate of .30 plus the ELIR accumulated trail rate of .40) in years 11+.

Exhibit D
© 2020 Allstate Insurance Company

Pls. Exhibit 3

# LBL LONG TERM CARE[23]
## DISCONTINUED PRODUCTS

| SeniorLinc<br>SeniorLinc Premier | Renewals | |
|---|---|---|
| Countrywide New Business<br>(Excluding State Exceptions) | Year<br>2-3 | Year<br>4-10 |
| Non-Endorsed Groups | | |
| Policies only | 5 | 5 |
| Riders only | 0 | 0 |
| 10-Pay Option & Riders | 2 | 2 |
| | | |
| Endorsed Groups | | |
| Policies only | 3 | 3 |
| Riders only | 0 | 0 |
| 10-Pay Option & Riders | 0 | 0 |
| **State Exceptions – New Business** | | |
| **Delaware** | | |
| Non-Endorsed Groups | | |
| Policies & Riders | 14 | 5 |
| 10-Pay Option & Riders | 14 | 2 |
| | | |
| Endorsed Groups | | |
| Policies & Riders | 10 | 3 |
| 10-Pay Option & Riders | 10 | 0 |
| **Indiana** | | |
| Non-Endorsed Groups | 18 | 18[24] |
| Endorsed Groups | 15 | 15[24] |
| **Michigan (Ages 65 and over)** | | |
| Non-Endorsed Groups - All | 15 | 4 |
| Endorsed Groups - All | 15 | 4 |
| **Pennsylvania** | | |
| Non-Endorsed Groups - All | 5 | 5 |
| Endorsed Groups - All | 3 | 3 |
| **Wisconsin** | | |
| Non-Endorsed Groups - All | 10 | 10 |
| Endorsed Groups - All | 8 | 8 |
| **State Exceptions – Replacements** | | |
| **Alabama** | | |
| Non-Endorsed Groups | | |
| Policies & Riders | 5 | 5 |
| 10-Pay Option & Riders | 2 | 2 |
| | | |
| Endorsed Groups | | |
| Policies & Riders | 5 | 5 |
| 10-Pay Option & Riders | 0 | 0 |

[23] Product has been discontinued effective 10/31/2005.

[24] Renewals paid in years 4-6 only.

**SUPPLEMENT FOR THE R3001 AGREEMENT**

Exhibit D
© 2020 Allstate Insurance Company

# LBL LONG TERM CARE[23]
# DISCONTINUED PRODUCTS

| SeniorLinc SeniorLinc Premier | Renewals | |
|---|---|---|
| **California** | | |
| Non-Endorsed Groups | | |
| Policies & Riders | 5 | 5 |
| 10-Pay Option & Riders | 2 | 2 |
| | | |
| Endorsed Groups | | |
| Policies & Riders | 5 | 5 |
| 10-Pay Option & Riders | 0 | 0 |
| **Kentucky** | | |
| Non-Endorsed Groups - All | 5 | 5 |
| Endorsed Groups - All | 5 | 5 |
| **Pennsylvania** | | |
| Non-Endorsed Groups - All | 5 | 5 |
| Endorsed Groups - All | 4 | 4 |
| **Wisconsin** | | |
| Non-Endorsed Groups - All | 10 | 10 |
| Endorsed Groups – All | 10 | 10 |

Exhibit D
© 2020 Allstate Insurance Company

Pls. Exhibit 3

# Exhibit E    Allstate Financial - Allstate Benefits Commission Schedule (excludes New York)



### Allstate
#### Benefits

# COMMISSION SCHEDULE
## E Contract Series

| | 1st Year | RENEWALS | | | | | Service Fees 11th Year & After |
|---|---|---|---|---|---|---|---|
| | | Year 2 | Year 3 | Year 4 | Year 5 | Years 6-10 | |
| **WHOLE LIFE [4]** | | | | | | | |
| IWL, GWL – Paper | 70 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 |
| IWL, GWL - Electronic | 75 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 |
| **UNIVERSAL LIFE [3]** | | | | | | | |
| UL20P – Paper | 70 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 [2] | 2.0 |
| UL20P CGI – Paper | 70 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 [2] | 1.5 |
| UL20P – Electronic | 75 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 [2] | 2.0 |
| UL20P CGI - Electronic | 75 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 [2] | 1.5 |
| UL21P – Paper | 50 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 [2] | 1.5 |
| UL21P CGI – Paper | 45 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 [2] | 1.5 |
| UL21P – Electronic | 55 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 [2] | 1.5 |
| UL21P CGI- Electronic | 50 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 [2] | 1.5 |
| UL21P CGI - Electronic (large cases) [1] | 55 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 [2] | 1.5 |
| GUL22P SI – Paper | 70 | 2 | 2 | 2 | 2 | 2 | 1.1 |
| GUL22P CGI - Paper | 70 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 |
| GUL22P SI - Electronic | 75 | 2 | 2 | 2 | 2 | 2 | 1.1 |
| GUL22P CGI - Electronic | 75 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 |
| GUL23P - Paper | 70 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 |
| GUL23P - Electronic | 75 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 |
| **TERM** | | | | | | | |
| Horizon 20 Year Term | 50 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 1.0 |
| Horizon 20 Year Term CGI | 45 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 1.0 |
| **GROUP TERM TO 100 [4]** | | | | | | | |
| Group Term to 100 - Paper | 60 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 0.0 |
| Group Term to 100 - Electronic | 65 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 0.0 |

**All Riders pay the same commission as the
base policy to which attached.**

[1] Large cases (1000 + lives) that enroll electronically may be eligible. Requires AHL approval prior to enrollment.
**[2] Renewal rate is doubled in year 6 only.**
[3] First year premium in excess of Target Premiums will be commissioned at the renewal rate.
[4] Internal replacements, if any, will only be paid at renewal commission rates

1 = First Year--On premium processed within 14 months of policy date for policy year 1.
R = Renewal--On premium processed: (i) after 14 months of policy date for policy year 1, or (ii) before 11 years of policy date for policy years 2-10.
S = Service Fees--If Producer is appointed and contracted with AHL, on premium: (i) processed 11 years or more after policy date, or (ii) for policy years 11 and after.

The payment of commissions is governed solely by the terms and conditions of the written agreement between AHL and the Producer. This schedule expresses commissions as a percentage of qualifying premium, as determined by that written agreement. Nothing contained herein shall be construed as a contract or offer to contract. The information contained herein is subject to change without notice. Commissions on premium rate increases implemented after policy issue will be determined by AHL at the time of implementation.

Life3 (9/19)

**SUPPLEMENT FOR THE R3001 AGREEMENT**

Exhibit E
© 2020 Allstate Insurance Company

Pls. Exhibit 3

**ALLSTATE FINANCIAL EXHIBITS**      **REVISION DATE: May 1, 2020**



## COMMISSION SCHEDULE
### MOST STATES*
E Contract Series

| | Electronic | | | | Paper | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 1st Year | Renewals Years 2-10 | Service Fees 11th Year & After | | 1st Year | Renewals Years 2-10 | Service Fees 11th Year & After |
| **INDIVIDUAL CANCER/SPECIFIED DISEASE** | | | | | | | |
| CP12 - Base Policy and all riders | | | | | | | |
| Issue Ages 18-54 | 27 | 5 | 5 | | 27 | 5 | 5 |
| Issue Ages 55-80 | 27 | 5 | 5 | | 27 | 5 | 5 |
| CP10 - Base Policy and all riders | | | | | | | |
| Issue Ages 18-54 | 40 | 5 | 5 | | 40 | 5 | 5 |
| Issue Ages 55-64 | 16 | 0 | 0 | | 16 | 0 | 0 |
| CBP5 | 25 | 3.25 | 3.25 | | 25 | 3.25 | 3.25 |
| **PROVIDER/ADVANTAGE CANCER SERIES** | | | | | | | |
| **FORMS: CBP1/2 AND CBP3/4** | | | | | | | |
| Base Policy and all riders except Return of Premium | | | | | | | |
| Issue Ages 18-59 | 50 | 5 | 5 | | 50 | 5 | 5 |
| Issue Ages 60-64** | 25 | 2.5 | 2.5 | | 25 | 2.5 | 2.5 |
| Base Policy and all riders with Return of Premium | | | | | | | |
| Issue Ages 18-59 | 50 | 4.67 | 4.67 | | 50 | 4.67 | 4.67 |
| Issue Ages 60-64** | 25 | 2.33 | 2.33 | | 25 | 2.33 | 2.33 |
| **GROUP VOLUNTARY CANCER 2** | | | | | | | |
| Plan 1 | 27 | 5 | 5 | | 27 | 5 | 5 |
| Plan 2 | 18 | 5 | 5 | | 18 | 5 | 5 |
| Plan 3 | 5 | 5 | 5 | | 5 | 5 | 5 |
| **GROUP VOLUNTARY CANCER 3** | 27 | 5 | 5 | | 27 | 5 | 5 |
| **INDIVIDUAL CRITICAL ILLNESS** | 45 | 5 | 1.5 | | 45 | 5 | 1.5 |
| **MY LIFELINE GROUP CRITICAL ILLNESS 1** | 32 | 5 | 5 | | 27 | 5 | 5 |
| **GROUP VOLUNTARY CRITICAL ILLNESS 2** | | | | | | | |
| Full Portability | 45 | 5 | 5 | | 40 | 5 | 5 |
| COIC2 to 70 | 45 | 3 | 3 | | 40 | 3 | 3 |
| **GROUP VOLUNTARY CRITICAL ILLNESS 4** | | | | | | | |
| Issue Age | 45 | 3 | 3 | | 40 | 3 | 3 |
| Attained Age | 16 | 16 | 16 | | 16 | 16 | 16 |
| **INDIVIDUAL DISABILITY INCOME** | | | | | | | |
| DI5W | 34 | 6.5 | 1.5 | | 34 | 6.5 | 1.5 |
| DI5W Select CGI | 29 | 5 | 1.5 | | 29 | 5 | 1.5 |
| ABR1 Rider to DI | 34 | 6.5 | 2 | | 34 | 6.5 | 2 |
| **INDIVIDUAL ACCIDENT** | | | | | | | |
| AP6 - Base Policy and all riders | 25 | 5 | 5 | | 20 | 5 | 5 |
| AP2/AP3 | 27 | 5.5 | 5.5 | | 27 | 5.5 | 5.5 |
| AP2/AP3 Select CGI | 22 | 5.5 | 5.5 | | 22 | 5.5 | 5.5 |
| Riders APDIRS, APHCR1, APOPTR1, | 27 | 3.25 | 3.25 | | 27 | 3.25 | 3.25 |
| Riders AP2BER, AP3BER, AP2EXT, AP3EXT | 27 | 3.25 | 3.25 | | 27 | 3.25 | 3.25 |
| Rider APDIRC Select CGI | 22 | 3.25 | 3.25 | | 22 | 3.25 | 3.25 |
| Riders AP2BER, AP3BER Select CGI | 22 | 3.25 | 3.25 | | 22 | 3.25 | 3.25 |
| Riders AP2EXT, AP3EXT Select CGI | 22 | 3.25 | 3.25 | | 22 | 3.25 | 3.25 |
| **GROUP VOLUNTARY ACCIDENT 1** | | | | | | | |
| Without Riders (1 - 1.5 units) | 5 | 5 | 5 | | 5 | 5 | 5 |
| With/Without Riders (2 or more units) | 37 | 5 | 5 | | 32 | 5 | 5 |
| **GROUP VOLUNTARY ACCIDENT 2** | 37 | 5 | 5 | | 32 | 5 | 5 |
| **GROUP VOLUNTARY ACCIDENT 6** | 25 | 5 | 5 | | 20 | 5 | 5 |
| **GROUP VOLUNTARY SHOP** | | | | | | | |
| (1 unit) Hosp Benefit | 14 | 5 | 5 | | 14 | 5 | 5 |
| (2 - 6 units) Hosp Benefit | 27 | 5 | 5 | | 22 | 5 | 5 |
| **PAYROLL SHOP** | | | | | | | |
| Base and Riders | 29 | 5.5 | 5.5 | | 29 | 5.5 | 5.5 |
| Base and Riders - Select CGI | 24 | 5.5 | 5.5 | | 24 | 5.5 | 5.5 |
| **HEART/STROKE** | | | | | | | |
| HSP2 and Riders | 45 | 8 | 8 | | 45 | 8 | 8 |
| **DIRECT SHOP** | 19 | 5.5 | 5.5 | | 19 | 5.5 | 5.5 |
| **GROUP VOLUNTARY DISABILITY INCOME** (Issue Age) | 29 | 5 | 5 | | 24 | 5 | 5 |

**\*This commission schedule applies to products sold in most states. Please consult the special states commission schedule for any variation in your state.**

\*\*No reduction after age 59 on direct sales.
Commission on premium rate increases implemented after policy issue will be determined by AHL at time of implementation. AP2
and AP3 in Florida (non-cancellable version) equal the most states commissions listed above.
1 = First Year--On premium processed within 14 months of policy date for policy year 1.
R = Renewal--On premium processed: (i) after 14 months of policy date for policy year 1, or (ii) before 11 years of policy date for policy years 2-10.
S = Service Fees--If agent is appointed and contracted with AHL, on premium: (i) processed 11 years or more after policy date, or (ii) for policy years 11 and after.

The payment of commissions is governed solely by the terms and conditions of the written agreement between AHL and the Producer. This schedule expresses commissions as a
percentage of qualifying premium, as determined by that written agreement. Nothing contained herein shall be construed as a contract or offer to contract. The information
contained herein is subject to change without notice. Commissions on premium rate increases implemented after policy issue will be determined by AHL at the time of
implementation.

---

### SUPPLEMENT FOR THE R3001 AGREEMENT

Exhibit E
© 2020 Allstate Insurance Company

**ALLSTATE FINANCIAL EXHIBITS**                                                   **REVISION DATE:** May 1, 2020

## COMMISSION SCHEDULE
SPECIAL STATES
E Contract Series

| HEALTH PLANS | Electronic 1st Year | Electronic Renewals Years 2-10 | Electronic Service Fees 11th Year & After | Paper 1st Year | Paper Renewals Years 2-10 | Paper Service Fees 11th Year & After |
|---|---|---|---|---|---|---|
| **DI5W** | | | | | | |
| FL | 34 | 5 | 1.5 | 34 | 5 | 1.5 |
| MI, NH, NJ, VT, WV | 24 | 5 | 2 | 24 | 5 | 2 |
| **DI5W SELECT CGI** | | | | | | |
| FL | 29 | 2 | 1.5 | 29 | 2 | 1.5 |
| MI, NH, NJ, VT, WV | 19 | 2 | 2 | 19 | 2 | 2 |
| **AP6 (base and riders)** | | | | | | |
| DE, DC, KY, ME, OH, SC, VT | 20 | 3.25 | 3.25 | 15 | 3.25 | 3.25 |
| CO, MD, MN, SD, WA | 17 | 1.5 | 1.5 | 17 | 1.5 | 1.5 |
| **AP2** | | | | | | |
| MA, MN, NJ, RI | 25 | 3.25 | 3.25 | 25 | 3.25 | 3.25 |
| FL (Corrective Action) ^ | 14 | 5 | 5 | 14 | 5 | 5 |
| **AP2 SELECT CGI** | | | | | | |
| MA, MN, NJ, RI | 20 | 3.25 | 3.25 | 20 | 3.25 | 3.25 |
| FL (Corrective Action) ^ | 14 | 5 | 5 | 14 | 5 | 5 |
| **AP3** | | | | | | |
| MA | 25 | 3.25 | 3.25 | 25 | 3.25 | 3.25 |
| NJ, RI | 18.5 | 3.25 | 3.25 | 18.5 | 3.25 | 3.25 |
| FL (Corrective Action) ^ | 14 | 5 | 5 | 14 | 5 | 5 |
| **AP3 SELECT CGI** | | | | | | |
| MA | 20 | 3.25 | 3.25 | 20 | 3.25 | 3.25 |
| NJ, RI | 13.5 | 3.25 | 3.25 | 13.5 | 3.25 | 3.25 |
| FL (Corrective Action) ^ | 14 | 5 | 5 | 14 | 5 | 5 |
| **ABR1 - MI, VT, WV** | 25 | 5 | 2 | 25 | 5 | 2 |
| **APDIRS** | | | | | | |
| OR | 25 | 3.25 | 3.25 | 25 | 3.25 | 3.25 |
| ND, NH, VT, WV | 15 | 3.25 | 3.25 | 15 | 3.25 | 3.25 |
| NJ | 6 | 3.25 | 3.25 | 6 | 3.25 | 3.25 |
| **APDIRC** | | | | | | |
| OR | 20 | 3.25 | 3.25 | 20 | 3.25 | 3.25 |
| ND, NH, VT, WV | 10 | 3.25 | 3.25 | 10 | 3.25 | 3.25 |
| NJ | 5 | 3.25 | 3.25 | 5 | 3.25 | 3.25 |
| **APHCR1, APOPTR1** | | | | | | |
| IN, MI, MN, NH, ND, SC, SD, VT, WV | 30 | 3.25 | 3.25 | 30 | 3.25 | 3.25 |
| **APHCR1, APOPTR1 SELECT CGI** | | | | | | |
| IN, MI, MN, NH, ND, SC, SD, VT, WV | 25 | 3.25 | 3.25 | 25 | 3.25 | 3.25 |
| **AP2BER, AP3BER, AP2EXT, AP3EXT** | | | | | | |
| MI, MN, ND, NH, NJ, WV | 15 | 3.25 | 3.25 | 15 | 3.25 | 3.25 |
| **AP2BER, AP3BER, AP2EXT, AP3EXT SELECT CGI** | | | | | | |
| MI, MN, ND, NH, NJ, WV | 10 | 3.25 | 3.25 | 10 | 3.25 | 3.25 |
| **PAYROLL SHOP** | | | | | | |
| FL | 23.9 | 3.7 | 3.7 | 23.9 | 3.7 | 3.7 |
| IN, MI, NH, SC, SD | 25 | 1 | 1 | 25 | 1 | 1 |
| IN, MI, NH, SC, SD - Select CGI | 20 | 1 | 1 | 20 | 1 | 1 |
| PA | 29 | 4.4 | 4.4 | 29 | 4.4 | 4.4 |
| PA - Select CGI | 24 | 4.4 | 4.4 | 24 | 4.4 | 4.4 |
| **DIRECT SHOP** | | | | | | |
| FL | 23.9 | 3.7 | 3.7 | 23.9 | 3.7 | 3.7 |
| PA | 19 | 4.4 | 4.4 | 19 | 4.4 | 4.4 |
| IN, MI, NH, SC, SD | 25 | 1 | 1 | 25 | 1 | 1 |
| **HSP2 - MD, MI, OR, SC, SD** | 45 | 2 | 2 | 45 | 2 | 2 |
| **CP12** | | | | | | |
| MD, MN, NJ, SD (Ages 18-54) | 22.5 | 5 | 5 | 22.5 | 5 | 5 |
| WA (Ages 18-54) | 18 | 5 | 5 | 18 | 5 | 5 |
| MD, MN, NJ, SD (Ages 55-80) | 22.5 | 5 | 5 | 22.5 | 5 | 5 |
| WA (Ages 55-80) | 18 | 5 | 5 | 18 | 5 | 5 |
| **CP10** | | | | | | |
| WA (Ages 18-54) | 15 | 3.25 | 3.25 | 15 | 3.25 | 3.25 |
| OR (Ages 18-54) | 40 | 6 | 6 | 40 | 6 | 6 |
| MD, OR, WA (Ages 55-64) | 16 | 0 | 0 | 16 | 0 | 0 |
| MD (Ages 18-54) | 40 | 1.75 | 1.75 | 40 | 1.75 | 1.75 |
| WY (All Ages) | 40 | 5 | 5 | 40 | 5 | 5 |
| **CBP1/2** | | | | | | |
| WA (All Ages) | 15 | 3.25 | 3.25 | 15 | 3.25 | 3.25 |
| MN (All Ages) | 20 | 3.25 | 3.25 | 20 | 3.25 | 3.25 |
| ME, OR (All Ages) | 45 | 3.25 | 3.25 | 45 | 3.25 | 3.25 |
| ND (All Ages) | 50 | 3.25 | 3.25 | 50 | 3.25 | 3.25 |
| WY (All Ages) | 35 | 5 | 5 | 35 | 5 | 5 |
| NJ (Ages 18-59) | 25 | 1.75 | 1.75 | 25 | 1.75 | 1.75 |
| NJ (Ages 60+) | 19 | 1.75 | 1.75 | 19 | 1.75 | 1.75 |
| WY (All Ages) | 25 | 3.25 | 3.25 | 25 | 3.25 | 3.25 |
| **GROUP VOLUNTARY CANCER 2 (GVCP2)'** | | | | | | |
| WA  - TYPE 3 | 5 | 5 | 5 | 5 | 5 | 5 |
| PA - TYPE 1 | 18 | 5 | 5 | 18 | 5 | 5 |
| PA - TYPE 2 | 5 | 5 | 5 | 5 | 5 | 5 |
| IN and UT - TYPE 1 | 22.5 | 5 | 5 | 22.5 | 5 | 5 |
| IN and UT - TYPE 2 | 11.5 | 5 | 5 | 11.5 | 5 | 5 |
| FL - TYPE 1 | 27 | 5 | 5 | 27 | 5 | 5 |
| **GROUP VOLUNTARY CANCER 3 (GVCP3) - KY , ND** | 18 | 5 | 5 | 18 | 5 | 5 |
| **GROUP VOLUNTARY ACCIDENT 1** | | | | | | |
| FL, WA & WV Without Riders (1-1.5 units) | 5 | 5 | 5 | 5 | 5 | 5 |
| FL, WA, & WV With/Without Riders (2 or more units) | 21 | 5 | 5 | 16 | 5 | 5 |
| **GROUP VOLUNTARY ACCIDENT 2** | | | | | | |
| CO, KY, MD, ND, WV | 9 | 2 | 2 | 4 | 2 | 2 |
| OH | 25 | 3.25 | 3.25 | 20 | 3.25 | 3.25 |
| **GROUP VOLUNTARY ACCIDENT 6** | | | | | | |
| DC, IN, NH, TN | 20 | 3.25 | 3.25 | 15 | 3.25 | 3.25 |
| CO, KY, MD, ND, WV | 6 | 3.25 | 3.25 | 6 | 3.25 | 3.25 |
| MN, WA | 5 | 0 | 0 | 5 | 0 | 0 |
| OH - ALL6, OFF6 (Grandfathered rates) | 20 | 3.25 | 3.25 | 20 | 3.25 | 3.25 |
| OH - NLL6, NFF6 (Plus rates) | 25 | 5 | 5 | 20 | 5 | 5 |
| **GROUP VOLUNTARY SHOP** | | | | | | |
| ND Hosp Benefit | 5 | 5 | 5 | 5 | 5 | 5 |
| FL | 14 | 5 | 5 | 14 | 5 | 5 |
| **CRITICAL ILLNESS - CILP1** | | | | | | |
| MI | 25 | 3.5 | 3.5 | 25 | 3.5 | 3.5 |
| MD, NH, OR | 35 | 4 | 1.5 | 35 | 4 | 1.5 |
| MN, NJ, WA | 25 | 2.5 | 1.5 | 25 | 2.5 | 1.5 |
| **GROUP VOLUNTARY CRITICAL ILLNESS 2** | | | | | | |
| CO, CT, KY, TN, WV | 22 | 3 | 3 | 17 | 3 | 3 |
| WA | 11.5 | 5 | 5 | 11.5 | 5 | 5 |
| FL | 32 | 5 | 5 | 32 | 5 | 5 |
| NJ | 5 | 3.25 | 3.25 | 5 | 3.25 | 3.25 |
| **GROUP VOLUNTARY CRITICAL ILLNESS 4** | | | | | | |
| FL - Issue Age | 40 | 3 | 3 | 35 | 3 | 3 |
| FL - Attained Age | 14 | 14 | 14 | 14 | 14 | 14 |
| CO, NJ, ND, KY, MD - Issue Age | 30 | 3.25 | 3.25 | 25 | 3.25 | 3.25 |
| CO, ND, KY - Attained Age | 9 | 9 | 9 | 9 | 9 | 9 |
| NJ, MD - Attained Age | 1 | 1 | 1 | 1 | 1 | 1 |
| MN, CT - Issue Age | 15 | 2.25 | 2.25 | 15 | 2.25 | 2.25 |
| MN, CT, NM - Attained Age | 5 | 5 | 5 | 5 | 5 | 5 |

---

**SUPPLEMENT FOR THE R3001 AGREEMENT**

Exhibit E
© 2020 Allstate Insurance Company

**ALLSTATE FINANCIAL EXHIBITS**                                                    **REVISION DATE:** May 1, 2020

| HEALTH PLANS | Electronic | | | Paper | | |
|---|---|---|---|---|---|---|
| | Renewals 1st Year | Years 2-10 | Service Fees 11th Year & After | 1st Year | Renewals Years 2-10 | Service Fees 11th Year & After |
| **GROUP VOLUNTARY DISABILITY INCOME** (Issue Age) | | | | | | |
| CO, DE, KY, MN, ND | 22 | 5 | 5 | 17 | 5 | 5 |
| FL | 27 | 5 | 5 | 22 | 5 | 5 |
| WA | 13.5 | 3.25 | 3.25 | 13.5 | 3.25 | 3.25 |

CP10 RIDERS CLR1, CPR1, CFR1, CER1, ICR2, WBR3 AND WBR5 earn the same commission as CP10 on new issues. CBP1/2 Riders IFR1 , ICR3, and WBR3 earn the same commission as CBP1 on new issues.

HSP2 RIDERS CIDR1 AND ICR90 earn the same commission as HSP2 on new issues.

Critical Illness Riders CICR1, CIHCR1, WBR3 AND WBR5 earn the same commission as CBP1 on new issues.

^ AP2 and AP3 Riders in FL (APDIRS, APDIRC, APHCR1, APOPTR1 & BER) earn the same commissions as the base plan.

* Types 1 and 2 are not available in WA. Type 3 is not available in IN, PA, and UT. Type 2 and 3 are not available in FL. Commission on premium rate increases implemented after policy issue will be determined by AHL at time of implementation. 1 = First Year--On premium processed within 14 months of policy date for policy year 1.

R = Renewal--On premium processed: (i) after 14 months of policy date for policy year 1, or (ii) before 11 years of policy date for policy years 2-10.

S = Service Fees--If agent is appointed and contracted with AHL, on premium: (i) processed 11 years or more after policy date, or (ii) for policy years 11 and after.

The payment of commissions is governed solely by the terms and conditions of the written agreement between AHL and the Producer. This schedule expresses commissions as a percentage of qualifying premium, as determined by that written agreement. Nothing contained herein shall be construed as a contract or offer to contract. The information contained herein is subject to change without notice.

Commissions on premium rate increases implemented after policy issue will be determined by AHL at the time of implementation

---

**SUPPLEMENT FOR THE R3001 AGREEMENT**

Exhibit E
© 2020 Allstate Insurance Company

Pls. Exhibit 3

**NY Exhibit A        Allstate Financial – Basis of Commission (New York other than Workplace)**

The basis for calculating commission varies by product. The following rules apply to business written and issued under the R3001 Agreement:

| Commission Basis – New York | | |
|---|---|---|
| **Product** | **New Business** | **Renewal/Trail** |
| Whole Life II<br>Whole Life Advantage<br>Whole Life Tribute | Annual premium in advance | Same |
| TrueFit | Annual premium less policy fee in advance | Same |
| Monthly Income Term (MIT) | Annual premium less policy fee in advance | Same |
| Allstate Basic Term | Annual premium in advance | Same |
| Allstate Bridge UL<br>Allstate Lifetime UL<br>FutureBuilder UL<br>FutureGrowth IUL | Advanced based on the lesser of commission target or planned annual premium and adjusted based on the actual premium paid within the first policy year[1]<br>Excess 1st year payments as received | Premiums after 1st year as received |
| Annuitization on Deferred Annuities | Annuitized value les premium deposits made within the last five (5) years | N/A |
| Long Term Care, Disability Income, and Impaired Life[2] | Gross Commissions paid to Allstate, as earned | Gross Commissions paid to Allstate |
| Protective ProSaver Secure II Annuity[3]<br>Protective Indexed Annuity[3]<br>Protective ProPayer Income Annuity[3] | Gross Commissions paid to Allstate | Gross Commissions paid to Allstate |

**Commission Basis Notes:**

- For Life replacements, the First Year Commission Basis will be the difference between the First Year Commission Basis calculated for the new policy and old policy. If the old policy terminated within the first policy year, any unearned premium on the old policy will be subtracted from the old policy commission basis when calculating commissions. First Year Excess is not adjusted for Replacements. Refer to chapter 3, section 4a for further information.
- Temporary flat extra premiums on all policies do not receive commissions.
- Primary insured term riders are not included in the commission target but do receive commission as excess first year payments are received.
- Term conversion premium credits applied to the new policy will reduce the Annual Premium, Minimum Annual Premium, and Commission Target and are excluded from Excess 1st Year Payments calculation when calculating the New Commission Basis. Refer to chapter 3, section 4b for further information.

---

[1] Refer to chapter 2, section 2 for further details.

[2] The CRUMP Group Inc. is the exclusive distributor for Long Term Care, individual Disability Income, and Impaired Life products for the Allstate producer. Refer to chapter 5, section 4 for further information.

[3] The Protective fixed and index annuity products are issued by Protective Life and Annuity Insurance Company. Refer to Chapter 5, section 4 for further information.

**Commission Basis Notes (continued):**

- For all split policies, the commission basis is equal to the original commission basis multiplied by the split percentage that was selected on the application
- Commissions may be reduced on life policies exceeding five million of death benefit on an insured and on annuity deposits in excess of two million dollars.  Refer to chapter 2, section 2, subsection 7.0 for further information

# NY Exhibit B    Allstate Financial – Production Credit (New York Only)

**ALLSTATE FINANCIAL EXHIBITS**                    **REVISION DATE:** May 1, 2020

## Production Credit Calculation (New York Only)

| Product | Production Credit |
|---|---|
| Whole Life II<br>Whole Life Tribute<br>TrueFit<br>Monthly Income Term (MIT)<br>Allstate Basic Term | 100% of first-year annual premium |
| Whole Life Advantage<br>   Base – Pay to age 121<br>   Base – Pay to age 70<br>   Base – 20 Pay<br>   Base – 10 Pay<br>   Base – Single Pay<br>   Paid Up Insurance Rider | 100% of first-year annual premium<br>95% of first-year annual premium<br>80% of first-year annual premium<br>50% of first-year annual premium<br>5% of single premium<br>5% of first-year annual premium |
| Allstate Bridge UL<br>Allstate Lifetime UL<br>FutureBuilder UL<br>FutureGrowth IUL | Lesser of 100% of commission target premium or planned annual premium and adjusted based on the actual premium paid within the first policy year[1] and 2% of any excess payments during the first policy year |
| Increases/Add-ons<br> Minimum Annual Premium<br> Annual Premium Products | 100% of increase in minimum annual premium or annual premium |
| Increases/Add-ons<br> Safety Net Premium Products | 100% of the difference between the new commission target premium and the old commission target premium[2] |
| Term Conversions  (until 4/13/2012)[3] | 100% of new business production credit.  If converted before the 5th term policy anniversary, the difference between the old and new production credit will be given. |
| Impaired Life[4] | 100% of the first year annual premium times the Gross Commissions percentage paid to Allstate, as earned |
| Long Term Care and Disability Income[4] | 100% of the first year annual premium times the gross commission percentage paid to Allstate |
| **ALNY AWD Workplace – New Payroll Case**<br> Universal Life, 20 Year Term, Disability, Cancer, Accident, Critical Illness, Group Accident, Group Critical Illness, Guardian Dental | 70% of the annualized premium[5] for new case premium written during the initial enrollment period[6] |
| **ALNY AWD Workplace – Existing Payroll Case**<br> Universal Life, 20 Year Term, Disability, Cancer Accident, Critical Illness, Group Accident, Group Critical Illness, Guardian Dental | 35% of the annualized premium[5] on written premiums received after the initial enrollment period[6] |

---

[1] See chapter 2, section 2 for further details.

[2] No production credit will be given if the new commission target premium is equal to or less than the old commission target premium or if the new planned annual premium is less than the difference between the new commission target premium and the old commission target premium.

[3] For production credit information regarding term conversions effective April 14, 2012, refer to chapter 3, section 4b.

[4] The CRUMP Group Inc. is the exclusive distributor for Long Term Care, individual Disability Income, and Impaired Life products for the Allstate producer.  Refer to chapter 5, section 4 for further information.

[5] Production credit will be less than the amounts defined above if the premium split coded on the application is less than 30% for the Allstate producers (i.e., the AWD benefit specialist split is greater than 70%).  Production credit will be reduced proportionately by the ratio of the percentage coded on the application to the standard 30% commission split.

[6] The initial enrollment period is defined as the first 12 month period from the date that the D003 Employer Acceptance Agreement is entered into the system.

**SUPPLEMENT FOR THE R3001 AGREEMENT**

NY Exhibit B
© 2020 Allstate Insurance Company

**ALLSTATE FINANCIAL EXHIBITS**                    **REVISION DATE:** May 1, 2020

| Product | Production Credit |
|---|---|
| **ALNY AWD – Individual Direct Products (Non-Payroll)**<br>   Accident and Critical Illness | 35% of annualized premium |
| **Fixed Annuities**<br>   Protective ProSaver Secure II[7] | 3.5% of premiums for deposit ages 0-80<br>2% of premiums for deposit ages 81+ |
| **Index Annuities**<br>   Protective Index Annuity NY (5 & 7 years)[7] | 5% of premiums as received for ages 0-80<br>3.5% for ages 81+ |
| **Single Premium Immediate Annuity**<br>   Protective ProPayer Income Annuity[7] | 3.5% of premiums as received |
| **Discontinued Fixed Annuities that allow additional premium payments**<br>   Advantage Plus<br>   Saver's Premiere<br>   Allstate Preferred Performance<br>   Allstate Performance Plus<br>   Allstate Treasury Linked Annuity<br>   Allstate Flexi Series (78, 83, 86) | 3.5% of premiums for deposit ages 0-80<br>2% of premiums for deposit ages 81+ |

**Production Credit Notes:**

- For Life replacements, production credit will be given on the difference between the production credit calculated on the new policy and the old policy.   First Year Excess is not adjusted for Replacements.   Refer to chapter 3, section 4a for further information.
- Production credit for free-looks is charged back in the month the free look is processed, including prior year policies.
- Production credit for terminations, deletions, decreases of insurance amount and changes is charged back when the activity is processed, including prior year business. Production credit will not be charged back for terminations due to death or annuitization.
- Temporary flat extras on all policies do not receive production credit.
- Primary Term Riders do not receive production credit when the policy is issued and placed but do receive credit as excess deposits are received.
- For all split policies, production credit is equal to the original production credit multiplied by the split percentage that was selected on the application.

---

[7] The Protective fixed and index annuity products are issued by Protective Life and Annuity Insurance Company.  Refer to Chapter 5, Section 4 for further information.

**SUPPLEMENT FOR THE R3001 AGREEMENT**

NY Exhibit B
© 2020 Allstate Insurance Company

Pls. Exhibit 3

# NY Exhibit C    Allstate Financial – Commission Schedule (New York Only)

NY Exhibit C
© 2020 Allstate Insurance Company

**ALLSTATE FINANCIAL EXHIBITS**                    **REVISION DATE: May 1, 2020**

The following schedule contains new business and renewal commission rates effective January 1, 2020. Rates apply to proprietary life policies written January 1, 2020 and later and to annuity deposits effective January 1, 2020 and later.

## COMMISSION SCHEDULE
## (NEW YORK ONLY)

| Product | First Year Commission % | | | | | Renewal Commission % | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Writing Agent | | | Shared Comm | Excess Prem | Year 2 | Year 3 | Year 4-5 | Year 6-10 | Year 11-20 | Year 21+ |
| | Scale A | Scale B | Scale C | | | | | | | | |
| Whole Life II | 31 | 41 | 46 | 18 | | 3 | 3 | 3 | 3 | 1.5 | |
| Whole Life Tribute | | | | | | | | | | | |
|     Base – Pay to age 121 | 31 | 41 | 46 | 18 | | 12 | 11 | 3 | 3 | 1.5 | |
| Whole Life Advantage | | | | | | | | | | | |
|     Base – Pay to age 121 | 50 | 60 | 65 | 18 | | 11 | 10 | 3 | 3 | 1.5 | |
|     Base – Pay to age 70 | 43 | 53 | 57 | 18 | | 10 | 9 | 3 | 3 | 1.5 | |
|     Base – 20 Pay | 26 | 36 | 41 | 14 | | 9 | 8 | 3 | 3 | 1.5 | |
|     Base – 10 Pay | 17 | 24 | 27 | 9 | | 5.5 | 5 | 3 | 3 | 1.5 | |
|     Base – Single Pay | 4.75 | 5.25 | 5.5 | 0.9 | | | | | | | |
|     Paid Up Insurance Rider | 4.75 | 5.25 | 5.5 | 0.9 | | | | | | | |
| TrueFit (Base Plan and riders)[1] | | | | | | | | | | | |
|     10-13 Year Duration | 45 | 55 | 60 | 18 | | | | | | | |
|     14-30 Year Duration | 55 | 65 | 70 | 18 | | | | | | | |
| Monthly Income Term (MIT) | | | | | | | | | | | |
|     Coverage Term 10 | 45 | 55 | 60 | 18 | | | | | | | |
|     Coverage Term 20 | 55 | 65 | 70 | 18 | | | | | | | |
| Allstate Basic Term | 37 | 42 | 47 | 15 | | | | | | | |
| Allstate Bridge UL<br>Allstate Lifetime UL<br>FutureBuilder UL<br>FutureGrowth IUL | 55 | 65 | 70 | 18 | 5[2] | 11[3] | 3 | 3 | 3 | 3 | |
| Annuitization on Allstate/LBL Deferred Annuities | 2.0 | 2.0 | 2.0 | | | | | | | | |
| The following products are paid as a percent of Gross Commissions paid to Allstate | | | | | | | | | | | |
| Protective Life Insurance Company<br>    ProSaver Secure II Annuity<br>    Indexed Annuity<br>    ProPayer Income Annuity | 35 | 45 | 50 | 10 | | | | | | | |

[1] Riders and benefits (e.g., primary term rider, additional insured rider, children's term rider, accidental death, waiver of premium, etc.) will be paid at the same commission rate of the base plan duration; except for additional insured riders that have a duration shorter than the base plan. These additional insured riders will be paid at commission rates on the duration of the additional insured rider.

[2] Excess premium in the 2nd year is paid at 3%.

[3] This rate will be applied to premium paid up to the 2nd year commission target. Excess will be paid on premiums received over the 2nd year commission target.

**SUPPLEMENT FOR THE R3001 AGREEMENT**

NY Exhibit C
© 2020 Allstate Insurance Company

## COMMISSION SCHEDULE
## (NEW YORK ONLY)

| Product | First Year Commission % | | | | | Renewal Commission % | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Writing Agent | | | Shared Comm | Excess Prem | Year 2 | Year 3 | Year 4-5 | Year 6-10 | Year 11-20 | Year 21+ |
| | Scale A | Scale B | Scale C | | | | | | | | |
| The CRUMP Group, Inc<br>    Long Term Care, Disability Income, and<br>    Impaired Life | 52 | 62 | 67 | 10 | | 80 | 80 | 80 | 80 | 80 | 80 |

NY Exhibit C
© 2020 Allstate Insurance Company

# NY Exhibit D     Allstate Financial – Commission Schedule for Discontinued Products (New York Only)

NY Exhibit D
© 2020 Allstate Insurance Company

# COMMISSION SCHEDULE
# DISCONTINUED PRODUCTS
## (New York Only)

| Product | First Year Commission Amounts % | | | | Renewal Commission Amounts % | | | | | |
| | 12MM Solo Production Credit | | | Excess Premium | Year 2 | Year 3-5 | Year 6-10 | Year 11-20 | Year 21+ | Trail Comm Year 2+ |
| | Scale A | Scale B | Scale C | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Revised Whole Life | 26 | 36 | 41 | | 3 | 3 | 3 | 3 | | |
| Universal Life Premiere | 50 | 60 | 65 | 5 | 3 | 3 | 3 | 3 | 3 | |
| Additional Insured Rider | 50 | 60 | 65 | | | | | | | |
| UL Children's Level Term Rider | 50 | 60 | 65 | | | | | | | |
| Primary Insured Term Rider | 50 | 60 | 65 | | | | | | | |
| Legacy Premier Universal Life | 50 | 60 | 65 | 5 | 3 | 3 | 3 | 3 | | |
| Jefferson Pilot Duet UL | 50 | 60 | 65 | 3 | 3 | 3 | 3 | | | |
| Level Best Term Gold & Platinum | 40 | 50 | 55 | | 2 | 2 | | | | |
| Maximum Term (1RT) | 40 | 50 | 55 | | 3 | 3 | 3 | 3 | 3 | |
| Protector Plus (5RT) | 40 | 50 | 55 | | 3 | 3 | 3 | 3 | 3 | |
| Home Mortgage Protection | 40 | 50 | 55 | | | | | | | |
| GoodForLife | 10 | 10 | 10 | | 10 | 10 | 10 | 10 | 10 | |
| Guaranteed Term Gold & Platinum | 40 | 50 | 55 | | 2 | 2 | | | | |
| TrueTerm2009 (Base Plan and ROP rider)[1] | | | | | | | | | | |
|     10-Year Duration[2] | 40 | 50 | 55 | | | | | | | |
|     15-Year & 20-Year Duration | 50 | 60 | 65 | | | | | | | |
|     30-Year Duration | 50 | 60 | 65 | | | | | | | |
| TrueTerm 2012 (Base Plan and riders)[3] | | | | | | | | | | |
|     10-13 Year Duration | 40 | 50 | 55 | | 2 | 2 | | | | |
|     14-18 Year Duration | 50 | 60 | 65 | | 2 | 2 | | | | |
|     19-25 Year Duration | 50 | 60 | 65 | | 2 | 2 | | | | |
|     26-30 Year Duration | 50 | 60 | 65 | | 2 | 2 | | | | |
| Legacy Choice UL | 50 | 60 | 65 | 1[4] | 11[5] | 3 | 3 | 3 | | |
| Legacy Choice II | 50 | 60 | 65 | 1[4] | 11[5] | 3 | 3 | 3 | 3 | |
| Legacy Secure UL | 50 | 60 | 65 | 5[4] | 11[5] | 3 | 3 | 3 | | |
| Legacy Secure II | 50 | 60 | 65 | 5[4] | 11[5] | 3 | 3 | 3 | 3 | |

[1] The AIR commission rate is based on the term of the rider not the term of the base plan.

[2] The Return of Premium (ROP) rider is not available on the 10-year duration.

[3] Riders and benefits (eg., primary term rider, additional insured rider, children's term rider, accidental death, waiver of premium, etc) will be paid at the same commission rate of the base plan duration; with the exception of additional insured riders that have a duration shorter than the base plan. These additional insured riders will be paid at commission rates on the duration of the additional insured rider.

[4] Excess premium in the 2nd year is paid at 3%.

[5] This rate will be applied to premium paid up to the 2nd year commission target. Excess will be paid on premiums received over the 2nd year commission target.

NY Exhibit D
© 2020 Allstate Insurance Company

ALLSTATE FINANCIAL EXHIBITS        REVISION DATE: May 1, 2020

# COMMISSION SCHEDULE
# DISCONTINUED PRODUCTS
# (New York Only)

| Product | First Year Commission Amounts % | | | Excess Premium | Renewal Commission Amounts % | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 12MM Solo Production Credit | | | | | | | | | |
| | Scale A | Scale B | Scale C | | Year 2 | Year 3-5 | Year 6-10 | Year 11-20 | Year 21+ | Trail Comm Year 2+ |
| Legacy Secure SL (effective through 05/03/2008) | 50 | 60 | 65 | 5[6] | 11[7] | 3 | 3 | 3 | | |
| Legacy Secure SL (effective 05/04/2008 and later) | 50 | 60 | 65 | 5[6] | 11[7] | 3 | 3 | 3 | 3 | |
| Ultra UL | 50 | 60 | 65 | 3.75[6] | 12[7] | 3 | 3 | 3 | 3 | |
| Ultra Index UL | 50 | 60 | 65 | 5[6] | 11[7] | 3 | 3 | 3 | 3 | |
| Ultra Plus UL | 50 | 60 | 65 | 5[6] | 11[7] | 3 | 3 | 3 | 3 | |
| Accumulation Index UL | 50 | 60 | 65 | 5[6] | 11[7] | 3 | 3 | 3 | | |
| Impaired Life (CBIZ[8]) % of Gross Commissions, as earned | 68 | 68 | 68 | | | | | | | |
| Treasury Linked Annuity      Deposit Ages    0-75 | 1.05 | 1.40 | 1.58 | | | | | | | |
|         76-80 | 0.31 | 0.31 | 0.30 | | | | | | | |
|         81-90 | 0.09 | 0.13 | 0.15 | | | | | | | |
| Advantage Plus Annuity      Deposit Ages    0-80 | 1.05 | 1.40 | 1.58 | | | | | | | |
|         81-85 | 0.80 | 1.12 | 1.30 | | | | | | | |
|         86-90 | 0.43 | 0.70 | 0.90 | | | | | | | |
| Performance Plus Annuity      Deposit Ages    0-75 | 1.05 | 1.40 | 1.58 | | | | | | | |
|         76-80 | 0.51 | 0.81 | 1.01 | | | | | | | |
|         81-90 | 0.06 | 0.09 | 0.11 | | | | | | | |
| Preferred Performance Annuity      Deposit Ages    0-75 | 1.05 | 1.40 | 1.58 | | | | | | | |
|         76-80 | 0.50 | 0.80 | 1.01 | | | | | | | |
|         81-90 | 0.02 | 0.05 | 0.07 | | | | | | | |

---

[6] Excess premium in the 2nd year is paid at 3%.

[7] This rate will be applied to premium paid up to the 2nd year commission target. Excess will be paid on premiums received over the 2nd year commission target.

[8] Refer to chapter 5, section 4 for further information on CBIZ.

NY Exhibit D
© 2020 Allstate Insurance Company

Pls. Exhibit 3

# COMMISSION SCHEDULE
# DISCONTINUED PRODUCTS
# (New York Only)

| Product | First Year Commission Amounts % | | | | Renewal Commission Amounts % | | | | | |
| | 12MM Solo Production Credit | | | Excess Premium | | | | | | |
| | Scale A | Scale B | Scale C | | Year 2 | Year 3-5 | Year 6-10 | Year 11-20 | Year 21+ | Trail Comm Year 2+ |
|---|---|---|---|---|---|---|---|---|---|---|
| Choice Rate Annuity[9] | | | | | | | | | | |
|   Guarantee Period   5 yrs & 7 yrs | | | | | | | | | | |
|     Deposit Ages   0-75 | 1.23 | 1.73 | 2.23 | | | | | | | |
|       76-80 | 0.61 | 1.11 | 1.61 | | | | | | | |
|       81-90 | 0.45 | 0.95 | 1.45 | | | | | | | |
|   Guarantee Period 3 yrs/Syndication[10] | | | | | | | | | | |
|     Deposit Ages   0-75 | 0.21 | 0.26 | 0.31 | | | | | | | |
|       76-80 | 0.18 | 0.23 | 0.28 | | | | | | | |
|       81-90 | 0.17 | 0.22 | 0.27 | | | | | | | |
|   Guarantee Period   1 Year | | | | | | | | | | |
|     Deposit Ages   0-75 | 0.12 | 0.17 | 0.22 | | | | | | | |
|       76-80 | 0.05 | 0.10 | 0.05 | | | | | | | |
|       81-90 | 0.01 | 0.06 | 0.11 | | | | | | | |
| Voya Financial Secure Index Five | 30 | 40 | 45 | | | | | | | |
| Voya Financial Secure Index Seven | 30 | 40 | 45 | | | | | | | |
| Voya Financial Secure Index Opportunities | 30 | 40 | 45 | | | | | | | |
| Voya Financial Secure Index Outlook | 30 | 40 | 45 | | | | | | | |
| Voya Financial Income Provider NY (SPIA) | 30 | 40 | 45 | | | | | | | |

---

[9] Refer to chapter 2, section 2 for commission information on Window Period Renewals.

[10] Syndications will be announced by the Company at its discretion and are typically available for a limited time period. Syndications will always be paid at the 3 year guarantee period rates.

NY Exhibit D
© 2020 Allstate Insurance Company

Pls. Exhibit 3

**NY Exhibit E**        **Allstate Life Insurance Company of New York Allstate Benefits Business Commission Schedules**

ALLSTATE FINANCIAL EXHIBITS        REVISION DATE: May 1, 2020

# Allstate Life Insurance Company of New York
## K COMMISSION SCHEDULE

| | 1st Year | RENEWAL | | | | | Service Fees 11th Year & After |
| | | Year 2 | Year 3 | Year 4 | Year 5 | Years 6-10 | |
|---|---|---|---|---|---|---|---|
| **UNIVERSAL LIFE*** | | | | | | | |
| NY UL20P - Paper [2] | 60 | 1.9 | 1.9 | 1.9 | 1.9 | 1.9 | 1.9 |
| NY UL20P CGI** - Paper [2] | 55 | 1.9 | 1.9 | 1.9 | 1.9 | 1.9 | 1.9 |
| NY UL20P - Electronic [2] | 65 | 1.9 | 1.9 | 1.9 | 1.9 | 1.9 | 1.9 |
| NY UL20P CGI** - Electronic [2] | 60 | 1.9 | 1.9 | 1.9 | 1.9 | 1.9 | 1.9 |
| NY UL21P - Paper [2] | 30 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 |
| NY UL21P CGI** - Paper [2] | 25 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 |
| NY UL21P - Electronic [2] | 35 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 |
| NY UL21P CGI** - Electronic [2] | 30 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 |
| NY UL21P CGI** - Electronic (large cases) [1] [2] | 35 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 |
| **TERM** | | | | | | | |
| NY 20 Year Term | 35 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 |
| NY 20 Year Term CGI** | 30 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 |
| **DI5W** | | | | | | | |
| NY | 35 | 5 | 5 | 5 | 5 | 5 | 2 |
| NY CGI** | 30 | 2 | 2 | 2 | 2 | 2 | 2 |
| **RACC4NY** | | | | | | | |
| NY Accident Rider to DI5W | 30 | 4 | 4 | 4 | 4 | 4 | 2 |
| **CBP2PNY** | | | | | | | |
| Issue Ages 18-59 | 25 | 2 | 2 | 2 | 2 | 2 | 2 |
| Issue Ages 60-64 | 15 | 2 | 2 | 2 | 2 | 2 | 2 |
| **AP4NY** | | | | | | | |
| NY Accident Plan | 20 | 2 | 2 | 2 | 2 | 2 | 2 |
| **AP5NY** | | | | | | | |
| Electronic | 25 | 3.25 | 3.25 | 3.25 | 3.25 | 3.25 | 3.25 |
| Paper | 20 | 3.25 | 3.25 | 3.25 | 3.25 | 3.25 | 3.25 |
| **Group Voluntary Accident** | | | | | | | |
| Electronic and Paper | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 |
| **Group Voluntary Critical Illness** | | | | | | | |
| Electronic and Paper | 27 | 3.25 | 3.25 | 3.25 | 3.25 | 3.25 | 3.25 |
| ***NY Critical Illness** | | | | | | | |
| CCIP1NY Ages 18-59 - Electronic | 30 | 3 | 3 | 3 | 3 | 3 | 1.42 |
| CCIP1NY Ages 60+ - Electronic | 20 | 3 | 3 | 3 | 3 | 3 | 1.42 |
| CIP1NY Ages 18-59 - Electronic | 18 | 2 | 2 | 2 | 2 | 2 | 2 |
| CIP1NY Ages 60+ - Electronic | 11 | 2 | 2 | 2 | 2 | 2 | 2 |
| CCIP1NY Ages 18-59 - Paper | 25 | 3 | 3 | 3 | 3 | 3 | 1.42 |
| CCIP1NY Ages 60+ - Paper | 15 | 3 | 3 | 3 | 3 | 3 | 1.42 |
| CIP1NY Ages 18-59 - Paper | 13 | 2 | 2 | 2 | 2 | 2 | 2 |
| CIP1NY Ages 60+ - Paper | 6 | 2 | 2 | 2 | 2 | 2 | 2 |

All riders pay the same commission as the base policy to which attached except the RACC4NY Accident Rider which is listed separately.

*First year premium in excess of Target Premiums will be commissioned at the renewal rate.
**CGI = Contingent Guaranteed Issue
***Rider WBR4NY follows commission schedule of attached policy form. SI = Simplified Issue
[1] Large cases (1000 + lives) that enroll electronically may be eligible. Requires ALNY approval prior to enrollment.
[2] R = Renewal rate is doubled in year 6 only.

<u>1 = First Year</u> – On premium processed within 14 months of policy date for policy year 1.
<u>R = Renewal</u> – On premium processed: (i) after 14 months of policy date for policy year 1, or (ii) before 11 years of policy date for policy years 2-10.
<u>S = Service Fees</u> – If Producer is appointed and contracted with ALNY, on premium: (i) processed 11 year or more after policy date, or (ii) for policy years 11 and after.

The payment of commissions is governed solely by the terms and conditions of the written agreement between ALNY and Producer. This schedule expresses commissions as a percentage of qualifying premium, as determined by that written agreement. Nothing contained herein shall be construed as a contract or offer to contract. The information contained herein is subject to change without notice. Commissions on premium rate increases implemented after policy issue will be determined by ALNY at the time of implementation.

NY-3 (8/14)

**SUPPLEMENT FOR THE R3001 AGREEMENT**

NY Exhibit E
© 2020 Allstate Insurance Company