

3371 Glendale Blvd.
Los Angeles, CA 90039

**Letter of Understanding**

In the face of evolving regulatory compliance requirements and escalating cybersecurity threats, Allstate recognized the need to have agencies use a uniform phone system to further protect customer information and provide functionality to enhance legal compliance controls. The Allstate Agency Voice ("AAV") phone system an advanced, comprehensive telephone technology housed on Allstate's secure, cloud-based platform to replace any third-party telephony services currently used by Allstate Exclusive Agencies.

The introduction of AAV was first announced in the Virtual Agency Town Hall hosted on November 17th and detailed program information was communicated to you and all agencies via an Agency Gateway article on November 19th.

Your Agency is required to transfer the Company's telephone number(s) to AAV, and the AAV Onboarding team attempted to contact your Agency via email and phone at least four times to obtain the required information and documentation to initiate the transfer process with your Agency. To again attempt to facilitate your compliance with the R3001 Agreement and its incorporated materials ("Agreement"), you were notified via email of your obligation to comply with this process and your contractual requirement to transition the Company owned telephone number(s) to the AAV platform. Unfortunately, your Agency failed to respond to these requests or to provide all required information and documentation to transition the Company's telephone number to the AAV platform. Therefore, your Agency's ability to bind business on behalf of the Company was restricted (if applicable).

Your Agreement stipulates specific requirements related to the ownership and use of all telephone numbers used in connection with business conducted pursuant to the Agreement. As such, it is expected that your Agency will adhere to the Agreement and transfer control of the telephone number(s) to the Company via the AAV platform. You have already been informed that your Agency's failure to provide the documents or information requested within the required time period to facilitate the transfer of the telephone number(s) to the AAV platform could result in action up to and including termination of the Agreement.

**In order to comply with the terms of the Agreement, your Agency must provide all requested information and documents to the AAV Onboarding team by January 5, 2021 to facilitate transfer of the Company's telephone number. No additional extensions of time will be granted, and any refusal or failure to comply with these requirements will result in the termination of your Agency's relationship with the Company.**

Pls. Exhibit 8