

Dallas Owen
Territorial Sales Leader

April 22, 2020

Lake Insurance & Financial
Attn: Ross Shales
3131 N 110 Svc Rd.#1
Metairie, La. 70002

| 4990 Hwy 22 Ste E | 3520 Holiday Dr #B | 4336 Veterans Mem#12D |
| Mandeville, La. 70471 | New Orleans, La. 70114 | Metairie, La. 70006 |

Dear Ross,

This letter is notice that Allstate Insurance Company is terminating the Allstate R3001C Exclusive Agency Agreement ("Agreement") with Lake Insurance & Financial, ("Agency") effective **immediately**. The termination is pursuant to Section XVII.B.3 of the Agreement. Allstate is taking this action for reasons that include but are not limited to, conflict of interest and outside financial interest

Agency's obligations to Allstate are stated in the Agreement. The Agreement requires that Agency must, among other things:

- Immediately return all property belonging to Allstate including all manuals, equipment, and any materials bearing any Allstate service mark or trade name;
- Immediately cease to use any telephone numbers used to conduct Allstate business from the former sales location; and
- Immediately cease and desist from any and all use of Allstate service marks and trade names.

Agency may have the option of accepting a termination payment from Allstate or selling the economic interest to an approved buyer as outlined in the Independent Contractor Manual and Supplement for the R3001C Agreement. If Agency is eligible for and elects the termination payment option, Agency will receive such payment calculated and paid in accordance with the Supplement for the R3001C Agreement. Please note the termination payment is conditioned upon, for example, compliance with the confidentiality and non-solicitation provisions that survive the termination of the Agreement and the immediate return of all Allstate property.

If Agency elects to sell the economic interest in the book of business, Allstate has the absolute right of approval of the buyer. The buyer must meet Allstate's eligibility requirements. If Allstate approves a proposed buyer, the sale must be completed on or before **August 1, 2020** and must be effective on the first day of that or any earlier month. If Agency does not present a buyer or the buyer that Agency presents is not approved, we will process the termination payment as described above.

Allstate Ins Co.
555 Marriott Drive Nashville, Tn 37214  phone: 615-715-3680   Dallas.Owen@allstate.com  Pls. Exhibit 9



Dallas Owen
Territorial Sales Leader

If agency elects, it may sell its interest in any assigned risk policies it may own. After the Agreement terminates, agency will continue to receive commissions on existing assigned risk policies processed by Allstate that it retains, if any. Also, if agency elects, it may seek to transfer any flood policies it may have produced subject to such rules and policies that are applicable to flood business.

Please contact me with any questions you have regarding the termination process.

Sincerely,

Dallas Owen
Territorial Sales Leader

Cc: E. Stone, Regional Sales Leader
D. Caminita, FSL

Allstate Ins Co.
555 Marriott Drive  Nashville, Tn 37214  phone: 615-715-3680  Dallas.Owen@allstate.com

Pls. Exhibit 9