UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN ILLINOIS

| | |
|---|---|
| NATIONAL ASSOCIATION OF PROFESSIONAL ALLSTATE AGENTS, INC., an association, SCOTT VERBARG, an individual, ROSS SHALES, an individual, BRAD REHONIC, an individual, and JOSEPH REHONIC, an individual, <br><br> Plaintiffs, <br><br> -vs- <br><br> ALLSTATE INSURANCE COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ENTRY OF APPEARANCE

Now comes Brent D. Holmes of Heller, Holmes & Associates, P.C., and enters his appearance on behalf of the Plaintiffs National Association of Professional Allstate Agents, Inc., and Association, Scott Verbarg, an individual, Ross Shales, an individual, Brad Rehonic, an individual and Joseph Rehonic, an individual.

        National Association of Professional Allstate Agents, Inc., et al, Plaintiffs,

        By: /s/ Brent D. Holmes
        BRENT D. HOLMES #3122381
        HELLER, HOLMES & ASSOCIATES, P.C.
        1101 Broadway Avenue
        P. O. Box 889
        Mattoon, IL 61938
        Phone: 217-235-2700
        Fax: 217-235-0743
        brent@hhlawoff.com
        bopp 23017 5.17.21 entry of appearance/slr